Entered: May 18th, 2022
Signed: May 18th, 2022

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In Re:                                          *

                                                *

    William C. Bevan, Jr.,                    *     Case No.      22-12609-LSS

                                                *     Chapter      13

                                                *

                 Debtor.        *

### ORDER GRANTING TEMPORARY WAIVER
### OF CREDIT COUNSELING REQUIREMENT

Upon consideration of Debtor's request for a temporary waiver of the credit counseling requirement, and sufficient exigent circumstances explained by the Debtor in writing, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED,** that Debtor's request for a temporary waiver of the obligation to file a Credit Counseling Certificate is hereby GRANTED; and it is further

**ORDERED,** that the Debtor shall obtain credit counseling from an approved nonprofit budget and credit counseling agency as required by 11 U.S.C. § 109(h)(1) and shall file a Credit Counseling Certificate received from such an agency no later than thirty (30) days from the filing of Debtor's bankruptcy petition.

cc:      Debtor
       Chapter 13 Trustee

**End of Order**