**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | |
|---|---|
| In re: : | |
| : | |
| WILLIAM C. BEVAN, JR., : | Case No. 22-1-2609-LS |
| : | Chapter 13 |
| Debtor. : | |
| : | |

**TRUSTEE'S OBJECTION TO DEBTOR'S**
**CHAPTER 13 PLAN DATED JUNE 14, 2022**

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case ("Trustee"), pursuant to section 1325 of the Bankruptcy Code and Bankruptcy Rule 3015(f) objects to confirmation of the Debtor's Chapter 13 plan dated June 14, 2022 (the "Plan"). In support of his opposition, the Trustee respectfully represents the following:

1. The Debtor commenced this case under Chapter 13 on May 13, 2022. The Plan proposes to pay $100.00 monthly for 60 months. In addition, the Debtor shall have 120 days from the confirmation date of his Plan to close on a refinance loan with respect to 11229 Empire Lane, Rockville, Maryland 20852 and to close on a reverse mortgage contract or other financing with respect to 3415 Wenona South, Laurel, Maryland 20724.

2. The Debtor has failed to make the payments proposed under the Plan. At this time, one payment is due in the total amount of $100.00. The Trustee has received $0.00. Accordingly, the Debtor has not demonstrated that the Plan is feasible, and the Plan does not satisfy the requirement of section 1325(a)(6) of the Bankruptcy Code.

3. The Plan must be amended to remove the Plan language in section 9 regarding the filing of notices by the Chapter 13 Trustee.

4.   The Debtor has failed to provide refinance and reverse mortgage applications as requested by the Trustee.  At this time, the Debtor has failed to fully cooperate with the Trustee as required under section 521(a)(3) of the Bankruptcy Code.

5.   The Debtor's Schedule J reflects insufficient net monthly income to support the proposed Plan payments.  The Debtor has not demonstrated that the Plan is feasible.  The Plan does not satisfy the requirements of section 1325(a)(6) of the Bankruptcy Code.

6.   Accordingly, the Plan should not be confirmed.

**PLEASE TAKE NOTICE** THAT *THIS OBJECTION MUST BE RESOLVED <u>AT LEAST 2 BUSINESS DAYS PRIOR TO THE CONFIRMATION HEARING</u>*.  AFTER THAT TIME, THE TRUSTEE MAY DECLINE TO ACCEPT MATERIALS THAT HE HAS REQUESTED FROM THE DEBTORS.  THE TRUSTEE MAY DECLINE TO DISCUSS THE CASE AT THE CONFIRMATION HEARING.  THE DEBTORS SHOULD EXPECT THAT ANY UNRESOLVED OBJECTION WILL BE HEARD BY THE COURT.

    Respectfully submitted,

July 7, 2022

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, #301
Columbia, Maryland 21046
(410) 290-9120

- 3 -

## Certificate of Service

      I hereby certify that the following persons are to be served electronically via the CM/ECF system:

John D. Burns, Esquire

I caused a copy of the pleading above to be sent on July 7, 2022 by first-class U.S. mail, postage prepaid to:

William C. Bevan, Jr.
11719 Devilwood Dr.
Potomac, MD 20854

    /s/ Timothy P. Branigan
    Timothy P. Branigan (Fed. Bar No. 06295)