Entered: July 12th, 2022
Signed: July 12th, 2022
**SO ORDERED**



*Lori Simpson*
**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| WILLIAM CHARLES BEVAN | ) |
| | ) Case No. 22-12609 |
| Debtor | ) (Chapter 13) |
| _____ | ) |

### ORDER GRANTING APPLICATION TO APPROVE EMPLOYMENT OF ADAM ROSS LEVIN AND HOMEWISE REALTY SERVICES, LLC AS REAL ESTATE BROKER

UPON CONSIDERATION of the Application to Approve Employment of Adam Ross Levin and Homewise Realty Services, LLC As Real Estate Broker (the "Application"), and any response thereto, the Bankruptcy Court finding and concluding that Broker is not adverse to the Debtor or estate and although not required that Broker is a disinterested person, and it is further

ORDERED, that the Application is GRANTED; and it is further

ORDERED, that Broker's employment is AUTHORIZED as to 11229 Empire Lane, Rockville, MD 20852 (the "Property") as set forth in the Application; and it is further

ORDERED, that in the event of sale of the Property by contract procured by Broker, the five (5%) percent commission and the administrative cost of $595.00 set forth in the Listing Agreement may be paid to Broker at closing without further application or Order, although the Bankruptcy Court reserves revisory jurisdiction over this compensation at any time to revisit it whether it should prove improvident or upon a later objection by a party in interest to such compensation; and it is further

ORDERED, that any commission in excess of the foregoing must be submitted by fee application by the Broker and approved after notice to be paid.

cc:   John D. Burns, Esquire (#22777)
      The Burns Law Firm, LLC
      6303 Ivy Lane; Suite 102
      Greenbelt, Maryland 20770

Timothy Branigan, Chapter 13 Trustee
9891 Broken Land Parkway, Suite 301
Columbia, MD  21046
      Chapter 13 Trustee

Parties registered for ECF notification

Adam Ross Levin
Homewise Realty Services, LLC
11140 Rockville Pike
Suite 420
Rockville, MD 20852

Dr. William Bevan
Potomac Gardens Assisted Living
11719 Devilwood Drive
Potomac, MD  20754

(Matrix of Creditors)

**(END OF ORDER)**