UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| WILLIAM CHARLES BEVAN | ) |
| | ) Case No. 22-12609 |
| Debtor | ) (Chapter 13) |
| | ) |

### STATUS REPORT ON CHAPTER 13 CASE MATTERS

WILLIAM CHARLES BEVAN (the "Debtor") hereby files this Status Report on Chapter 13 Case Matters and states as follows:

### FACTUAL STATEMENT:

On or about May 13, 2022 (the "Petition Date"), the Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code of 2005, as amended (the "Code').

The Section 341 meeting is scheduled for August 18, 2022 at 10:30am by phone and Debtor is ready and anticipating his forthcoming appearance and testimony albeit from his medical skilled care facility in Montgomery County, MD.

An Order denying Debtor's initial plan with leave to amend was entered on July 28, 2022 [Dkt. 45] setting August 23, 2022 as the date fore filing a new amended plan.

The Debtor to evidence his good faith has caused the execution of a new amended plan [Dkt. 55] today which was filed on August 15, 2022.

The plan as amended relieves the estate of the 120 day period following confirmation, but rather sets in a much tighter time frame being the confirmation date for the trigger on sales and buyout actions, all as detailed in Section 9.  The Trustee likewise had complained of having to actually review the case to ensure there were no defaults, and there is no default review because the Plan is self-effecting at this point (ie; refinancing or sales) without the

need for defaults.  The Debtor is working closely with Mr. Ross Levin to coordinate his financing actions with a panoply of brokers which must precede the confirmation date if the plan is to permit financing rather than sales.  The action of moving forward with this plan is not subject to disturbance by the Debtor, as he candidly has waived such rights after informed consent given prior allegations of ambivalence in his rehabilitation in prior Chapter 13 cases. The Debtor wants his case to succeed and has attached an Affidavit to that effect with explanations of his circumstances to the Plan as amended.

The Schedules are in the process of being amended to incorporate further deposit accounts which the Debtor is gathering given that he is in a skilled care facility presently and his records are being retrieved from the Rockville property including bank statements and the like. The inventory of the already scheduled Amazon boxes is underway and 60% complete as coordinated by Mr. Levin as promised at the last hearing with several of his workers.  The content is largely (and overwhelmingly) small toy action figures from Marvel comics, recreational figurines for use, Starwars dolls, stamps, and a few books and some long expired food.  There is a drone and a set of drone parts. It is anticipated that the inventory should be completed and Schedules amended in the coming two weeks.  These do not appear to constitute assets of substantial value and worth.

Confirmation is anticipated to proceed in September, 2022 as scheduled. Financing activities are ongoing with dispatch at this time by Mr. Levin through the various loan brokers.  It is anticipated that the Debtor will buy out the Laurel property co owners and return to that property if he is deemed medically able. If the Debtor is not able to re-occupy the Laurel property with medical safety as certified by the pertinent physicians, other living arrangements will be made and the Laurel property will be sold. The Rockville property will be sold if it cannot be financed.  All

allowed debts, including administrative expenses, trustee commission, priority claims, secured claims and unsecured claims will be paid in this Chapter 13 case. An Objection to Exemptions has been filed and will be responded to and resolved.

                                      Respectfully Submitted,

                                      --------/S/ John D. Burns----------
                                      John D. Burns, Esquire (#22777)
                                      The Burns Law Firm, LLC
                                      6303 Ivy Lane; Suite 102
                                      Greenbelt, Maryland 20770
                                      (301) 441-8780
                                      *info@burnsbankruptcyfirm.com*
                                      Counsel to the Debtor

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August, 2022, a copy of the foregoing Debtor's Status Report was served via first-class mail, postage prepaid, or sent by ECF, upon:

***By ECF Notification Upon:***
Timothy Branigan, Chapter 13 Trustee
9891 Broken Land Parkway, Suite 301
Columbia, MD  21046
     Chapter 13 Trustee

williamrudow@rudowlaw.com

emeyers@mrrlaw.net

Parties registered for ECF notification

***By Electronic Mail Upon:***
Adam Ross Levin
Homewise Realty Services, LLC
11140 Rockville Pike
Suite 420
Rockville, MD 20852

Office of the United States Trustee
6305 Ivy Lane; STE 600
Greenbelt, MD 20770

William C. Bevan
drwilliambevan@juno.com

-----------/S/ John D. Burns-----
John D. Burns