Entered: October 13th, 2022
Signed: October 12th, 2022
**SO ORDERED**



**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | | |
|---|---|---|---|
| In re: | * | | |
| William C. Bevan, Jr., | * | Case No. | 22-12609-LSS |
| | * | Chapter | 13 |
| Debtor. | * | | |
| | * | | |

### ORDER CONTINUING CREDITOR'S PARTIAL OBJECTION TO EXEMPTION RE: 11229 EMPIRE LANE *SINE DIE*

Before the Court is the Creditor's Partial Objection to Exemption Re: 11229 Empire Lane [Dkt. No. 50] (the "Partial Objection"), filed by Creditor, Manor Care of Potomac MD, LLC, and the Response [Dkt. No. 59], filed by Debtor. Upon review of the Partial Objection, Response, and the entire record, the Court has determined that this matter would be mooted if Debtor successfully completes the Amended Plan [Dkt. No. 55], which provides for 100% payment on all claims, including Creditor's claim. Accordingly, in the interest of judicial economy, the Court has determined that the matter should be continued *sine die*, to be reset if further developments in the case make its resolution relevant and meaningful. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that consideration of the Partial Objection is hereby continued *sine die*; and it is further,

**ORDERED**, that, if further developments in this case render resolution of the Partial Objection relevant and meaningful, Creditor or Debtor may file a line requesting that the Court set the matter in for hearing.

cc:  Debtor
 Debtor's Counsel – John D. Burns
 Creditor – William M. Rudow
 Chapter 13 Trustee – Timothy P. Branigan

**END OF ORDER**