**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | |
|---|---|
| In re: | : |
| | : |
| WILLIAM C. BEVAN, JR., | : Case No. 22-1-2609-LSS |
| | : Chapter 13 |
| Debtor. | : |
| | : |

**TRUSTEE'S RESPONSE TO**
**MOTION TO SELL CARS**

Timothy P. Branigan, Trustee in the above-captioned case, responds to the Motion and Notice etc. (DE 103). The Trustee does not oppose the sale of the cars to the extent the proceeds do not exceed the Debtor's exemption of $5,000 in the Corvette plus reasonable, customary costs of disposition. Any excess proceeds are property of the estate and should be paid into the plan. The Debtor should file a pleading detailing the auction proceeds realized and costs incurred upon completion of the sales.

Respectfully submitted,

January 27, 2023

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, #301
Columbia, Maryland 21046
(410) 290-9120

- 2 -

## Certificate of Service

I hereby certify that the following persons are to be served electronically via the CM/ECF system:

John Burns, Esq.

I caused a copy of the foregoing to be sent on January 27, 2023 by first-class U.S. mail, postage prepaid to:

William Bevan
11901 Georgia Avenue
Wheaton, MD  20902

                                            /s/ Timothy P. Branigan
                                  Timothy P. Branigan (Fed. Bar No. 06295)