# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | | |
|---|---|---|
| In Re: | * | Case No.: 22-12609 |
| | * | Chapter 13 |
| WILLIAM BEVAN, | * | |
| | * | |
| Debtor. | * | |
| | * | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Due to the mischaracterizations of Debtor's counsel in regards to Maryland Legal Aid's actions and role made in the Debtor's Motion to Enforce Confirmed Plan and Confirmation Order, the Maryland Legal Aid Bureau hereby requests to be entered as a notice party in the above-referenced case and receive notices of the bankruptcy filings.

/s/ William F. Steinwedel
William F. Steinwedel
Maryland Legal Aid
500 E. Lexington Street
Baltimore, Maryland 21202
410.951.7643
*Attorney for Notice Party*
*Maryland Legal Aid Bureau*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of April 2023, a copy of the Notice of Appearance and Request for Notices has been served upon the following parties via CM/ECF:

Timothy Branigan, Esquire (via CM/ECF)
9891 Broken Land Parkway, Suite 301
Columbia, Maryland 21046
*Chapter 13 Trustee*

Anthony DiPaula, Esquire (via CM/ECF)
DiPaula Law
34 S. Main Street
Bel Air, Maryland 21014
*Attorney for Creditor*

John Burns, Esquire (via CM/ECF)
The Burns Law Firm LLC
6305 Ivy Lane, Suite 340
Greenbelt, Maryland 20770
*Attorney for Debtor*

William Rudow, Esquire (via CM/ECF)
Rudow Law Group LLC
502 Washington Avenue, Suite 730
Towson, Maryland 21204
*Attorney for Creditor Manor Care of Bethesda, MD LLC*

/s/William F. Steinwedel<br>William F. Steinwedel