UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| WILLIAM CHARLES BEVAN | ) |
| | ) Case No. 22-12609 |
| Debtor | ) (Chapter 13) |
| _____ | ) |

### LINE SUPPLYING DIRECTIONS OF WILLIAM CHARLES BEVAN AS TO TERMINATION OF ADAM ROSS LEVIN AND CONTAINING FURTHER DIRECTIONS TO THE BANKRUPTCY JUDGE RELATING TO MOTION FOR RELIEF [Dkt. 155], MOTION TO ENFORCE PLAN [Dkt. 130], MOTION TO SELL EMPIRE LANE (ROCKVILLE PROPERTY) [Dkt. 173]; and MOTION TO SELL (LAUREL PROPERTY) [Dkt. 169] and ALL RESPONSES AND REPLIES, HEARING NOTICES, and PRIOR *PRAECIPES* THEREUPON

WILLIAM CHARLES BEVAN (the "Debtor" or "Dr. Bevan"), by and through the estate and the SPE agent in fact Adam Ross Levin, hereby files this Line Supplying Directions of William Charles Bevan As To Termination of Adam Ross Levin And Containing Further Directions To The Bankruptcy Judge Relating To Motion for Relief [Dkt. 155], Motion to Enforce Plan [Dkt. 130], Motion to Sell Empire Land (Rockville Property) [Dkt. 173]; and Motion to Sell (Laurel Property) [Dkt. 169] and All Responses and Replies, Hearing Notices, and Prior *Praecipes* Thereupon:

### SUPPLEMENTAL INSTRUCTIONS FROM DEBTOR:

As the Bankruptcy Court is aware, this final and irrevocable Chapter 13 Plan and Confirmation Order [Dkts. 55, 55-1, 80] have been fully consummated and admininstered but for the act of closing on the contract of sale on the Rockville Property (set for May 30, 2023) and the contract of sale on the Laurel Property (set for May 25, 2023), and the hearing on the approval of those motions to approve which is set for May 16, 2023.

The Debtor has contacted the undersigned counsel to advise that he is giving direction

to the Bankruptcy Judge for tomorrow that (i) Mr. Levin is to be terminated for cause immediately; (ii) the Debtor is to be moved back to Rockville Property immediately; (iii) the Laurel Property is to be sold to Debtor for $250,000.00; and (iv) the proceeds of the non-existent sale of Rockville Property and/or Laurel Property are to be repatriated to the Debtor's retirement account in the amount of $377,741.48 without payment of any claims, creditors or expenses, other than Mr. Levin at $35.00 per hour not $184.00 per hour. A facsimile was also just received memorializing some of these instructions to the presiding jurist by the undersigned's office with other details memorialized and it is attached as **Exhibit 1**.

These matters are relayed to the Bankruptcy Court in accordance with the recommendations of the MSBA Ethics Committee for decision by the presiding Bankruptcy Judge. The estate and SPE recommend that the Bankruptcy Court should rule on the Debtor's in person requests as it deems appropriate within the legal framework existing post-confirmation for actions deviating from the final Plan and final Confirmation Order.

Respectfully Submitted,

--------/S/ John D. Burns----------
John D. Burns, Esquire (#22777)
The Burns Law Firm, LLC
6305 Ivy Lane; Suite 340
Greenbelt, Maryland 20770
(301) 441-8780
*info@burnsbankruptcyfirm.com*
Counsel to the Debtor and estate through the SPE

22

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of May, 2023, a copy of the foregoing Debtor's Line and *Exhibit 1* was served via first-class mail, postage prepaid, or sent by ECF, upon:

***By ECF Notification Upon:***
Timothy Branigan, Chapter 13 Trustee
9891 Broken Land Parkway, Suite 301
Columbia, MD  21046
      Chapter 13 Trustee

williamrudow@rudowlaw.com

emeyers@mrrlaw.net

Parties registered for ECF notification

***By Electronic Mail Upon:***
Adam Ross Levin
Homewise Realty Services, LLC
11140 Rockville Pike
Suite 420
Rockville, MD 20852

Christina Moore, Esquire
Moore, Christina <cmoore@mdlab.org>

William Steinwedl, Esquire
Steinwedel, William <wsteinwedel@mdlab.org>

Jeanette Rice, Esquire
Office of the United States Trustee
6305 Ivy Lane; STE 600
Greenbelt, MD 20770

William C. Bevan
drwilliambevan@juno.com

***By First Class Postage Pre-Paid Mail Upon:***
Dr. William Bevan
ProMedica Skilled Nursing and Rehab (Manor Care)
11901 Georgia Avenue
Wheaton, MD 20902

-----------/S/ John D. Burns-----
John D. Burns