Entered: May 18th, 2023
Signed: May 17th, 2023
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **22–12609 – LSS**   Chapter: **13**

**William C Bevan Jr.**
Debtor

## ORDER STRIKING APPEARANCE OF JOHN D. BURNS AND THE BURNS LAW FIRM, LLC AS COUNSEL FOR DEBTOR

Upon consideration of the Motion to Withdraw Appearance filed by John D Burns, and it appearing that counsel has complied with Local Bankruptcy Rule 9010–4, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the appearance of John D Burns and The Burns Law Firm, LLC, as counsel of record for DEBTOR is hereby stricken.

cc:   Debtor
      Attorney for Debtor – John D. Burns
      Case Trustee – Timothy P. Branigan

**End of Order**

01x03 (rev. 05/02/2000) – DanielWalston