_____RETAIN

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**      Evidentiary Hrg: Y N
    Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 13

Date: 05/16/2023 Time: 02:00

**CASE: 22-12609 William C Bevan, Jr.**

✓John D. Burns representing ✓William C Bevan Jr. (Debtor)

\_\_\_T. Branigan ✓\_K. Moulding
    representing Timothy P. Branigan (Trustee)

William Frederick Steinwedel representing Maryland Legal Aid Bureau (Other Party)

[112] Motion to Convert Case from Chapter 13 to Chapter 7. The filing fee in the amount of $25 is DEFERRED - Filer is the Case Trustee and will pay the fee to the extent that there is an estate. Filed by Timothy P. Branigan.

**MOVANT** : Timothy Branigan (no aty)

[120] Response on behalf of William C Bevan Jr. Filed by John D. Burns (related document(s) 112 Motion to Convert Case from Chapter 13 to Chapter 7 filed by Trustee Timothy P. Branigan).

[130] Motion To Enforce Confirmed Plan and Confirmation Order Filed by William C Bevan Jr.. (Attachments: #s4 Proposed Order)

**MOVANT** : William Bevan BY J Burns

[134] Supporting Response on behalf of Manor Care of Bethesda MD, LLC Filed by ✓William Mark Rudow (related document(s) 3 Certificate of Service)

**MOVANT** : Manor Care of Bethesda MD, LLC BY W Rudow

[135] Response on behalf of William C Bevan Jr. Filed by John D. Burns (related document(s) 134 Response filed by Creditor Manor Care of Bethesda MD, LLC).

[137] Line Entering Affidavit of Christina Moore, Supervising Attorney, Administrative Law Unit, Maryland Legal Aid Bureau on behalf of Maryland Legal Aid Bureau Filed by William Frederick Steinwedel (related document(s) 1 Affidavit)

**MOVANT** : Maryland Legal Aid Bureau BY W Steinwedel

[138] Response on behalf of Old Georgetown Village Homeowners Association, Inc. Filed by M. Evan Meyers (related document(s) 130 Motion for Miscellaneous Relief filed by Debtor William C Bevan). (Meyers, M.)

[155] Motion For Order To Require Debtor To Reenter Rockville Property And Assume Possession And Dominion Over Same On Or Before May 1, 2023 Filed At The Direction of William C. Bevan Filed by William C Bevan Jr. . (Attachments: #s2 Proposed Order)

**MOVANT** : William Bevan BY J Burns

[160] Line Supplying Email of Debtor and Response to Service List In Aid of Emergency Hearing and Motion to Enforce Plan on behalf of William C Bevan Jr. Filed by John D. Burns (related document(s) 1 Exhibit 1)

**MOVANT** : William Bevan BY J Burns

[165] Objection on behalf of Old Georgetown Village Homeowners Association, Inc. Filed by M. Evan Meyers (related document(s) 155 Motion for Miscellaneous Relief filed by Debtor William C Bevan). (Meyers, M.)

**MOVANT** : Old Georgetown Village Homeowners Association, Inc. BY N Kenworthy M Meyers

[169] Motion to Sell 3415 Wenona S.; Laurel MD 20724 Free and Clear of Liens and Notice of Motion. Fee Amount $188. Notice Served on 4/29/2023, Filed by William C Bevan Jr.. Objections due by 05/22/2023. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 05/31/2023 at 02:00 PM - Courtroom 3-D. (Attachments: #s3 List of All Creditors)

**MOVANT** : William Bevan BY J Burns

[171] Line Status Hearing for May 3, 2023 Hearing on behalf of William C Bevan Jr. Filed by John D. Burns (related document(s) 158 Order Setting Hearing (bk)).

**MOVANT** : William Bevan BY J Burns

[173] Second Motion to Sell 11229 Empire Lane; Rockville, MD 20852 Free and Clear of Liens and Notice of Motion. Fee Amount $188. Notice Served on 4/30/2023, Filed by William C Bevan Jr.. Objections due by 05/22/2023. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 05/31/2023 at 02:00 PM - Courtroom 3-D. (Attachments: #s3 List of All Creditors)

**MOVANT** : William Bevan BY J Burns

[177] Line Supplying Concerned Email From Broker For Buyer On Rockville Property Requested to be Placed Before the Bankruptcy Court Relative to May 3, 2023 Hearing

    Matter on behalf of William C Bevan Jr. Filed by
    John D. Burns (related document(s) 158 Order
    Setting Hearing (bk)).

**MOVANT** : William Bevan BY J Burns

    [184] Response on behalf of US Bank Trust National Association
    Not In Its Individual Capacity But Solely As Owner
    Trustee for LSRMF MH Master Participation Trust
    II Filed by ✓Leah Christina Freedman (related document(s)
    173 Motion to Sell Free and Clear of Liens and
    Notice of Motion filed by Debtor William C Bevan).

    [186] Line Supplement on behalf of William C Bevan Jr.
    Filed by John D. Burns (related document(s) 185
    Line filed by Debtor William C Bevan).

**MOVANT** : William Bevan BY J Burns

    [187] Line Regarding Debtor's Instructions to Bankruptcy
    Judge on behalf of William C Bevan Jr. Filed by
    John D. Burns (related document(s) 1 Exhibit
    1)

**MOVANT** : William Bevan BY J Burns

DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$____ Mos.__ Converted to Ch_____

Denied without/with leave to amend by:_____ Conf:_____ Dismissed

Continued to: _____

Other Matters: (List Paper No next to ruling)

    Granted _____    Sustained __    Denied _____
    Overruled _____    Withdrawn __    Under ____ Adv.
    Moot: _____    Consent _____    Dismissed _____
    O.T.J. Fee _____

DECISION:

    [ ] Signed by Court    [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel    [ ] Court
        [ ] Respondent's counsel    [ ] Other _____

NOTES:  In addition to those listed above Evan Meyers for Old Georgetown HOA.
Counsel for Debtor, Burns, to withdraw from case. Matter continued.  Debtor
admonished to stop playing games.  His actions have been the cause of the
problems in the case.  Court advised him to get new counsel within 14 days.
Court will not entertain delays.  Parties to get agreed upon date to hear MTC
and other pleadings before the court.