_____    _____RETAIN

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**    Evidentiary Hrg: (Y) N
                                                Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 13

Date: 06/13/2023  Time: 02:30

**CASE: 22-12609 William C Bevan, Jr.**  ✓

✓  PRO SE William C Bevan Jr. (Debtor)

___ T. Branigan  ✓ K. Moulding        *Matthew Bevan*
        representing Timothy P. Branigan (Trustee)
William Frederick Steinwedel representing Maryland Legal Aid Bureau
(Other Party)

[112] Motion to Convert Case from Chapter 13 to Chapter
7. The filing fee in the amount of $25 is DEFERRED       *granted.*
- Filer is the Case Trustee and will pay the fee
to the extent that there is an estate. Filed by
Timothy P. Branigan.

**MOVANT** : Timothy Branigan (no aty)

[120] Response on behalf of William C Bevan Jr. Filed
by John D. Burns (related document(s) 112 Motion
to Convert Case from Chapter 13 to Chapter 7 filed
by Trustee Timothy P. Branigan).

[130] Motion To Enforce Confirmed Plan and Confirmation    *Moot/Denied*
Order Filed by William C Bevan Jr.. (Attachments:
#s4 Proposed Order)

**MOVANT** : William Bevan (no aty)

[134] Supporting Response on behalf of Manor Care of Bethesda
MD, LLC Filed by William Mark Rudow (related document(s)
3 Certificate of Service)

**MOVANT** : Manor Care of Bethesda MD, LLC BY ✓ W Rudow

[135] Response on behalf of William C Bevan Jr. Filed
by John D. Burns (related document(s) 134 Response
filed by Creditor Manor Care of Bethesda MD, LLC).

[137] Line Entering Affidavit of Christina Moore, Supervising
Attorney, Administrative Law Unit, Maryland Legal      *no ruling*
Aid Bureau on behalf of Maryland Legal Aid Bureau      *needed.*
Filed by William Frederick Steinwedel (related document(s)
1 Affidavit)

**MOVANT** : Maryland Legal Aid Bureau BY W Steinwedel

**MOVANT** : William Bevan (no aty)

    [177] Line Supplying Concerned Email From Broker For Buyer On Rockville Property Requested to be Placed Before the Bankruptcy Court Relative to May 3, 2023 Hearing Matter on behalf of William C Bevan Jr. Filed by John D. Burns (related document(s) 158 Order Setting Hearing (bk)).

**MOVANT** : William Bevan (no aty)

    [184] Response on behalf of US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee for LSRMF MH Master Participation Trust II Filed by Leah Christina Freedman (related document(s) 173 Motion to Sell Free and Clear of Liens and Notice of Motion filed by Debtor William C Bevan).

    [202] Request For Court Instructions Filed by Adam Ross Levin (related document(s) 1 Proposed Order)

**MOVANT** : Adam Levin (no aty)

    [204] Amended Response on behalf of Manor Care of Bethesda MD, LLC Filed by William Mark Rudow (related document(s) 2 Proposed Order)

**MOVANT** : Manor Care of Bethesda MD, LLC BY W Rudow

    [205] Response on behalf of Manor Care of Bethesda MD, LLC Filed by William Mark Rudow (related document(s) 1 Certificate of Service)


DISPOSITIONS:

Plan: Confirmed Modified Hold Interlineation:$____Mos.__Converted to Ch_____

Denied without/with leave to amend by:_____Conf:_____Dismissed

Continued to: _____

Other Matters: (List Paper No next to ruling)

    Granted 1\2    Sustained __    Denied ____
    Overruled _____    Withdrawn __    Under    Adv.
    Mtl _____    Consent _____    Dismissed ____
    O.T.J. Fee _____

DECISION:

    [ ] Signed by Court    [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel    [ ] Court
        [ ] Respondent's counsel    [ ] Other _____

NOTES:

[138] Response on behalf of Old Georgetown Village Homeowners
Association, Inc. Filed by M. Evan Meyers (related
document(s) 130 Motion for Miscellaneous Relief
filed by Debtor William C Bevan). (Meyers, M.)

[155] Motion For Order To Require Debtor To Reenter Rockville
Property And Assume Possession And Dominion Over
Same On Or Before May 1, 2023 Filed At The Direction
of William C. Bevan Filed by William C Bevan Jr.
. (Attachments: #s2 Proposed Order)

*[s1] Denied*

MOVANT : William Bevan (no aty)

*Leah Freedman*
*US Bank*

[157] **WITHDRAWN AT P. 3 List of All Creditors) (Burns,
John) Modified on 5/15/2023 (Walston, Daniel).

MOVANT : William Bevan (no aty)

[160] Line Supplying Email of Debtor and Response to Service
List In Aid of Emergency Hearing and Motion to Enforce
Plan on behalf of William C Bevan Jr. Filed by John
D. Burns (related document(s) 1 Exhibit 1)

MOVANT : William Bevan (no aty)

[165] Objection on behalf of Old Georgetown Village Homeowners
Association, Inc. Filed by M. Evan Meyers (related
document(s) 155 Motion for Miscellaneous Relief
filed by Debtor William C Bevan). (Meyers, M.)

MOVANT : Old Georgetown Village Homeowners Association, Inc. BY N Kenworthy M
Meyers

[169] Motion to Sell 3415 Wenona S.; Laurel MD 20724 Free
and Clear of Liens and Notice of Motion. Fee Amount
$188. Notice Served on 4/29/2023, Filed by
William C Bevan Jr.. Objections due by 05/22/2023.
with three additional calendar days allowed if
all parties are not served electronically. Hearing
scheduled for 05/31/2023 at 02:00 PM – Courtroom
3-D. (Attachments: #s3 List of All Creditors)

*No ruling*
*case being*
*converted*

MOVANT : William Bevan (no aty)

[171] Line Status Hearing for May 3, 2023 Hearing on behalf
of William C Bevan Jr. Filed by John D. Burns (related
document(s) 158 Order Setting Hearing (bk)).

MOVANT : William Bevan (no aty)

[173] Second Motion to Sell 11229 Empire Lane; Rockville,
MD 20852 Free and Clear of Liens and Notice of
Motion. Fee Amount $188. Notice Served on 4/30/2023,
Filed by William C Bevan Jr.. Objections due by
05/22/2023. with three additional calendar days
allowed if all parties are not served electronically.
Hearing scheduled for 05/31/2023 at 02:00 PM –
Courtroom 3-D. (Attachments: #s3 List of All
Creditors)

*No ruling case being converted*

Evid. Hrg. on Mot to convert
& related Hrg.

P's exhibits admitted except summary of testimony

Mot. to Convert granted
oral ruling re. 112.

~~see~~

4 of 4