Entered: June 23rd, 2023
Signed: June 22nd, 2023
**SO ORDERED**

No opposition.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(at Greenbelt/Baltimore)

| | |
|---|---|
| In re: | : |
| | : |
| **WILLIAM C. BEVAN, JR.,** | : Case No. **22-1-2609-LSS** |
| | : Chapter 13 |
| Debtor(s). | : |
| | : |

### ORDER RESOLVING TRUSTEE'S MOTION TO BAR SUBSEQUENT BANKRUPTCY RELIEF AFTER CLOSURE OF THE INSTANT CASE

Upon consideration of the Trustee's Motion to Bar Subsequent Bankruptcy Relief After Closure of the Instant Case and any opposition thereto, IT IS for the United States Bankruptcy Court for the District of Maryland hereby

ORDERED that the Debtor may remain in this bankruptcy case and shall no longer have the absolute right to dismiss this bankruptcy case; and it is further

ORDERED that if this case is closed for any reason, the Debtor, William C. Bevan, Jr., will be banned from filing another bankruptcy case for a period of two-(2) years from the date of

the closure of the instant case except upon application to the Court and demonstration of good cause for a subsequent case.

cc: All Creditors
  Debtor(s)
  Debtor(s)' Counsel
  Chapter 13 Trustee

**END OF ORDER**