**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **WILLIAM C. BEVAN, JR** | * | Case No: 22-12609-LSS |
| | | Chapter 7 |
| | * | |
| **Debtor,** | * | |

\* \* \* \* \* \* \* \* \* \* \*

**OBJECTION TO EXEMPTIONS CLAIMED BY DEBTOR PURSUANT**
**TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 4003(B)**
**Homestead Exemption 11229 Empire Lane, Rockville, MD 20852**

Janet M. Nesse, Chapter 7 Trustee (the "Trustee"), by counsel, objects to the exemptions claimed by the Debtor William C. Bevan, Jr., (the "Debtor"), pursuant to Rule 4003(b) of the Federal Rules of Bankruptcy Procedure, and, in support thereof, states as follows:

1. The Debtor filed a voluntary petition under Chapter 13 of 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Maryland on May 13, 2022 (the "Petition Date"), The case was converted to Chapter 7 by Order of this court on June 13, 2023 commencing the captioned case.

2. The Debtor had filed schedules scheduling a homestead interest in real property (the "Property") located at 11229 Empire Lane, Rockville, MD 20852 (the "Property")

3. Md. Cts. & Jud. Proc. § 11-504(f) provides, in pertinent part

> (f) (1) (i) In addition to the exemptions provided in subsection (b) of this section, and in other statutes of this State, in any proceeding under Title 11 of the United States Code, entitled "Bankruptcy", any individual debtor domiciled in this State may exempt the debtor's aggregate interest in:
> ….
> 2. Subject to subparagraph (ii) of this paragraph:
> A. Owner-occupied residential real property, including a condominium unit;
> ……

    (ii) The exemption allowed under subparagraph(i)2 of this paragraph may not exceed the amount under 11 U.S.C. § 522(d)(1), adjusted in accordance with 11 U.S.C. § 104, subject to the provisions of paragraphs (2) and (3) of this subsection.

    (2) An individual may not claim the exemption under paragraph (1)(i)2 of this subsection on a particular property if:

    (i) The individual has claimed successfully the exemption on the property within 8 years prior to the filing of the bankruptcy proceeding in which the exemption under this subsection is claimed; or

    (ii) The individual's spouse, child, child's spouse, parent, sibling, grandparent, or grandchild has claimed successfully the exemption on the property within 8 years prior to the filing of the bankruptcy proceeding in which the exemption under this subsection is claimed.

    *(3) The exemption under paragraph (1)(i)(2) of this subsection may not be claimed by both a husband and wife in the same bankruptcy proceeding.*

Md. Cts. & Jud. Proc. § 11-504(f) (Emphasis added).

  4.  Accordingly, Mr. Bevan cannot claim a $25,150.00 interest in the Property pursuant to Md. Cts. & Jud. Proc. § 11-504(f)(1)(i)(2) as it does not appear that he was residing in the Property at the time of the filing.

  5.  Upon information and belief, The Debtor has been residing in a managed care facility and the Property has been vacant for some years. While renovations occurred, the Property was vacant.

  6.  Out of an abundance of caution, the Trustee objects to the Debtors' exemptions under Section 11-504(f)(1)(i)(2) in the Property.

### Notice Pursuant to Local Bankruptcy Rule 4003-1

  PLEASE TAKE NOTICE THAT pursuant to Local Bankruptcy Rule 4003-1 WITHIN TWENTY EIGHT (28) DAYS AFTER SERVICE OF THIS OBJECTION you must file and serve a written opposition to the objection to your amended claimed exemptions together with the proposed order required by Local Bankruptcy Rule 9013-3. The Opposition and proposed order must be filed with the Clerk's Office, United States Bankruptcy Court, 6500 Cherry Wood Lane Suite 300 Greenbelt, MD 20770 or filed electronically in accordance with the Local Rules and served upon the undersigned, by electronic delivery, manual delivery or mailing) You may append affidavits and documents in support of your Opposition. You may file and serve with or include in the opposition a request for hearing to be held in the Court's discretion.
IF YOU FILE TO FILE A TIMELY OPPOSITION, THE COURT MAY SUSTAIN THE OBJECTION WITHOUT A HEARING.

WHEREFORE, the Trustee respectfully requests that the exemption of the Debtor be reduced as described above.

Date: June 26, 2023                                     Respectfully submitted,

/s/ Janet M. Nesse
Janet M. Nesse (#07804)
Justin P. Fasano  (#28569)
McNamee, Hosea, et al.,
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
Counsel for Janet M. Nesse, Chapter 7 Trustee

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this June 26, 2023 a true and correct copy of the Objection to Exemptions was filed and served via the Court's Electronic Case Filing System upon:

Anthony J. DiPaula ajdipaula@dipaulalaw.com

William M. Rudow, williamrudow@rudowlaw.com

William F. Steinwedel, wsteinwedel@mdlab.org

Dorothy C. Sasser, dsasser@siwpc.com

Nicole C. Kenworthy, nkenworthy@mrrlaw.net

M. Evan Meyers, bdept@mrrlaw.net

John D. Burns, info@burnsbankruptcyfirm.com

Leah C. Freedman, bankruptcy@bww-law.com

Daniel J. Pesachowitz, dpesacho@siwpc.com

And via first class mail, postage prepaid on June 26, 2023 to:

William C. Bevan, Jr.
11901 Georgia Avenue
Wheaton, MD 20902

/s/ Justin P. Fasano
Justin P. Fasano

4