Entered: August 25th, 2023
Signed: August 24th, 2023

**SO ORDERED**

No opposition.



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **WILLIAM C. BEVAN, JR. ,** | * | Case No: 22-12609-LSS |
| | | Chapter 7 |
| | * | |
| **Debtor,** | * | |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER SUSTAINING OBJECTION TO EXEMPTIONS CLAIMED BY DEBTOR PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 4003(B)**

This matter came before the Court on the *Objection To Exemptions Claimed by Debtor Pursuant to Federal Rule of Bankruptcy Procedure 4003(b)* ("Objection") filed by Janet M. Nesse, Chapter 7 Trustee (the "Trustee") in which the Trustee objected to the claimed exemptions of William C. Bevan, Jr. (collectively, the "Debtor"). The Court, having considered the Objection and any opposition thereto, finds that good cause exists to grant the relief requested and it is hereby:

**ORDERED,** that the Objection is **SUSTAINED**; and it is

**ORDERED**, that the Debtor's homestead exemptions pursuant to Md. Cts. & Jud. Proc. § 11-504(f)(1)(i)(2) in his interest in the real property located at 11229 Empire Lane, Rockville, MD 20852 is disallowed.

**END OF ORDER**

cc:
    William C. Bevan, Jr.
    11901 Georgia Avenue
    Wheaton, MD 20902