UNITED STATES Bankrupty
Court

Dr. William BEVAN
Debtor                    Case No 22-12609

USBC-MD G FILED
8 SEP '23 PM3:25

Motion to Deny any
Payment to Insuid Elain
Bevan for illegal claims

I do not own anything
or monies to my Criminal
sister. I have spent 2 years
looking after my mother
Jean Bevan & claimed in open
court that John S Bevan, Inside
Bevan & Matt Bevan owe me $333,000
William Bevan owe me 0 Bevan

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND (Greenbelt)

IN RE:

WILLIAM C. BEVAN, JR.,

    Debtor.

\*
\*    Case No.: 22-12609-LSS
\*
\*
\*    Chapter 13
\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ~~May 25, 2023~~ *9/8/2023*, the following persons were served with the proposed order for the ~~Line Requesting that the Court allow Creditor's Counsel to Appear Remotely for Hearing on June 13, 2023~~ *Motion* at 2:30 PM ET ~~electronically via the CM/ECF system~~:

*[handwritten: Moltion to stay entire hearing and all Decisions based on June 13 2023 and all orders based on the hearing and any actions must be immediate reverse.*

*Mot o Peny any payment to Ingrid Stair Bevah for illegal claims*

*Dr. William Bevan*
*Dr. William Bevah]*

**By ECF Notification Upon:**

John Burns, Esquire

Timothy Branigan, Chapter 13 Trustee
Kyle Moulding, Esquire
9891 Broken Land Parkway, Suite 301
Columbia, MD 21046
Chapter 13 Trustee
kmoulding@chapter13maryland.com

**By ~~First Class~~ Mail Upon:**
Jeanette Rice, Esquire
Office of the United States Trustee
6305 Ivy Lane; STE 340
Greenbelt, MD 20770
Jeanette.Rice@usdoj.gov

Timothy Branigan, Chapter 13 Trustee
Kyle Moulding, Esquire
9891 Broken Land Parkway, Suite 301
Columbia, MD 21046
Chapter 13 Trustee
kmoulding@chapter13maryland.com

Page 1 of 2

Adam Ross Levin
ross@romkind.org

Christina Moore, Esquire
Legal Aid – Medical Placement Issues Counsel
For Debtor
cmoore@mdlab.org

John Burns, Esquire
jburns@burnsbankruptcyfirm.com
info@burnsbankruptcyfirm.com

William C. Bevan, Debtor
*By Hand-Delivery Upon:*
William Bevan
Manor Care Wheaton, LLC
11901 Georgia Avenue
Wheaton MD 20902

_/s/ William ~~McBarlow~~_
William ~~McBarlow, Esquire~~

*[handwritten]* Dr. William Bevan
Dr. Bevan
Bevan, Pro Sex

**I HEREBY CERTIFY** that the terms of the copy of the ~~Creditor's Response in Support~~ ~~of Motion to Enforce Confirmed Plan and Confirmation Order, exhibit, and proposed order~~ ~~submitted to the Court are identical to those set forth in the original; and the signature represented~~ ~~by the   /S/   on the copy submitted to the Court reference the signature of the party obtained on~~ ~~the original.~~

*[handwritten]* Debtor Motion to stay entire hearings and all Decisions based on hearing and any action must be immediately reversed, Deny any payments to Ingrid Elgin Bevan for illegal claims