Entered: October 17th, 2023
Signed: October 16th, 2023
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 22-12609-LSS |
| WILLIAM CHARLES BEVAN, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |

## ORDER GRANTING MOTION TO APPROVE
## ABANDONMENT OF REMAINING PROPERTY OF ESTATE

Upon consideration of the *Motion to Approve Abandonment of Property of the Estate* ("Motion") filed by Janet M. Nesse, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of William Bevan ("Debtor") seeking authority to abandon the Remaining Assets (as defined in the Motion), and good cause being shown, it is by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Remaining Assets (as defined in the Motion) shall be deemed abandoned pursuant to 11 U.S.C.§ 554.

**END OF ORDER**

**cc:**

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Dr. William Bevan
ProMedica Skilled Nursing and Rehab (Manor Care)
11901 Georgia Avenue
Wheaton, MD 20902