UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| WILLIAM CHARLES BEVAN | ) |
| | ) Case No. 22-12609 |
| Debtor | ) (Chapter 7) Converted |
| | ) |

**FIRST AND FINAL APPLICATION FOR PRE-CONVERSION ADMINISTRATIVE COMPENSATION FOR FORMER ACCOUNTANT FOR THE CHAPTER 13 DEBTOR**

DONALD BELL, ESQUIRE, counsel for SKMB, P.A. accountant for William Charles Bevan, hereby files this First and Final Application for Pre-Conversion Administrative Compensation for Former Accountant For the Chapter 13 Debtor (the "Application"), and states as follows:

Edward Bortnick and SKMB, P.A. was engaged as the accountant for the Debtor William Charles Bevan on January 16, 2023 by Application for Employment and an Order was entered on February 6, 2023. The Accountant performed various advisement services and tax return preparation, which returns on information and belief the Debtor declined to sign and file with the taxing authorities. The fees incurred for the services were $18,790.50 and a $7,500.00 retainer was paid to the Accountant. The remaining balance due and owing is $11,290.50. The Accountant hereby requests that the sum of $7,500.00 be authorized to be transferred to the Accountant and the sum of $11,290.50 be paid by the Chapter 7 Trustee from funds on hand which will complete the Accountant's pre-conversion compensation. A copy of the invoice of the Accountant (by statement) is attached hereto as **Exhibit A**.

ANY OBJECTION TO THIS NOTICE MUST BE FILED WITH THE OFFICE OF THE CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND, 6500 Cherrywood Lane, Greenbelt, MD 20770 NO LATER THAN 21 DAYS FROM THE SERVICE OF THIS NOTICE AND A COPY MUST BE CONTEMPORANEOUSLY SERVED UPON AND RECEIVED BY UNDERSIGNED

COUNSEL.  IF NO OBJECTIONS ARE TIMELY FILED, THE PROPOSED ACTION MAY BE APPROVED WITHOUT FURTHER ORDER OR NOTICE.  THE COURT, IN ITS DISCRETION, MAY CONDUCT A HEARING OR DETERMINE THE MATTER WITHOUT A HEARING REGARDLESS OF WHETHER AN OBJECTION IS FILED.  AN OBJECTION MUST STATE THE FACTS AND LEGAL GROUNDS ON WHICH THE OBJECTION IS BASED AND THE BELOW REFERENCED COUNSEL IS TO BE CONTACTED IF PARTIES IN INTEREST HAVE QUESTIONS.

DATE OF NOTICE:  10/31/23

Respectfully Submitted,

---------/S/ Donald L. Bell-------------

Donald Bell, Esquire 16231
6305 Ivy Lane; 315
Greenbelt, Maryland 20770
(301) 614-0535
Counsel for the Accountant