

11300 Rockville Pike
Suite 800
Rockville, MD 20852
(301) 468-7700 | www.skmb.cpa

| | |
|---|---|
| William C Bevan Jr.<br>c/o Ross Levin<br>11140 Rockville Pike<br>Apt 420<br>Rockville, MD 20852 | Date: 3/31/2023<br>In\Oice Number: 137955<br>Client: 73127 |

Services Rendered through 3/31/2023

Preparation and Review of 2019 - 2021 Tax Returns

| | |
|---|---|
| Invoice Total: | $18,790.50 |
| Prior Balance: | ($7,500.00) |
| Current Amount Due: | $11,290.50 |

**PAYMENT DUE UPON RECEIPT**

**Checks:**

SKMB, P.A.
11300 Rockville Pike Suite 800
Rockville MD 20852

**Electronic Payments:**

*Pay online on our website www.skmb.cpa*

**ACH: (International payments add $15 fee)**
Truist Bank
Routing# 055002707  Account# 0000209450118

To ensure proper credit, please include your invoice and/or account number



SKMB, P.A.

Billing Worksheet - Assembly

For Bill Thru Date: 3/31/2023

Client Bill Manager: Bortnick, Edward

Client ID Sub ID: 73127

| | Billing Fee Memo | WIP Reserve Amount | FYE | WIP | Progress | NetWIP | Current AR Balance |
|---|---|---|---|---|---|---|---|
| 73127- William Bevan | 0.00 | 0.00 | Dec | 18,490.50 | 0.00 | 18,490.50 | (7,500.00) |
| | | | | **$18,490.50** | **$0.00** | **$18,490.50** | **($7,500.00)** |

| Phone: | (240) 888-1847 | | | Last Paid: | 7500.00 on 2/1/2023 |
| Client Address: | c/o Ross Levin | | | | |
| | 420 | | | | |
| | Rockville | | | | |
| | Maryland | | | | |
| | 20852 | | | | |

Bill Manager:    Bartnick, Edward

**No invoices found since 1/1/2022**

**WIP - William Bevan**

| Category | Subcategory | Service Code | Date | Staff | Rate | Hours | WIP |
|---|---|---|---|---|---|---|---|
| | | **Progress billing balance** | | | | | 0.00 |
| CONSU | Unassigned | Consulting (1501) | 2/1/2023 | Bartnick, Edward (Edward) | 360.00 | 1.50 | 540.00 |
| | | | | **Unassigned Subtotal:** | | **1.50** | **$540.00** |
| | FRP | Planning (1500) | 2/1/2023 | Bartnick, Edward (Edward) | 350.00 | 2.75 | 962.50 |
| | Invoice desc: Tax research | | | | | | |
| | | | | **FRP Subtotal:** | | **2.75** | **$962.50** |
| | | | | **CONSU Subtotal:** | | **4.25** | **$1,502.50** |
| EXP | BEXP | Administrative and Technology (1011) | 3/31/2023 | Bryan, Gail (Gail) | 0.00 | | 0.00 |
| | Invoice desc: 2019 1040 Tax Returns | | | | | | |
| | BEXP | Administrative and Technology (1011) | 3/31/2023 | Bryan, Gail (Gail) | 0.00 | | 300.00 |
| | Invoice desc: 2020 1040 | | | | | | |
| | BEXP | Administrative and | 3/31/2023 | Bryan, Gail (Gail) | 0.00 | | 300.00 |

3/31/2023 4:07 PM                                                                                     Page 1 of 3

Technology (1011)

SKMB, P.A.

