UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| WILLIAM CHARLES BEVAN | ) |
| | ) Case No. 22-12609 |
| Debtor | ) (Chapter 7) Converted |
| _____ | ) |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 16th day of November, 2023, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Fee Application will be served electronically by the Court's CM/ECF systems on the following:

- **Janet Nesse Chapter 7 Trustee    jnesse@mhlawyers.com**

**I HEREBY FURTHER CERTIFY** that on the 16th day of November, 2023, a copy of the Fee Application was also mailed first class mail, postage prepaid to:

William Bevan.
ProMedica Skilled Nursing and Rehab (Manor Care)
11901 Georgia Avenue
Wheaton, MD 20902

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770

/s/ Donald L. Bell, Esquire
Donald L. Bell, Esquire