In the UNITED STATES Bankruptcy
Court FOR THE DISTRICT OF
MARYLAND at Greenbelt

Case No 22-12609-LSSCh7
DR WILLIAM BEVAN
Debtor

Motion to DELAY PAYMENT

to all creditor for 30 Days
To allow the Debtor to challenge
all Disputed amounts

I dispute all fileings performed by attorney John Burns as my council. I discovered that he was not representing my best interest. It has been brought to my attention that he was replestating at the time

Adam Ross Levin who had other than my best ~~interests~~. It only became apparaint to me when he file motion on chapter 13 ~~that were~~ were designed to make me homeless and falsely explain the condition of my property as of September 2022.

Dr. ~~William Bevan~~
Dr. William Bevan

Under penalty of perjury, I ~~declare that~~ the foregoing is true and correct ~~Motion to Delay payments to all creditors for 30 days to allow the Debit a to challenge all Disputed amount~~

11901 Georgia Ave
Wheaton, MD 20902

Dr. William Bevan

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ~~Nov 20~~, 2023, a true and correct copy of the Debtor ~~Trustee~~'s Motion to ~~Enter Amended Proposed Order for Authority to Sell Real Property~~ *Order the Chapter 7 trustee Hello Bevan John Bevan and that Be any proceeds of sale of all properties that He has any interest* has been served by CM/ECF to

*Motion to Delay Payments to all Creditors for 30 days to all the Debtor to challenge all Disputed amounts*

Timothy P. Branigan cmecf@chapter13maryland.com

John D. Burns info@burnsbankruptcyfirm.com,
burnslaw3@gmail.com,
burnslaw6@gmail.com,
notices@nextchapterbk.com,
pacerecfemails@gmail.com,
2634@notices.nextchapterbk.com

Anthony Joseph DiPaula ajdipaula@dipaulalaw.com,
cevans@dipaulalaw.com

Leah Christina Freedman bankruptcy@bww-law.com,
leah.freedman@bww-law.com

Nicole C. Kenworthy bdept@mrrlaw.net

M. Evan Meyers bdept@mrrlaw.net

Daniel J. Pesachowitz dpesacho@siwpc.com,
rjones@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

William Mark Rudow williamrudow@rudowlaw.com

Dorothy Carol Sasser dsasser@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

William Frederick Steinwedel wsteinwedel@mdlab.org,
roithamer21988@gmail.com,
G21117@notify.cincompass.com

*Janet Nesse
6404 Ivy Lane
Ste 820
Greenbelt, MD 20770
Email: jnesse@mhlawyers*

7

11/20/23

**I FURTHER CERTIFY** that on this ~~June 22, 2023~~, a true and correct copy of the ~~Trustee's~~ Motion to Enter ~~Amended Proposed Order for Authority to Sell Real Property~~ has been served by first class mail, postage prepaid, to the parties listed below:

[Handwritten annotation: To award the Chapter 7 Trustee not to pay any c/s to David Bevan, John Bevan and Ms ~~Beach~~ Motion to Delay Payment to all Creditors for 30 days to allow the Debtor to challenge all Disputed amounts.]

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Dr. William Bevan
ProMedica Skilled Nursing and Rehab (Manor Care)
11901 Georgia Avenue
Wheaton, MD 20902

THE UNITED STATES OF AMERICA
AGENCY: THE INTERNAL REVENUE SERVICE
SERVE: David J. Kautter, Acting Commissioner
1111 Constitution Avenue, NW
Washington DC 20224

SERVE: Merrick B. Garland, Esquire
Attorney General of the United States of America
950 Pennsylvania Avenue, NW
Washington DC 20530

Marcia Fudge, Secretary
U.S. Dept. of Housing and Urban Development
500 L'Enfant Plaza
451 7th Street, SW
Washington DC 20410

Andrew Cecere, President
U.S. BANK, N.A.
1014 Vine Street
Cincinnati, OH 45202

Montgomery County
c/o Marc Elrich
101 Monroe Street
Rockville, MD 20850

Robert K. Hur, Esquire
United States Attorney for the District of Maryland
6406 Ivy Lane; STE 800
Greenbelt, MD 20770