IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF
MARYLAND (Greenbelt Div.)
IN RE:

Dr. WILLIAM BEVAN

Case No. 22-12609

Debtor,

Chapter 7 Debtor Chapter 13 ESS
First AND FINAL APPLICATION FOR
PRE-conversion ADMINISTRATIVE
Compensation FOR FORMER COUNSEL
For the Chapter 13 Debtor and FOR
REIMBURSEMENT OF EXPENSES.

Debtor, has decided the Mr
John Burns must Reimburse
Dr. Bevan the $30,000 he has
paid to John Burns. Because
No Notice was given Dr Bevan
he must pay Dr. Bevan 2 million
Dollars for the pain and suffering

that Dr. Bevan has suffered since May 16, 2023 when Mr. Burns filed a Motion to Withdraw as Attorney. Docket No. 192.

The Debtor is also concerned about the possible large amount of privileged information disclosed in the voluminous filled out application.

Wherefore, the Debtor Pros respectfully requests this Court review the Application and determine that Mr Burns reimburse the Debtor $30,000 and pay Dr. William Bevan $2 million Dollars for the pain and suffering he has caused this Court and the Debtor and the Court grant such other relief as it deems appropriate and Proper.

Dated Nov 28, 2023   Respectfully submitted
Dr. William Bevan
Dr. William Bevan

USBC-MD G FILED
28 NOV '23 PM3:52

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this November 28, 2023, a true and correct copy of the *foregoing* has been served by CM/ECF to

Janet Nesse; McNamee Hosea, 6404 Ivy Lane Suite 820 Greenbelt, MD 2077

John D. Burns info@burnsbankruptcyfirm.com, burnslaw3@gmail.com, burnslaw6@gmail.com, notices@nextchapterbk.com, pacerecfemails@gmail.com, 2634@notices.nextchapterbk.com

Anthony Joseph DiPaula ajdipaula@dipaulalaw.com, cevans@dipaulalaw.com

Leah Christina Freedman bankruptcy@bww-law.com, leah.freedman@bww-law.com

Nicole C. Kenworthy bdept@mrrlaw.net

M. Evan Meyers bdept@mrrlaw.net

Daniel J. Pesachowitz dpesacho@siwpc.com, rjones@siwpc.com, bkreferrals@siwpc.com, siwbkecf@siwpc.com, siwpc@ecf.courtdrive.com, siwattecf@siwpc.com

William Mark Rudow williamrudow@rudowlaw.com

Dorothy Carol Sasser dsasser@siwpc.com, bkreferrals@siwpc.com, siwbkecf@siwpc.com, siwpc@ecf.courtdrive.com, siwattecf@siwpc.com

William Frederick Steinwedel wsteinwedel@mdlab.org, roithamer21988@gmail.com, G21117@notify.cincompass.com

Donald L Bell donbellaw@gmail.com

L. Jeanette Rice Jeanette.Rice@usdoj.gov

**I FURTHER CERTIFY** that on this November 20, 2023, a true and correct copy of the *foregoing* has been served by first class mail, postage prepaid, to the parties listed below:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Dr. William Bevan
ProMedica Skilled Nursing and Rehab (Manor Care)
11901 Georgia Avenue
Wheaton, MD 20902


/s/ Janet M. Nesse
Janet M. Nesse