## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **22−12609 − LSS**   Chapter: **7**

**William C Bevan Jr.**
Debtor

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 386 – Response Filed by William C Bevan Jr. (related document(s)354 Final Application for Compensation and Reimbursement (Pre−Conversion) Administrative Compensation for Former Counsel for the Chapter 13 Debtor and for Reimbursement of Expensesfiled by Interested Party The Burns Law Firm, LLC). (McKenna, Shannon) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 12/13/23. Missing Signature on Certificate of Service** |
| CURE: | A SIGNED Certificate of Service on the above pleading must be filed. (Local Bankruptcy Rule 7005−2). Include the names and addresses of all parties served or attach a copy of the mailing matrix. |
| CONSEQUENCE: | Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution. |

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS−COS.pdf.**
**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 11/29/23

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shannon McKenna
301−344−3390

cc:   Debtor
      Attorney for Debtor – PRO SE

defntc (rev. 12/12/2016)