Entered: November 29th, 2023
Signed: November 28th, 2023
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | | |
|---|---|---|---|
| In re: | * | | |
| William C. Bevan, Jr., | * | Case No. | 22-12609-LSS |
| | * | Chapter | 7 |
| Debtor. | * | | |
| | * | | |

### ORDER GRANTING MOTION FOR SANCTIONS

Before the Court is the Motion for Sanctions Per Fed. R. Bankr. P. 9011(c) [Dkt. No. 369] (the "Motion for Sanctions"), filed by Manor Care of Wheaton MD, LLC ("Manor Care"). No party in interest filed a timely opposition to the Motion for Sanctions. Upon consideration of the allegations set forth in the Motion for Sanctions as well as a review of the entire record in this case, the Court finds and concludes that Debtor violated Fed. R. Bankr. P. 9011(b) in, among other things, filing the Motion of Contempt of Court by Ron Colbert by Refusing to Documents, Information or to Permit Inspection of the Premises in this Bankruptcy Case [Dkt. No. 302] and the Motion to Order Dismiss of Opposition to Motion of Contempt of Court by Ron Colbert [Dkt. No. 364]. Accordingly, the Court finds and concludes that it should grant the Motion for Sanctions with respect to the issue of whether Debtor violated Fed. R. Bankr. P. 9011(b) and

hold under advisement the issue of the appropriate sanctions to be imposed under Fed. R. Bankr. P. 9011(c). Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED,** that the Motion for Sanctions is **GRANTED**, such that the Court finds that Debtor has violated Fed. R. Bankr. P. 9011(b); and it is further,

**ORDERED**, that the Court will take under advisement the issue of the appropriate sanctions to be imposed on Debtor pursuant to Fed. R. Bankr. P. 9011(c) and may, if necessary, set a hearing thereon by future notice or order.

cc:   Debtor
      Manor Care – William M. Rudow
      Chapter 7 Trustee – Janet M. Nesse
      U.S. Trustee

**END OF ORDER**