United States Bankruptcy Court For the District of Maryland

Case 22-12609

USBC-MD G FILED
12 DEC '23 PM 4:00

Motion for Adam Ross Levin Pay the debtor $ (e)262,301.99 for the personal property that he removed from both properties and distroyed without my permission

The Debtor, Is a victium of Adam Ross Levin destrockon of everything I own. He did this in Jan & Feb of 2023.

David Kin Berry

Dr. William Belem

Table of Property Replacement Costs.

Value of Property Site # 20,000
Value of Retirement Funds  300,000
Aviations Page 2    25,268
Page 3          3,450,230
     4          273,718
     5           24,240
     6           37,600
     7            9,459
     8           37,551.99
     9           15,245.

Total        6,193,351.99
Laurel Property   68,950.00
             6,262,301.99

Aviation Cost - 12,345

1 case aviation oil 12 quarts $150
$1,500 x 12 case - 18,000

Logitech G Saitek Pro Flight Yoke
throttle, and Rudders Bundle   334
#13358

Thrustmaster T 1600M   140

CH Products Flight Pro 4 Butto   90

Premium Flight Sim   80
#14737

Logitech Saitek Pro Flight
Ultimate Flight Bundle   990

X-Plane 12 Global Flight
Simulator Software   60

Private Pilot Training   299
Instrument   240
David Clark H10-13   x2  798-1600   Boise 30  ) 30 x 130 ea
Pilot WAY 4-Place Stereo                                195
mypilotstore.com
4 stops  Stratus ESGA DSB Transponder Bulk — 4000  125 x 8
P2      i,445.80             Total 412,184     210

50,000 × 5 bedroom 250,000

50,000    Kitchen    50,000

50,000    Dining room    50,000

''    Living Room    50,000

''    Breakfast Nook    50,000

''    Man Cave    50,000

''    Lab    50,000

''    Garage    50,000

10,600 × $250   Books   2,650,000

3,000 × $80   Blueray & DVD   240,000

250 × $25   Vedio Tape   6,250

200 × $20   records   4,000

10 × $10,000   Computers   100,000

Total Replacement this page   3,450,250

P3

~~300 ink~~
~~2,650 - book x $120 avg each~~ = ~~7,300~~
~~3,183,959.99~~
500 LP 78 records - $20 ea = 10,000
250 - Video Tapes Hat. @ $250
~~2,300 DVD x $44~~ = ~~101,200~~
$10,000 - cost of Hero Thud = 10,000
White Robot
                                                10,000
Electronic Estelle cart = 7,000
Lab equip.
                                                17,500
~~Record~~ Aircraft, 3 = 30,000
~~Movie Series collectable~~ ~~2 Wars Series Books~~
5 Underwater cameras = 20,000
Special 2junction ~~High~~ Leather clothes = 2,600
G.I. Joes 25 x $750 = 18,750
Toscahoking Tlakhaheh
Book Case = 25,000
Butcher bock bookcase wall = 9,000
~~& 3 draws~~
Suite of Armor = 20,000
Toscah Design - $25k 12,500
                                           273,718,660

Page 4

TUSA SAV-7 Underwater Scooter
yellow                                              4000
 death rates 230 feet yellow
                                     battery        1000
                                                    5000
Scubapro clear mask               Scubapro 442
PADI.com                           well pure Mask 419
                                   Backup
    custom fin Scuba-   ProGlide                  -85
                                                   250
 Underwater Metal Detector                         250

Scubapro X650 w/ HI Miko           800
                        Mesh Duffel bag            924
custom wetsuit                                   5,000
BC—           MK25 EVO Scubapro                 -2,500
                                                  &450
Scubapro Full Face Mask Italy                   -1,400
                     Nitrox-ready 2nd Reg.         765
Dive Computer                                      650
Scubapro HUB                                       250
           Sunglasses
Scubapro Flashlight Rega                           250
Underh2o Kinetics c-8 Dive light Notes  230
                                                   700
                                                 29,260

P.3                                              stamp
Rectangular self-inking stamp
VistaPrint.com/stationery/stamps/self-inking

| Item | Amount |
|---|---|
| Large Wax Humidor | 5000 |
| Cigars | 2,000 |
| Special Pipes | 750 |
| Pipe tobacco | 1,500 |
| Smoking Supplies | 500 |
| Custom Ashtrax | 1,000 |
| 5 Humador | 650 |
| Pen collects 70 | 10,000 |
| Writing Supplies | 500 |
| Ink | 250 |
| Rubber Stamps | 100 |
| Large Wine cup cold stainless stld | 10,000 |
| Small Wine | 350 |
| | 5,000 |

