Entered: December 28th, 2023
Signed: December 27th, 2023
**SO ORDERED**



**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **22–12609 – LSS**   Chapter: **7**

**William C Bevan Jr.**
Debtor

### ORDER STRIKING FILING FOR FAILURE
### TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing [386] Response filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above–referenced filing is stricken from the official record of the instant case.

cc: Debtor
  Attorney for Debtor – PRO SE

  Case Trustee – Janet M. Nesse
  U.S. Trustee

**End of Order**

14x01 (rev. 02/02/2006) – ShannonMcKenna