IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 22-12609-LSS |
| WILLIAM CHARLES BEVAN, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |

**OPPOSITION TO DEBTOR'S MOTION THAT THE COURT ORDER THE TRUSTEE TO CALL THE DEBTOR AND GIVE HIM THE LOCATION OF DEBTOR'S CARS**

Janet M. Nesse, Chapter 7 trustee (the "Trustee") for the bankruptcy estate of William Charles Bevan (the "Debtor"), by and through her undersigned attorneys, McNamee Hosea, P.A., files this opposition to the Debtor's *Motion that the Court Order the Trustee to Call the Debtor and Give him the Location of the Debtor's Cars* (the "Motion to Call Debtor", Dkt No. 417, filed by the Debtor, and in support thereof, states as follows:

1. Debtor commenced this case by filing a voluntary petition for Chapter 13 Bankruptcy on May 13, 2022 (the "Petition Date").

2. On June 13, 2023, on the Motion of the Chapter 13 trustee, the Court converted this case to Chapter 7. Docket No. 220.

3. At the outset of this case, Debtor was represented by counsel, John D. Burns, and the Burns Law Firm, LLC ("Counsel").

4. On May 18, 2023, on Counsel's Motion, this Court entered an Order Striking Appearance of Counsel. Dkt. No. 193.

5. The Debtor's schedules indicate that he had two vehicles, a 2001 Chevrolet Corvette (the "Corvette") with a scheduled value of $5,000.00 and a 2006 Saturn Vue with a

1

scheduled value of $0.00 (the "Second Car" and collectively with the Corvette, the "Cars").  *See*, Amended Schedule A/B at Dkt. No. 64.

6. The Trustee, after obtaining approval of this Court, sold real property of the estate.

7. Specifically, the Trustee sold the real property located at 11229 Empire Lane, Rockville, MD 20852 and the real property located at 3415 Wenona South, Laurel MD 20724.

8. On September 22, 2023, the Trustee filed a Motion to Abandon Remaining Property of Estate ("Motion to Abandon").  Dkt. No. 344.

9. The Trustee's Motion to Abandon specifically requested authorization to abandon the Corvette and the Second Car.

10. On October 17, 2023, this Court entered an Order Granting Trustee's Motion to Abandon.  Dkt. No. 350.

11. Upon information and belief, the Debtor, through prior Counsel, took the Corvette and Second Car to Capital Auto Auctions.

12. The Trustee has no further information to provide to the Debtor about the Cars.

WHEREFORE, the Trustee respectfully requests that the Court Deny the Debtor's *Motion that the Court Order the Trustee to Call the Debtor and Give him the Location of the Debtor's Cars*, and that the Court grant such other relief as it deems appropriate and proper.

Dated: January 29, 2024            Respectfully submitted

/s/ *Justin P. Fasano*
Janet M. Nesse (Fed. Bar No. 07804)
Justin P. Fasano (Fed Bar No. 28659)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel: 301-441-2420
Fax: 301-982-9450
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel for the Trustee*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this January 29, 2024, a true and correct copy of the *foregoing* has been served via the CM/ECF system to all registered users of the CM/ECF system that have requested such notification in this proceeding, and

**I FURTHER CERTIFY** that on this January 29, 2024, a true and correct copy of the *foregoing* has been served by first class mail, postage prepaid, to the parties listed below:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Dr. William Bevan
ProMedica Skilled Nursing and Rehab (Manor Care)
11901 Georgia Avenue
Wheaton, MD 20902

/s/ *Justin P. Fasano*
Justin P. Fasano