UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| ) | Case No. 22-12609 |
| WILLIAM CHARLES BEVAN ) | (Chapter 7) |
| ) | |
| Debtor ) | |

### MOTION TO CONTINUE HEARING ON PRIOR COUNSEL'S FEE APPLICATION AND BROKER'S FEE APPLICATION SCHEDULED FOR FEBRUARY 29, 2024

Gerard R. Vetter, Acting United States Trustee for Region 4, ("United States Trustee"), by counsel, files this Motion to Continue Hearing on Prior Counsel's Fee Application and Broker's Fee Application Scheduled for February 29, 2024, and asks this court to set the hearing for two consecutive days.  In support thereof, the United States Trustee states as follows:

1. On October 31, 2023, John Burns filed a First and Final Application for Pre-Conversion Administrative Compensation for Former Counsel for the Chapter 13 Debtor and for Reimbursement of Expenses ("Prior Counsel's Fee Application").   Dkt. No. 354.

2. On October 31, 2023, Adam Ross Levin filed a First Application and Final Application for Compensation for Services Rendered and for Reimbursement of Expenses Incurred for the Period June 16, 2022, Through and Including June 13, 2023 ("Broker's Fee Application").   Dkt. No. 360.

3. On November 20, 2023, Janet Nesse filed the Chapter 7 Trustee's Response to First and Final Application for Pre-Conversion Administrative Compensation for Former Counsel for the Chapter 13 Debtor and for Reimbursement of Expenses ("Chapter 7 Trustee's Response to Prior Counsel's Fee Application").   Dkt. No. 382.

4.	On November 20, 2023, Janet Nesse filed the Chapter 7 Trustee's Response to First Application and Final Application for Compensation for Services Rendered and for Reimbursement of Expenses Incurred for the Period June 16, 2022, Through and Including June 13, 2023 ("Chapter 7 Trustee's Response to Broker's Fee Application").   Dkt. No. 383.

5.	On November 28, 2023, the Debtor filed an objection to Prior Counsel's Fee Application ("Debtor's Objection to Prior Counsel's Fee Application").   Dkt. No. 386.

6.	On November 30, 2023, the United States Trustee filed the United States Trustee's Combined Objection to Application for Compensation for Attorney John Burns and Motion to Examine Attorney's Fees ("U.S. Trustee's Objection to Prior Counsel's Fee Application").   Dkt. No. 389.

7.	In addition to the pleadings cited above, the Court will also hear Debtor's Motion Seeking Relief Against Prior Counsel and Debtors Motion Seeking Relief Against Broker.

8.	Given the number of pleadings, parties, and witnesses involved in this hearing, the parties believe that the hearing will require two days.   In addition, having the matter set on two consecutive days is in the best interest of all parties and will result in judicial economy.

9.	The Debtor, John Burns, Adam Ross Levin, and the Chapter 7 Trustee consent to having the hearing on the applications for compensation scheduled for February 29, 2024 and March 1, 2024, or for two consecutive days to be cleared with the parties.

Wherefore, the United States Trustee respectfully requests that the Court schedule the hearing on the Prior Counsel's Fee Application and Broker's Fee Application for two consecutive days; and for such other and further relief as is just and equitable.

Date:   January 31, 2024				Respectfully submitted,

						Gerard R. Vetter
						Acting United States Trustee for Region 4

2

By Counsel

*/s/ L. Jeanette Rice*
L. Jeanette Rice, Bar No. 12933
Assistant U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770
(301) 344-6216
Jeanette.Rice@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion to Continue will be served electronically by the Court's CM/ECF system on the following:

Anthony Joseph DiPaula - ajdipaula@dipaulalaw.com,cevans@dipaulalaw.com

Daniel J. Pesachowitz - dpesacho@siwpc.com,rjones@siwpc.com, bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com, siwattecf@siwpc.com

Dorothy Carol Sasser - dsasser@siwpc.com,bkreferrals@siwpc.com, siwbkecf@siwpc.com, siwpc@ecf.courtdrive.com, siwattecf@siwpc.com

Janet M. Nesse - jnesse@mhlawyers.com,DC0N@ecfcbis.com, jmnesse@ecf.axosfs.com,jfasano@mhlawyers.com,cpalik@mhlawyers.com,tmackey@mhlawyers.com,Nesse.JanetR92003@notify.bestcase.com

John D. Burns - info@burnsbankruptcyfirm.com,burnslaw3@gmail.com, burnslaw6@gmail.com,notices@nextchapterbk.com,pacerecfemails@gmail.com,2634@notices.nextchapterbk.com

Justin Philip Fasano - jfasano@mhlawyers.com,jfasano@ecf.courtdrive.com, dmoorehead@mhlawyers.com,tmackey@mhlawyers.com,hleaphart@mhlawyers.com,mtaylor@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

Leah Christina Freedman - bankruptcy@bww-law.com,leah.freedman@bww-law.com

M. Evan Meyers - bdept@mrrlaw.net

3

Nicole C. Kenworthy - bdept@mrrlaw.net

William Frederick Steinwedel - wsteinwedel@mdlab.org, roithamer21988@gmail.com, G21117@notify.cincompass.com

William Mark Rudow - williamrudow@rudowlaw.com

I hereby further certify that on January 31, 2024, a copy of the Motion to Continue was also mailed first class mail, postage prepaid to:

William C. Bevan, Jr.
11901 Georgia Ave
Wheaton, MD 20902

Ingrid Bevan
409 N. Main St.
Mt. Airy, MD 21771

Ingrid Bevan
140 Bond St.
Westminster, MD 21157

Matthew Eric Bevan
Law Offices of Anthony J. DiPaula P.A.
34 S. Main Street
Bel Air, MD 21014

/s/ *L. Jeanette Rice*
L. Jeanette Rice