| | |
|---|---|
| **From:** | John Burns |
| **To:** | Ross Levin |
| **Cc:** | Info |
| **Subject:** | RE: William Bevan |
| **Date:** | Thursday, January 5, 2023 1:44:18 PM |
| **Attachments:** | image001.png |

No harm no foul to you, I will file and then Security Benefit can chase me if it can. The yare already in violation of the Motion. If you can fix it another day, after litigation, that is even better.

Remember:

*If you say you are going to sue someone, they say "pshaw" and don't take it seriously. If you sue them, they say "OMG! How do I fix this."*

Donald J. Trump (2016)

**PLEASE ONLY USE:**

**INFO@BURNSBANKRUPTCYFIRM.COM TO RESPOND TO INITIATE OR RESPOND TO EMAILS WITH THE LAW FIRM.**

**DUE TO THE LARGE VOLUME OF EMAILS RECEIVED BY THIS FIRM, AS WELL AS SPAM FILTERS, PLEASE RE-SEND YOUR EMAIL AND/OR CONTACT US VIA TELEPHONE IF YOU DO NOT RECEIVE A RESPONSE TO YOUR EMAIL WITHIN 24 HOURS. WE APOLOGIZE FOR ANY INCONVENIENCE THIS MAY CAUSE.**

*WARNING: Emails without a client name/matter will be coded to SPAM and discarded. It is incumbent upon you the sender to list the client name/matter in the subject line to cause correct routing. Otherwise, you may conclude your email will not be read or responded to.*

John D. Burns, Esquire
The Burns LawFirm, LLC
6305 Ivy Lane, Suite 340
Greenbelt, MD 20770
Phone: 301-441-8780
CALL TO FAX
Email: info@burnsbankruptcyfirm.com
We Are A Debt Relief Agency

Notice: Email is covered by the Electronic Communications Privacy Act, Title 18, Sections 2510-2521of the United States Code and is legally privileged. If you have received this message in error, please notify me by telephone or return email and delete it and any attachments from your computer. This email does not create an attorney-client relationship, as an attorney-client relationship is only created by the execution of a retainer agreement.-

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.Confidentiality Notice: The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, any disclosure, copying, or distribution of the message, or any action or omission taken by you in reliance on it, is prohibited and may be unlawful. Please immediately contact the sender if you have received this message in error. Thank you.

**From:** Ross Levin <ross@romkind.org>
**Sent:** Thursday, January 5, 2023 1:41 PM

UST Exhibit 35

**To:** John Burns <jburns@burnsbankruptcyfirm.com>
**Cc:** Info <info@burnsbankruptcyfirm.com>
**Subject:** RE: William Bevan
**Importance:** High

I will keep you appraised of my efforts and ask that you delay by one day as I will need to leave early because I am not feeling well.



Ross Levin, Certified Housing Counselor

Roots of Mankind Corp.

6305 Ivy Lane

Suite 360

Greenbelt, MD 20770

301-899-6800- agency

202-836-7748- fax

zixsecure

[Housing Counseling Works](#)

[HUD Housing Counselor Page 7](#)

[Linkedin](#)

**CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination, or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information.**

**From:** John Burns <jburns@burnsbankruptcyfirm.com>
**Sent:** Thursday, January 5, 2023 1:31 PM
**To:** Ross Levin <ross@romkind.org>
**Cc:** Info <info@burnsbankruptcyfirm.com>
**Subject:** RE: William Bevan

Ross, if you can't get it fully funded at $100K today, I will file tomorrow the Show Cause Motion on Contempt that I have so notified Security Benefit by certified service is coming. Keep me apprised today on that progress.

**PLEASE ONLY USE:**
**INFO@BURNSBANKRUPTCYFIRM.COM TO RESPOND TO**

UST Exhibit 35