UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:                                              )
                                                    )
WILLIAM CHARLES BEVAN                               )
                                                    ) Case No. 22-12609
Debtor                                              ) (Chapter 13)
                                                    )

## LINE REFLECTING CHANGE ORDER TO CONSTRUCTION CONTRACT FOR TILE AND DUCT WORK

WILLIAM CHARLES BEVAN (the "Debtor" or "Dr. Bevan") hereby files this Line Reflecting Change Order To Construction Contract For Tile and Duct Work, in the amount of $7,325.00 a copy of which is attached hereto as **Exhibit 1.** This is a supplement to the Motion [Dkt. 118] and Order [Dkt. 128] and Rehabilitation Agreement [Dkt. 118-1] submitted and approved previously. The Rehabilitation Agreement is scheduled to conclude on April 7, 2023 (other than window installation which is held up by supply chain delays), which is timely and on schedule despite interruptions in work.

Respectfully Submitted,

--------/S/ John D. Burns----------
John D. Burns, Esquire (#22777)
The Burns Law Firm, LLC
6303 Ivy Lane; Suite 102
Greenbelt, Maryland 20770
(301) 441-8780
*info@burnsbankruptcyfirm.com*
Counsel to the Debtor

### CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2023, a copy of the foregoing Debtor's Line and **Exhibit 1** was served via first-class mail, postage prepaid, or sent by ECF, upon:

*By ECF Notification Upon:*

UST Exhibit 122

Timothy Branigan, Chapter 13 Trustee
9891 Broken Land Parkway, Suite 301
Columbia, MD 21046
      Chapter 13 Trustee

williamrudow@rudowlaw.com

emeyers@mrrlaw.net

Parties registered for ECF notification

**By Electronic Mail Upon:**
Adam Ross Levin
Homewise Realty Services, LLC
11140 Rockville Pike
Suite 420
Rockville, MD 20852

Office of the United States Trustee
6305 Ivy Lane; STE 600
Greenbelt, MD 20770

William C. Bevan
drwilliambevan@juno.com

**By First Class Postage Pre-Paid Mail Upon:**
Dr. William Bevan
ProMedica Skilled Nursing and Rehab (Manor Care)
11901 Georgia Avenue
Wheaton, MD 20902

                                -----------/S/ John D. Burns-----
                                John D. Burns

UST Exhibit 122

# EHI MOLD REMEDIATION, INC.

*2107 Country Fair Lane*
*Sykesville, Maryland 21784*     **Cell 410-596-6925**     **Fax 410- 549-7816**

## INVOICE

**DATE:** 04/03/2023

**TO:** Ross Levin

**PROJECT:** Change Order
11229 Empire Lane
Rockville, MD 20852

**P. O NO:**

| | |
|---|---|
| CONTRACT AMOUNT | $7,325.00 |
| CHANGE ORDER AMOUNT (see description below) | $0.00 |
| CONTRACT TOTAL | $7,325.00 |
| PREVIOUSLY BILLED | N/A |
| **AMOUNT DUE THIS BILLING** | **$7,325.00** |
| BALANCE TO FINISH | N/A |

DUE UPON RECEIPT
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

### WORK PERFORMED

Physical Work on Change Order is completed.
Additional Tile work. Interior and Exterior Doors. Additional Lights. New Shut-off valves – 8. Additional Trim work. Change out Diverters. Electrical line. Duct Cleaning.

Thank you for your business!!!