IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MAYRLAND
Greenbelt Division

**IN RE:**

**WILLIAM CHARLES BEVAN, Jr.**

**DEBTOR**

**Case No. 22-12609-LSS**
**Chapter 7**

---

**DEBTOR'S EXHIBIT AND WITNESS LIST**
**FOR HEARING ON NOVEMBER 14-15, 2024**

WITNESSES:

Debtor may call any person identified on any other party's witness list , and may present testimony himself. In addition, Debtor may call as an expert witness:

Brett Weiss
The Weiss Law Group, LLC
8843 Greenbelt Road, Box 299
Greenbelt, Maryland 20770

EXHIBITS:

Debtor may use any exhibit identified on any other party's exhibit list, whether or not offered into evidence by such party.

In addition, the Debtor identifies the following additional exhibits:

A. Docket #28

B. Docket #30

C. Docket #57

D. Docket #58

Dated: 11/8/2024

/s/ Daniel M. Press
Daniel M. Press (#07300)
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean VA 22101
703-734-3800
dpress@chung-press.com
*Counsel for Debtor*

CERTIFICATE OF SERVICE

This is to certify that on this 8th day of November, 2024, I caused the foregoing document to be served by CM/ECF on the following:

Donald L Bell donbellaw@gmail.com,
admin@donbellaw.com,
bell.donaldr125259@notify.bestcase.com

John D. Burns info@burnsbankruptcyfirm.com,
burnslaw3@gmail.com,
burnslaw6@gmail.com,
notices@nextchapterbk.com,
pacerecfemails@gmail.com,
2634@notices.nextchapterbk.com

Timothy Stephen Carey timothy.carey@wilsonelser.com,
Rajdeep.Sraun@wilsonelser.com

Anthony Joseph DiPaula ajdipaula@dipaulalaw.com,
cevans@dipaulalaw.com

Justin Philip Fasano jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com,
dmoorehead@mhlawyers.com,
tmackey@mhlawyers.com,
hleaphart@mhlawyers.com,
cmartin@mhlawyers.com,
Fasano.JustinR92003@notify.bestcase.com

Nikita Rajendra Joshi Nikita.Joshi@bww-law.com,
bankruptcy@bww-law.com

Nicole C. Kenworthy bdept@mrrlaw.net

Lynn A. Kohen lynn.a.kohen@usdoj.gov

M. Evan Meyers bdept@mrrlaw.net

Janet M. Nesse jnesse@mhlawyers.com,
DC0N@ecfcbis.com,
jmnesse@ecf.axosfs.com,
jfasano@mhlawyers.com,
cpalik@mhlawyers.com,
tmackey@mhlawyers.com,
Nesse.JanetR92003@notify.bestcase.com,
kfeig@mhlawyers.com

Jeffrey M. Orenstein jorenstein@wolawgroup.com

Daniel J. Pesachowitz dpesacho@siwpc.com,
rjones@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

L. Jeanette Rice Jeanette.Rice@usdoj.gov,
USTPRegion04.GB.ECF@USDOJ.GOV

William Mark Rudow williamrudow@rudowlaw.com

Dorothy Carol Sasser dsasser@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

William Frederick Steinwedel wsteinwedel@mdlab.org,
roithamer21988@gmail.com,
G21117@notify.cincompass.com

/s/ Daniel M. Press______________________
Daniel M. Press