# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

**In re:**

| | |
|---|---|
| **WILLIAM C BEVAN, JR,** | **CHAPTER 13** |
| **DEBTOR.** | **CASE NO. 22-12609** |

## <u>OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN</u>

**COMES NOW**, U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II ("Secured Creditor"), by Counsel, and objects to the confirmation of the Chapter 13 Plan (the "Plan") and in support thereof, represents unto the Court:

1. Secured Creditor has a claim against the property of the Debtor located at 11229 Empire Lane, Rockville, MD 20852 by virtue of the Note and accompanying Deed of Trust.

2. Secured Creditor is in the process of having a Proof of Claim prepared for filing in this case which will reflect pre-petition arrears of approximately $195,964.46.

3. The Plan appears to be underfunded, as it only provides for $100.00 per month over 60 months (totaling $6,000.00).

4. The Plan does not contain any provisions for pre-petition arrears as to this Secured Creditor.

5. Debtor's Plan is speculative with regard to the treatment of Secured Creditor. Debtor proposes the arrearage will be paid via a refinance to be achieved 120 days from the confirmation date of the Plan. Secured Creditor objects to the lack of adequate protection contained in the Plan, as well as the Plan's feasibility

6. Any Chapter 13 Plan proposed by the Debtor must provide for and eliminate the objections specified above in order to be feasible and to provide adequate protection to this Secured Creditor. It is respectfully requested that this Court deny confirmation of the Plan.

**WHEREFORE**, the undersigned requests as follows:

1. That confirmation of the proposed Plan be denied;

2. Debtor be required to modify the Plan to honor the terms and conditions of the Deed of Trust; and

3. For such other relief as this Court deems proper.

File No. 81736

Case 22-12609 Doc 28 Filed 06/23/22 Page 2 of 2

U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II
By: /s/Daniel J. Pesachowitz

______________________________

Daniel J. Pesachowitz, Esquire, Bar No. 14930
Robert A. Jones, Esquire, Bar No. 18707
D. Carol Sasser, Esquire, Bar No. 21631
Samuel I. White, P.C.
6100 Executive Blvd.
Suite 400
Rockville, MD 20852
Tel:(301) 804-3400
Fax:(301) 838-1954
dpesachowitz@siwpc.com

CERTIFICATE OF SERVICE

I certify that on June 23, 2022, the foregoing Objection was served via CM/ECF on Timothy P. Branigan, Trustee, and John D. Burns, Counsel for Debtor, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to William C Bevan, Jr, Debtor, 11719 Devilwood Dr., Potomac, MD 20854.

/s/Daniel J. Pesachowitz

______________________________

Daniel J. Pesachowitz, Esquire
Samuel I. White, P. C.