**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **WILLIAM CHARLES BEVAN** | ) | **Case No. 22-12609** |
| | ) | **(Chapter 7)** |
| | ) | |
| ______________________________ | ) | |

**JOHN BURNS AND THE BURNS LAWFIRM, LLC'S OBJECTIONS TO LIST OF EXHIBITS FILED BY WILLIAM CHARLES BEVAN**

John Burns and The Burns Law Firm, LLC (collectively, "Mr. Burns") through undersigned counsel, Timothy Carey, Esquire, and WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, hereby file these objections to the list of trial exhibits designated by the Debtor, William Charles Bevan. As grounds for their objections, Mr. Burns states as follows:

**PRELIMINARY STATEMENT**

Mr. Burns reserves the right to object to any and all exhibits set forth by the any party at trial pursuant to Local Rule Local Rule 7016-1. Further, Mr. Burns objects to the Debtor's designation of "any exhibit identified on any other party's exhibit list, whether or not offered into evidence by such party." Such a characterization without any identification or what exhibits may be offered into evidence by the Debtor creates and unreasonable burden and is unduly prejudicial to Mr. Burns as they have no basis to determine, what, if any, evidence the Debtor intends to introduce. For that reason, Mr. Burns reserves the rights to object to any exhibits offered by the Debtor.

Mr. Burns further identifies the following objections:

| Exhibit No. | Description | Objections |
|---|---|---|
| A | Docket #28 | R. 801, Hearsay, Relevance |
| B | Docket #30 | Relevance; Hearsay |
| C | Docket #57 | Relevance; Hearsay. |
| D | Docket #58 | Relevance; Hearsay. |

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Timothy S. Carey*
Timothy S. Carey (Bar #19856)
250 W. Pratt Street, Suite 2200
Baltimore, MD 21201
410-539-1800 (Main)
410-962-8758 (Fax)
Timothy.Carey@wilsonelser.com

*/s/ Matthew W. Lee*
Matthew W. Lee (Bar #27949)
8444 Westpark Drive, Suite 510
McLean, VA 22102
703-852-7788 (Main)
703-245-9301 (Fax)
Matthew.Lee@wilsonelser.com

*Attorneys for John Burns and The Burns Law Firm, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12th day of November 2024, I served the foregoing Objections electronically, via CM/ECF upon:

**Donald L Bell** donbellaw@gmail.com,
admin@donbellaw.com;bell.donaldr125259@notify.bestcase.com

• **Anthony Joseph DiPaula** ajdipaula@dipaulalaw.com, cevans@dipaulalaw.com

• **Justin Philip Fasano** jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;
dmoorehead@mhlawyers.com;tmackey@mhlawyers.com; hleaphart@mhlawyers.com;
cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestca
se.com

• **Nikita Rajendra Joshi** Nikita.Joshi@bww-law.com, bankruptcy@bww-law.com

• **Nicole C. Kenworthy** bdept@mrrlaw.net

• **Lynn A. Kohen** lynn.a.kohen@usdoj.gov

• **M. Evan Meyers** bdept@mrrlaw.net

• **Janet M. Nesse** jnesse@mhlawyers.com, DC0N@ecfcbis.com;
jmnesse@ecf.axosfs.com;jfasano@mhlawyers.com;cpalik@mhlawyers.com;
tmackey@mhlawyers.com; Nesse.JanetR92003@notify.bestcase.com;
kfeig@mhlawyers.com

• **Jeffrey M. Orenstein** jorenstein@wolawgroup.com

• **Daniel J. Pesachowitz** dpesacho@siwpc.com,
rjones@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;
siwpc@ecf.courtdrive.com; siwattecf@siwpc.com

• **Daniel M. Press** dpress@chung-press.com, pressdm@gmail.com

• **L. Jeanette Rice** Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV

• **William Mark Rudow** williamrudow@rudowlaw.com

• **Dorothy Carol Sasser** dsasser@siwpc.com, bkreferrals@siwpc.com;
siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com;siwattecf@siw pc.com

• **William Frederick Steinwedel** wsteinwedel@mdlab.org, roithamer21988@gmail.com;
G21117@notify.cincompass.com

*<u>/s/ Timothy S. Carey</u>*
Timothy S. Carey