**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **WILLIAM CHARLES BEVAN** | ) | **Case No. 22-12609** |
| | ) | **(Chapter 7)** |
| | ) | |
| | ) | |

**JOHN BURNS AND THE BURNS LAWFIRM, LLC'S OBJECTIONS TO LIST OF EXHIBITS FILED BY THE UNITED STATES TRUSTEE**

John Burns and The Burns Law Firm, LLC (collectively, "Mr. Burns") through undersigned counsel, Timothy Carey, Esquire, and WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, hereby file these objections to the list of trial exhibits designated by the United States Trustee. As grounds for their objections, Mr. Burns states as follows:

**PRELIMINARY STATEMENT**

Mr. Burns reserves the right to object to any and all exhibits set forth by the any party at trial pursuant to Local Rule Local Rule 7016-1. Mr. Burns further identifies the following objections:

| Exhibit No. | Description | Objections |
|---|---|---|
| 3 | Email from Burns to Levin with Affidavit of Adam Ross Levin attached dated July 1, 2022. | R. 801, Hearsay R. 106 - Completeness. |
| 4 | Emails between Burns and Rudow dated July 1, 2022. | Hearsay; Completeness. |
| 8 | Email from Pesachowitz to Myers & Levin dated July 13, 2022 3:00:29 PM | Relevance; Hearsay. |
| 20 | Email from Levin to Wadsworth dated October 26, 2022 3:04:13 PM | Relevance; Hearsay. |
| 29 | Email from Burns to Levin | Completeness |

| | | |
|---|---|---|
| | dated November 15, 2022 8:48:07 PM | |
| 31 | Email from Levin to Harris dated November 23, 2022 5:09:49 | Relevance; Hearsay; Foundation. |
| 34 | Email from Burns to Levin dated January 4, 2023 11:59 AM | Relevance; Completeness |
| 35 | Email between Burns and Levin dated January 5, 2023 | Relevance; Hearsay; |
| 39 | Email from Zaritsky to Burns dated January 10, 2023 3:24 PM | Relevance; Hearsay; |
| 41 | Email from Levin to Reid Zaritsky and Burns dated January 12, 2023 11:17:42 AM | Relevance; Hearsay. |
| 43 | Email from Levin to Lamme dated January 13, 2023 10:31:37 AM | Relevance; Hearsay. |
| 45 | Email Levin to Matt Bevan dated January 25, 2023 6:53:11 PM and Matt Bevan email to Levin dated January 24, 2023 7:31 PM | Relevance; Hearsay. |
| 47 | Email from Levin to Burns dated January 27, 2023 9:21:30 PM | Hearsay. |
| 63 | Email from Levin to Shaw dated February 14, 2023 3:06 PM | Relevance; Hearsay. |
| 64 | Email from Shaw to Levin dated February 14, 2023 12:50 PM | Relevance; Hearsay. |
| 66 | Email from Levin to Burns dated February 21, 2023 5:06:02 PM | Relevance; Hearsay; |
| 67 | Email from Levin to Burns dated February 21, 2023 5:09:41 PM | Relevance; Hearsay. |
| 68 | Email from Burns to Levin dated February 21, 2023 6:58:22 PM | Relevance; Hearsay. |
| 72 | Email from Moore to Burns and Levin dated March 21, 2023 2:00:40 PM | Relevance; Hearsay. |

| | | |
|---|---|---|
| 80 | Affidavit of Christina R. Moore in Response to the Motion of John D. Burns to Enforce Confirmed Plan and Confirmation Order | Relevance; Hearsay. |
| 83 | Email from Burns to Levin dated April 18, 2023 1:51 PM | Relevance; Completeness |
| 87 | Email from Burns to Bevan dated April 21, 2023 3:00 PM | Relevance; Completeness |
| 88 | Email from Burns to Moore and Bevan dated April 21, 2023 3:09:05 PM | Relevance; Completeness |
| 92 | Email from Levin to Bevan, Burns, Rice, Kostadinov dated April 27, 2023 12:03:20 andBevan email to Burns, Levin, Rice, Kostadinov dated April 26, 2023 11:15 PM | Relevance; Completeness |
| 102 | Emails between Burns and Rudow dated June 16, 2023 and email from Levin to Burns dated June 16, 2023 | Relevance; Hearsay; Unfairly Prejudicial |
| 103 | Email from Burns to Rudow dated August 25, 2023 at 11:38 AM | Relevance |
| 118 | Trustee’s Motion to Convert Case to Chapter 7 | Relevance; Hearsay |

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Timothy S. Carey*
Timothy S. Carey (Bar #19856)
250 W. Pratt Street, Suite 2200
Baltimore, MD 21201
410-539-1800 (Main)
410-962-8758 (Fax)
Timothy.Carey@wilsonelser.com

*/s/ Matthew W. Lee*
Matthew W. Lee (Bar #27949)
8444 Westpark Drive, Suite 510
McLean, VA 22102
703-852-7788 (Main)
703-245-9301 (Fax)
Matthew.Lee@wilsonelser.com

*Attorneys for John Burns and The Burns Law Firm, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12th day of November 2024, I served the foregoing Objections electronically, via CM/ECF upon:

**Donald L Bell** donbellaw@gmail.com,
admin@donbellaw.com;bell.donaldr125259@notify.bestcase.com

• **Anthony Joseph DiPaula** ajdipaula@dipaulalaw.com, cevans@dipaulalaw.com

• **Justin Philip Fasano** jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;
dmoorehead@mhlawyers.com;tmackey@mhlawyers.com; hleaphart@mhlawyers.com;
cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestca
se.com

• **Nikita Rajendra Joshi** Nikita.Joshi@bww-law.com, bankruptcy@bww-law.com

• **Nicole C. Kenworthy** bdept@mrrlaw.net

• **Lynn A. Kohen** lynn.a.kohen@usdoj.gov

• **M. Evan Meyers** bdept@mrrlaw.net

• **Janet M. Nesse** jnesse@mhlawyers.com, DC0N@ecfcbis.com;
jmnesse@ecf.axosfs.com;jfasano@mhlawyers.com;cpalik@mhlawyers.com;
tmackey@mhlawyers.com; Nesse.JanetR92003@notify.bestcase.com;
kfeig@mhlawyers.com

• **Jeffrey M. Orenstein** jorenstein@wolawgroup.com

• **Daniel J. Pesachowitz** dpesacho@siwpc.com,
rjones@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;
siwpc@ecf.courtdrive.com; siwattecf@siwpc.com

• **Daniel M. Press** dpress@chung-press.com, pressdm@gmail.com

• **L. Jeanette Rice** Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV

• **William Mark Rudow** williamrudow@rudowlaw.com

• **Dorothy Carol Sasser** dsasser@siwpc.com, bkreferrals@siwpc.com;
siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com;siwattecf@siw pc.com

• **William Frederick Steinwedel** wsteinwedel@mdlab.org, roithamer21988@gmail.com;
G21117@notify.cincompass.com

*/s/ Timothy S. Carey*

Timothy S. Carey