# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **22–12609 – LSS**   Chapter: **7**

**William C Bevan Jr.**
Debtor

# NOTICE

In person hearing Courtroom 3–E Greenbelt, Judge Simpson.

PLEASE TAKE NOTICE that a hearing will be held

on 3/3/25 at 10:00 AM

to consider and act upon the following:

546 – Motion to Reconsider Objection to Exemption and to Direct Exempt Property to Debtor Filed by William C Bevan Jr. (related document(s)307 Order on Objection to Debtor's Claim of Exemptions). (Press, Daniel) Modified on 12/18/2024 to enhance text. (McKenna, Shannon).

558 – Response on behalf of The Burns Law Firm, LLC Filed by Timothy Stephen Carey (related document(s)546 Motion to Reconsider filed by Debtor William C Bevan, Motion for Turnover of Property). (Carey, Timothy)

559 – Response on behalf of Janet M. Nesse Filed by Justin Philip Fasano (related document(s)546 Motion to Reconsider filed by Debtor William C Bevan, Motion for Turnover of Property). (Fasano, Justin)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 1/23/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shannon McKenna
301–344–3390

Form ntchrgmdb (rev. 08/13/2024)