Entered: January 27th, 2025
Signed: January 24th, 2025
**SO ORDERED**

No opposition.



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

```
-------------------------------------------------------X
In re:                                                 :    Chapter 7
                                                       :
William C Bevan, Jr.                                   :    Case No.  22-12609-LSS
            Debtor.                                    :
                                                       :
-------------------------------------------------------X
```

**ORDER SUSTAINING
OBJECTION TO PROOF OF CLAIM #7 (IRS)**

Upon consideration of the objection of the Debtor to Proof of Claim #7 filed in this case by the Internal Revenue Service, and any response thereto, and it appearing that the claim (apart from the 2009 taxes) is not owed, it is hereby

ORDERED that proof of claim #7 is DISALLOWED, other than for the taxes and penalties stated as being due for 2009.

Copies to:

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101

Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

End of Order