United States Bankruptcy Court
District of Maryland

In re:  
William C Bevan, Jr.  
    Debtor

Case No. 22-12609-LSS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 2  
Date Rcvd: May 28, 2025      Form ID: ntchrgb2      Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William C Bevan, Jr., 11901 Georgia Ave, Wheaton, MD 20902-2001 |
| cr | + | Manor Care of Bethesda MD, LLC, Rudow Law Group, LLC, William M. Rudow, Esquire, 502 Washington Avenue, Ste 730, Baltimore, MD 21204-4525 |
| cr | + | ManorCare of Wheaton c/o Rudow Law Group, LLC, 502 Washington Avenue, Ste 730, Ste 730, Towson, MD 21204, US 21204-4525 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Joseph DiPaula | ajdipaula@dipaulalaw.com cevans@dipaulalaw.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel M. Press | dpress@chung-press.com pressdm@gmail.com,danpress@recap.email |
| Donald L Bell | donbellaw@gmail.com admin@donbellaw.com,bell.donaldr125259@notify.bestcase.com |
| Dorothy Carol Sasser | dsasser@siwpc.com bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |

District/off: 0416-0 | User: admin | Page 2 of 2
Date Rcvd: May 28, 2025 | Form ID: ntchrgb2 | Total Noticed: 3

Janet M. Nesse
jnesse@mhlawyers.com
DC0N@ecfcbis.com,jmnesse@ecf.axosfs.com,jfasano@mhlawyers.com,cpalik@mhlawyers.com,tmackey@mhlawyers.com,Nesse.JanetR92003@notify.bestcase.com,kfeig@mhlawyers.com

Jeffrey M. Orenstein
jorenstein@wolawgroup.com

John D. Burns
info@burnsbankruptcyfirm.com
burnslaw3@gmail.com,burnslaw6@gmail.com,notices@nextchapterbk.com,pacerecfemails@gmail.com,2634@notices.nextchapterbk.com

Justin Philip Fasano
jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

L. Jeanette Rice
Jeanette.Rice@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV

Lynn A. Kohen
lynn.a.kohen@usdoj.gov

M. Evan Meyers
bdept@mrrlaw.net

Nicole C. Kenworthy
bdept@mrrlaw.net

Nikita Rajendra Joshi
Nikita.Joshi@bww-law.com bankruptcy@bww-law.com

Timothy Stephen Carey
timothy.carey@wilsonelser.com Rajdeep.Sraun@wilsonelser.com

William Frederick Steinwedel
wsteinwedel@mdlab.org roithamer21988@gmail.com,G21117@notify.cincompass.com

William Mark Rudow
williamrudow@rudowlaw.com

TOTAL: 17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

In re:   Case No.: **22−12609 − LSS**   Chapter: **7**

**William C Bevan Jr.**
Debtor

# NOTICE

Virtual hearing − For hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688.

PLEASE TAKE NOTICE that a hearing will be held

on 6/10/25 at 10:00 AM

to consider and act upon the following:

541 − Objection to Claim Number 1,18 In Re: Manor Care of Bethesda LLC in the Amount of $33602.50. Notice Served on 12/18/2024 Filed by William C Bevan Jr.. Responses due by 1/17/2025. (Press, Daniel)

542 − Objection to Claim Number 19 In Re: Manor Care of Wheaton MD LLC in the Amount of $278267.65. Notice Served on 12/18/2024 Filed by William C Bevan Jr.. Responses due by 1/17/2025. (Press, Daniel)

557 − Response on behalf of Manor Care of Bethesda MD, LLC Filed by William Mark Rudow (related document(s)541 Objection to Claim filed by Debtor William C Bevan). (Attachments: # 1 Exhibit Memorandum in Support of Creditors Response In Opposition to Objection to Proofs of Claim #1−2 and 18−1 # 2 Exhibit 1 # 3 Exhibit 2 # 4 Exhibit 3 # 5 Exhibit 4 # 6 Exhibit 5 # 7 Certificate of Service # 8 Proposed Order) (Rudow, William)

560 − Opposition on behalf of ManorCare of Wheaton c/o Rudow Law Group, LLC Filed by William Mark Rudow (related document(s)542 Objection to Claim filed by Debtor William C Bevan). (Attachments: # 1 Memorandum In Support # 2 Exhibit 1 # 3 Exhibit 2 # 4 Exhibit 3 # 5 Exhibit 4 # 6 Proposed Order # 7 Certificate of Service) (Rudow, William)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 5/28/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shannon McKenna
301−344−3390

Form ntchrgmdb (rev. 08/13/2024)