# Claim 1 - Respondent Witness List

| Witness Name | Brief Description |
| --- | --- |
| William Rudow | Legal Fees |
| Devorah Gordon | Custodian of Records ManorCare Bethesda, MD LLC & ManorCare Wheaton, MD LLC |
| Ron Colbert | Custodian of Records & First-hand Knowledge re ManorCare Wheaton, MD LLC |
| William Bevan | Document Admission |