# Claim 1 - Respondent Exhibit List

| Exhibit Name | Brief Description |
| --- | --- |
| Respondent Claim 1 Exhibit 1 | Debtor Resident Contract |
| Respondent Claim 1 Exhibit 2 | Order of Judgment |
| Respondent Claim 1 Exhibit 3 | E-Mail Exchange re Judgment Lien |
| Respondent Claim 1 Exhibit 4 | MMAP Denial due to excess |
| Respondent Claim 1 Exhibit 5 | Amended A-B 9-16-22 |
| Respondent Claim 1 Exhibit 6 | Claim 1 Bethesda 2nd Amended |
| Respondent Claim 1 Exhibit 7 | RLG Legal Fees |
| Respondent Claim 1 Exhibit 8 | Attorney Affidavit - Loadstar |