# Rudow Law Group, LLC.

## Fee Summary

**Rudow Law Group**
502 Washington Avenue Suite 730, Towson, MD 21204-4525

Date:  September 6, 2023

### William Bevan
HCR ManorCare Tenant

| Invoice Date | Invoice Number | Amount Legal Fees | Total Bill | William Rudow | Of Counsel Paralegal | |
|---|---|---|---|---|---|---|
| 1-3-22 - 1-24-22 | 19714 | $5,742.50 | $ 5,742.50 | 14.30 | | 0.3 |
| 1-25-22 - 3-20-22 | 19735 | $600.00 | $ 600.00 | 1.50 | | |
| 3-21-22 - 5-1-22 | 19745 | $400.00 | $ 400.00 | 1.00 | | |
| 5-2-22 - 5-20-22 | 19750 | $1,880.00 | $ 1,880.00 | 4.70 | | |
| 5-21-22 - 6-26-22 | 19761 | $1,280.00 | $ 1,280.00 | 3.20 | | |
| 6-27-22 - 8-4-22 | 19768SW | $4,940.00 | $ 4,940.00 | 9.50 | 3.80 | |
| 8-5-22 - 10-2-22 | 19777 | $5,400.00 | $ 5,400.00 | 13.40 | | 0.4 |
| 10-3-22 - 11-5-22 | 19784 | $1,030.00 | $ 1,030.00 | 2.50 | | 0.4 |
| 11-6-22 - 12-7-22 | 19789HP | $360.00 | $ 2,053.75 | 0.90 | | |
| 12-7-22 -1-1-23 | 19797 | $440.00 | $ 440.00 | 1.10 | | |
| 1-2-23 - 2-4-23 | 19800 | $480.00 | $ 480.00 | 1.20 | | |
| 2-5-23 - 7-6-23 | 19833 | $2,280.00 | $ 2,280.00 | 6.60 | | |
| 7-7-23 - 8-3-23 | 19838 | $800.00 | $ 800.00 | 2.00 | | |
| 8-4-23 - 9-6-23 | 19844 | $680.00 | $ 680.00 | 1.70 | | |

Error should be $360.00

Additional Fees:

| | | | | | |
|---|---|---|---|---|---|
| 11-6-22 | 19789HP | | $1,693.75 | Trustee fee & Title Search | |

| | | | | | |
|---|---|---|---|---|---|
| **Total:** | | $28,006.25 | | 63.60 | 1.1 |

| | |
|---|---|
| **Case Total:** | $ - |

**Total**   $28,006.25   Err should be $2,6312.50

*Thank you for your business!*

**Respondend Claim 1 Exhibit 7**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland  21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

January 24, 2022

Michele Fletcher
HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101
Matter Caption: William Bevan

Matter Identification Number: 5238817-1

Institution Number: 523

Institution Name: Bethesda

Firm Name: Rudow Law Group, LLC

Date Range: 01-03-22 - 1-24-22

Invoice No. 19714

Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 1/3/2022 | WR | Prepare for Trial | $400.00/hr | 1.30 | 520.00 |
|  | WR | Prepare for Remote Proceeding Request Hearing | $400.00/hr | 1.20 | 480.00 |
|  | RC | Draft Attorney Fee Affidavit | $75.00/hr | 0.30 | 22.50 |
|  | WR | Serve Attorney Fee Affidavit | $400.00/hr | 0.10 | 40.00 |
| 1/11/2022 | WR | Attend Remote Hearing re Virtual Trial - Request for Virtual Trial Granted | $400.00/hr | 1.30 | 520.00 |
|  | WR | Phone Facility re Fax | $400.00/hr | 0.10 | 40.00 |
| 1/13/2022 | WR | Prepare for Trial | $400.00/hr | 2.40 | 960.00 |
|  | WR | Draft E-Mail to Tracy re Witness Prep | $400.00/hr | 0.10 | 40.00 |

