# Claim 19 - Respondent Exhibit List

| Exhibit Name | Brief Description |
| --- | --- |
| Respondent Claim 19 Exhibit 1 | MMAP Req for Information |
| Respondent Claim 19 Exhibit 2 | Amended A-B 9-16-22 |
| Respondent Claim 19 Exhibit 3 | E-Mail re MMAP |
| Respondent Claim 19 Exhibit 4 | Admission Contract (Unexecuted) |
| Respondent Claim 19 Exhibit 5 | POC 19 5th amend |
| Respondent Claim 19 Exhibit 6 | RLG Legal Fees |
| Respondent Claim 19 Exhibit 7 | Attorney Affidavit - Loadstar |