UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re: )
 )
WILLIAM CHARLES BEVAN JR. )          Case No. 22-12609
 )          (Chapter 13)
Debtors )
_____)

## DEBTOR'S AMENDED SCHEDULES A/B AND C

WILLIAM CHARLES BEVAN JR. (the Debtor"), by and through undersigned counsel John D. Burns, Esquire and The Burns Law Firm, LLC, hereby files this Amended Schedule A/B and C, with supplements via exhibits regarding Schedule B, #3.1; Schedule B, Part 4, and Schedule B, #53. Debtor hereby certifies a copy of the Amended Schedule A/B and C, with exhibits, was served upon the Chapter 13 Trustee via ECF and upon the attached Creditors Matrix by first class mail this 26th day of September, 2022.

Respectfully Submitted,

/s/ John D. Burns_____
John D. Burns, Esquire (#22277)
The Burns Law Firm, LLC
6303 Ivy Lane; Suite 102
Greenbelt, MD 20770
(301) 441-8780
*info@burnsbankruptcyfirm.com*
Counsel for Debtor

**Respondent Claim 19 Exhibit 2**

AMENDED

Fill in this information to identify your case and this filing:

Debtor 1    William Charles Bevan Jr.
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  District of Maryland

Case number  22-12609
(if known)

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2
☑ Yes. Where is the property?

**1.1** 11229 Empire Lane
Street address, if available, or other description

Rockville MD    20852
City    State    ZIP Code

Montgomery County

Country

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other Townhouse

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
FMV per client opinion

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$ 930,000.00    $ 930,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee simple

☐ Check if this is community property

**1.2** 3415 Wenona South
Street address, if available, or other description

Laurel MD    20724
City    State    ZIP Code

Anne Arundel County

Country

**What is the property?** Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$ 252,100.00    $ 50,420.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee simple

☐ Check if this is community property

**Respondent Claim 19 Exhibit 2**

AMENDED

| Debtor 1 | William Charles Bevan Jr. | Case number *(if known)* 22-12609 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

property identification number:
FMV per SDAT; Debtor and 4 siblings or their heirs own property JTWRS; they are heirs of 6th owner who is deceased

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here......................................................................➤ | **$980,420.00**

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1** Make: Chevrolet
Model: Corvette
Year: 2001
Approximate mileage: _____
Other information:

Condition:

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?
$ 5,000.00    $ 5,000.00

**3.2** Make: Saturn
Model: Vue
Year: 2006
Approximate mileage: _____
Other information:

Condition:

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

Current value of the entire property?   Current value of the portion you own?
$ 0.00    $ 0.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here......................................................................➤ | **$5,000.00**

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe...

Sofas, chairs, beds, dressers, tables, dining set, utensils, cookware, linens, lighting fixtures    $ 1,000.00

7. **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe...

Cell phone, computer equipment, antennas, televisions    $ 500.00

8. **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe...

**Respondent Claim 19 Exhibit 2**

**AMENDED**

| | | |
|---|---|---|
| Debtor 1 | William Charles Bevan Jr. | Case number (if known) 22-12609 |
| | First Name   Middle Name   Last Name | |

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe...

10. **Firearms**

   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

   ☑ No
   ☐ Yes. Describe...

11. **Clothes**

   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No
   ☑ Yes. Describe...

   | Shirts, pants, suits, coats, jackets, sweatshirts, shoes | $ 350.00 |
   |---|---|

12. **Jewelry**

   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems gold, silver

   ☑ No
   ☐ Yes. Describe...

13. **Non-farm animals**

   *Examples:* Dogs, cats, birds, horses

   ☑ No
   ☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

   ☑ No
   ☐ Yes. Give specific information...

