# William Rudow

| | |
|---|---|
| **From:** | Devorah Gordon <dgordon@fcc-corp.com> |
| **Sent:** | Monday, May 6, 2024 1:58 PM |
| **To:** | Devorah Gordon |
| **Subject:** | FW: [EXTERNAL EMAIL] William Bevan (you submitted new application) |
| **Importance:** | High |

**From:** Rochel Lichtschein <RLichtschein@fcc-corp.com>
**Sent:** Wednesday, May 1, 2024 11:17 AM
**To:** Devorah Gordon <dgordon@fcc-corp.com>
**Subject:** FW: [EXTERNAL EMAIL] William Bevan (you submitted new application)
**Importance:** High

**From:** Bernstein, Olga <Olga.Bernstein@montgomerycountymd.gov>
**Sent:** Monday, April 29, 2024 2:02 PM
**To:** Rochel Lichtschein <RLichtschein@fcc-corp.com>
**Cc:** Kate Kavtsevich <KKavtsevich@fcc-corp.com>
**Subject:** [EXTERNAL EMAIL] William Bevan (you submitted new application)
**Importance:** High

**External Email.** Use caution when opening emails from unknown or external senders. Do not click on web links or open attachments in such emails unless you trust the sender.

Hello Ms. Lichtschein,

I received new application for Mr. Bevan. There is no need for the new application yet.
Please submit still outstanding verifications which are required for 10/23 redetermination application completion **ASAP**:

1. Annuity contract for Security Benefit Annuity.

2. Charles Schwab ROTH IRA account 11/1/22 statement

3. Verification of Life Insurance/Jackson National Life Insurance Company Policy: face & cash value, & cash surrender value as 11/1/22

4. Strata Trust Company (IRA) 11/01/22 statement

5. Harbor Funds Stocks 11/1/22 value

6. United Bank account 11/1/22 statement

7. ETrade Funds 11/1/22 statement

**Respondent Claim 19 Exhibit 3**

8. Verification of property foreclosure (11229 Empire Lane Rockville, MD 20852)

9. Written explanation from joint owners of intention to sell property (3415 Wenona South, Laurel, MD 20724)

10. PenFed Credit Union & Discovery Bank (xxx7849)10/22; 01/23; 04/23; 07/23; 10/23; 01/24 statements

**Initial application has been approved without a lot of outstanding information (MDH OES SOP 20-08 Interim Emergency Procedures for Long-Term Care during the COVID-19 national emergency). They are required now.**

I emailed Kate Kavtsevich about this matter a while ago. She is listed as Mr. Bevan's representative.

If you want to proceed with the new application, please let me know. But outstanding verifications still will be requested.

Thank you,


**Olga Bernstein**
GAES II
MC DHHS
401 Hungerford Drive
Rockville, Maryland 20850
Tel.: (240) 777-3156
Fax: (240) 777-1330
E-Mail: olga.bernstein@montgomerycountymd.gov

CONFIDENTIALITY NOTICE:  The information contained in this e-mail message may be confidential and legally privileged and is intended solely for the intended recipient of this message.  Unauthorized disclosure, copying, distribution or use of the information contained herein (including any reliance thereon) is strictly prohibited and may constitute a violation of State of Maryland and/or federal laws concerning the confidentiality of privileged information.  If you have received this message in error, please contact the sender by return mail and destroy the material in its entirety (whether in electronic or hard copy format).

**For more helpful Cybersecurity Resources, visit: https://www.montgomerycountymd.gov/cybersecurity**

**Respondent Claim 19 Exhibit 3**