**Billing Worksheet - Assembly**

**For Bill Thru Date : 3/31/2023**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EXP | | Invoice desc: 2021 1040 | | | | | |
| | BEXP | Administrative and Technology (1011) | 3/31/2023 | Bryan, Gail (Gail) | 0.00 | | 300.00 |
| | | Invoice desc: 2022 1040 | | | | | |
| | | | | **BEXP Subtotal:** | | | **$900.00** |
| | | | | **EXP Subtotal:** | | | **$900.00** |
| TAX | Unassigned | Various Tax Work (1219) | 1/31/2023 | Li, Haiying (Haiying) | 240.00 | 0.25 | 60.00 |
| | | Internal note: TRANSCRIPT REQUEST | | | | | |
| | | | | **Unassigned Subtotal:** | | **0.25** | **$60.00** |
| | IND | Form 1040 (1200) | 2/22/2023 | Bartnick, Edward (Edward) | 360.00 | 5.50 | 1,980.00 |
| | IND | Form 1040 (1200) | 2/23/2023 | Bartnick, Edward (Edward) | 350.00 | 7.00 | 2,450.00 |
| | IND | Form 1040 (1200) | 3/8/2023 | Bartnick, Edward (Edward) | 360.00 | 2.75 | 990.00 |
| | IND | Form 1040 (1200) | 3/9/2023 | Bartnick, Edward (Edward) | 360.00 | 2.25 | 810.00 |
| | IND | Form 1040 (1200) | 3/18/2023 | Walker, Drew (Drew) | 300.00 | 3.00 | 900.00 |
| | | Invoice desc: Ch 13 | | | | | |
| | IND | Form 1040 (1200) | 3/23/2023 | Walker, Drew (Drew) | 300.00 | 0.50 | 150.00 |
| | | Internal note: Start Time: 1:16 PM Stop Time: 1:44 PM | | | | | |
| | | Invoice desc: 2019 Individual Tax Return | | | | | |
| | IND | Form 1040 (1200) | 3/23/2023 | Walker, Drew (Drew) | 300.00 | 4.00 | 1,200.00 |
| | | Internal note: Start Time: 12:53 PM Stop Time: 12:53 PM | | | | | |
| | | Invoice desc: 2019 Individual Tax Return | | | | | |
| | IND | Form 1040 (1200) | 3/23/2023 | Walker, Drew (Drew) | 300.00 | 5.25 | 1,575.00 |
| | | Internal note: Start Time: 12:54 PM Stop Time: 6:05 PM | | | | | |
| | | Invoice desc: 2020 Individual Tax Return | | | | | |
| | IND | Form 1040 (1200) | 3/23/2023 | Walker, Drew (Drew) | 300.00 | 0.25 | 75.00 |
| | | Internal note: Start Time: 2:14 PM Stop Time: 2:19 PM | | | | | |
| | | Invoice desc: 2019 Individual Tax Return | | | | | |
| | IND | Form 1040 (1200) | 3/23/2023 | Walker, Drew (Drew) | 300.00 | 0.01 | 3.00 |
| | | Internal note: Start Time: 9:06 AM Stop Time: 9:43 AM | | | | | |
| | | Invoice desc: 2019 Individual Tax Return | | | | | |
| | IND | Form 1040 (1200) | 3/27/2023 | Walker, Drew (Drew) | 300.00 | 1.50 | 450.00 |
| | | Internal note: Start Time: 10:58 PM Stop Time: 11:00 PM | | | | | |
| | | Invoice desc: 2021 Individual Tax Return | | | | | |
| | IND | Form 1040 (1200) | 3/27/2023 | Walker, Drew (Drew) | 300.00 | 5.00 | 1,500.00 |
| | | Internal note: Start Time: 9:30 PM Stop Time: 10:58 PM | | | | | |

**SKMB, P.A.**

**Billing Worksheet - Assembly**

**For Bill Thru Date :3/31/2023**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TAX | Invoice desc: 2020 Individual Tax Return | | | | | | |
| | IND | Form 1040 (1200) | 3/28/2023 | Walker, Drew (Drew) | 300.00 | 2.00 | 600.00 |
| | Internal note: Start Time: 10:30 AM Stop Time: 11:56 AM | | | | | | |
| | Invoice desc: 2021 Individual Tax Return | | | | | | |
| | IND | Form 1040 (1200) | 3/28/2023 | Walker, Drew (Drew) | 300.00 | 1.00 | 300.00 |
| | Internal note: Start Time: 11:59 AM Stop Time: 12:02 PM | | | | | | |
| | Invoice desc: 2020 Individual Tax Return | | | | | | |
| | IND | Form 1040 (1200) | 3/28/2023 | Walker, Drew (Drew) | 300.00 | 0.50 | 150.00 |
| | Internal note: Start Time: 12:02 PM Stop Time: 12:04 PM | | | | | | |
| | Invoice desc: 2019 Individual Tax Return | | | | | | |
| | IND | Form 1040 (1200) | 3/28/2023 | Walker, Drew (Drew) | 300.00 | 1.25 | 375.00 |
| | Internal note: Start Time: 12:04 PM Stop Time: 1:06 PM | | | | | | |
| | Invoice desc: 2022 Individual Tax Return | | | | | | |
| | IND | Form 1040 (1200) | 3/28/2023 | Bortnick, Edward (Edward) | 360.00 | 5.25 | 1,890.00 |
| | IND | Form 1040 (1200) | 3/29/2023 | Bortnick, Edward (Edward) | 360.00 | 1.75 | 630.00 |
| | | | **IND Subtotal:** | | | **48.76** | **$16,028.00** |
| | | | **TAX Subtotal:** | | | **49.01** | **$16,088.00** |
| | | | **William Bevan Subtotal:** | | | **53.26** | **$18,490.50** |

| **Staff Summary** | **Hours** | **WIP** |
|---|---|---|
| Bortnick, Edward (Edward) | 28.75 | 10,252.50 |
| Bryan, Gail (Gail) | 0.00 | 900.00 |
| Li, Haiying (Haiying) | 0.25 | 60.00 |
| Walker. Drew (Drew) | 24.26 | 7,278.00 |
| **Subtotal:** | **53.26** | **$18,490.50** |
| **73127 Subtotal:** | **53.26** | **$18,490.50** |
| **Bortnick, Edward Subtotal:** | **53.26** | **$18,490.50** |
| **Grand Total** : | **53.26** | **$18,490.50** |