P. 9   Sub 33,600

King Tut Egyption Thorne = 1,200
Golden Throne chair = 1,750
ark of the Covenant sculptural = 1,900
Snake Sculpture $109

100 HO eagles x 35    3,500
                     ─────
                     9,459

# Empire Lathe Workshop

| | |
|---|---|
| Construction | $19,999 |
| Lathe | 2,500 |
| Generator | 5,000 |
| Special tool | 1,000 |
| air conditioner | 500 |
| Solar cells | 5,000 |
| batteries | 1,000 |
| Furniture | 2,500 |
| | **$37,551.99** |

P. 8

Meade LX850 ACF 14/F/8   12,600.00

ZWO AS11246MC-Duo B Camera   Tax 1995

celestron LCD Digital Microscope 1/ $300

zhumell 20X80 Giant Astronomy Binocular $160

Celestron Prepared Microscope Slides Set $85

15,245

P. 9

William Beugh property        15,000
in Laurel, MD
Shark Robots                   2,500
Baseball ~~the St~~            1,950
Golf equip.                   10,000
Football - helmets             9,000
Pipes, Hun soldier             5,000
Med. equipment                10,000
Aviation Equip.                4,500
Misc Equip                     2,000
                              _____
                              48,950


P. 10

Adam Ross Levin
ross@romkind.org

Christina Moore, Esquire
Legal Aid – Medical Placement Issues Counsel
For Debtor
cmoore@mdlab.org

John Burns, Esquire
jburns@burnsbankruptcyfirm.com
info@burnsbankruptcyfirm.com

William C. Bevan, Debtor
*By Hand-Delivery Upon:*
William Bevan
Manor Care Wheaton, LLC
11901 Georgia Avenue
Wheaton MD 20902

/s/ William ~~Rudow~~ Bevan
~~William M. Rudow, Esquire~~
Bevan Pro Se

Debtor

I HEREBY CERTIFY that the terms of the copy of the ~~Creditor's Response in Support of Motion to Enforce Confirmed Plan and Confirmation Order,~~ exhibit, and proposed order ~~submitted to the Court are identical to those set forth in the original; and the signature represented~~ by the /S/ on the copy submitted to ~~the~~ Court reference ~~the signature of the party obtained on the original.~~ Motion to stay entire hearing and all Decisions based on hearing and any action must be immediately reversed.

USBC-MD G FILED
28 NOV '23 PM 3:52

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this November 28, 2023, a true and correct copy of the *foregoing* has been served by CM/ECF to Janet Nesse, McNamee Hosea, 6404 Ivy Lane Suite 820 Greenbelt, MD 20770

John D. Burns info@burnsbankruptcyfirm.com, burnslaw3@gmail.com, burnslaw6@gmail.com, notices@nextchapterbk.com, pacerecfemails@gmail.com, 2634@notices.nextchapterbk.com

Anthony Joseph DiPaula ajdipaula@dipaulalaw.com, cevans@dipaulalaw.com

Leah Christina Freedman bankruptcy@bww-law.com, leah.freedman@bww-law.com

Nicole C. Kenworthy bdept@mrrlaw.net

M. Evan Meyers bdept@mrrlaw.net

Daniel J. Pesachowitz dpesacho@siwpc.com, rjones@siwpc.com, bkreferrals@siwpc.com, siwbkecf@siwpc.com, siwpc@ecf.courtdrive.com, siwattecf@siwpc.com

William Mark Rudow williamrudow@rudowlaw.com

Dorothy Carol Sasser dsasser@siwpc.com, bkreferrals@siwpc.com, siwbkecf@siwpc.com, siwpc@ecf.courtdrive.com, siwattecf@siwpc.com

William Frederick Steinwedel wsteinwcdel@mdlab.org, roithamer21988@gmail.com, G21117@notify.cincompass.com

Donald L Bell donbellaw@gmail.com

L. Jeanette Rice Jeanette.Rice@usdoj.gov

**I FURTHER CERTIFY** that on this November 20, 2023, a true and correct copy of the *foregoing* has been served by first class mail, postage prepaid, to the parties listed below:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Dr. William Bevan
ProMedica Skilled Nursing and Rehab (Manor Care)
11901 Georgia Avenue
Wheaton, MD 20902



/s/ Janet M. Nesse
Janet M. Nesse