**Respondend Claim 1 Exhibit 7**

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 1/17/2022 | WR | Draft E-Mail to Tracy re Witness Prep | $400.00/hr | 0.10 | 40.00 |
| 1/18/2022 | WR | Prep for Trial | $400.00/hr | 1.70 | 680.00 |
| | WR | Reply to Text re Trial Communications | $400.00/hr | 0.10 | 40.00 |
| 1/19/2022 | WR | Phone Assignments re Case Assignment for Remote Hearing | $400.00/hr | 0.30 | 120.00 |
| | WR | Phone Law Clerk re Bevan Contact Info | $400.00/hr | 0.10 | 40.00 |
| | WR | Review E-Mail from Law Clerk re Hearing Zoom | $400.00/hr | 0.10 | 40.00 |
| | WR | Upload Exhibits for Court | $400.00/hr | 0.30 | 120.00 |
| | WR | Prepare for Trial | $400.00/hr | 0.40 | 160.00 |
| 1/20/2022 | WR | Attend Merit Trial - WON! | $400.00/hr | 1.40 | 560.00 |
| | WR | Phone Tracy re Trial | $400.00/hr | 0.10 | 40.00 |
| | WR | Draft Order | $400.00/hr | 2.70 | 1,080.00 |
| | WR | Phone Monahan can be Trustee | $400.00/hr | 0.10 | 40.00 |
| 1/24/2022 | WR | Review Court Order | $400.00/hr | 0.20 | 80.00 |
| | WR | Draft E-Mail to Tracy re Court Order | $400.00/hr | 0.10 | 40.00 |
| | WR | Review Amended Order | $400.00/hr | 0.10 | 40.00 |
| | | For professional services rendered | | 14.60 | $5,742.50 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Becky Chessler | 0.30 | 75.00 | $22.50 |
| William M. Rudow | 14.30 | 400.00 | $5,720.00 |
| For professional services rendered | 14.60 | $5,742.50 |

**Respondend Claim 1 Exhibit 7**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland  21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

March 20, 2022

Michele Fletcher
HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101

Matter Caption: William Bevan

Matter Identification Number: 5238817-1

Institution Number: 523

Institution Name: Bethesda

Firm Name: Rudow Law Group, LLC

Date Range: 1-25-22 - 3-20-22

Invoice No. 19715

Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/7/2022 | WR | Draft Motion for Receiver | $400.00/hr | 0.90 | 360.00 |
| 3/15/2022 | WR | Draft E-mail to Chambers re Trustee Appointment | $400.00/hr | 0.20 | 80.00 |
| 3/16/2022 | WR | Review Court Order re Appointing Trustee | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft E-Mail to Tracy re Court Order re Appointing Trustee | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft E-Mail to Trustee re Appointment | $400.00/hr | 0.10 | 40.00 |
| 3/18/2022 | WR | Phone Trustee LDRMTCB re Listing | $400.00/hr | 0.10 | 40.00 |
|  |  | For professional services rendered |  | 1.50 | $600.00 |

**Respondend Claim 1 Exhibit 7**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| William M. Rudow | 1.50 | 400.00 | $600.00 |
|  |  |  | Amount |
| For professional services rendered | | 1.50 | $600.00 |

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland  21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

May 1, 2022

Michele Fletcher
HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101

Matter Caption: William Bevan

Matter Identification Number: 5238817-1

Institution Number: 523

Institution Name: Bethesda

Firm Name: Rudow Law Group, LLC

Date Range: 3-21-22 - 5-1-22

Invoice No. 19745

Professional Services

| | | Rate | Hours | Amount |
|---|---|---|---|---|
| 3/21/2022 WR | Phone Trustee re Sale | $400.00/hr | 0.40 | 160.00 |
| 3/23/2022 WR | Draft E-Mail to Trustee re Status Update | $400.00/hr | 0.10 | 40.00 |
| 3/25/2022 WR | Draft E-Mail to trustee re Status | $400.00/hr | 0.10 | 40.00 |
| 4/20/2022 WR | Draft E-Mail to Potential Investors re Property Listing | $400.00/hr | 0.20 | 80.00 |
| 4/29/2022 WR | Phone Trustee re Status Update | $400.00/hr | 0.20 | 80.00 |
| | For professional services rendered | | 1.00 | $400.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 1.00 | 400.00 | $400.00 |

**Respondend Claim 1 Exhibit 7**

|  | Amount |
| --- | --- |
| For professional services rendered | 1.00 | $400.00 |

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland 21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

May 20, 2022

Michele Fletcher
HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101

Matter Caption: William Bevan

Matter Identification Number: 5238817-1

Institution Number: 523

Institution Name: Bethesda

Firm Name: Rudow Law Group, LLC

Date Range: 5-2-22 - 5-20-22

Invoice No. 19750

Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 5/2/2022 | WR | Phone Trustee re Contact with Bevan | $400.00/hr | 0.10 | 40.00 |
| 5/9/2022 | WR | Phone Mark re Status Update | $400.00/hr | 0.20 | 80.00 |
|  | WR | Draft E-Mail to Trustee re Sale Date | $400.00/hr | 0.10 | 40.00 |
|  | WR | Phone Trustee re Sale | $400.00/hr | 0.20 | 80.00 |
|  | WR | Phone Trustee re Commissions | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review Commission Petition | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft E-Mail to Trustee re Commission Petition | $400.00/hr | 0.10 | 40.00 |
| 5/16/2022 | WR | Research Ch 13 | $400.00/hr | 0.90 | 360.00 |