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ················································· ➤ | $1,850.00 |

---

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**

   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☑ Yes. ·········································································· Cash ··············· $ 20.00

17. **Deposits of money**

   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ☑ Yes.................

   | | Institution name: | |
   |---|---|---|
   | 17.1. Checking account: | PenFed Credit Union Checking Account | $ 0.00 |
   | 17.2. Checking account: | United Bank (Abevco) | $ 200.00 *(handwritten)* |
   | 17.3. Checking account: | NASA FCU  *Closed april 2020* | $ *(crossed out)* |
   | 17.4. Other financial account: | Independence Card (Food)  *Cancelled appear Jan 2020* | $ 0 |
   | 17.5. Other financial account: | Direct Express Card  *Cancelled* | $ 0 |
   | 17.6. Savings account: | PenFed Credit Union Savings Account | $ 688.86 |
   | 17.7. Savings account: | NASA FCU  *Closed april 2020* | $ 0 |

page 3 of 6

**Respondent Claim 19 Exhibit 2**

AMENDED

Debtor 1    **William Charles Bevan Jr.**    Case number *(if known)* 22-12609
First Name    Middle Name    Last Name

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, Investment accounts with brokerage firms, money market accounts

   ☐ No
   ☑ Yes.................
   Institution or issuer name:

   E*Trade    $ 525.07

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☐ No
   ☑ Yes. Give specific information about them...........
   Name of entity:    % of ownership:

   Abevco Incorporated    *Revisited 2013*    100    %    $ 0

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

   Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
   Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

   ☑ No
   ☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ☐ No
   ☑ Yes. List each account separately
   Type of account    Institution name

   IRA:    Charles Schwab ROTH IRA    $ 8,299.74

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

   ☑ No
   ☐ Yes.....................

23. **Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)**

   ☐ No
   ☑ Yes.....................
   Issuer name and description:

   Jackson National Life Insurance Company Policy  *was transferred to See Pek Ann* Unknown
   Security Benefit Annuity    $ 428,595.68

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

   ☑ No
   ☐ Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

   ☑ No
   ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

   ☑ No
   ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

   ☐ No
   ☑ Yes. Give specific information about them...

   Drivers license    $ 1.00

   *WB*

   page 4 of 6

**Respondent Claim 19 Exhibit 2**

AMENDED

| Debtor 1 | William Charles Bevan Jr. | Case number *(if known)* 22-12609 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

|  | Federal: | $ 0.00 |
|---|---|---|
|  | State: | $ 0.00 |
|  | Local: | $ 0.00 |

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information....

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information....

**31. Interests in insurance policies**

☑ No

☐ Yes. Name the insurance company of each policy and list its value....

**32. Any interest in property that is due you from someone who has died**

☑ No

☐ Yes. Give specific information....

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☐ No

☑ Yes. Give specific information....

| Claims against Manor Care re stolen iPhone and 2 collectible coins ($9000); John Bevan re destruction of personal property ($8000); Old Georgetown HOA ($30,000); and any revisory relief claims pursuant to MD Rule 2-535(b) as referenced in Sch D and Sch E/F | $ 47,000.00 |
|---|---|

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

☑ Yes. Give specific information....

| Claims against Trails End for wrongful foreclosure ($unknown); Manor Care for causing loss of ability to obtain life insurance by putting Debtor on medication against his will ($unknown); | $ Unknown |
|---|---|

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information...

**36.** Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here......................................➤    $485,130.35

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

---

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

---

**Part 7:    Describe All Property You Own or Have an Interest In That You Did Not List Above**

page 5 of 6

**Respondent Claim 19 Exhibit 2**

**AMENDED**

Debtor 1 ___William Charles Bevan Jr.___
First Name    Middle Name    Last Name

Case number *(if known)* 22-12609

---

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☐ No

☑ Yes. Give specific
   information...