**Respondend Claim 1 Exhibit 7**

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 5/16/2022 | WR | Draft E-Mail to Trustee re BK | $400.00/hr | 0.20 | 80.00 |
| | WR | Draft E-Mail to Trustee re Stay | $400.00/hr | 0.10 | 40.00 |
| | WR | Draft Request for Notices | $400.00/hr | 0.40 | 160.00 |
| | WR | Draft POC | $400.00/hr | 1.00 | 400.00 |
| | WR | Draft Objection to Exemption | $400.00/hr | 0.90 | 360.00 |
| 5/19/2022 | WR | Phone Clerk re Deficient Mailing Matrix | $400.00/hr | 0.30 | 120.00 |
| | | For professional services rendered | | 4.70 | $1,880.00 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 4.70 | 400.00 | $1,880.00 |
| For professional services rendered | 4.70 | | $1,880.00 |

**Respondend Claim 1 Exhibit 7**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland  21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

June 26, 2022

Michele Fletcher
HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101
Matter Caption: William Bevan

Matter Identification Number: 5238817-1

Institution Number: 523

Institution Name: Bethesda

Firm Name: Rudow Law Group, LLC

Date Range: 5-21-22 - 6-26-22

Invoice No. 19761

Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 5/25/2022 | WR | Phone Mark LDRMTCB re BK | $400.00/hr | 0.10 | 40.00 |
| 5/26/2022 | WR | Draft E-Mail to Trustee re Status Update - Stayed by BK | $400.00/hr | 0.10 | 40.00 |
| 5/27/2022 | WR | Review Motion to Extend Time | $400.00/hr | 0.10 | 40.00 |
| 6/11/2022 | WR | Review HUD POC | $400.00/hr | 0.10 | 40.00 |
| 6/14/2022 | WR | Review Schedules | $400.00/hr | 0.50 | 200.00 |
| 6/17/2022 | WR | Phone Tracy re Status Update | $400.00/hr | 0.20 | 80.00 |
|  | WR | Review Motion to Appoint Broker | $400.00/hr | 0.30 | 120.00 |
|  | WR | Prepare Confirmation Hearing Continuance Request | $400.00/hr | 0.30 | 120.00 |

**Respondend Claim 1 Exhibit 7**

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 6/22/2022 | WR | Draft Request to Continue Chapter 13 Confirmation Hearing | $400.00/hr | 0.10 | 40.00 |
|  | WR | Prepare for 341 1st Meeting of Creditors | $400.00/hr | 0.80 | 320.00 |
| 6/23/2022 | WR | Attend 341 1st Meeting of Creditors - Continued | $400.00/hr | 0.50 | 200.00 |
|  | WR | Review Objection to Confirmation | $400.00/hr | 0.10 | 40.00 |
|  |  | For professional services rendered |  | 3.20 | $1,280.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 3.20 | 400.00 | $1,280.00 |
| For professional services rendered | 3.20 |  | $1,280.00 |

**Respondend Claim 1 Exhibit 7**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland 21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

August 4, 2022

Michele Fletcher
HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101
Matter Caption: William Bevan

Matter Identification Number: 5238817-1

Institution Number: 523

Institution Name: Bethesda

Firm Name: Rudow Law Group, LLC

Date Range: 6-27-22 - 8-4-22

Invoice No. 19768

Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 6/27/2022 | WR | Phone Counsel for Owners of Real Property with Bevan re Information Relating to AA Property | $400.00/hr | 0.40 | 160.00 |
| | WR | Review Partition Pleading re AA Property | $400.00/hr | 0.20 | 80.00 |
| | WR | Draft Objection to Exemption | $400.00/hr | 1.60 | 640.00 |
| 7/1/2022 | WR | Draft E-Mail to BK Counsel re Tangible Personal Property | $400.00/hr | 0.10 | 40.00 |
| | WR | Draft E-Mail to BK Counsel re Tangible Personal Property | $400.00/hr | 0.20 | 80.00 |
| | WR | Draft E-Mail to Debtor's BK Counsel re Bankruptcy | $400.00/hr | 0.20 | 80.00 |
| | WR | Draft Detailed Request for Consent to Exemption | $400.00/hr | 0.80 | 320.00 |