> Purchases in sealed boxes from Amazon - inventory to be provided

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ........................►

| $0.00 |

---

**Part 8:  List the Totals of Each Part of this Form**

**55. Part 1: Total real estate, line 2** ................................................................►    $980,420.00

**56. Part 2: Total vehicles, line 5**                                    $ 5,000.00

**57. Part 3: Total personal and household items, line 15**              $ 1,850.00

**58. Part 4: Total financial assets, line 36**                          $ 485,130.35

**59. Part 5: Total business-related property, line 45**                 $ 0.00

**60. Part 6: Total farm- and fishing-related property, line 52**        $ 0.00

**61. Part 7: Total other property not listed, line 54**              +  $ 0.00

**62. Total personal property. Add lines 56 through 61** ...............   | $ 491,980.35 |   Copy personal property total►   | + $ 491,980.35 |

**63. Total of all property on Schedule A/B. Add line 55 + line 62**      | $ 1,472,400.35 |

page 6 of 6

**Respondent Claim 19 Exhibit 2**

AMENDED

**Fill in this information to identify your case:**

| Debtor 1 | William Charles Bevan Jr. | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Maryland

Case number 22-12609
(if known)

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| **Part 1:** | **Identify the Property You Claim as Exempt** |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 11229 Empire Lane<br>Line from *Schedule A/B*: 1.1 | $ 930,000.00 | ☑ $ 25,150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., [Cts. & Jud. Proc.] § 11-504 (f)(1)(i)(2) |
| Brief description: 2001 Chevrolet Corvette<br>Line from *Schedule A/B*: 3.1 | $ 5,000.00 | ☑ $ 5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., [Cts. & Jud. Proc.] § 11-504 (f)(1)(i)(1) |
| Brief description: Household Goods - Sofas, chairs, beds, dressers, tables, dining set, utensils, cookware, linens, lighting fixtures<br>Line from *Schedule A/B*: 6 | $ 1,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., [Cts. & Jud. Proc.] § 11-504 (b)(4) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☑ No
   - ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ☐ No
     - ☐ Yes

**Respondent Claim 19 Exhibit 2**

AMENDED

| Debtor | **William Charles Bevan Jr.** | | Case number (if known) | 22-12609 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| **Brief description:** Electronics - Cell phone, computer equipment, antennas, televisions | $500.00 | ☐ $ 500.00 ☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., [Cts. & Jud. Proc.] § 11-504 (b)(5) |
| **Line from Schedule A/B:** 7 | | | |
| **Brief description:** Cash on hand (Cash on Hand) | $20.00 | ☑ $ 20.00 ☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., [Cts. & Jud. Proc.] § 11-504 (b)(5) |
| **Line from Schedule A/B:** 16 | | | |
| **Brief description:** PenFed Credit Union Savings Account (Savings Account) | $688.86 | ☑ $ 688.86 ☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., [Cts. & Jud. Proc.] § 11-504 (b)(5) |
| **Line from Schedule A/B:** 17.6 | | | |
| **Brief description:** Charles Schwab ROTH IRA | $8,299.74 | ☑ $ 8,299.74 ☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., [Cts. & Jud. Proc.] § 11-504 (h)(1) |
| **Line from Schedule A/B:** 21 | | | |
| **Brief description:** Jackson National Life Insurance Company Policy | $Unknown | ☑ $ Balance in Account ☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., [Cts. & Jud. Proc.] § 11-504 (h)(1); not property of the Estate pursuant to §541(c)(2) |
| **Line from Schedule A/B:** 23 | | | |
| **Brief description:** Security Benefit Annuity | $428,595.68 | ☑ $ 428,595.68 ☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., [Cts. & Jud. Proc.] § 11-504 (h)(1); not property of the Estate pursuant to §541(c)(2) |
| **Line from Schedule A/B:** 23 | | | |
| **Brief description:** Claims against Manor Care re stolen iPhone and 2 collectible coins ($9000); John Bevan re destruction of personal property ($8000); Old Georgetown HOA ($30,000); and any revisory relief claims pursuant to MD Rule 2-535(b) as referenced in Sch D and Sch E/F (owed | $47,000.00 | ☑ $ 4,791.14 ☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., [Cts. & Jud. Proc.] § 11-504 (b)(5) |
| **Line from Schedule A/B:** 33 | | | |
| **Brief description:** | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| **Line from Schedule A/B:** | | | |
| **Brief description:** | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| **Line from Schedule A/B:** | | | |
| **Brief description:** | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| **Line from Schedule A/B:** | | | |
| **Brief description:** | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| **Line from Schedule A/B:** | | | |
| **Brief description:** | $ | ☐ $ ☐ 100% of fair market value, up to any applicable statutory limit | |
| **Line from Schedule A/B:** | | | |