**Respondend Claim 1 Exhibit 7**

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 7/1/2022 | WR | Draft Detailed Response to E-Mail from Counsel re Exemption Request for Consent to Exemption | $400.00/hr | 0.20 | 80.00 |
| 7/4/2022 | WR | Review Attorney Compensation Disclosure | $400.00/hr | 0.10 | 40.00 |
| 7/7/2022 | WR | Review Trustee's Objection to Confirmation | $400.00/hr | 0.10 | 40.00 |
| 7/11/2022 | WR | Review Motion for Continuance | $400.00/hr | 0.10 | 40.00 |
| | WR | Review E-Mail re Motion for Continuance | $400.00/hr | 0.10 | 40.00 |
| 7/12/2022 | WR | Review Order Approving Broker | $400.00/hr | 0.10 | 40.00 |
| 7/14/2022 | WR | Attend 341 First Meeting of Creditors | $400.00/hr | 0.50 | 200.00 |
| | WR | Review Motion to Continue 341 First Meeting of Creditors | $400.00/hr | 0.10 | 40.00 |
| | WR | Draft E-Mail to Trustee re Continuing Confirmation Hearing | $400.00/hr | 0.30 | 120.00 |
| | WR | Review E-Mail form Debtor's Counsel re Confirmation Hearing Continuance Request | $400.00/hr | 0.10 | 40.00 |
| | WR | Review E-Mail form Debtor's Counsel re Confirmation Hearing Continuance Request | $400.00/hr | 0.10 | 40.00 |
| | WR | Phone Trustee re Case Strategy | $400.00/hr | 0.90 | 360.00 |
| | WR | Prep for Confirmation Hearing | $400.00/hr | 0.40 | 160.00 |
| | WR | Prep for Confirmation Hearing | $400.00/hr | 0.30 | 120.00 |
| 7/25/2022 | SW | Prep for All Open Motions Hearing | $300.00/hr | 1.00 | 300.00 |
| 7/26/2022 | SW | Draft Proceeding Memo re All Open Motions Hearing | $300.00/hr | 0.30 | 90.00 |
| 7/27/2022 | SW | Review 341 Continuance Pleadings | $300.00/hr | 0.50 | 150.00 |
| | SW | Attend Objection to All Open Motions Hearing | $300.00/hr | 2.00 | 600.00 |
| 8/1/2022 | WR | Draft Objection to Exemption | $400.00/hr | 1.50 | 600.00 |

**Respondend Claim 1 Exhibit 7**

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/1/2022 | WR | Draft Lift Stay | $400.00/hr | 0.40 | 160.00 |
|  | WR | Draft Objection to Exemption | $400.00/hr | 0.70 | 280.00 |
|  |  | For professional services rendered |  | 13.30 | $4,940.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Scott Wheat | 3.80 | 300.00 | $1,140.00 |
| William M. Rudow | 9.50 | 400.00 | $3,800.00 |
| For professional services rendered | 13.30 |  | $4,940.00 |

**Respondend Claim 1 Exhibit 7**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland  21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

October 2, 2022

Michele Fletcher
HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101

Matter Caption: William Bevan

Matter Identification Number: 5238817-1

Institution Number: 523

Institution Name: Bethesda

Firm Name: Rudow Law Group, LLC

Date Range: 8-5-22 - 10-2-22

Invoice No. 19777

Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/8/2022 | WR | Phone Tracy - Status Update | $400.00/hr | 0.30 | 120.00 |
| 8/15/2022 | WR | Review Amended Ch 13 Plan for Objection | $400.00/hr | 0.70 | 280.00 |
| 8/16/2022 | WR | Review Status Report | $400.00/hr | 0.10 | 40.00 |
| 8/17/2022 | WR | Prep for 341 First Meeting of Creditors | $400.00/hr | 0.30 | 120.00 |
| 8/18/2022 | WR | Attend 341 First Meeting of Creditors | $400.00/hr | 0.70 | 280.00 |
|  | WR | Analyze 341 First Meeting of Creditors | $400.00/hr | 0.20 | 80.00 |
|  | WR | Phone Client re Status Update | $400.00/hr | 0.20 | 80.00 |
|  | WR | Phone Client re Case Strategy | $400.00/hr | 0.10 | 40.00 |