Official Form 106C                    Schedule C: The Property You Claim as Exempt                    page 2 of 2

WB

**Respondent Claim 19 Exhibit 2**

AMENDED

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | William Charles Bevan Jr. |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the District of Maryland | |
| Case number (If known) | 22-12609 |

☑ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person_____.  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /s/ William Charles Bevan Jr.                    ✗ _____
Signature of Debtor 1                                        Signature of Debtor 2

Date 08/23/2022                                                 Date _____
MM / DD / YYYY                                                     MM / DD / YYYY

Official Form 106Dec                    Declaration About an Individual Debtor's Schedules

**Respondent Claim 19 Exhibit 2**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                  )
                                        )
WILLIAM CHARLES BEVAN JR.               )        Case No. 22-12609
                                        )        (Chapter 13)
        Debtor                          )
_____ )

### AFFIDAVIT OF WILLIAM CHARLES BEVAN JR.

1.      My name is William Charles Bevan Jr., and I am over the age of 18 years and otherwise competent to testify.  I have personal knowledge of the facts herein.

2.      I am the owner of real property located at 11229 Empire Lane, Rockville, Maryland 20852.

3.      After review of all available sources to confirm my opinion of valuation of the property as owner, I have concluded the property to be worth $930,000 as a fair market value.  Included in this source of information is a Redfin estimate value of $795,000.00 and a Zillow estimate value of $795,000.00.

4.      I have consulted with my real property professional, Ross Levin, who has provided me his opinion regarding value, which I find differs significantly from my own.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Further, the Affiant sayeth not.

Date: June 14, 2022                     /s/ William Charles Bevan Jr
                                        William Charles Bevan Jr.

### EXHIBIT RE SCHEDULE A, 1.1

**Respondent Claim 19 Exhibit 2**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                  )
                                        )
WILLIAM CHARLES BEVAN, JR.              )        Case No. 22-12609
                                        )        (Chapter 13)
            Debtor                      )
_____    )

### AFFIDAVIT OF WILLIAM CHARLES BEVAN, JR.

1.     My name is William Charles Bevan, Jr., and I am over the age of 18 years and otherwise competent to testify. I have personal knowledge of the facts herein.

2.     I own a 2001 Chevrolet Corvette.

3.     I have testified in my filed bankruptcy schedules that the Corvette has a fair market value of $5,000.00. This valuation is based on several facts.

4.     One basis is that the vehicle was damaged when it was towed several years ago, and the damage was not fixed. When I contacted Chevrolet approximately two years ago, I was told it would cost at least $4,000.00 to repair the undercarriage damage.

5.     A second basis is that the vehicle has not been driven in over three years and likely does not run.

6.     A third basis is that the vehicle has been sitting uncovered in the open for the past five years, and has mold.

7.     A fourth reason is that I believe it is likely the engine is damaged because the antifreeze has not been changed in the past 22 years.

**EXHIBIT RE SCHEDULE B, 3.1**

1

**Respondent Claim 19 Exhibit 2**

8.    For all of the foregoing reasons, I estimate that there is a minimum of $10,000.00 required to restore/repair the vehicle.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  September 8, 2020

_William Charles Bevan, Jr._

2

**Respondent Claim 19 Exhibit 2**

Addendum to Amended Schedule B:

1. Union Pacific Corporation (stock) - $23.43
2. Strata Trust Company (IRA) - $12,523.24
3. Harbor Funds (stock)– $unknown