**Respondend Claim 1 Exhibit 7**

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/18/2022 | WR | Draft E-Mail to GMU re Bevan's Alleged PhD | $400.00/hr | 0.10 | 40.00 |
| | WR | Draft E-Mail to Chapter 13 Trustee re Additional Information Required | $400.00/hr | 0.20 | 80.00 |
| 8/22/2022 | WR | Review Trustee's Objection to Confirmation | $400.00/hr | 0.10 | 40.00 |
| | WR | Draft Objection to Confirmation | $400.00/hr | 0.90 | 360.00 |
| 8/23/2022 | WR | Draft Objection to Confirmation | $400.00/hr | 1.40 | 560.00 |
| | RC | Draft Fee Summary and Proof of Claim | $100.00/hr | 0.40 | 40.00 |
| | WR | Draft Objection to Confirmation | $400.00/hr | 0.40 | 160.00 |
| 8/29/2022 | WR | Review Burns's Fee Request | $400.00/hr | 0.10 | 40.00 |
| | WR | Review Response to Objection to Exemption | $400.00/hr | 0.30 | 120.00 |
| 9/2/2022 | WR | Phone Bankruptcy Counsel & Attempt to Negotiate Settlement | $400.00/hr | 0.90 | 360.00 |
| | WR | Draft E-Mail to Bankruptcy Counsel re MMAP Denial | $400.00/hr | 0.20 | 80.00 |
| | WR | Draft E-Mail to Bankruptcy Counsel re Settlement Offer | $400.00/hr | 0.20 | 80.00 |
| 9/24/2022 | WR | Prepare for Chapter 13 Confirmation Hearing | $400.00/hr | 0.50 | 200.00 |
| 9/27/2022 | WR | Draft E-Mail to Court re Link for Hearing | $400.00/hr | 0.10 | 40.00 |
| | WR | Prep for Hearing | $400.00/hr | 1.50 | 600.00 |
| | WR | Attend Hearing | $400.00/hr | 1.60 | 640.00 |
| | WR | Phone Tracy re Status Update | $400.00/hr | 0.10 | 40.00 |
| | WR | Draft E-Mail to Tracy re Status Update | $400.00/hr | 0.10 | 40.00 |
| 9/29/2022 | WR | Review Potential Stay Violation Notice | $400.00/hr | 0.20 | 80.00 |

**Respondend Claim 1 Exhibit 7**

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 9/29/2022 | WR | Review Follow-up E-Mail from John re Potential Stay Violation Notice | $400.00/hr | 0.10 | 40.00 |
| | WR | Review E-Mail from Counsel re Alleged Stay Violation | $400.00/hr | 0.30 | 120.00 |
| | WR | Phone Facility re Alleged Stay Violation | $400.00/hr | 0.30 | 120.00 |
| | WR | Phone Facility re Alleged Stay Violation | $400.00/hr | 0.40 | 160.00 |
| | WR | Draft E-Mail to Counsel re Alleged Stay Violation | $400.00/hr | 0.30 | 120.00 |
| 9/30/2022 | WR | Phone Administrator re Potential Stay Violation LDRMTCB | $400.00/hr | 0.10 | 40.00 |
| | WR | Review Cut Letters | $400.00/hr | 0.10 | 40.00 |
| | WR | Draft E-Mail to Burns re Cut Letters | $400.00/hr | 0.20 | 80.00 |
| | WR | Review Amended Plan | $400.00/hr | 0.10 | 40.00 |
| | | For professional services rendered | | 13.80 | $5,400.00 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 13.40 | 400.00 | $5,360.00 |
| Becky Chessler | 0.40 | 100.00 | $40.00 |
| For professional services rendered | 13.80 | | $5,400.00 |

**Respondend Claim 1 Exhibit 7**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland 21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

November 5, 2022

Michele Fletcher
HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101

Matter Caption: William Bevan

Matter Identification Number: 5238817-1

Institution Number: 523

Institution Name: Bethesda

Firm Name: Rudow Law Group, LLC

Date Range: 10-3-22 - 11-5-22

Invoice No. 19784

Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/3/2022 | WR | Phone Ron re Potential Stay Violation | $400.00/hr | 0.50 | 200.00 |
|  | WR | Draft E-Mail to Counsel for Bevan re Stay Violation Affidavit | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft E-Mail to Ron re Request for Information | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review Affidavit from Bevan re Stay Violation Affidavit | $400.00/hr | 0.10 | 40.00 |
| 10/4/2022 | WR | Review Proposed Confirmation Request | $400.00/hr | 0.10 | 40.00 |
| 10/7/2022 | WR | Draft E-Mail to Ron re Information Request | $400.00/hr | 0.10 | 40.00 |
| 10/18/2022 | RC | Phone Call ProMedica re Need Info For Bevan | $75.00/hr | 0.10 | 7.50 |