_William Charles Bevan, Jr._    9/8/2022

**EXHIBIT/SUPPLEMENT TO
SCHEDULE B, PART 4**

**Respondent Claim 19 Exhibit 2**

# AMAZON BOX LIST

(2) Giraffe figurines
(2) Horse figurines
(1) Elephant figurine
(1) Sea horse figurine
(1) 34" Angel statue
(2) wicker baskets
(1) Garden tool
(1) Camera
(1) PI Motion Raspberry PI A1 Camera Kit
(2) Toolbox
(1) Lumex rollator, aluminum imperial walker
Envelopes
Jewelry
(5) Exercise Inflatables
Watch repair magnifier
(1) Brother DCPL2550 Printer
(4) Small boxes of coin collection
(1) Box of cords
(1) Box of 6 books –
5-million-volt stun gun flashlight baton
8-million-volt stun gun
(4) Plastic tubs of paperwork and books
(3) Boxes with Insulin Syringes and Lancers
(1) Box with boxes of alcohol swabs
(1) Box of Aspen Medical Products
(3) Plastic tubs of medical supplies and pills
(1) Small box of gauze bandage roll
(1) Box of Lidocaine patch 5%
(1) Leather care kit
(1) Scissors
(3) Whips
(1) Messenger bag
Golf clubs
(1) Steering wheel cover
(4) Water bottles
(1) Basic leather craft set
(1) Old phone

1                                    **EXHIBIT TO SCH. B, 53**   

**Respondent Claim 19 Exhibit 2**

# AMAZON BOX LIST

Artificial flowers
Aero garden
Bug zapper
Balloons
Markers
Bell Howell light bar
Coffee maker box (empty)
(1) Laptop
(1) MP3 music player
Dream Weaver
Guard dog security
Spider cord
Cable cords
Headphones
Desktop magnifier
Light view Proflex
Magnetic parts holder
(1) NU vision HP tablet
Coffee mugs
Luggage
(4) prods
Acrylic primed cotton
Gain express
Golf balls
(2) large scrapbooking albums
Candle holders
(1) Aluminum case with paperwork
Hats
Gloves
Children drawing on front door
(1) Iron
Polar regions big book
Coding array kit
Religious posters and pictures
Saturn Toy
McDonnell F-101 Voodoo
(4) F15 C Eagle US Air Force

2

WB

**Respondent Claim 19 Exhibit 2**

# AMAZON BOX LIST

A-7E Corsair II Blue Hawks
MIG-17 Fighter Aircraft
(3) Editions Alas Collections
Saturn Skylab
F-105 Thunder Chief
Apollo Saturn Rocket Lunar Model
Nuclear Exploratory Vehicle
2001 Space Odyssey
F-104G Star Fighter
Gemini IV pace Capsule
Star Trek Deep Space Nine Voyagers
F-106A Delta Dart
S.H.A.D.O. Mobile toy
SPV Spectrum Pursuit Vehicle
1-72 Die-Cast Model
Saturn V Kennedy Space Center
P-61B Black Widow
Sequential Circulator Model
HS700 Model
Lockheed S-3 Viking
F-104G Star Fighter
Batman and Batmobile
(4) boxes of throwing star set with nylon sheath
Lockheed Martin F-35C Lightning II
Hawker Hurricane Model
F-106A Delta Dart
(2) Lockheed TF-104/F104D
McDonnell Douglas RF-4E Phantom II
McDonnell Douglas F-4 Phantom II
McDonnell Douglas F/A-18
Douglas A-26 Invader
Stuff Toys
Japan F-1 Fighter/T-2 Trainer
Bristol Beau fighter
(2) Doc Savage Scale Figures
Introductory Earth Science Collection
Corgi Aviation Archive Avro Vulcan B12 model