**Respondend Claim 1 Exhibit 7**

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/25/2022 | WR | Review Motion for Speedy Confirmation | $400.00/hr | 0.10 | 40.00 |
| 10/28/2022 | RC | Phone Call ProMedica re Need Info For Bevan LDRMTCB | $75.00/hr | 0.10 | 7.50 |
| 10/31/2022 | WR | Draft E-Mail to Amy re Informational Request | $400.00/hr | 0.10 | 40.00 |
| 11/1/2022 | WR | Review E-Mail from Kay re Call | $400.00/hr | 0.10 | 40.00 |
| | WR | Review E-Mail from Kay re Call | $400.00/hr | 0.10 | 40.00 |
| | WR | Phone Kay LRMTCB | $400.00/hr | 0.10 | 40.00 |
| 11/2/2022 | WR | Draft E-Mail to Ron re Documents Needed | $400.00/hr | 0.10 | 40.00 |
| 11/3/2022 | WR | Review Docs Produced | $400.00/hr | 0.10 | 40.00 |
| | WR | Phone Kay re Status Update | $400.00/hr | 0.20 | 80.00 |
| | WR | Draft E-mail to Kay re  Docs Needed | $400.00/hr | 0.10 | 40.00 |
| | RC | Phone Call ProMedica re Need Info For Bevan | $75.00/hr | 0.10 | 7.50 |
| | RC | Phone Call ProMedica re Need Info For Bevan LDRMTCB | $75.00/hr | 0.10 | 7.50 |
| 11/5/2022 | WR | Review Documents Provided by ProMedica | $400.00/hr | 0.50 | 200.00 |
| | | For professional services rendered | | 2.90 | $1,030.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 2.50 | 400.00 | $1,000.00 |
| Becky Chessler | 0.40 | 75.00 | $30.00 |
| For professional services rendered | 2.90 | | $1,030.00 |

**Respondend Claim 1 Exhibit 7**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland  21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

December 7, 2022

Michele Fletcher
HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101

Matter Caption: William Bevan

Matter Identification Number: 5238817-1

Institution Number: 523

Institution Name: Bethesda

Firm Name: Rudow Law Group, LLC

Date Range: 11-6-22 - 12-6-22

Invoice No. 19789

Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/14/2022 | WR | Draft E-Mail to Kay Requesting Additional information | $400.00/hr | 0.10 | 40.00 |
| 11/21/2022 | WR | Research COMAR & Lack of Admissions Contract | $400.00/hr | 0.50 | 200.00 |
|  | WR | Draft E-Mail to Kay re PGDHHS Request for Information | $400.00/hr | 0.10 | 40.00 |
| 12/6/2022 | WR | Draft E-Mail to Kay re DHHS | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review E-Mail from Kay re DHHS | $400.00/hr | 0.10 | 40.00 |
|  |  | For professional services rendered |  | 0.90 | $360.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 0.90 | 400.00 | $360.00 |

**Respondend Claim 1 Exhibit 7**

Additional Charges :

|  |  | Amount |
|---|---|---|
| 11/6/2022 | Trustee Fee - Attempt to Market Property - Terminated by Bankruptcy | $1,420.00 |
|  | Title Search | $273.75 |
|  | Total additional charges | $1,693.75 |
|  | For professional services rendered | 0.90 $2,053.75 |
|  | Total amount of this bill | $2,053.75 |

**Respondend Claim 1 Exhibit 7**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland  21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

January 1, 2023

Michele Fletcher
HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101

Matter Caption: William Bevan

Matter Identification Number: 5238817-1

Institution Number: 523

Institution Name: Bethesda

Firm Name: Rudow Law Group, LLC

Date Range: 12-7-22 - 1-1-23

Invoice No. 19797

Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/12/2022 | WR | Draft E-Mail to Kay re DHHS Information | $400.00/hr | 0.10 | 40.00 |
| 12/14/2022 | WR | Draft E-Mail to Kay re DHHS | $400.00/hr | 0.10 | 40.00 |
| 12/15/2022 | WR | Draft E-Mail to Kay re Information to PGDSS | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review E-Mail from Kay re 1052 | $400.00/hr | 0.10 | 40.00 |
|  | WR | Phone TaShawn re Strategy | $400.00/hr | 0.40 | 160.00 |
| 12/16/2022 | WR | Phone TaShawn re Strategy | $400.00/hr | 0.20 | 80.00 |
|  | WR | Review E-Mail from TaShawn re Status Update - Medicaid Approved | $400.00/hr | 0.10 | 40.00 |
|  |  | For professional services rendered |  | 1.10 | $440.00 |