3

**Respondent Claim 19 Exhibit 2**

# AMAZON BOX LIST

Cloud Rider Helicopter
The Chariot Model
F-16 Fighting Falcon
Curtiss P-40B Warhawk model
(2) Limited Edition Plane
(2) Doctor Who
State Police toy
Sky Raider
Star Trek
Thunder Birds/Little Metes Pink Car and Spaceship
James Bond
Star Trek Spaceship
The General Dynamics F-111
X-pro Drone
Saturn v. Rocket
Athena Model Rocket
(1) Box of Geek Worm X830 Case Model
Hoffman Richter Knives
Northrop Grumman Hawkeye
Short Sunderland MK III
(3) Sukhoi – Frogfoot SU-25
Museum Replica Series
Star Trek DVD's
DVD movies all over floor
Star Trek the Next Generation 49 Disc Set
The X files 11 DVD's
(2) Sea Quest Complete Collection
Space Polarization book
Apollo 7 Book
Baseball Card collecting Kit
Office Jet Printer
Bat Mobile Toy
City Beneath the Sea Toy
Figurine Toy Doll
First Fleet Nasa Book
Red Dragon Speaker Set
Candy- Starburst

4

**Respondent Claim 19 Exhibit 2**

# AMAZON BOX LIST

P961 Black Widow Toy
Forbidden Planet Toy
Book Atlas
Front Line Fighter Toy
Suge Protector
Model Airplane
Candy- Starburst
Washington Nationals Toy
Outlet protector
Calculator
Dremel Router Table
Mini Acrylic set
F-10 model airplane toy
Crystal Moonball
Ave Dandayes
Six Sugets Toy
Sweatshirts- 6 in total
1 Hat
Front line fighter Toy
Misc. coins
Electronic fun kit
Globo computer board
Stamp collection
Hot wheel toys
Paint brushes
James Bond Toys
Smart Robot Toys
Wireless thermostat
Dr. Who Toy
B-12 Toy
Dr. Who Toy- 2nd Generation
Adept Robot
Inventor Book
Tool Kit
Toolbox
DVD Set
Drone

5

**Respondent Claim 19 Exhibit 2**

# AMAZON BOX LIST

Star war Toy
Computer switch router
Iridescent expressions Sphero
Chess set
DVD set- outer limits
Dinosaur toy
Ironman toy
Batteries
Wonky Portable DVD Player
Dr. Who Video
Portable Cassette Player
Planters Not Nutrionixio
Nasa Little Joe Toy
Tour Books
Multi-Function Smart Network Station
11 DVD's
Wall Mountable DVD Player
Baseball bats- 6
Savage Model Rocket set
1 Box Lipton Tea
8 Book set
Batman DVD set
Batman Toy figures
Lost in space toy
Puzzle set
Battery organizer set
Picture Albums
Canva set
T-shirts -5
Kung Fu DVD set
Side viewers
Binoculars
Candy- starburst
Jet bolt all in one
Juniper image toy set
10 DVD set
HDMI Cords

6



**Respondent Claim 19 Exhibit 2**

# AMAZON BOX LIST

Starter Kit Raspberry Pi book
James Bond Aston Martin Toy
Laptop computer
Firetruck toy
M26 Pershing Toy Tank
Vitamins
Gaming Chair
50 Misc. Books
15 DVD's
DVD Set Monsters
Computer parts
DVD Set- Smokey and the Bandit
Carle Robot Toy
Marvel Avenger Toys
Mickey Mousey Electric Train set
Envy printer
Sound founder electronics
Lost in space toy
32 Inch computer monitor
Riffle scope
Shooter book
L Sharpe desk corner
Mini football helmet
2001 space odyssey toy
Cando toy set
1 laptop
Ironman glove toy
Paint set
Paint brushes
Black and decker dust buster
Talking chess set
Atlantic rocket toys
Electric wine opener
Star Trek toy
Bow and Arrow
Monster Drink 12 pack
(1)Half eaten chicken (rotted) in the pack

7

**Respondent Claim 19 Exhibit 2**

# AMAZON BOX LIST

I REVIEWED the items personally on my visits to the Properties situated at Rockville and Laurel Maryland.

Adam Ross Levin

I Dr. William C. Bevan declare under the penalty of perjury that the below is true and correct and thus that items listed on these pages are valued at

$ 751.00.

Signed this  8th  Day of September 2022.

Dr. William C. Bevan

8

WB

**Respondent Claim 19 Exhibit 2**