**Respondend Claim 1 Exhibit 7**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| William M. Rudow | 1.10 | 400.00 | $440.00 |

|  |  | | Amount |
|------|-------|------|--------|
| For professional services rendered | | 1.10 | $440.00 |

**Respondend Claim 1 Exhibit 7**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland  21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

February 4, 2023

Michele Fletcher
HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101

Matter Caption: William Bevan

Matter Identification Number: 5238817-1

Institution Number: 523

Institution Name: Bethesda

Firm Name: Rudow Law Group, LLC

Date Range: 1-2-23 - 2-4-23

Invoice No. 19800

Professional Services

|  |  | Rate | Hours | Amount |
|---|---|---|---|---|
| 1/2/2023  WR | Review Status Letter | $400.00/hr | 0.20 | 80.00 |
| 1/10/2023  WR | Review Demand for Additional Information from County | $400.00/hr | 0.10 | 40.00 |
| 1/12/2023  WR | Review Motion to Employ Contractor with Expedition | $400.00/hr | 0.20 | 80.00 |
| 1/13/2023  WR | Review Order Shortening Time for Response | $400.00/hr | 0.10 | 40.00 |
| 1/23/2023  WR | Review Order Employing Contractor | $400.00/hr | 0.10 | 40.00 |
| 1/27/2023  WR | Review Pleadings re Dale | $400.00/hr | 0.20 | 80.00 |
| 1/28/2023  WR | Review Reply to Sale Request | $400.00/hr | 0.20 | 80.00 |

**Respondend Claim 1 Exhibit 7**

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 2/3/2023 | WR | Review Motion to Convert | $400.00/hr | 0.10 | 40.00 |
|  |  | For professional services rendered |  | 1.20 | $480.00 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 1.20 | 400.00 | $480.00 |
| For professional services rendered | 1.20 |  | $480.00 |

**Respondend Claim 1 Exhibit 7**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland  21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

July 6, 2023

Michele Fletcher
HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101

Matter Caption: William Bevan

Matter Identification Number: 5238817-1

Institution Number: 523

Institution Name: Bethesda

Firm Name: Rudow Law Group, LLC

Date Range: 2-5-23 - 7-6-23

Invoice No. 19833

Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 2/14/2023 | WR | Draft E-Mail to Tashawn re Medicaid Rejection Status | $400.00/hr | 0.10 | 40.00 |
| 2/21/2023 | WR | Draft E-Mail to Kay re Status of Bevin Medicaid Rejection | $400.00/hr | 0.10 | 40.00 |
| 2/22/2023 | WR | Review Motion to Use Property of Estate | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review Order re Sale of Tangible Personal Property | $400.00/hr | 0.10 | 40.00 |
|  | WR | Analyze Response in Opposition to Conversion | $400.00/hr | 0.80 | 320.00 |
|  | WR | Draft E-Mail to Kay re Pay History | $400.00/hr | 0.10 | 40.00 |
| 2/23/2023 | WR | Review Order re Shortening of Time | $400.00/hr | 0.10 | 40.00 |

**Respondend Claim 1 Exhibit 7**

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/1/2023 | WR | Review Order Authorizing Use of Estate Funds | $400.00/hr | 0.10 | 40.00 |
| 3/9/2023 | WR | Draft E-Mail to Tracy re Status Update | $400.00/hr | 0.10 | 40.00 |
| 4/3/2023 | RC | Update Attorney Fees | $100.00/hr | 0.60 | 60.00 |
| | RC | Create Attorney's Fee's for Second Discharge | $100.00/hr | 0.20 | 20.00 |
| 4/4/2023 | WR | Review BK Filing Motion to Enforce Plan | $400.00/hr | 0.40 | 160.00 |
| | WR | Review BK Filing 2nd Quarterly Report | $400.00/hr | 0.20 | 80.00 |
| | WR | Review BK Filing Supplemental Attorney Fees | $400.00/hr | 0.10 | 40.00 |
| 4/18/2023 | WR | Review Line re Status Update - Listing | $400.00/hr | 0.10 | 40.00 |
| 4/19/2023 | WR | Review Line re Aircraft | $400.00/hr | 0.10 | 40.00 |
| 5/1/2023 | RC | Update Legal Fees Spreadsheet for Discharge | $100.00/hr | 0.10 | 10.00 |
| | WR | Draft E-Mail to Tracy re Status Update | $400.00/hr | 0.10 | 40.00 |
| 5/14/2023 | WR | Review E-mail from Burns re Bevan Hygene | $400.00/hr | 0.10 | 40.00 |
| | WR | Review Line re Misc. Actions | $400.00/hr | 0.20 | 80.00 |
| | WR | Review Supplemental Line re Actions | $400.00/hr | 0.10 | 40.00 |
| 5/24/2023 | RC | Mail Pleadings | $100.00/hr | 0.30 | 30.00 |
| 6/15/2023 | WR | Draft E-Mail to Tracy re Status Update | $400.00/hr | 0.20 | 80.00 |
| | WR | Draft POC Ch 7 | $400.00/hr | 0.90 | 360.00 |
| 6/26/2023 | WR | Draft E-Mail to Title Company re Payoff | $400.00/hr | 0.20 | 80.00 |
| | WR | Draft E-Mail to Trustee re Legal Fees | $400.00/hr | 1.00 | 400.00 |
| 6/28/2023 | WR | Phone Clerk re Claim LRMTCB | $400.00/hr | 0.10 | 40.00 |
| | | For professional services rendered | | 6.60 | $2,280.00 |

**Respondend Claim 1 Exhibit 7**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| William M. Rudow | 5.40 | 400.00 | $2,160.00 |
| Becky Chessler | 1.20 | 100.00 | $120.00 |
| | | | Amount |
| For professional services rendered | 6.60 | | $2,280.00 |

**Respondend Claim 1 Exhibit 7**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland  21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

August 3, 2023

Michele Fletcher
HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101

Matter Caption: William Bevan

Matter Identification Number: 5238817-1

Institution Number: 523

Institution Name: Bethesda

Firm Name: Rudow Law Group, LLC

Date Range: 7-7-23 - 8-3-23

Invoice No. 19838

Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 7/7/2023 | WR | Draft to E-Mail to Title Company re Payoff | $400.00/hr | 0.10 | 40.00 |
| 7/24/2023 | WR | Draft Payoff for Levin With Support | $400.00/hr | 0.50 | 200.00 |
| | WR | Respond to E-Mail re Claim Amount | $400.00/hr | 0.20 | 80.00 |
| | WR | Phone Trustee - Neese - re Claim | $400.00/hr | 0.20 | 80.00 |
| | WR | Draft Payoff E-Mail to Trustee | $400.00/hr | 0.60 | 240.00 |
| | WR | Draft E-Mail to Trustee re Hearing | $400.00/hr | 0.10 | 40.00 |
| 7/25/2023 | WR | Draft Disbursement | $400.00/hr | 0.20 | 80.00 |
| 7/27/2023 | WR | Draft E-Mail to Tracy re Status Update | $400.00/hr | 0.10 | 40.00 |
| | | For professional services rendered | | 2.00 | $800.00 |

**Respondend Claim 1 Exhibit 7**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 2.00 | 400.00 | $800.00 |
| | | | Amount |
| For professional services rendered | | 2.00 | $800.00 |

**Respondend Claim 1 Exhibit 7**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland  21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

September 6, 2023

Michele Fletcher
HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101
Matter Caption: William Bevan

Matter Identification Number: 5238817-1

Institution Number: 523

Institution Name: Bethesda

Firm Name: Rudow Law Group, LLC

Date Range: 8-4-23 - 9-6-23

Invoice No. 19844

Professional Services

|            |    |                                                        | Rate        | Hours | Amount |
|------------|----|--------------------------------------------------------|-------------|-------|--------|
| 8/4/2023   | WR | Review Payment                                         | $400.00/hr  | 0.10  | 40.00  |
|            | WR | Draft E-Mail to Trustee re Payment Amount              | $400.00/hr  | 0.10  | 40.00  |
|            | WR | Draft E-Mail to Trustee re Lis Pendens                 | $400.00/hr  | 0.10  | 40.00  |
|            | WR | Phone Title Company re Lis Pendens                     | $400.00/hr  | 0.30  | 120.00 |
|            | WR | Draft E-Mail to Trustee Detailing Position             | $400.00/hr  | 0.70  | 280.00 |
|            | WR | Attempt to Negotiate Legal Fee Recovery With Trustee   | $400.00/hr  | 0.20  | 80.00  |
| 8/5/2023   | WR | Review Bevin Pleadings                                  | $400.00/hr  | 0.10  | 40.00  |
| 9/5/2023   | WR | Draft E-Mail to Trustee re Payment of Rest of Claim    | $400.00/hr  | 0.10  | 40.00  |

**Respondend Claim 1 Exhibit 7**

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 1.70 | $680.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 1.70 | 400.00 | $680.00 |

|  | Hours | Amount |
|---|---|---|
|  |  | Amount |
| For professional services rendered | 1.70 | $680.00 |

**Respondend Claim 1 Exhibit 7**