**Patient Name:  William Bevan**

*Patient Refused To sign Contract*

## Welcome!  Thank you for choosing

# ProMedica Skilled Nursing and Rehabilitation (Wheaton)

# Here's What We Will Discuss:

1) Maryland Standard Admission Agreement – Resident's Agent Financial Agreement

2) Patient Information Handbook

3) Center Supplement

4) Voluntary Arbitration Agreement

**Respondent Claim 19 Exhibit 4**

Resident's or your approval), we will arrange for the services to be provided by an outside provider, or we will arrange for the Resident's transfer to the hospital or other health care providers.

<u>Personal Services</u>

C.    We will provide the Resident with room and board, housekeeping services, recreational and social programs, and personal care.

D.    We will provide the Resident with a reasonable amount of storage space for the Resident's personal belongings.

E.    At the Resident's or your request, we will maintain the Resident's personal funds and will comply with the laws and regulations relating to our management of the Resident's funds.  See Exhibit 5.

3.    <u>Paying for The Resident's Care.</u>

A.    <u>Who Can be Required to Pay for the Resident's Care.</u>

Only the Resident and the Resident's insurers can be <u>required</u> to pay for the Resident's care.  You cannot be required to pay for the Resident's care <u>from your own funds</u>, unless you knowingly and voluntarily agree to pay for the cost of the Resident's care with your own funds.[1]

By signing this Agreement, you and the Resident agree to pay for care and services provided to the Resident with the Resident's income, funds and assets.  (By signing this Agreement, you intend to bind the Resident to all obligations of this Agreement, including payment for care and services.)  If you fail to pay a Facility bill, we may request a court to order such payment.  You understand you may not use the assets or income of the Resident for any purpose that

_____

[1]  Whenever the phrase "you will be charged", "you pay", or "you agree to pay" are used in this Agreement, it shall be subject to the qualifications of this paragraph.

Financial Agreement, Page 2

**Respondent Claim 19 Exhibit 4**

You agree to pay either directly or through a third-party payor for all items and services provided to the Resident by the Facility. You request that the Facility send the bills to:

_____.

      B.   <u>Private Pay Residents.</u>

The items and services included in our daily rate of _____ which include basic room, board and general nursing care as required by the Resident's medical condition are listed in Exhibit 2. Payment for items and services that are included in the daily rate is payable one month in advance and due on the first of each month. You agree to make timely payments.

You understand and agree that the Resident will be charged separately for additional items and services which the Resident or you (or the Resident's physician, with the Resident's or your approval) request and which are not included in our daily rates such as special nursing care, special equipment, pharmacy charges, laboratory charges and additional services such as telephone expenses, clothing, beauty and barber services and newspapers. A list of many of the ordinary items and services for which the Resident may be charged is at Exhibit 2. If the Resident, or you, or the Resident's physician (with the Resident's or your approval) request items or services other than those listed in Exhibit 2, you will be notified of the cost. Payment for these additional items and services is due within thirty (30) days after the Resident or you (or the Resident's physician with the Resident's or your approval) have requested them, and the Resident has received and been billed for them. Within ninety (90) days of receiving an item or service, or within thirty (30) days of payment, you or the Resident have the right to ask us for an itemized statement that briefly but clearly describes each item and service, the amount charged for it, and the identity of the payor billed for the service.

Financial Agreement, Page 4

**Respondent Claim 19 Exhibit 4**

you and the Resident will be notified of the Facility's intention to discharge the Resident for non-payment. You agree to continue to pay the Facility's prevailing daily charges until the date of the Resident's departure.

If there is any dispute about whether the Resident should be discharged, the notice and other requirements in Section 4.F. apply. If transfer or discharge becomes necessary because you or someone else abused the Resident's funds, the Facility will request that the Attorney General investigate which may result in prosecution.

If you believe that you may need to apply for Medical Assistance later for the Resident, you may want to find out now if the Resident is "medically eligible" for nursing home payment by Medicaid. (This is not, however, the same as applying for Medical Assistance benefits.) See Exhibit 3B. [The Exhibit is written in terms of the Resident.]

C.    Medicare Residents

We participate in the Medicare Program. Medicare may pay for some or all of the Resident's nursing home care. For information on Medicare, see Exhibit 3A. [The Exhibit is written in terms of the Resident.] If the Resident is eligible for Medicare, you have the right to have claims for the Resident's nursing home care submitted to Medicare. You understand and agree to pay the Facility for amounts not covered by Medicare, including the co-payment which Medicare requires for most covered services, currently _____ Service Dates: 2023: $200.00 _____, which Medicare changes yearly. You also understand that some items and services offered by the Facility are not covered by Medicare and if you want (on behalf of the Resident) or the Resident wants any of these items or services, you agree to pay for them. (A list of the items and services not covered by Medicare and charges for them are at Exhibit 4.) If the Resident also participates in Medicare, Part B, for physical, occupational, or speech therapy or other billable charges which are

Financial Agreement, Page 6

**Respondent Claim 19 Exhibit 4**

If you or the Resident would like your own copy, the Facility will provide one.

Some of the items and services that we offer are not covered by Medicaid. If you or the Resident want any items or services which are not covered by Medicaid to be provided to the Resident, you will have to pay for them. A list of the items and services not covered by Medicaid and the charges for them are at Exhibit 4. Payment for items and services that are not covered by Medicaid is due after the Resident, or the Resident's physician with your, or the Resident's approval, have requested them and the Resident has received them and you have been billed for them. Within ninety (90) days of the Resident receiving an item or service, or within thirty (30) days of payment, you or the Resident have the right to ask us for an itemized statement that briefly but clearly describes each item or service, the amount charged for it, and the identity of the payor billed for the service.

You understand that non-payment of items and services not covered by Medicaid may result in a discharge action for non-payment of bills. If all of the Resident's personal needs have been met, you understand that money in the Resident's personal funds account may be needed to pay for items and services not covered by Medicaid which were requested by you or the Resident (or the Resident's physician with the Resident's, or your approval) and are provided by the Facility.

E.    <u>Increases in Charges and Fees.</u>

Any time we increase a fee or charge for an item or service or add a new item or service, we will provide you and the Resident with forty-five (45) days advance written notice.

Financial Agreement, Page 8

**Respondent Claim 19 Exhibit 4**

H.    Limitations of Liability.

The Facility is obligated to take reasonable precautions to provide the Resident and the Resident's personal belongings with security, including providing a reasonable amount of secured space for the Resident's belongings.    The Facility, however, cannot be responsible for any loss or damage to the Resident's valuables or money that is not delivered into the custody of the Facility Administrator or his/her designee, unless that loss or damage is caused by the negligent or willful action of the Facility staff.  The Facility's Policies and Procedures concerning the Resident's personal funds and the Resident's personal property are at Exhibit 5.

If, in spite of the Facility's best efforts, there is loss or damage to property, or injury or death to persons, which is mutually agreed to be or determined by an appropriate third party to be caused solely by the Resident, you agree to be responsible for the damage, injury, or death to the extent of the Resident's income, funds and assets. This responsibility includes payment for damages and all costs including reasonable attorneys' fees required to defend a claim resulting from such damage.

In addition, although the Resident has the right to make the Resident's own health care decisions, including the right to refuse treatment, you accept responsibility to the extent of the Resident's income, funds and assets for any consequences resulting from the Resident's refusal to accept nursing or medical treatment or service considered by the Resident's physicians to be necessary for the Resident's care.

Financial Agreement, Page 10

**Respondent Claim 19 Exhibit 4**

Program, are responsible for the doctor's payment. If the Resident does not have a doctor, the Resident or the Resident's health care representative may choose one from the list of physicians who practice here. This list is attached as Exhibit 6. If the Resident or the Resident's health care representative is unable to choose a doctor, we will assign one to the Resident from this list. In case the Resident's doctor is not available when needed, our Medical Director, or designee, will take care of the Resident until the Resident's doctor is available.

Some services the Resident may require are available through outside providers. Some available outside providers and whether the Facility has a shared ownership interest with the Provider are at Exhibit 7.

C.   Personal Property and Financial Affairs.

The Resident has certain rights relating to the Resident's personal property and managing the Resident's financial affairs. These rights may be exercised by you. So that you are aware of these rights the Facility's policy and procedure concerning these rights is at Exhibit 5.

D.   The Resident's Right to Make Complaints and Suggest Changes in Policies and Services.

You, the Resident, or any other person may make complaints about the Resident's care in the Facility and may also suggest changes in the policies and services of the Facility. The Resident will not be harassed or discriminated against for making a complaint or suggesting a change in a policy or service. You or the Resident may present the complaints orally or in writing to Facility staff or the Administrator, or to one of the following State agencies:

Financial Agreement, Page 12

**Respondent Claim 19 Exhibit 4**

days paid by the Medicaid Program, the resident has the right to be readmitted to the first available gender and care-appropriate semi-private bed. Semi-private room means a two, three, or four-bed room. You may pay privately to reserve a bed for additional days.

The maximum number of days for which the Medicaid Program will pay to hold a bed for a leave of absence may be increased or decreased based upon changes in the law or the regulations established by the Maryland Medical Assistance Program

### Hospitalization

3.    Private Pay Residents:

If the resident is private-pay, or are receiving inpatient care reimbursed under the Maryland Medicare Program (and the resident is not covered under Medicaid), we will hold a bed for as long as you pay for it at the current daily rate unless you notify us otherwise.

4.    Medicaid Residents:

If Medicaid pays for part or all of the resident's nursing home care or has filed an application for Medicaid and the resident's needs to be hospitalized, you may pay privately to reserve a bed for the days you are in the hospital. If your hospital stay exceeds the number of days you have paid the nursing home to reserve a bed, you have a right to be readmitted to the first available gender and care-appropriate semi-private bed. A hospital stay is not a leave of absence.

### Third-party Payors

5.    Other third-party payors may or may not have a bed hold policy. We will discuss this if it applies to you.

F.    Transfer and Discharge.

The Resident has the right to remain here, and may not be transferred or discharged against the Resident's will, except for the following reasons: (a) the Resident's condition has improved so that

Financial Agreement, Page 14

**Respondent Claim 19 Exhibit 4**

If you or the Resident decide to end this Contract and the Resident leaves the Facility, the bill becomes due and payable on the day the Resident leaves. You or the Resident must give us 5 days notice to terminate this contract. If the Resident leaves before the end of that time, you must still pay for each day of the required notice unless we fill the bed before the end of the notice period.

In the event the Resident dies while a resident of the Facility, please designate who we should contact:

Relative or Friend: _____

Funeral Home: _____

Unless you have instructed us otherwise, we will immediately contact the individual(s) listed above to make funeral arrangements. If we are unable to reach the individual(s), we will contact the funeral home directly.

6.    Additional Documents.

It is not possible to cover everything that is important to the Resident's stay in our Facility in the body of this Contract. Therefore, we have included additional important documents as Exhibits. These Exhibits are part of this Contract. Please verify that you received all of the Exhibits and that the contents of the Exhibits were explained to you. Place your initials on the line next to the description of each Exhibit.



_____    Exhibit 1.  Obligations and Rights of an Agent.

_____    Exhibit 2.  Private Pay:

A.    Items and Services Included in the Daily Rate;

Financial Agreement, Page 16

**Respondent Claim 19 Exhibit 4**

The parties have executed this Contract on the day listed below.

Manor Care of Wheaton MD, LLC

DBA ProMedica Skilled Nursing and Rehabilitation (Wheaton)

Signature: _____

Name: _____

Title: __Administrator or Facility Designee__

Date: _____

AGENT:

Signature: _____

Name: _____

Title: _____

(Indicate whether you are: (1) a court-appointed guardian of the property (or of the person with court granted authority to handle the Resident's funds); (2) a power of attorney appointed by the Resident;[6] (3) a family member; or (4) other individual with access to (use, management, or control of) the income, funds and/or assets of the Resident.

Date: _____

---

[6]  By signing as Power of Attorney, I acknowledge I am signing an Agent as defined in this document and by Title 19, Health General Article, Annotated Code of Maryland.

Financial Agreement, Page 18

**Respondent Claim 19 Exhibit 4**

(NOTE: Documentation verifying the above must be included in the Resident's record if a third-party's signature is required by the Facility.)

B.   PLEASE SELECT THOSE QUESTIONS WHICH DESCRIBE YOUR AUTHORITY FOR ACTING AS THE RESIDENT'S AGENT AND THEN INITIAL.

Are you signing this Contract (Select One):

_____ 1.      At the request of the Resident?

_____
Signature Verification of Resident –William Bevan

_____ 2.      As a family member or other person with authority to manage, use or control the Residents income, funds and/or assets?

_____ 3.      As a Guardian of the Property appointed by a Court?

_____ 4.      As a financial Power of Attorney appointed by the Resident?

INITIALS: _____

(NOTE: The Agent shall provide documentation of his or her authority, where applicable.)

C.   AS THE RESIDENT'S AGENT, YOU HAVE CERTAIN OBLIGATIONS WHICH ARE LISTED BELOW. FAILURE TO MEET THESE OBLIGATIONS CAN RESULT IN CIVIL AND CRIMINAL PENALTIES AS DESCRIBED IN THIS EXHIBIT. INDICATE THAT YOU AGREE TO ASSUME EACH OBLIGATION BY INITIALING EACH IN THE SPACE PROVIDED.

Exhibit 1, Page 2

**Respondent Claim 19 Exhibit 4**

(NOTE:    If it is ever determined that I knowingly or willfully participated in the disclosure of incomplete or inaccurate information, the incomplete or inaccurate disclosure is considered a breach of this Contract and the Facility reserves the right to pursue all available legal remedies against me including, but not limited to, an action for breach of contract.)

D.    PENALTIES

I understand that I could be subject to both civil and criminal penalties for failure to meet my obligations as an Agent as follows:

1.    If I willfully or with gross negligence fail to pay the required amounts from the Resident's income, funds or assets, as determined available by Medical Assistance, I understand that I could be subject to a civil money penalty for an amount at least equal to the amount due the Facility.  This amount would be paid from my own funds.

2.    If I willfully or with gross negligence fail to seek and pursue with due diligence on behalf of the Resident all assistance from Medical Assistance which may be available to the Resident, or fail to cooperate fully in the eligibility determination process, I understand that I could be subject to a civil money penalty of up to $10,000.  This amount would be paid from my own funds.

3.    If I willfully or with gross negligence fail to cooperate and assist in the discharge planning process for the Resident, I understand that I could be subject to a civil money penalty of up to $10,000.  This amount would be paid from my own funds.

4.    If I "abuse" the Resident's funds, I understand that I could be found guilty of a misdemeanor and, on conviction, be subject to a fine of up to $10,000.  This amount would be paid from

Exhibit 1, Page 4

**Respondent Claim 19 Exhibit 4**

a.  Pay for removal and storage of the property?
Yes _____    [If yes, (    ) with the Resident's funds/
(    ) with your funds]

No _____ Initials _____

b.  Pay for the room until you are able to move the
Resident's personal property?
Yes _____    [If yes, (    ) with the Resident's funds/
(    ) with your funds]

No _____ Initials _____

4.  If the Resident or his or her Representative wants to
obtain private duty nurses or geriatric aides in
accordance with the requirements of this Agreement,
do you agree to be responsible to make arrangements
for those services?
Yes _____/No_____ Initials _____

5.  Payment for services of private duty nurses or geriatric
aides shall be made out of the Resident's income,
funds and assets unless you agree to pay.  Do you
knowingly and voluntarily agree to pay for the services
of private duty nurses from your own resources if these
services are requested and the Resident does not have
sufficient funds to pay for such services?
Yes _____/No _____ Initials _____

6.  In the event the Resident or his or her representative
seeks to terminate this Contract, do you agree to give
the notices required under Paragraph 5 of this
Contract?
Yes _____/No _____ Initials _____

Exhibit 1, Page 6

**Respondent Claim 19 Exhibit 4**

I, _____, have read the information in this Exhibit 1.  I have had the opportunity to ask questions and I fully understand and accept all of the obligations I have in acting as the Resident's Agent.

_____    _____
Agent                                Date

_____    _____
Facility Administrator or Designee   Date

Exhibit 1, Page 8

**Respondent Claim 19 Exhibit 4**

The items and services available in the facility that are not included in the daily rate are listed below. The Resident may be charged for these items and services if you or the Resident (or the Resident's physician with the Resident's or your approval) ask for them and the Resident receives them. If the Resident is eligible for Medicare and/or private insurance and you believe that Medicare and/or the private insurance may cover an item or service listed below, you should ask us to submit the bill to Medicare and/or the private insurer. The services marked (*) may have a separate supply charge. You will be notified of those charges at the time the supplies are ordered.

| Description of Items & Services Not Included in the Daily Rate | Charge |
|---|---|
| Beauty and Barber* | Starting at $10.00 |
| Catheter Care* <br> • Catheter Charges – Indwelling Change <br><br> • Catheter Charges – Intermittent Chg | $23.00 minimum per insertion <br><br> $4.00 minimum per insertion |
| Colostomy Care* <br> • Ostomy Bag Change | $7.00 minimum per change |
| Decubitus Care* <br><br> • Simple Wound Treatment per Occ <br><br> • Complex Wound Treatment per Occ <br><br> • Wound Vacuum - Single Wound | $15.00 minimum per occurrence <br><br> $50.00 minimum per occurrence <br><br> $145.00 minimum per day |

Exhibit 2, Page 2

**Respondent Claim 19 Exhibit 4**

| Description of Items & Services Not Included in the Daily Rate | Charge |
|---|---|
| • Ntrtnl/Entrl Ser Group 1 per Servg | $1.00 minimum per serving |
| • Thickened Liquids Daily | $5.50 minimum Daily Fee |
| • Nutrients - Specialized (Tube Feeding)- Glucerna 1.2 | $13.50 minimum per 1500 calories |
| • Nutrients - Specialized (Tube Feeding)- Nepro with Carb Steady | $11.70 minimum per 1500 calories |
| • Nutrients - Specialized (Tube Feeding)- Glucerna | $16.75 minimum per 1500 calories |
| • Nutrients - Specialized (Tube Feeding)- Perative | $30.00 minimum per 1500 calories |
| • Ntrtnl/Entrl Ser Group 2 Per Servg | $1.90/serving minimum per serving |
| • Ntrtnl/Entrl Ser Grp 3 per 1500 Cal | $9.00 minimum per 1500 calories |
| Incontinent Care[*] <br> • Incontinent-Daily Fee | $5.75 minimum Daily fee |
| IV Therapy[*] <br> • IV Therapy Supplies | Per vendor |
| • IV Pump Rental – Daily | $10.00 minimum per day |
| • IV Start/Equipment Rental | $1.00 minimum per day |
| Laundry[*] | N/A |

Exhibit 2, Page 4

**Respondent Claim 19 Exhibit 4**

| Description of Items & Services Not Included in the Daily Rate | Charge |
|---|---|
| ○ Level 2 Mattress with Pump Daily | $48.00 minimum per day |
| ○ Level 3 Clinitron (rental only) | $140.00 minimum per day |
| • Trapeze<br>　○ Trapeze Floor Stand Rent Daily | $2.00 minimum per day |
| Suctioning*<br>　○ Gastric Drain Suction Rent Dly | $2.00 minimum per day |
| ○ Pump Suct Aspirator Rent Daily | $2.00 minimum per day |
| ○ Pump Suct Asprtr 800CC Daily | $3.00 minimum per day |
| Tracheotomy Care*<br>○ Standard Trach Bundle Daily | $36.00 minimum per day |
| ○ Trach Item - Speaking Valve Change | $114.00 minimum per change |
| Other:<br>　○ Occupational Therapy Dysphagia Treat | $125.00 per 15 minute unit |
| ○ Occupational Therapy Eval | $125.00 per 30-60 minute unit |
| ○ Occupational Therapy Low Frequency Non-Thermal US | $325.00 per 15 minute unit |

Exhibit 2, Page 6

**Respondent Claim 19 Exhibit 4**

| Description of Items & Services Not Included in the Daily Rate | Charge |
|---|---|
| o  Physical Therapy All other CPT Codes | $50.00 per 15 minute unit |
| o  Speech Therapy Bedside Swallow Eval | $125.00 per 15 minute unit |
| o  Speech Therapy ENDSCPY SWAL TST | $325.00 per 15 minute unit |
| o  Speech Therapy Eval Fluency/Stuttering | $125.00 per 15 minute unit |
| o  Speech Therapy Eval Oral Speech Device | $125.00 per 15 minute unit |
| o  Speech Therapy Eval Speech Sound Production | $125.00 per 15 minute unit |
| o  Speech Therapy Eval Speech with Language | $325.00 per 15 minute unit |
| o  Speech Therapy Eval Voice/Resonance | $125.00 per 15 minute unit |
| o  Speech Therapy FEES W/LARNGL TST | $325.00 per 15 minute unit |
| o  Speech Therapy LARYSCPY SENS TST | $325.00 per 15 minute unit |
| o  Speech Therapy Motion FLR SWAL | $125.00 per 15 minute unit |
| o  Speech Therapy – Routine | $15.00 per 15 minute unit |
| o  Speech Therapy SGD TX | $125.00 per 15 minute unit |
| o  Speech Therapy SP/Lang Treat | $125.00 per 15 minute unit |
| o  Speech Therapy Swallowing Treat | $125.00 per 15 minute unit |

Exhibit 2, Page 8

**Respondent Claim 19 Exhibit 4**

| Description of Items & Services Not Included in the Daily Rate | Charge |
|---|---|
| o Monoclonal Antibodies Administration | $450.00 per administration |
| o Nebulizer Pulmonate Comp RTDY | $1.00 minimum per day |
| o Nebulizer Rental Daily | $2.50 minimum per day |
| o Nonlegend Pharmacy | Per vendor |
| o Personal Purchases | Per fee |
| o Pharmacy IV Drugs | Per vendor |
| o Phone Services | N/A |
| o Physician Visit | Per fee |
| o Pneumococcal Vaccine | $125.00 minimum per vaccine |
| o Pneumococcal Vaccine Administration | $40.00 per vaccine |
| o TB Test | Per vendor |
| o Telehealth Originating Site Fee | $27.59 minimum per visit |
| o Television and Cable Services | N/A |
| o Transportation Services | Per fee |
| o Ventilator Rental Daily | $33.00 minimum per day |

Exhibit 2, Page 10

**Respondent Claim 19 Exhibit 4**

| | MEDICARE | MEDICAID |
|---|---|---|
| | 9. Medically necessary doctor's services. | |
| YOUR CONTRIBUTION | Medicare does not pay 100% of the cost of covered services. You will be required to pay part of the charges. Your payment may be called a "copayment," "deductible" or "premium," depending on the type of care provided. If you receive Medicaid, Medicaid may pay for any payment that you are responsible for under Medicare. | Depending on your income, you may be required to make a contribution toward the cost of your care. The amount of any contribution will be calculated by the local Department of Social Services. You will need to pay this contribution to the Facility for every month in which you are eligible for Medicaid, including partial months. |
| WHO'S ELIGIBLE | People 65 years old or older who are eligible to collect old-age benefits under Social Security are eligible. Persons who receive Social Security disability benefits for at least 24 months, or have been found eligible for Medicare by the Social Security Administration because they have end stage renal disease requiring regular dialysis or kidney transplant are also eligible. | Eligibility is based on your income and resources (assets):<br><br>1. Resources: The local Department of Social Services will evaluate your resources (assets) and tell you whether you qualify. Generally, you cannot have more than $2,500 in resources. The following are examples of things not counted as resources: |

Exhibit 3A, Page 2

**Respondent Claim 19 Exhibit 4**

|  | MEDICARE | MEDICAID |
|--|----------|----------|
|  |  | personal use while in the Facility.<br><br>2. <u>Assets</u>: The local Dept. of Social Services will also be able to evaluate your assets and tell you whether you qualify. |
|  |  | NOTE:  You will not be eligible for some period of time if you have transferred resources for less than fair market value to someone other than your spouse, or a blind or disabled child, within thirty-six months before you apply for Medicaid.<br><br>2. <u>Income</u>:  If your income is less than the facility's private pay rate, you may be eligible.  If you qualify, $40.00 per month of your income is protected for your personal use while in the facility.  Medicaid may protect other |

Exhibit 3A, Page 4

**Respondent Claim 19 Exhibit 4**

**EXHIBIT 3B**
**MEDICAL ASSISTANCE**
**NURSING FACILITY SERVICES**

**Important Information - Please Read Carefully**

The Medical Assistance Program, also known as Medicaid, is a governmental program to help people pay their medical bills.  To be eligible, one must be financially unable to pay the cost of medically necessary care.  Eligibility, therefore, has two tests:  (1) financial eligibility; and (2) medical eligibility.  Financial eligibility is determined by the local Department of Social Services.  Medical eligibility is determined by the Medical Assistance Program.

It is important to understand that even if you can no longer afford to pay for nursing facility care, Medical Assistance will not pay for nursing facility services unless you are <u>also medically eligible</u> for these services.  You may obtain information regarding financial eligibility from the local Department of Social Services at no cost.  If you want to know if you are medically eligible before you apply for Medicaid Assistance, for a nominal fee, you may obtain an assessment of your medical eligibility from the same contractor who currently functions as the State Review Agent for the Medical Assistance Program.

To obtain an assessment of your potential medical eligibility, you may call the current State Review Agent, Telligen at (888)276-7075 or you may write to Telligen at:

Telligen
10330 Old Columbia Road,
Suite 101,
Columbia, MD 21046

Medical conditions of nursing facility residents change over time.  Therefore, the assessment you receive is advisory only and is not binding on the Medical Assistance Program.  The assessment will, however, assist you in making an informed decision regarding your need for nursing facility care or for less intensive

Exhibit 3B, Page 1

**Respondent Claim 19 Exhibit 4**

**EXHIBIT 4**
**FOR MEDICARE AND MEDICAID RESIDENTS**

**Items and Services Not Covered By Medicare or Medicaid**

Items and services not covered by Medicare or Medicaid and related charges are listed below. You may be charged for these items and services if the Resident or you (or the Resident's physician with the Resident's or your approval) ask for and receive them. The services marked with an (*) may have a separate supply charge. You will be notified of those charges at the time the supplies are ordered.

| Item or Service | Charge |
|---|---|
| Audiology Services; | Per vendor |
| Beauty Salon and Barber Shop*; | Starting at $10.00 |
| Cosmetic and Grooming Items; | Per fee |
| Dental Services (Billed by Dentist) | Per vendor |
| Flowers and Plants; | Per fee |
| Newspapers (and other reading materials); | Per fee |
| Occupational and Physical Therapy Services*; (unless they are part of a specialized rehabilitative therapy services program meeting certain regulatory requirements); | Services starting at $15.00 |
| Personal Clothing; | Per fee |
| Personal Comfort Items (including smoking materials); | Per fee |
| Private Rooms**; | See Center Supplement |
| Privately Hired Nurses and Aides; | Per vendor |
| Services of Other Health Care Providers [Attach Facility Specific List]; | |

** If you receive Medicaid and the Facility places you in a private room, the Facility may not charge you or anyone else an additional cost for a private room.

Exhibit 4, Page 3

**Respondent Claim 19 Exhibit 4**

**EXHIBIT 5**
**POLICIES AND PROCEDURES CONCERNING THE RESIDENT'S**
**PERSONAL FUNDS AND THE RESIDENT'S**
**PERSONAL PROPERTY**

A.    **The Resident's Rights**

1.    The Resident has the right to keep and use the Resident's personal property, including some furnishings and clothing, so long as there is enough space and other residents are not inconvenienced. The Resident also has the right to security for the Resident's personal possessions.

2.    We cannot require the Resident to deposit the Resident's personal funds with us. The Resident may, however, choose any person to manage the Resident's funds, including the Facility.

3.    If the Resident decides to have us manage the Resident's personal funds during the Facility's business hours, the Resident may withdraw the Resident's money that we keep in the Facility. If we have deposited any of the Resident's funds in a bank, the Resident may obtain those funds within three banking days, provided the funds have cleared.

4.    If the Resident needs help to perform the Resident's banking transactions, the Resident may give an employee of our Facility who has been approved by the Administrator legal authority to access the Resident's account. This authority is called a "limited power of attorney." To give an employee this authority, the Resident will need to complete a special form.   The form has been approved by the Maryland Department of Health and is available in the facility.

5.    The Resident has the right, during normal business hours, to inspect our written records that concern the Resident's personal funds.

6.    The Resident or any other person acting on the Resident's behalf has a right to file a complaint if it is believed that the Resident's

Exhibit 5, Page 1

**Respondent Claim 19 Exhibit 4**

3.    If the Resident wants us to manage more than $50.00 of the Resident's personal funds, we will deposit this money in an interest bearing account that is insured by the federal government. This account will be separate from the accounts we use to operate the facility. In addition, we will credit the Resident with all interest earned on the Resident's money.

4.    We will maintain a full, complete and separate monthly accounting of the Resident's personal funds, which is available to you for inspection.  We will also provide the Resident with a quarterly statement of the activity of the Resident's account.

5.    If the Resident receives Medicaid benefits, we will notify the Resident if the Resident's account balance becomes too high.  If the Resident is to remain eligible for Medicaid, the Resident's account balance must be under a certain dollar limit that is established by the federal government and may change periodically.

6.    We may not use the Resident's personal funds to pay for an item or service that Medicare or Medicaid covers.

7.    We will maintain adequate fire and theft coverage to protect the Resident's funds and personal property that are kept at the Facility. We shall also obtain a surety bond or otherwise assure[*] the security of the Resident's personal funds that are deposited with the Facility.

8.    If the Resident is discharged, there are several things we must do:

        a.    We will immediately return the Resident's personal funds in our possession.  If we have deposited the Resident's personal funds in a bank account, we will

---

[*]    CMS has determined that neither self-insurance nor FDIC insured accounts are an acceptable alternative.

Exhibit 5, Page 3

**Respondent Claim 19 Exhibit 4**

Resident's heirs. If no claim is made on the Resident's funds, valuables or other assets in our possession within six weeks of the Resident's death, we will write the State Office of the Comptroller for direction.

10.   If we are in possession of the Resident's funds, valuables or other assets for more than one year from the date of the Resident's transfer or discharge, we will transfer the Resident's funds, any interest on the Resident's funds, and the Resident's valuables or other assets to the State Office of the Comptroller. We will also notify the Comptroller's Office of any account(s) in the Resident's name of which we have knowledge.

Exhibit 5, Page 5

**Respondent Claim 19 Exhibit 4**

**EXHIBIT 7**
**SERVICES PROVIDED BY OUTSIDE HEALTH CARE PROVIDERS**

Some of the services available in the Facility, such as pharmacy services, are provided by outside health care providers. These services, and information about the providers, appear below. The Resident's own provider or one of those listed below may be used.

| Type of Service | Provider's Name, Address & Telephone Number | Whether the Facility Has a Shared Ownership Interest with the Provider |
|---|---|---|
| Radiology/Lab - American Health Associates: 10290 Old Columbia Rd, Suite 302, Columbia, MD 21046 : 410-381-0102 : No Shared Interest | | |
| Pharmacy - Heartland Pharmacy: 9070 Junction Dr, Suite E Annapolis, MD 20701 : 301-498-7410 : Shared Interest | | |
| Podiatry - HealthDrive: 6700 Alexander Bell Dr, Suite 200, Columbia MD 21046 : 888-964-6681 : No Shared Interest | | |
| -- | | |
| -- | | |
| -- | | |
| -- | | |
| -- | | |
| -- | | |
| -- | | |

Exhibit 7, Page 1

**Respondent Claim 19 Exhibit 4**

2

## Skilled Nursing and Rehabilitation Centers Patient Information Handbook

## Our Center and You

Just as you value your choices, we value respecting them.

ProMedica's person-centered care focus allows for individuality, preference, and dignity coupled with a sense of community. Our philosophy of person-centered care means that you will receive the help and support you need to reach your healthcare goals without losing choice and autonomy.

Do you prefer a shower or a bath? What time would you like to go to bed at night? What would you like to eat for dinner? Is there a certain routine you followed at home that you would like to continue while at our center?

These are just a few of the choices that are yours to make at one of our centers. Your healthcare team will strive to make our center feel like your home while getting to know you as a person, not a patient.

## What to Expect

Most likely, you have just come from a hospital stay and you may be anxious about your time at our center. We can't answer all of your questions in this handbook so please don't hesitate to ask us questions or voice concerns.

For some patients, our center will become their home. For many patients, their stay with us is a short term visit to recover from surgery, an injury or a serious illness… before going home.

The cornerstone of care is your care team. Quality care begins by getting to know your primary care nurse, certified nursing assistants and therapists who will be assisting you. It is important that you and your family discuss any care concerns with them and alert them to any physical, mental or emotional changes.

Your care will be under the direction of a licensed physician. Although you won't see your doctor as often as you did in the hospital, our staff members will be in regular contact with your personal physician. It's important that you or your family members remain in contact with your physician as well.

Our center accepts Medicare, private payment and most insurance plans. Many of our centers also accept Medicaid. More information about Medicare and Medicaid can be found in the Appendix in the back of this handbook.

As part of our effort to maintain an independent and dignified lifestyle as well as to ensure patient rights, we make every effort to avoid using physical or chemical restraint. We encourage the least restrictive environment to promote optimal level of functioning and independence.

## Your Health Care Team

### PHYSICIANS

During your stay, your care will be supervised by your atte physician, who in most cases is not a ProMedica employe have the right to choose any licensed physician who agre comply with our policies and applicable rules. Please give physician's name and tell us if you wish to change physici physician does not comply with our policies, we will ident physician to care for you to ensure you receive proper car

### NURSES AND ASSISTANTS

Nursing care is provided under the direction of a profess Director of Nursing in coordination with physician's orde Licensed nurses and nursing assistants are available to e you receive proper care.

### THERAPISTS

We offer several types of therapy services to help you obtain your best outcomes. The services we offer genera include: physical therapy, occupational therapy, and spe therapy. Your attending physician will order therapy for y is appropriate.

### PHARMACISTS

Medications prescribed by your physician will be obtaine licensed pharmacy. You have the choice to use our pharm own pharmacy. You can use your own pharmacy as long a pharmacy complies with our requirements for stocking ar packaging your medications. If your pharmacy cannot cor with these requirements, we will notify you and use our pharmacy provider.

### SOCIAL SERVICES

Social services can help you plan for discharge, identify s of financial assistance, refer you to community resources support regarding your health care needs and arrange f appropriate care after you are discharged from our cent

### ACTIVITIES

Our center's activity programming is designed to recogni accommodate any limitations you may have while maximi strength, interest, and abilities. A variety of recreation opt promote cognitive, physical, social, and sensory stimulatic

We make every effort to provide a home-like and comfort environment. We encourage patients to live at their highe practicable level. Our employees are dedicated to quality we have instructed them to not accept tips or gifts from p families or visitors. However, a verbal or written communi always appreciated.

**Respondent Claim 19 Exhibit 4**

4

## Skilled Nursing and Rehabilitation Centers Patient Information Handbook

### TRANSPORTATION
Depending on your payer source, you may be responsible for arranging and paying for transportation to and from your appointments. If needed, we will assist you with your transportation arrangements.

### MAIL
Mail and other deliveries will be brought to your room. Mail received after you have been discharged will be forwarded. A mailbox is available for outgoing mail and center staff is available to assist with opening, reading and sending mail, if needed.

### FOOD SERVICE
The center's Dietary Manager works closely with a registered dietitian and other health care team professionals to provide nutritious meals and education to meet your specific needs. Meals are served daily in the dining room at regular hours. You may also dine in your room. Snacks are available in-between meals and upon request. Your guests may dine with you at an additional charge. Please notify a member of the center staff if you wish to receive guest food trays.

If you decide to keep food in your room, it must be in an airtight container and dated. Perishable items should be marked with your name and the date. Please give it to a staff member for storage in a refrigerator.

### LAUNDRY
We will launder your personal items at your request. Or, your family can provide laundry services for you. This service is included in the daily room and board rate for Medicare and Medicaid patients. There is an additional charge for patients who pay privately. Please label your personal items with a laundry pen.

### EQUIPMENT
You are responsible to provide your own equipment including wheelchairs, walkers, and canes. You may rent equipment from the center or other independent suppliers if needed. Equipment owned by the center should not be removed from the center without prior permission from center staff. The Maintenance Department will routinely check equipment to make sure it functions properly.

### RESIDENT TRUST FUND
We offer a resident trust fund which is a separate account for your personal funds. These funds can be used to pay for personal items such as beauty shop visits.

## Care Line

### FOR COMPLIMENTS, CONCERNS AND COMPLAINTS
Most of your questions or concerns regarding patient care or service can be quickly answered by our management team at this

Your call or email will be answered and referred to the ap manager for follow-up. This is a confidential service for ou families and employees.

Your center Administrator serves as the Grievance Officer Grievance Officer is responsible for overseeing the conce in the center.

## Notices

### ADMISSION POLICY
When making the admission decision, we will admit and persons without regard to race, color, national origin, anc religion, sex/gender (including pregnancy), sexual orienta gender identity or gender expression, age, physical or m disability, military or protected veteran status, citizenship, or marital status, genetics or any other legally protected c Each admission will be considered on an individual basis determine whether the facility can meet the patient's nee jeopardizing the safety of other patients.

- Services are available to patients as prescribed by the p outlined in the care plan.

- There is no distinction in eligibility for, or in the manner providing patient services.

- Patients are assigned to personnel on a non-discriminat

- Patients diagnosed with a contagious disease including not limited to HIV, MRSA and Hepatitis B, will not be de admission unless the State Health Department or Cente Disease Control advise otherwise. Patients must meet admission criteria.

- Concerns regarding compliance with Section 504 of the Rehabilitation Act of 1973 (non-discrimination against t handicapped) can be directed to the Care Line at 1-80C

This statement is in accordance with the provision of Title Civil Rights Act of 1964 (non-discrimination on the basis c color or national origin), Section 504 of the Rehabilitation 1973 (non-discrimination on the basis of age) and Regula U.S. Department of Health and Human Services issued pu the Acts, Title 45 Code of Federal Regulations Part 80, 84

### SPECIAL NEEDS COMMUNICATION
We are committed to communicating with sensory impair and persons with limited English proficiency. If you need a with understanding communication because of a hearing, sensory or sight impairment, we will provide the appropri interventions to help with communication.

### ADVANCE DIRECTIVES
You have the right to make decisions about your own hea

**Respondent Claim 19 Exhibit 4**

6

**Skilled Nursing and Rehabilitation Centers** Patient Information Handbook

## Index of Information

**Topic**
Admission policy
Advanced directives
Alcoholic beverages
Beauty and barber services
Bedhold policy
Belongings
Care line
Care team
Concerns
Customer service
Discharge policy
Equipment
Expectations
Food and food service
Gifts
Guest meals
Laundry service
Leaves
Mail
Medicaid                                                    A
Medicare                                                    A
Notice of information practices
Nurses and assistants
Patient room
Personal items
Pets
Pharmacists
Physicians
Prescription drug program
Privacy
Privacy act
ProMedica
Resident representative
Resident trust fund
Restraints
Smoking
Social services
Special needs communication
Telephone
Television
Therapists
Tipping
Transportation

8

## Skilled Nursing and Rehabilitation Centers Patient Information Handbook

Information in this system is also used to study and improve the effectiveness and quality of care given in these facilities. This system will only collect the minimum amount of personal data necessary to achieve the purposes of the MDS, reimbursement, policy and research functions.

3. **Routine uses of records maintained in the system.** The information collected will be entered into the LTC MDS system of Records, System No. 09-70-0528. This system will only disclose the minimum amount of personal data necessary to accomplish the purposes of the disclosure. Information from this system may be disclosed to the following entities under specific circumstances (routine uses), which include:

(1) To support Agency contractors, consultants, or grantees who have been contracted by the Agency to assist in accomplishment of a CMS function relating to the purposes for this system and who need to have access to the records in order to assist CMS;

(2) To assist another Federal or state agency, agency of a state government, an agency established by state law, or its fiscal agent for purposes of contributing to the accuracy of CMS' proper payment of Medicare benefits and to enable such agencies to fulfill a requirement of a Federal statute or regulation that implements a health benefits program funded in whole or in part with Federal funds and for the purposes of determining, evaluating and/or assessing overall or aggregate cost, effectiveness, and/or quality of health care services provided in the State, and determine Medicare and/or Medicaid eligibility;

(3) To assist Quality Improvement Organizations (QIOs) in connection with review of claims, or in connection with studies or other review activities, conducted pursuant to Title XI or Title XVIII of the Social Security Act and in performing affirmative outreach activities to individuals for the purpose of establishing and maintaining their entitlement to Medicare benefits or health insurance plans;

(4) To assist insurers and other entities or organizations that process individual insurance claims or oversees administration of health care services for coordination of benefits with the Medicare program and for evaluating and monitoring Medicare claims information of beneficiaries including proper reimbursement for services provided;

(5) To support an individual or organization to facilitate research, evaluation, or epidemiological projects related to effectiveness, quality of care, prevention of disease or disability, the restoration or maintenance of health, or payment related projects;

(7) To support a national accrediting organization whose accredited facilities meet certain Medicare requireme inpatient hospital (including swing beds) services;

(8) To assist a CMS contractor (including but not limited intermediaries and carriers) that assists in the adminis of a CMS-administered health benefits program, or t grantee of a CMS-administered grant program to co fraud, waste and abuse in certain health benefit prog and

(9) To assist another Federal agency or to an instrument any governmental jurisdiction within or under the co the United States (including any state or local goverr agency), that administers, or that has the authority tc investigate potential fraud, waste and abuse in a hea benefits program funded in whole or in part by Fede funds.

4. **Effect on individual of not providing information.** Th information contained in the LTC MDS System of Reco generally necessary for the facility to provide appropria effective care to each resident.

If a resident fails to provide such information, e.g. thorou medical history, inappropriate and potentially harmful car result. Moreover, payment for services by Medicare, Med and third parties, may not be available unless the facility h sufficient information to identify the individual and suppo claim for payment.

## Notice of Information Practices

**This Notice ("Notice") describes how medical informat about you may be used and disclosed and how you ca access to this information. Please review it carefully.**

We have summarized our responsibilities and your rights first section. For a complete description of our privacy pr please review this entire Notice.

### OUR RESPONSIBILITIES
We are required to:

- Maintain the privacy of your health information;

- Provide you with this Notice of our legal duties and infc practices with respect to information we collect and ma about you;

- Abide by the terms of this Notice currently in effect; an

- Notify you following a breach of unsecured protected h information.

**Respondent Claim 19 Exhibit 4**

## Skilled Nursing and Rehabilitation Centers Patient Information Handbook

**NEWSLETTERS / BULLETIN BOARDS.** Some of our business units have bulletin boards and newsletters that are distributed to staff and residents. If applicable, we may post your name and birth date on a bulletin board and in a newsletter, unless you notify us.

**RESEARCH.** We may disclose information to researchers when certain conditions have been met.

**TRANSFER OF INFORMATION AT DEATH.** We may disclose health information to funeral directors, medical examiners, and coroners to carry out these duties consistent with applicable law.

**ORGAN PROCUREMENT ORGANIZATIONS.** Consistent with applicable law, we may disclose health information to organ procurement organizations or other entities engaged in the procurement, banking, or transplantation of organs for the purpose of tissue donation and transplant.

**FOOD AND DRUG ADMINISTRATION (FDA).** We may disclose to the FDA, or to a person or entity subject to the jurisdiction of the FDA, health information relative to adverse events with respect to food, supplements, product and product defects, or post marketing surveillance information to enable product recalls, repairs, or replacement.

**WORKERS' COMPENSATION.** We may disclose health information to the extent authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs established by law.

**PUBLIC HEALTH.** As required by law, we may disclose your health information to public health or legal authorities charged with preventing or controlling disease, injury, or disability.

**CORRECTIONAL INSTITUTION.** Should you be an inmate of a correctional institution, we may disclose to the institution or its agents your health information necessary for your health and the health and safety of other individuals.

**LAW ENFORCEMENT.** We may disclose health information for law enforcement purposes as required by law or in response to a valid subpoena.

**REPORTS.** Federal law allows a member of our work force or a business associate to release your health information to an appropriate health oversight agency, public health authority or attorney, if the work force member or business associate believes in good faith that we have engaged in unlawful conduct or have otherwise violated professional or clinical standards and are potentially endangering one or more patients, workers or the public.

**REQUIRED BY LAW.** We may use or disclose your health

**USES AND DISCLOSURES THAT MAY BE EITHE[R]
YOUR AGREEMENT OR THE OPPORTUNITY TO OBJE[CT]**

**DIRECTORY/LIST OF PATIENTS.** Unless you notify us tha[t] you object, we may use your name, location in the facility (if applicable), general condition, and religious affiliation f[or] directory purposes. We may release information in our di[rectory] except for your religious affiliation, to people who ask for [your] name. We may provide the directory information, includi[ng] religious affiliation, to any member of the clergy.

**NOTIFICATION.** Unless you notify us that you object, we [may] use or disclose information to notify or assist in notifying [a family] member, responsible party, or another person responsibl[e for] your care, of your location and general condition. If we ar[e unable] to reach your family member or responsible party, then w[e may] leave a message for them at the phone number that they [have] provided us, e.g. on an answering machine.

**COMMUNICATION WITH FAMILY.** Unless you notify us [that] you object, we may disclose to a family member, other re[lative,] close personal friend or any other person involved in you[r] care, health information relevant to that person's involven[ent in] your care or payment related to your care. If appropriate, communications may also be made after your death, unle[ss you] instructed us not to make such communications.

**USES AND DISCLOSURES OF YOUR HEALTH INFORM[ATION]
BASED ON YOUR WRITTEN AUTHORIZATION**

**PSYCHOTHERAPY NOTES.** We must obtain your writter[n] authorization for most uses and disclosures of psychother[apy] notes.

**MARKETING.** We must obtain your written authorization [to] disclose your health information for most marketing purp[oses.] We may contact you regarding your treatment, to coordi[nate] care, or to direct or recommend alternative treatments, th[er,] health care providers or settings. In addition, we may con[tact you] to describe a health-related product or services that may [be of] interest to you, and the payment for such product or serv[ices.]

**SALE OF HEALTH INFORMATION.** We must obtain you[r] authorization for any disclosure of your health informatio[n that] constitutes a sale of health information.

**OTHER USES.** Other uses and disclosures of your health information, not described above, will be made only with [your] written authorization (unless otherwise permitted or requ[ired by] law). You may revoke your authorization, at any time, in w[riting,] except to the extent we have taken action in reliance on [that] authorization.

**ADDITIONAL RESTRICTIONS ON USES AND**

**Respondent Claim 19 Exhibit 4**

Notes:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Respondent Claim 19 Exhibit 4**

## 2023 RATES

# *Understanding Skilled Nursing **Medicare Benefits***

### WHEN DO MEDICARE BENEFITS APPLY TO ME?

Medicare is designed for those needing short term medical care. You can receive Medicare benefits under most circumstances if:

- You have been admitted to the hospital for three consecutive days**, not counting the day of discharge,
- You are transferred to a nursing center for further care of the condition that was treated in the hospital or other conditions requiring skilled nursing or rehabilitative services,
- Your physician certifies that you require skilled or rehabilitative care after the hospital stay.

### HOW DOES MEDICARE COST COVERAGE WORK?

Medicare Part A will pay 100% for your first 20 days in a Medicare certified skilled care facility. Days 21-100, Medicare will pay a portion of your care. You will be responsible for the balance or co-pay.

| | |
|---|---|
| Your co-pay responsibility, days 1-20: | **$0.00** |
| Your co-pay responsibility, days 21-100: | **$200.00*** |

### WHAT ABOUT PART B COVERAGE?

Part B services are usually those services provided by an outside provider like physician services, x-rays, therapy, labs, certain ambulance fees and nutrition supplies. In 2010, Medicare mandated Part B enrollees to pay Part B premiums based upon their income. Our admission team can provide you with additional information.

| | |
|---|---|
| Part B deductible is: | **$226.00*** |

and there is a 20% Part B co-pay on allowable charges.



### WHAT ELSE SHOULD I KNOW ABOUT MEDICARE?

Ask our admission team about follow-up care and the 30-day window coverage. If you feel you need more care or have additional issues with your health care condition, Medicare might still cover your skilled nursing or rehabilitative needs.

### ABOUT US

As a division of ProMedica, a not-for-profit, mission-based organization, we are working to create a stronger, more cohesive approach to delivering care at the right place, right time and right cost. As part of ProMedica, a complete health care system, our services span the full spectrum of care including wellness, acute care, skilled nursing care, memory care, assisted living, hospice, home health, palliative care, a physician organization, an academic affiliation and a health plan. Our goal is to redefine, transform and improve the health and well-being of an aging population. Driven by its Mission to improve your health and well-being, ProMedica has been nationally recognized for its advocacy programs and efforts to address social determinants of health.

To learn more about our services and our commitment to our community, or to make a referral, please call us today.

**Your Health.** Our Mission.

\* Additional information about Medicare coverage can be found at medicare.gov.
\*\* To ensure your post-hospital stay benefits, check with the hospital social services to ensure that you have been admitted and are not under observation care status.
\*\*\* As of January 1, 2023



PROMEDICA

promedicaskillednursing.org

PMSN-0015
© 2023 ProMedica Health System, Inc., or its affiliates. Images taken prior to mask requirements.

**Respondent Claim 19 Exhibit 4**

**Receipt of Notice of Information Practices - MD**

Patient's Name: William Bevan

I acknowledge receipt of Center's Notice of Information Practices which is included in the Patient Information Handbook.

I _____ agree _____ object to including William Bevan location in the facility, general condition and religious affiliation (available to clergy only) in the Facility Directory.

I _____ agree _____ object to disclosure of William Bevan health information to a family member or close personal friend, including clergy, who is involved in my care.

_____     _____
Name (Please Print)                          Signature

_____     _____
Relationship to Patient                      Date

**Respondent Claim 19 Exhibit 4**

## **Assignment for Payment of Benefits**

Patient's Name: William Bevan

     I assign Center the right to bill and receive money directly from my insurance company, third party payer or governmental payer. I authorize the Center and holder of medical or other information to release such information to the Centers for Medicare & Medicaid Services and its agents and to third party payers any information needed to determine my benefits and the Center's right to receive payment. If I do not want Center to bill my insurance company or other provider, and decide to pay privately, I will notify Center in writing of this request.

_____        _____

Signature of Resident or Resident's Agent        Date

_____

Print Name

**Respondent Claim 19 Exhibit 4**

**REGULATORY AND ADVOCACY AGENCIES**
**Know Your Rights: Advocacy Organizations**

In accordance with federal guidelines, we recognize:
- Patients have the right to contact State and local advocacy organizations
- Patients may file a complaint with the State Survey Agency concerning any suspected violation of state or federal nursing facility regulations, including but not limited to resident abuse, neglect, exploitation, misappropriation of resident property in the facility, non-compliance with the advance directives requirements, and requests for information regarding returning to the community

**CONTACT INFORMATION FOR YOUR STATE AND LOCAL ADVOCACY ORGANIZATIONS:**

- **State Survey Agency**
  Maryland Department of Health: 201 W Preston St, Baltimore, MD 21201 : 410-767-6500
- **State Licensure Office**
  Office of Health Care Quality: 7120 Samuel Morse Dr, Second Flr, Columbia, MD 21046 : 410-402-8108
- **State Long-Term Care Ombudsman Program**
  10 N Calvert St # 300, Baltimore, MD 21202 : 410-396-3144
- **Protection and Advocacy Agency**
  Montgomery County Aging Unit: 401 Hungerford Dr, Rockville, MD 20850 : 240-777-3000
- **Adult Protective Services**
  Maryland Department of Human Services: 311 W Saratoga St, Baltimore, MD 21201 : 800-332-6347
- **Medicaid Fraud Control Unit**
  Office of the Attorney General: 200 St. Paul Place, 18th Flr, Baltimore, MD 21202 : 410-576-6521 : MedicaidFraud@oag.state.md.us
- **Local Agencies with Information Regarding Return to the Community**

| |
|---|
| Montgomery County Aging Unit: 401 Hungerford Dr, Rockville, MD 20850 : 240-777-3000 |
| Disability Rights Maryland: 1500 Union Ave, Suite 2000, Baltimore, MD, 21211 : 410-727-6352 |
| Language Line Solutions: 866-874-3972 |
| -- |
| -- |

**Respondent Claim 19 Exhibit 4**

## Welcome and thank you for choosing our Center!

In addition to the Maryland Standard Admission Agreement – Resident's Agent Financial Agreement, we are also providing additional information in the Patient Information Handbook and this Center Supplement. The parties are defined as follows:

- The "Center" or "Facility": <u>Manor Care of Wheaton MD, LLC</u> doing business as: <u>ProMedica Skilled Nursing and Rehabilitation (Wheaton)</u>
- The "Patient" or "Resident": <u>William Bevan</u> and
- The "Responsible Party" (if any): _____ .

Patient, Resident and Responsible Party are collectively referred to as "You" or "you" in this Center Supplement and Patient Information Handbook.

### ADMINISTRATIVE TEAM

Administrator: AJ Adeniyi-Oladapo

Director of Nursing: Henock Mitiku

Admissions: Kezley Lighty

Social Services/Discharge Planning: Jay House

Medical Director: Dr. Merlyn Vemury

### ROOM AND BOARD RATE

If your care is not covered by another source, our private pay monthly rates are:

| | |
|---|---|
| Private Skilled Room: $20,150.00 | Semi-Private Room: $20,150.00 |
| Private Intermediate Room: $12,658.94 | Semi-Private Intermediate Room: $11,803.61 |
| -- | -- |
| -- | -- |
| -- | -- |

### SMOKE-FREE CAMPUS

For everyone's health, the Center is a smoke free environment, both indoors and outdoors. Because we have a smoke-free campus, no patients are allowed to have any smoking materials, including, but not limited to, lighters, matches, cigarettes, e-cigarettes, pipes, and cigars, on the campus. If you are interested in receiving help to stop smoking, please contact Center staff.

2

**Respondent Claim 19 Exhibit 4**

# VOLUNTARY ARBITRATION AGREEMENT

## VOLUNTARY ARBITRATION AGREEMENT

This is a Voluntary Arbitration Agreement ("Agreement") between:

The "Center": <u>Manor Care of Wheaton MD, LLC</u> _____ doing business as

<u>ProMedica Skilled Nursing and Rehabilitation (Wheaton)</u> _____ ;

The "Patient": <u>William Bevan</u> _____ ; and

The "Patient's Representative" (if any): _____ .

1. **Voluntary Agreement to Arbitrate Disputes.** The parties agree that they will mutually benefit from the speedy and efficient resolution of any dispute or controversy which may arise between them. This is a voluntary Agreement to have all disputes resolved through binding arbitration by an independent neutral Arbitrator who will be selected by the parties as specified in this Agreement. **THE PARTIES AGREE THAT THEY ARE WAIVING THE RIGHT TO TRIAL BY JURY. ANY DISPUTES BETWEEN THE PARTIES WILL BE RESOLVED EXCLUSIVELY THROUGH BINDING ARBITRATION.**

2. **Parties.** This Agreement and the definitions in this Section will be interpreted as broadly as possible so as to bind and benefit any person who asserts any claim or against whom a claim is asserted by or on behalf of the Center or the Patient. The parties intend to allow any person alleged to be liable for any actions or inactions of the Center or the Patient or related to any care provided to the Patient to demand arbitration pursuant to this Agreement.

    a. "Center" includes the Center's licensed operator, governing body, officers, directors, members, shareholders, administrator, employees, managers, agents, and any parent company, subsidiary, or affiliates, including but not limited to ProMedica Health System, Inc. and any of its affiliates, and any person or entity alleged to be responsible for the Center's activities.

    b. "Patient" includes the Patient, the Patient's Representative, the Patient's guardian, attorney-in-fact, agent, sponsor, or any person whose claim is derived through or on behalf of the Patient, including any spouse, child, parent, executor, administrator, personal representative, heir, or survivor, as well as anyone entitled to bring a wrongful death claim relating to the Patient. The Patient is an intended third-party beneficiary of this Agreement.

3. **Federal Arbitration Act Applies.** The parties agree that the Center's business activities substantially affect interstate commerce. This Agreement is governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16 (the "FAA"), as opposed to state arbitration law.

4. **Arbitration Demand.** Arbitration is initiated by sending a written demand ("Demand") to the other party by certified mail or commercial overnight delivery (e.g., FedEx or UPS.). A Demand must identify the issues in dispute and the amount claimed. All claims based in whole or in part on the same incidents or admissions covered by this Agreement must be included in the Demand or otherwise be deemed waived upon the conclusion of the arbitration. A claim is barred if not asserted in a Demand within the limitation period prescribed by state law. If a Demand is issued to the Center, a copy must also be sent by certified mail or commercial overnight delivery to: ProMedica Legal Department, 100 Madison Avenue, MSC-S3-9938, Toledo, Ohio 43604.

5. **Selection of Arbitrator.** After a proper Demand is made, the parties will work cooperatively to select a neutral arbitrator. If the parties cannot agree upon an arbitrator, each party will, within thirty days after the receipt of the Demand, appoint a neutral arbitrator, and these two individually selected neutral arbitrators will select a third neutral arbitrator to comprise a panel of three neutral arbitrators to hear the dispute. The arbitrator and/or panel of three are collectively referred to as "Arbitrator." If one of the parties fails to respond to a Demand or name a representative, the other party may either: (i) select the Arbitrator from the

1

16. **Admission and Care Unaffected.  Signing this Agreement is not required in order for the Patient to be admitted into the Center or to continue to receive care at the Center.  The same level of care will be provided whether or not the Agreement is signed.  The Patient may discuss this Agreement with his or her attorney before signing.**

17. **Right to Cancel.**  The Patient may cancel this Agreement by writing "cancelled" on the face of one of the Patient's copies of the Agreement, signing the Patient's name under such word, and mailing, by certified mail, return receipt requested, the copy to the Center within thirty (30) days of signature.  Filing of a medical claim in a court within the thirty days provided for cancellation of the Arbitration Agreement by the Patient will cancel the Agreement without any further action by the Patient.

18. **Confidentiality**.  All proceedings and materials related to the Arbitration including all depositions, documents, and other materials are confidential.  All originals and copies of documents exchanged during discovery and the arbitration hearing must be returned to the producing party within 30 days following receipt of the Arbitrator's decision.  The Center will maintain the arbitrator's decision for 5 years after the resolution of the dispute and, upon request, will make the decision available for inspection by CMS or its designee.

**THIS ARBITRATION AGREEMENT GOVERNS IMPORTANT LEGAL RIGHTS.  PLEASE READ THE AGREEMENT IN ITS ENTIRETY BEFORE SIGNING.  EACH PARTY IS WAIVING THE RIGHT TO TRIAL BY JURY.   DISPUTES MUST BE RESOLVED EXCLUSIVELY THROUGH BINDING ARBITRATION.  I ACKNOWLEDGE THAT MY SIGNATURE BELOW INDICATES THAT THIS AGREEMENT HAS BEEN EXPLAINED TO ME AND THAT I UNDERSTAND IT.**

PATIENT:

_____        _____
Signature                                                        Date

**SIGNATURE OF PATIENT'S REPRESENTATIVE**
My signature indicates that I am authorized, or have apparent authority, to sign on behalf of the Patient.  I represent that the Patient has vested in me the authority to sign this Agreement on the Patient's behalf.

By: _____        _____
        Signature                                                    Date

Print Representative's Name: _____

**SIGNATURE OF CENTER REPRESENTATIVE:**

_____        _____
Signature                                                        Date

_____
Print Name                            Title

**Respondent Claim 19 Exhibit 4**

# **Acknowledgment of Receipt of Documents**

I acknowledge that I have received a copy of the following documents:

1. Maryland Standard Admission Agreement – Resident's Agent Financial Agreement
2. Patient Information Handbook
3. Understanding Medicare
4. Consent to Treat
5. Receipt of Notice of Information Practices
6. Resident Trust Fund Notification
7. Medicare Secondary Payor Questionnaire
8. Assignment for Payment of Benefits
9. Maryland Nondiscrimination Statement
10. Regulatory and Advocacy Agencies Listing
11. Center Supplement
12. Voluntary Arbitration Agreement

I have been able to ask questions and receive answers to my questions.

_____          _____
Signature of Resident or Resident's Agent          Date

_____
Print Name

**Respondent Claim 19 Exhibit 4**

panel of neutrals of any commercial arbitration service operating within the Center's state, or (ii) ask a court to appoint a representative to assist in the selection of the Arbitrator.

6. **Arbitrator's Authority.** The Arbitrator has the sole jurisdiction to resolve all disputes among the parties, including wrongful death claims and any disputes about the signing, validity, enforceability, scope, applicability, interpretation, severability and waiver of this Agreement or competency of the parties. The Arbitrator does not have jurisdiction to certify any person as a representative of a class of persons and, by doing so, hear claims of persons not directly taking part in arbitration.

7. **Scheduling Order and Hearing.** With the input of the parties, the Arbitrator will enter a scheduling order in keeping with arbitration being a streamlined process with expedited and limited discovery. Unless the parties consent or the Arbitrator otherwise orders, the hearing must occur within 180 days after selection of the Arbitrator. Unless the parties otherwise agree, the Arbitrator will conduct the arbitration hearing at a location near the Center.

8. **Venue.** Unless otherwise agreed by the parties, the arbitration will take place in the county where the Center is located. If proceeding in the county where the Center is located is inconvenient to the Patient, the parties will select a mutually convenient venue.

9. **Refusal to Participate.** In the event that any party refuses to respond to a Demand or participate in arbitration, the party making the Demand may proceed with arbitration and obtain an award or a default award against the non-participating party.

10. **Counsel and Attorneys' Fees.** Each party may be represented by its own counsel in the arbitration. Each party agrees to bear its own attorneys' fees and costs, unless otherwise specifically awarded by the Arbitrator under state or federal law.

11. **Arbitration Fees.** In collection actions, the fees are split 50/50. In all other disputes, the Center will pay the fees of the Arbitrator unless the Patient requests to pay a portion of the fees.

12. **Decision.** The Arbitrator must make written findings on each matter in controversy. The decision must be marked "confidential," must state the Arbitrator's findings of fact and conclusions of law, and must be signed. Unless preempted by the FAA, the Arbitrator will apply federal law or the substantive law of the state where this Agreement is entered and that would have applied had the claims been brought in court, including any limitation periods and any caps on damages. If any damages are awarded, the decision must specify an amount for each type of damages awarded.

13. **Severability.** The Parties agree that the only essential term to this Agreement is the agreement and willingness of both parties to arbitrate. Accordingly, if any provision of this Agreement is determined to be invalid or unenforceable, in whole or in part, the remaining provisions remain in full force and effect.

14. **Merger.** Upon execution, this Agreement shall merge into and become part of the written Admission Agreement pursuant to which the Patient is admitted to the Center unless it is cancelled as described in paragraph 17 of this Agreement.

15. **Grievances; Discharge.** The Patient retains the right to file a grievance with the Center, the long-term care ombudsman, or any regulatory agency. Nothing in this Agreement prohibits or discourages the Patient from communicating with any federal, state or local officials, including but not limited to, federal and state surveyors, other federal or state health department employees and representatives of the long-term care ombudsman. This Agreement does not apply to regulatory appeals of an involuntarily discharge of the Patient from the Center.

**Respondent Claim 19 Exhibit 4**

## INTRODUCTION TO OUR VOLUNTARY ARBITRATION PROGRAM

The staff at the Center looks forward to being a part of your health care team and desires to provide you with a positive experience that furthers your health care goals. If you have concerns, please discuss them with the Administrator, the Director of Nursing, or any member of the staff. If you do not receive a satisfactory answer or if you desire anonymity, you may call or email the Care Line.

In the unlikely event that we are unable to resolve your concerns to your satisfaction, this Center offers a voluntary arbitration program for resolving disagreements. Here are a few highlights of the program:

➢ Arbitration is a process for resolving disputes using a neutral person, called an "arbitrator," instead of litigation before a judge or jury.

➢ Each party has an equal say in choosing who will arbitrate the case. Experienced lawyers or retired judges are typically selected.

➢ The United States Supreme Court has recognized that arbitration is usually faster and more efficient than courthouse litigation.

➢ Arbitration is less formal than litigation and will usually take place in a conference room rather than a courtroom.

➢ The arbitration proceedings and records are confidential, meaning that members of the public have no access to personal medical information.

➢ Either side may be represented by an attorney of their own choosing or may elect not to use a lawyer at all.

➢ **By agreeing to arbitrate, both sides forego the right to have a judge or jury decide any dispute.**

➢ **The Arbitration Agreement does not need to be signed in order for the Patient to be admitted to the Center or to continue to receive care at the Center.**

➢ The Arbitration Agreement may be revoked in writing by certified mail at any time within thirty days after signing. Revocation will not affect the care the Patient receives.

➢ Please read the attached Arbitration Agreement, and if you agree, please sign where indicated.

**Respondent Claim 19 Exhibit 4**

**GRIEVANCE PROCEDURE**

We are committed to meeting your health care needs. Most of your questions or concerns regarding patient care, services or privacy can be quickly answered by our management team at this center.

1. Discuss your question or concern with the appropriate supervisor at the center. Feel free to ask the receptionist or office staff at this center to assist you.
2. If your concern is not resolved, contact the facility Administrator or Director of Nursing.
3. If you do not receive a satisfactory answer to your question or concern or you desire to communicate on a confidential matter, please contact our corporate office by calling our toll-free number or by email. You can contact the Careline
   a. Toll Free number at 1-800-366-1232
   b. Email at CareLine@ProMedica.org
   The care line is staffed Monday through Friday, 8:00 a.m. to 4:45 p.m. (Eastern Standard Time).

**EMERGENCY PREPAREDNESS**

The safety of our patients, guests, and employees is very important to us. As part of our commitment to caring, our team carefully monitors the situation when an emergency develops.

We are dedicated to providing patients and their loved ones with the care they deserve - even during the threat of an emergency situation.

Our employees receive emergency preparedness training during both their general orientation to the Center as well as annually. Our Center holds fire drills and disaster drills on a regular basis. Floor maps, which show Center exits, can be found posted throughout the Center.

In an emergency, family members will be advised as how they can best help Center staff. If the team determines that evacuation is necessary, the Center will notify you of the plan and the transfer location.

**Respondent Claim 19 Exhibit 4**

*Maryland*

# ProMedica Skilled Nursing and Rehabilitation (Wheaton)

# Center Supplement

**Respondent Claim 19 Exhibit 4**

## Maryland Nondiscrimination Statement

 PROMEDICA

ProMedica complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex.

ProMedica does not exclude people or treat them differently because of race, color, national origin, age, disability, or sex.

ProMedica provides free aids and services to people with disabilities to communicate effectively with us, such as:
- Qualified sign language interpreters
- Written information in other formats (large print, audio, accessible electronic formats, other formats)

ProMedica provides free language services to people whose primary language is not English, such as:
- Qualified interpreters
- Information written in other languages

If you need these services, contact AJ Adeniyi-Oladapo, Civil Rights Coordinator.
 (Administrator/Executive Director)

If you believe that ProMedica has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance in person or by mail, fax, or email with:

AJ Adeniyi-Oladapo, Civil Rights Coordinator
(Administrator/Executive Director)

Mailing Address: 11901 Georgia Ave, Wheaton, MD, 20902-2001
Telephone Number: (301) 942-2500
Fax: (301) 942-6135
Email: 501Admin@ProMedica.org

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights, electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at: U.S. Department of Health and Human Services 200 Independence Avenue, SW Room 509F, HHH Building Washington, D.C. 20201 1-800-368-1019, 800-537-7697 (TDD) Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html.

| | |
|---|---|
| **SPANISH:** ATENCIÓN: si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-(301) 942-2500 (TDD: 711). | **CHINESE:** 注意：如果您使用繁體中文，您可以免費獲得語言援助服務。請致電 1-(301) 942-2500 (TDD: 711). |
| **KOREAN:** 주의: 한국어를 사용하시는 경우, 언어 지원 서비스를 무료로 이용하실 수 있습니다. 1-(301) 942-2500 (TDD: 711). 번으로 전화해 주십시오. | **VIETNAMESE:** CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số 1-(301) 942-2500 (TDD: 711). |
| **FRENCH:** ATTENTION: Si vous parlez français, des services d'aide linguistique vous sont proposés gratuitement. Appelez le 1-(301) 942-2500 (TDD: 711). | **TAGALOG:** PAUNAWA: Kung nagsasalita ka ng Tagalog, maaari kang gumamit ng mga serbisyo ng tulong sa wika nang walang bayad. Tumawag sa 1-(301) 942-2500 (TDD: 711). |
| **RUSSIAN:** ВНИМАНИЕ: Если вы говорите на русском языке, то вам доступны бесплатные услуги перевода. Звоните 1-(301) 942-2500 (телетайп: TDD: 711). | **AMHARIC:** ማስታወሻ: የሚናገሩት ቋንቋ ኣማርኛ ከሆነ የትርጉም እርዳታ ድርጅቶች፣ በነጻ ሊያግዝዎት ተዘጋጅተዋል። ወደ ሚከተለው ቁጥር ይደውሉ። (መስማት ለተሳናቸው: 1-(301) 942-2500 (TDD: 711). |
| **KRU/BASSA:** Dè ɖɛ nìà kɛ dyéɖé gbo: Ɔ jǔ ké mɛ [Ɂàsɔɔ̀ɔ̀-wùɖù-po-nyɔ̀] jǔ ní, nìí, à wuɖu kà kò ɖò po-poɔ̀ ɓɛ́ìn mɔ̀ gbo kpáa. Ɖá 1-(301) 942-2500 (TDD: 711). | **IBO:** Ige nti: O huru na asu Ibo asusu, enyemaka diri gi site na call 1-(301) 942-2500 (TDD: 711). |
| **YORUBA:** AKIYESI: Ti o ba nso ede Yoruba ofe ni iranlowo lori ede wa fun yin o. E pe ero ibanisoro yi 1-(301) 942-2500 (TDD: 711). | **Urdu:** خبردار: اگر آپ اردو بولتے ہیں، تو آپ کو زبان کی مدد کی 1-(301) 942-2500 (TDD: 711). خدمات مفت میں دستیاب ہیں ۔ کال کریں |
| **PERSIAN/FARSI:** توجه: اگر به زبان فارسی گفتگو می‌کنید، تسهیلات زبانی بصورت رایگان برای شما فراهم می‌باشد. با تماس بگیرید.1-(301) 942-2500 (TDD: 711). | **FRENCH CREOLE:** ATANSYON: Si w pale Kreyòl Ayisyen, gen sèvis èd pou lang ki disponib gratis pou ou. Rele 1-(301) 942-2500 (TDD: 711). |
| **PORTUGUESE:** ATENÇÃO: Se fala português, encontram-se disponíveis serviços linguísticos, grátis. Ligue para 1-(301) 942-2500 (TDD: 711). | **ARABIC:** ملحوظة: إذا كنت تتحدث اذكر اللغة، فإن خدمات المساعدة اللغوية تتوافر لك بالمجان. اتصل برقم |
| **GUJARATI:** સૂચના: જો તમે ગુજરાતી બોલતા હો, તો નિ:શુલ્ક ભાષા સહાય સેવાઓ તમારા માટે ઉપલબ્ધ છે. ફોન કરો 1-(301) 942-2500 (TDD: 711). | |

☐ ☐ 7. Is patient on kidney dialysis, had a kidney transplant, or covered by Medicare for End Stage Renal Disease?
If yes, date of ESRD coverage _____

☐ ☐ 8. Is patient currently working full or part time?

☐ ☐ 9. Is the patient's spouse employed and under the age of 70?

Name of person who supplied all of the above information_____

How is this person related to the patient?_____

What is this person's telephone number?_____

Date Completed_____
*This form is used to demonstrate that development for other primary payer coverage takes place. Use the quick guide reference to determine how to use the answers from the questions. It is not necessary that the completed questionnaire be signed by the patient or their representative.*

**Respondent Claim 19 Exhibit 4**

## RESIDENT TRUST FUND NOTIFICATION

Patient's Name:  William Bevan

I acknowledge that I have the right to manage my own financial affairs and that I may choose to deposit money with the Center by opening a resident trust account.  If I choose to open a resident trust account, the Center will act as a fiduciary for any funds I deposit with Center and it must hold, safeguard, manage, and account for my personal funds.

☐  I decline to authorize Center to hold, safeguard, manage, and account for my personal funds.

☐  I would like to open a resident trust account which will allow me to deposit funds with the Center.  I understand that I will need to sign a separate written authorization which will allow the Center to hold, safeguard, manage and account for my personal funds.  The authorization will more fully explain my rights and Center's responsibilities regarding the management of the resident trust account.


_____        _____
Name (Please Print)                Signature


_____        _____
Relationship to Patient            Date

**Respondent Claim 19 Exhibit 4**

## **Consent to Treat**

Patient's Name: William Bevan

I consent to allow the Center to:

- Use and disclose my health information for purposes of treatment, payment, or health care operations;
- Treat me to maintain my well-being; and
- Photograph me for identification purposes.

_____     _____

Signature of Resident or Resident's Agent     Date

_____

Print Name

**Respondent Claim 19 Exhibit 4**



*Understanding Skilled Nursing*
**Medicare Benefits**

Medicare offers an opportunity to receive quality health care for a wide range of conditions. Many patients of ProMedica centers are eligible for Medicare so this flyer was developed to help you understand this often confusing topic for a skilled nursing facility stay*.

**WHAT IS MEDICARE?**

Medicare is our national health insurance program. Social Security recipients over the age of 65 or those who are permanently disabled are eligible for Medicare coverage. Medicare is similar to the coverage provided by private insurance companies. It pays a portion of the cost of your medical care and may require co-insurance or deductibles. It is not a welfare program and should not be confused with Medicaid.

**WHAT IS THE DIFFERENCE BETWEEN MEDICARE PART A AND PART B?**

Medicare Part A covers inpatient hospital care, hospice care, inpatient care in a skilled nursing facility and some home health care services. Part B covers medical care and services provided by doctors and other medical practitioners, some home health care, durable medical equipment and some outpatient care and home health services.

**WHAT IS COVERED BY MEDICARE?**

Medicare can help pay for these items within our skilled nursing and rehabilitation centers:

- Semi-private room.
- All meals, including special diets.
- Use of items such as braces, splints and adaptive equipment.
- Medical supplies.
- Nursing care.
- Rehabilitation services including physical, occupational and speech therapies.

**WHAT IS NOT COVERED BY MEDICARE?**

- Private-duty nurse.
- Barber and beautician services.
- Private telephone and television.
- Long-term or permanent residency stay.


**PROMEDICA**

promedicaskillednursing.org

**Respondent Claim 19 Exhibit 4**

A summary of these more stringent state laws is available in the State Law Addendum. For a copy of the State law Addendum to this Notice, please contact your local Administrator or visit our Website.

### YOUR HEALTH INFORMATION RIGHTS

You have the following rights regarding your health information. You may exercise these rights by submitting a request in writing to our Administrator.

**RIGHT TO REQUEST RESTRICTIONS.** You have the right to request restrictions on our use or disclosure of your health information for treatment, payment or health care operations. You also have the right to restrict the health information we disclose about you to a family member, friend or other person who is involved in your care or the payment for your care. Such requests should be made in writing on a form provided by us.

Although we will consider your requests with regard to the use of your health information, please be aware that we are under no obligation to accept it, except we must agree not to disclose your health information to your health plan if the disclosure (1) is for payment or health care operations and is not otherwise required by law and (2) relates to a health care item or service which you paid for in full out of pocket. If we do agree to accept your requested restriction, we will comply with your request except as needed to provide you emergency treatment.

**RIGHT OF ACCESS TO HEALTH INFORMATION.** You have the right to inspect and obtain a copy of your medical or billing records or other written information that may be used to make decisions about your care, subject to some limited exceptions. Such records will be provided to you in the time frames established by law.

We may deny your request to inspect or receive copies in certain limited circumstances. If you are denied access to health information, in some cases you will have a right to request review of the denial.

**RIGHT TO REQUEST AMENDMENT.** If you believe that any health information in your record is incorrect or if you believe that important information is missing, you may request that we correct the existing information or add the missing information. Such requests must be made in writing and must provide a reason to support the amendment.

We may deny your request for amendment in certain circumstances. If we deny your request for amendment, we will give you a written denial including the reasons for the denial. You have the right to submit a written statement disagreeing with the denial.

To request an accounting of disclosures, you must submit request in writing, stating a time period that is within six ye from the date of your request. An accounting will include, requested: the disclosure date; the name of the person or that received the information and address, if known; a brie description of the information disclosed; a brief statement purpose of the disclosure or a copy of the authorization re or certain summary information concerning multiple simila disclosures. The first accounting provided within a 12-mor period will be free; for further requests, we may charge yo your costs.

**RIGHT TO A PAPER COPY OF THIS NOTICE.** You have t to obtain a paper copy of this Notice, even if you have ag receive this Notice electronically. You may request a copy Notice at any time.

**RIGHT TO REQUEST CONFIDENTIAL COMMUNICATIO** You have the right to request that we communicate with y concerning personal health matters in a certain manner or certain location. For example, you can request that we co you only at a certain phone number. We will accommodat reasonable requests.

**RIGHT TO REVOKE AUTHORIZATION.** You may revoke authorization to use or disclose health information, excep extent that action has already been taken. This request m made in writing.

**RIGHT TO BREACH NOTIFICATION.** You have the right notified if you are affected by a breach of Unsecured Prot Health Information.

**RIGHT TO OPT OUT OF FUNDRAISING COMMUNICA** We may contact you for fundraising purposes. You have th to opt out of receiving these communications.

FOR MORE INFORMATION OR TO REPORT A PROBLE

If you believe that your privacy rights have been violated, may file a complaint in writing with us or with the Office fo Rights in the U.S. Department of Health and Human Servi To file a complaint with us, you may contact the local Administrator or call or email the Care Line at 1.800.366.1 careline@promedica.org.

We will not retaliate against you if you file a complaint.

If you have any questions about this Notice or would like further information concerning your privacy rights, please contact the local Administrator or call or email the Care Li 1.800.366.1232, careline@promedica.org.

**Effective Date: September 1, 2021**

**Respondent Claim 19 Exhibit 4**

- Request that we not use or disclose your health information in certain ways;
- Request to receive communications in an alternative manner or location;
- Request access and obtain a copy of your health information;
- Request an amendment to your health information; and
- Request an accounting of disclosures of your health information.

We reserve the right to change our privacy practices and to make the new provisions effective for all health information we maintain. Should our privacy practices change, we will post the changes in a physical place within our building (if applicable) and on our website ("Website") promedicaseniorcare.org. A copy of the revised Notice will be available after the effective date of the changes upon request. You may request a copy from the local Administrator/Executive Director ("Administrator") or obtain a copy on our Website.

We will not use or disclose your health information without your authorization, except as described in this Notice.

**If you have questions and would like additional information, please contact the local Administrator or call or email the Care Line at 1.800.366.1232, careline@promedica.org.**

### UNDERSTANDING YOUR HEALTH RECORD

Each time you visit a medical provider, a record of your visit is made. Typically, this record contains your symptoms, examination and test results, diagnoses, treatment, and a plan for future care or treatment. This information, often referred to as your health or medical record, serves the following purposes:

- Basis for planning your care and treatment
- Communication among health professionals involved in your care
- Legal document describing the care you received
- Proof that services billed were actually provided
- A tool to educate health professionals
- A source of data for medical research
- A source of information for public health officials who oversee the delivery of health care
- A tool to measure and improve the care we give

Understanding what is in your record and how your health information is used helps you to:

- Ensure its accuracy
- Understand who, what, when, where, and why others may access your health information
- Make informed decisions when authorizing disclosure to others

### HOW WE WILL USE OR DISCLOSE YOUR HEALTH INFORMATION

**Uses and Disclosures That May Be Made Without Your Authorization or Opportunity to Object**

**FOR TREATMENT.** We may use and disclose your health information to provide you with treatment and services. W may disclose your health information to those persons wh may be involved in your care, such as physicians, nurses, r aides, physical therapists, dietary and admissions personn example, a nurse caring for you will report any change in y condition to your physician. While not required under fed law, we generally obtain your consent to disclose your he information for treatment purposes through our admissio enrollment process.

**FOR PAYMENT.** We may use and disclose your health information so that we can bill and receive payment for th treatment and services you receive. For example, we may your health information to your responsible party, an insur or managed care company, Medicare, Medicaid or anothe party payer. We may contact Medicare or your health plan confirm your coverage or to request prior approval for a p treatment or service. While not required under federal law generally obtain your consent to disclose your health info for payment purposes through our admission or enrollme process.

**FOR HEALTH CARE OPERATIONS.** We may use and disc your health information for our regular health operations. uses and disclosures are necessary to manage our operati and to monitor our quality of care. For example, we may u your health information to evaluate our services, including performance of our staff. While not required under federa law, we generally obtain your consent to disclose your he information for health care operations purposes through admission or enrollment process.

**ORGANIZED HEALTH CARE ARRANGEMENTS.** ProMe Senior Care participates in Organized Health Care Arrang ("OHCA"), which are arrangements that allow ProMedica Care and other participating Covered Entities to share he information about their patients to promote the joint ope of the OHCA. These joint operations include, for example providing, monitoring, and obtaining payment for treatm a clinically integrated care setting and working with Accou Care Organizations to coordinate, assess, and improve th provided to patients across participating entities.

**BUSINESS ASSOCIATES.** Outside people and entities pr

# Appendix

## Understanding Medicare

Medicare is a health insurance program for people 65 or older or people under 65 with certain disabilities or end-stage renal disease. Medicare doesn't cover all expenses and is not designed to pay for long-term custodial care so it's important to understand the program.

Medicare Part A helps pay for hospital stays, skilled nursing facility care, home health care and hospice care. Medicare helps pay for some skilled nursing care costs such as a semi-private room, meals, skilled nursing and rehabilitative services and other services and supplies for a skilled nursing stay after a related three-day inpatient hospital visit. Medicare pays for 100 percent of days 1 - 20 of a qualifying skilled nursing stay, but there is a co-insurance charge for days 21 through 100.

Medicare Part B helps pay for doctors' services and outpatient care as well as some services such as physical, occupational and speech therapies, some home health care and services and supplies that are medically necessary.

Many patients in a skilled nursing center receive some therapy services that may be covered by Medicare Part B. Once these services are no longer medically necessary, based on Medicare's criteria, the patient will be discharged from therapy services. Patients have a right to appeal this decision. Our team can help patients understand their options for continuing or discontinuing their therapy services.

Medicare Part C is Medicare's managed care benefit. A beneficiary may enroll in a Medicare Advantage plan and receive Medicare benefits through that plan. Different rules may apply from traditional Medicare.

Medicare Part D is the Medicare prescription drug coverage. It provides coverage for your prescription drug costs. The cost and coverage varies by plan. You must choose a plan to receive this coverage. If you have limited income and resources, you may get this coverage for little or no cost.

Medicare's premium, deductible and co-insurance amounts change each year. Our admissions team can review the current rates with you or you can visit www.medicare.gov or call 1-800-MEDICARE (633-4227) for more information.

## Understanding Medicaid

The Medicaid program provides medical benefits to low-income

All states provide long-term care services for individuals w Medicaid eligible and qualify for institutional care. Our ad team will explain whether this center has Medicaid certific review the state's eligibility guidelines and help you under the Medicaid requirements.

## Medicare and Medicaid Refunds

If you are approved for Medicare or Medicaid after you ar admitted to Center, you may be entitled to a refund. We refund to you any payments you made for services and su that are later paid for by Medicare or Medicaid, less any deductible for share of cost. Please contact our Business C more information or to process a refund.

## Privacy Act Statement – Health Care Records

1. **Authority for collection of information, including soc security number and whether disclosure is mandator voluntary.** Authority for maintenance of the system is g under Sections 1102(a), 1819(b)(3)(A), 1819(f), 1919(b)(3 1919(f) and 1864 of the Social Security Act.

The system contains information on all residents of long-t care (LTC) facilities that are Medicare and/or Medicaid cer including private pay individuals and not limited to Medic enrollment and entitlement, and Medicare Secondary Pay containing other party liability insurance information nece appropriate Medicare claim payment.

Medicare and Medicaid participating LTC facilities are req conduct comprehensive, accurate, standardized and repro assessments of each resident's functional capacity and hea status. To implement this requirement, the facility must ob information from every resident. This information is also u the Centers for Medicare & Medicaid Services (CMS) to er that the facility meets quality standards and provides appr care to all residents. 42 CFR §483.20, requires LTC facilitie establish a database, the Minimum Data Set (MDS), of res assessment information. The MDS data are required to be electronically transmitted to the CMS National Repository

Because the law requires disclosure of this information to and State sources as discussed above, a resident does no the right to refuse consent to these disclosures. These dis are protected under the requirements of the Federal Priva of 1974 and the MDS LTC System of Records.

2. **Principal purposes of the system for which informati intended to be used.** The primary purpose of the syst

**Respondent Claim 19 Exhibit 4**

you want to receive should you be unable to communicate your wishes. You have the right to make an advance directive, such as a living will or durable power of attorney for health care. Please provide a copy of any advance directives that you may have so that we can properly carry out your wishes. If you would like more information about advance directives, please contact our Social Services Department.

## RESIDENT REPRESENTATIVE

You may designate an individual to act as your representative. Your representative should be familiar with your wishes and preferences. Your representative can support you in decision-making, access your personal and medical information, manage financial matters, and receive notification.

The same-sex spouse of a resident must be afforded treatment equal to that afforded to an opposite-sex spouse if the marriage was valid in the jurisdiction in which it was celebrated.

If you would like to designate a representative or for more information, please contact our Social Services Department.

## YOUR ROOM

We will make every effort to provide you with the type of room that you desire.

You have the right to share a room with your roommate of choice when practicable, including sharing a room with your spouse when married residents live in the same facility. While we try to avoid frequent room changes, there may be a time during your stay when we will ask you to change your room to another location within the center. We will notify you in advance of any room or roommate changes and appreciate your cooperation as we try to accommodate the medical and social compatibility of all of our patients.

## PRIVACY

Your privacy is important to us and we are committed to protecting your medical information. Our Notice of Information Practices and The Privacy Act Notification are included in the Appendix. These two documents explain how we must protect your information and our duty to collect and submit health care information to the government for Medicare and Medicaid purposes. If you have a concern about patient privacy, please contact our Administrator.

## THE RESIDENT/FAMILY COUNCIL

The Resident/Family Council promotes active patient/family involvement in the center. This is a self-governing group created to present questions and suggestions to administration and staff. Our Social Services or Activity Director will be happy to provide you with meeting information.

## LEAVES

Before leaving the premises, please sign-out at your respective

## BEDHOLDS

If you are away from the center for more than twenty-four h arrangements can be made to pay for a bedhold to reserv your bed and retain your belongings at the center. If a bec is arranged, your bed will be held and you will be charged room and board rate until you advise us to discontinue the Medicare does not pay for any bedholds, so Medicare pat must make arrangements to pay privately. For Medicaid pa many states offer automatic, short term bedholds. Our adr team will discuss your state's specific policy.

If you have a bedhold, you will be readmitted to the cent according to the center's policies and procedures unless t center can no longer appropriately care for you. If you retu the center, you will return to your previous room and bed your condition requires a transfer to another unit to receiv necessary care.

If you return to the center without a bedhold, you will be rea to the center to the first appropriate available bed provided center is able to properly care for you and according to the c policies and procedures.

## DISCHARGE POLICY

We may discharge you from the center if we cannot meet yo you no longer need our services, the health and safety of oth endangered, you fail to pay or we cease to operate.

## YOUR RETURN HOME

If your goal is to return home or to a lower level of care, our S Services team will help plan for your discharge.

# Thank you

Thank you again for choosing our skilled nursing and rehabilitation center. Our goal is to make your stay a successful and comfortable as possible If there is anything we can do to improve your stay, please don't hesitat

**Respondent Claim 19 Exhibit 4**

## Your Plan of Care

Your person-centered plan of care is a document that spells out your goals of care and how you and your healthcare team plan to accomplish those goals.

Depending on your needs, your plan of care may include:

- what kind of services you need
- what type of staff should provide those services
- how often you need those services
- what kind of equipment or supplies you need
- what kind of diet you need and your food preferences
- your health and personal goals
- how your plan of care will help you reach your goals
- information on your goals for discharge and a plan to help you meet those goals

You will help to create your plan of care with your healthcare team around the time of admission to our center. You may help to establish your expected goals and outcomes of care along with any factors related to the effectiveness of your plan of care.

You will be informed, in advance, of any changes to your plan of care. You may request to see your plan of care at any time and may sign it, if you wish, after significant changes are made.

Throughout your stay, your healthcare team will assist you with planning an efficient and effective discharge plan. The goal is to create a plan for a smooth transition to your desired location.

## Information for Your Family and Friends

### VISITORS

Visitors are always welcome in our center and we encourage visits by your family and friends.

- You have the right to receive visitors of your choosing at the time of your choosing, subject to your right to deny visitation when applicable, and in a manner that does not impose on the rights of another resident. The center may restrict or limit visitation for clinical or safety management.
- Visitors should not visit if they have a cold, respiratory symptoms, or another contagious illness.
- Children are welcome to visit but must be accompanied by an adult.
- Visitors may obtain a dinner tray to share a meal with you. The center will charge you current cost. Please notify the center in advance.

## Your Personal Items and Valuables

To make your stay more enjoyable, we have compiled a lis[t] items that you should bring to the center and items that sh[ould be] left at home. All items that you bring to the center should b[e] clearly marked with the patient's name on them.

### WHAT TO BRING:

- Comfortable clothing and shoes
- Adaptive equipment (walkers, canes)
- Hearing aids
- Glasses
- Personal care items

Radios, televisions and other electrical items need to be in[spected] by our maintenance staff prior to use. Space heaters, micro[waves] and extension cords (including multiple adapters or powe[r strips]) are not allowed in patient rooms under NPFA Life Safety c[ode.]

### WHAT TO LEAVE AT HOME:

- Large amounts of money
- Valuables
- Purses/wallets
- Jewelry
- Harmful or Illegal objects

### REMOVAL OF BELONGINGS AFTER DISCHARGE

Any personal belongings left at the center after your disc[harge] should be removed as soon as possible. We will dispose [of items] not removed within thirty days of discharge.

### SMOKING

We believe in providing a healthy environment for you. Ou[r center] is designated as "smoke-free." Smoking is not permitted o[n our] campus or may be permitted in designated areas only. Sm[oking] materials, including lighters, matches, cigarettes, and ciga[rs will] be stored at the nurses' station.

### ALCOHOLIC BEVERAGES

Patients may consume alcoholic beverages in accordance [with] the center's policy and with physician approval. Alcoholic beverages brought into the center must be stored at the n[urses'] station and dispensed by the nursing staff in accordance w[ith] physician orders.

## Services

### BEAUTY AND BARBER

Beauty and barber services are available by appointment [for an] additional charge. Please notify us to schedule an appoint[ment] and to obtain a list of services and prices.

**Respondent Claim 19 Exhibit 4**

## SKILLED NURSING AND REHABILITATION CENTERS
## PATIENT INFORMATION HANDBOOK

# Welcome!

Thank you for choosing our center. You made a very important decision about your health. While you are here, we hope to provide the health care services you need in a comfortable, pleasant and safe environment.

This handbook is designed to help you understand our center, services and people.

Our employees are dedicated to making your stay as welcoming an positive as possible. Please feel free to ask any of us for assistance.

Again, welcome and thank you for choosing us.

# EXHIBIT 6

## PHYSICIANS WHO PRACTICE AT THE FACILITY

| Physician's Name | Physician's Address & Phone Number |
|---|---|
| Dr. Memona Tazamal: 1500 Forest Glen Rd, Silver Spring, MD 20910 : 301-754-7000 | |
| Dr. Merlyn Vemruy: 9801 Georgia Ave, Suite 227, Silver Spring, MD 20902 : 301-593-1900 | |
| Dr. Oney Zuniga: 18111 Prince Philip Dr, Stuite 328, Olney, MD 20832 : 301-570-3668 | |
| Dr. Alan Segal: 1517 Hugo Cir, Silver Spring, MD 20906 : 301-460-8282 | |
| Dr. Victor Onyejiaka: PO Box 3104, Silver Spring, MD 20918 : 410-536-4100 | |
| -- | |
| | |

Exhibit 6, Page 1

make this money available to the Resident or the Resident's agent within three banking days; and

b.    If we are the Resident's agent payee for Social Security benefits, we will promptly ask the Social Security Administration to name a new agent payee and we will transfer the Resident's money to that person.

9.    In the event of the Resident's death, there are several things we must do:

a.    We will convey the Resident's personal funds and a final accounting of those funds to the person in charge of administering the Resident's estate within 30 days;

b.    We will immediately notify any government agency that paid for all or part of the Resident's care in our Facility. That agency shall have the right to assist us in determining what to do with the Resident's property;

c.    If a government agency did not pay for the Resident's care, we will immediately notify the Resident's agent or next of kin to determine what to do with the Resident's property;

d.    If we have the Resident's funds, valuables or other assets in our possession, we will hold them until the appointed Personal Representative of the Resident's estate presents a copy of the certified Letters of Administration to us, or until we receive authorization from another legal representative as established by State law;

e.    We will make reasonable attempts to locate the Resident's Personal Representative and the

Exhibit 5, Page 4

**Respondent Claim 19 Exhibit 4**

funds, valuables or other assets have been stolen or damaged. The agencies to contact in order to make a complaint are listed below:

    a.    The Maryland Long-Term Care Ombudsman, for persons 65 years old or older:

        301 West Preston Street
        Baltimore, MD 21201
        (410) 767-1100 - (800)243-3425 or
        (410) 767-1083 (for the hearing impaired)
        (410) 333-7943 (Facsimile)

    b.    The local Department of Social Services for persons of any age:

        {FACILITY: Please Provide Address & Phone #}

    c.    The Office of Health Care Quality, regardless of the Resident's age:
        7120 Samuel Morse Drive
        Second Floor
        Columbia, Maryland 21046
        (410) 402-8108 - (877)402-8219
        (410) 735-2258 (for the hearing impaired)
        (410) 402-8234 (Facsimile)

## B.   <u>Our Responsibilities</u>

1.    We will provide a reasonable amount of secure space for you to keep the Resident's clothing and other personal property. We must investigate any damage to or loss of the Resident's personal property.

2.    If the Resident wants us to manage $50.00 or less of the Resident's personal funds, we will deposit this money in a non-interest bearing account or a petty cash fund.

**Respondent Claim 19 Exhibit 4**

| Item or Service | Charge |
|---|---|
| Social Events and Entertainment Outside the Scope of the Facility's Activities Program; | Per fee |
| Specially-Prepared or Alternative Food Requested Instead of Food Generally Prepared by the Facility; | Per fee |
| Speech Therapy Services*; | Services starting at $15.00 |
| Telephone; | N/A |
| Television; | N/A |
| Transportation by ambulance to a physician's office. | Per fee |

Exhibit 4, Page 4

**Respondent Claim 19 Exhibit 4**

community based care. Community alternatives to nursing facility services are available. Information about community alternatives can be obtained from your Local Health Department, Geriatric Evaluations Services and from your local Area Agency on Aging Office.

If you want additional information regarding Medical Assistance nursing facility benefits, please do not hesitate to call (410)767-1712 and ask for the Nursing Facility Program Specialist.

Exhibit 3B, Page 2

**Respondent Claim 19 Exhibit 4**

|  | MEDICARE | MEDICAID |
|---|---|---|
|  |  | portions of your income as well. |
| HOW TO APPLY | Contact the local Social Security Office at the following address and phone number: | Contact the local Department of Social Services at the following address and phone number: |
| WHO TO CONTACT IF YOU HAVE A QUESTION OR A PROBLEM | To learn more about Medicare coverage of nursing home expenses, and about how to appeal a Medicare denial of payment, contact Beneficiary Relations of the Centers for Medicare and Medicaid Services (CMS) at 1-800-633-4227 or call the Senior Information and Assistance Program in your county. | If your application for Medicaid is denied, your coverage is terminated, or a service is not covered, you may appeal that decision according to the instructions contained in the notice provided to you. |
| RETROACTIVE COVERAGE | Not applicable. | The nursing home services that you received in the 3 months prior to your application for Medicaid may be covered by Medicaid, if you specifically request this coverage. |

Exhibit 3A, Page 5

**Respondent Claim 19 Exhibit 4**

| | MEDICARE | MEDICAID |
|---|---|---|
| | | a. Your house if your spouse or dependent relative lives there or if you express an intent to return there; b. Household goods; c. Personal property in your possession in the nursing home; d. A certain amount of money for burial arrangements. The value of other assets transferred within 36 months of your application for Medicaid may be considered as available to pay for your care at the Facility. 1. Income: You should contact the local Dept. of Social Services to find out whether your income makes you eligible. That phone number is listed on the next page. If you qualify, $40 per month of your income is protected for your |

Exhibit 3A, Page 3

**Respondent Claim 19 Exhibit 4**

**EXHIBIT 3A**
**HOW TO APPLY FOR AND USE MEDICARE AND MEDICAID BENEFITS**

The chart below summarizes the Medicare and Medicaid programs. It also tells you who to call for more detailed information. If you have questions, our staff will also help you.

|  | MEDICARE | MEDICAID |
|---|---|---|
| WHAT'S COVERED | 1. Care in a hospital;<br>2. If you are admitted to an approved facility within thirty (30) days following a three-day qualifying hospital stay (not including the day of discharge) Medicare may cover up to 100 days of skilled nursing and rehabilitation care. This coverage depends on your medical condition, and whether your doctor orders the care on a daily basis (not including weekends). If these conditions are met, Medicare provides full coverage for the first 20 days. You must make a copayment after that. The following services are examples of skilled care:<br>  a. Injections & feedings given through an IV;<br>  b. Tube feedings;<br>  c. Application of a dressing that involves prescription medication;<br>  d. Treatment of pressure ulcers;<br>3. Dietary services;<br>4. Activities program;<br>5. Room/Bed maintenance services;<br>6. Routine personal hygiene items;<br>7. Medically-related social services;<br>8. Rehabilitation based on physician orders; | Medicaid is a comprehensive program that will cover most of the costs of a nursing home stay. |

Exhibit 3A, Page 1

**Respondent Claim 19 Exhibit 4**

| Description of Items & Services Not Included in the Daily Rate | Charge |
|---|---|
| o Speech Therapy All other CPT Codes | $50.00 per 15 minute unit |
| o Adult Day Care | Per fee |
| o Ambulance Services | Per fee |
| o Bed Specialized Rental Daily | Per vendor |
| o Behavioral Health Sitter Services | Per fee |
| o Cont Positive Airway Press CPAP Dly | $.35 minimum per day |
| o COVID Vaccine Administration | $50.00 per vaccine |
| o Dental Services | Per fee |
| o Dialysis Service | Per fee |
| o EKG, EEG and Telemetry Services | Per fee |
| o Flu Vaccine | $25.00 minimum per vaccine |
| o Flu Vaccine Administration | $40.00 per vaccine |
| o Isolation Room | $50.00 minimum per day |
| o Level 1 Bariatric 1 or 2 Accessories | $28.00 minimum per day |
| o Level 2 Bariatric - 3 or more Accessories | $55.00 minimum per day |
| o L3 - Bari Bed / PR Matt + up to 2 Acc | $126.00 minimum per day |
| o L4- Bari Bed / PR Matt + 3 or more Acc | $153.00 minimum per day |
| o L5- Bari Bed / SP Matt + up to 2 Acc | $148.00 minimum per day |
| o L6- Bari Bed / SP Matt + 3 or more Acc | $175.00 minimum per day |

Exhibit 2, Page 9

**Respondent Claim 19 Exhibit 4**

| Description of Items & Services Not Included in the Daily Rate | Charge |
|---|---|
| o Occupational Therapy Neg Pres Wnd Therapy Disp Non-DME < or = to 50 sq cm | $325.00 per 15 minute unit |
| o Occupational Therapy Neg Pres Wnd Therapy Disp Non-DME- >50 sq cm | $325.00 per 15 minute unit |
| o Occupational Therapy PS WND 51CM OR MORE | $125.00 per 15 minute unit |
| o Occupational Therapy – Routine | $15.00 per 15 minute unit |
| o Occupational Therapy WND 20 CM OR LESS | $125.00 per 15 minute unit |
| o Occupational Therapy All other CPT Codes | $50.00 per 15 minute unit |
| o Physical Therapy Eval | $125.00 per 20-45 minute unit |
| o Physical Therapy Low Frequency Non-Thermal US | $325.00 per 15 minute unit |
| o Physical Therapy Neg Pres Wnd Therapy Disp Non-DME- <50 sq cm | $325.00 per 15 minute unit |
| o Physical Therapy Neg Pres Wnd Therapy Disp Non-DME- >50 sq cm | $325.00 per 15 minute unit |
| o Physical Therapy PS WND 51 CM OR MORE | $125.00 per 15 minute unit |
| o Physical Therapy Re-Eval Est Plan Care | $125.00 per 15 minute unit |
| o Physical Therapy – Routine | $15.00 per 15 minute unit |
| o Physical Therapy Unna Boot | $125.00 per 15 minute unit |
| o Physical Therapy WND 20CM OR LESS | $125.00 per 15 minute unit |

Exhibit 2, Page 7

**Respondent Claim 19 Exhibit 4**

| Description of Items & Services Not Included in the Daily Rate | Charge |
|---|---|
| Laboratory (Billed by the Laboratory; call (301) 942-2500 for charges) | Per vendor |
| Oxygen Therapy*<br>• Oxygen Bundle Daily (Concentrators, tanks, liquid oxygen, nasal bi-pap, portable 02 stroller, compressor and related supplies) | $11.00 minimum Daily fee |
| Pharmacy (Billed by the Pharmacy; call (301) 942-2500 for charges) | Per vendor |
| Radiology (x-ray services) (Billed by the Radiologist; call (301) 942-2500 for charges) | Per vendor |
| Rental Fees:<br>• Adult Transmitter Rental Daily | $1.00 minimum per day |
| • Cont Pass Motion (CPM) Rental Daily | $35.00 minimum per day |
| • Heelzup Thrptc Heel Elvat Cush | $1.50 minimum per day |
| • SCD Compression System Rent Daily | $10.00 minimum per day |
| • walker;<br>• geriatric chair;<br>• wheelchair;<br>  o Wheelchair Geri Chair Rental Daily | $.50 minimum per day |
| o Wheelchair Standard Rental Daily | $.50 minimum per day |
| • pressure mattress;<br>  o Level 1 APM Mattress and Pump Daily | $17.00 minimum per day |

Exhibit 2, Page 5

**Respondent Claim 19 Exhibit 4**

| Description of Items & Services Not Included in the Daily Rate | Charge |
|---|---|
| • Wound Vacuum – Two Wounds | $176.00 minimum per day |
| Feeding: hand, tube*, special diet | |
| • Tube Feeding Change | $5.50 minimum per change |
| • Supplemental Feeding (Oral) - Glucerna Shake 8oz Can | $1.56 minimum per serving |
| • Supplemental Feeding (Oral) - Suplena with Carb Steady 8 oz Can | $3.70 minimum per serving |
| • Supplemental Feeding (Oral) Nepro with Carb Steady 8 oz Can | $3.50 minimum per serving |
| • Supplemental Feeding (Oral) Juven per packet | $8.52 Per 2 packets |
| • Supplemental Feeding (Oral) Prosource Plus 1oz | $1.00 minimum per serving |
| • Supplemental Feeding (Oral) Prosource No Carb 1oz | $1.00 minimum per serving |
| • Supplemental Feeding (Oral) Prosource TF per packet | $1.70 minimum per serving |
| • Supplemental Feeding (Oral) Prosource ZAC 1oz | $1.80 minimum per serving |
| • Supplemental Feeding (Oral) Gelatein 4 oz | $2.40 minimum per serving |

Exhibit 2, Page 3

**Respondent Claim 19 Exhibit 4**

**EXHIBIT 2**

**FOR PRIVATE PAY RESIDENTS**

A.    <u>Items and Services Included in the Daily Rate</u>.

The items and services included in the daily rate, and their related charges, are listed below:

| Description of Items & Services Included In The Daily Rate* |
|---|
| 1.    Room |
| 2.    Board |
| 3.    Social Services |
| 4.    Nursing care, including:<br>    a.    The administration of prescribed medications and provision of treatments and diet;<br>    b.    The provision of care to prevent skin breakdown, bedsores and deformities;<br>    c.    The provision of care to keep the resident comfortable, clean and well-groomed;<br>    d.    The provision of care to protect the resident from accident, injury and infection;<br>    e.    The provision of care necessary to encourage, assist and train the resident in self-care and group activities. |
| 5.    Other: |

\*    Revise this list to accurately reflect those items and services included in the Facility's Daily Rate.

B.    <u>Items and Services Not Included in the Daily Rate.</u>

Exhibit 2, Page 1

**Respondent Claim 19 Exhibit 4**

7.    In the event that the Resident is involuntarily discharged from this Facility, and if other arrangements cannot be made, do you agree to accept the Resident into your custody, if it is medically and legally appropriate?
Yes _____/No_____ Initials _____

## RIGHTS OF THE AGENT

F.    YOU HAVE THE RIGHT TO COPIES OF THE FOLLOWING DOCUMENTS. I ACKNOWLEDGE RECEIPT OF THE FOLLOWING DOCUMENTS:

1.    A copy of this Admission Contract;
2.    The Facility Handbook (where applicable);
3.    A copy of Federal and State Residents' Rights;
4.    A list of the Facility's charges, including the charges not included in the per diem rate;
5.    A list of health care providers offering services at the facility and their current charges; and
6.    Others:

Initials _____

THE DOCUMENTS IN F.1 THROUGH F.6 MAY BE AMENDED FROM TIME-TO-TIME CONSISTENT WITH STATE AND FEDERAL LAW AND REGULATIONS. WHEN AMENDMENTS ARE MADE, YOU WILL BE PROVIDED A COPY.

G.    YOU HAVE THE RIGHT TO BE NOTIFIED BY THE FACILITY OF ANY EVENT OR OCCURRENCE INVOLVING THE RESIDENT WHICH DIRECTLY AFFECTS YOUR OBLIGATION UNDER THIS AGREEMENT.

Exhibit 1, Page 7

**Respondent Claim 19 Exhibit 4**

my own funds.  "Abuse of funds" means using the assets or income of a Resident against the express wishes of the Resident unless the expenditure was necessary for the direct and immediate welfare of the Resident.  Abuse also means using the assets or income of the Resident for the use or benefit of another unless such use is for the direct and immediate benefit of the Resident or is consistent with an express wish and past behavior of the Resident.

E.   IN ORDER TO PROPERLY PLAN FOR THE RESIDENT'S NEEDS, IT IS IMPORTANT THAT WE HAVE THE ANSWERS TO THE FOLLOWING QUESTIONS.  PLEASE INDICATE "YES" OR "NO" TO EACH AND INITIAL.  YOU ARE NOT REQUIRED TO ANSWER "YES" AND AGREE TO ASSUME RESPONSIBILITY FOR THE ISSUES ADDRESSED IN E.1. - E.7 (THESE OBLIGATIONS ARE NOT REQUIRED FOR THE RESIDENT'S ADMISSION); HOWEVER, YOU MAY VOLUNTARILY ANSWER "YES" AND AGREE TO ASSUME ANY OR ALL OF THE FOLLOWING:

1.     Do you knowingly and voluntarily agree to make payments required under this Agreement from YOUR OWN RESOURCES?
Yes _____/No _____ Initials _____

2.     Do you agree that in the event of the Resident's death, you shall take responsibility for all burial arrangements for the Resident and for removal of all of the Resident's personal property from the Facility, subject to your legal authority to accept the property:
Yes _____/No _____ Initials _____

3.     In the event you are not able to remove the Resident's personal property promptly and, consequently, the Facility is unable to admit another Resident to the deceased Resident's room, do you agree to:

Exhibit 1, Page 5

**Respondent Claim 19 Exhibit 4**

_____ 1.     I agree to pay the Facility bill in a timely manner to the extent that the Resident has income, funds and/or assets to pay for such services.

_____ 2.     In the event the Resident is a beneficiary of Medicare, Medicaid, or any other third-party payment plan, I agree to pay all co-payments, co-insurance and deductibles, and all charges for non-covered items and services, together with any applicable late fees, to the extent of the Resident's income, funds and/or assets.

_____ 3.     In the event I have not paid a current bill to the Facility for the Resident's care, I agree to apply to Medical Assistance for a determination of the funds available to pay for the cost of the Resident's care.

(NOTE: I understand if I fail to seek this determination, the Facility will seek a Court Order requiring me to do so.)

_____ 4.     In the event the Resident's private income, funds and assets are exhausted during the Resident's stay, I agree to apply for and pursue with diligence Medical Assistance benefits for the Resident in a timely manner, and to cooperate fully in the eligibility process.

_____ 5.     I agree to apply for Medicare, Veterans Administration or other third-party benefits which may be available to cover the cost of the Resident's care at the Facility.

_____ 6.     In the event the Resident is applying for admission on a private pay basis, I agree to assist the Resident in providing financial information required by the Facility to determine the extent of the Resident's income, funds and/or assets.

Exhibit 1, Page 3

**Respondent Claim 19 Exhibit 4**

**EXHIBIT 1**
**OBLIGATIONS OF THE AGENT**

Only an Agent may sign this Agreement.  An Agent is an individual who manages, uses or controls a Resident's income, funds and assets that legally may be used to pay for the care or services that a Resident receives from a nursing facility.  An Agent is obligated to use the Resident's income, funds and assets to pay the Facility for the Resident's care.  The financial obligation of the Agent is limited to the amount of the Resident's income, funds and assets.  The Agent assumes no personal liability for the Resident's stay at the Facility unless the Agent voluntarily agrees to be personally responsible for any payments required under this Contract which are not paid by the Resident or a third-party insurer.  (See question E.1., below.)

A nursing facility may not require an Agent to sign the Admissions Contract unless the applicant has been adjudicated disabled by a court or the applicant's physician has certified, in writing, that the applicant is incapable of understanding or exercising his or her rights and responsibilities.  However, an Agent may voluntarily agree to sign the Admissions Contract, on behalf of an incapable applicant or at the request of a capable applicant even when the above conditions are not met.

A.  ONE OF THE FOLLOWING CONDITIONS MUST BE MET IN ORDER TO REQUIRE YOU AS THE AGENT TO SIGN THIS ADMISSIONS CONTRACT.  (These are not required if you are signing voluntarily.)

 1.  Has the applicant been adjudicated disabled by a Court?
     Yes _____ or No _____

 2.  Has the applicant's physician certified, in writing, that the applicant is incapable of understanding or exercising his or her rights or responsibilities?
     Yes _____ or No _____

Exhibit 1, Page 1

**Respondent Claim 19 Exhibit 4**

B.   Items and Services Not Covered by the Daily Rate.

_____   Exhibit 3.

A.   How to Apply For and Use Medicare and Medicaid Benefits.

B.   Medical Assistance Nursing Facility Services (Medicaid Medical Eligibility Form)

_____   Exhibit 4.   Items and Services Not Covered by Medicaid.

_____   Exhibit 5.   Policies and Procedures Concerning the Resident's Personal Funds and the Resident's Personal Property.

_____   Exhibit 6.   Physicians Who Practice at the Facility.

_____   Exhibit 7.   Services Provided by Outside Health Care Providers.

7.   <u>Changes In Law.</u>

Any provision of this Contract that is found to be invalid or unenforceable as a result of a change in State or Federal law will not invalidate the remaining provisions of this Contract and, it is agreed that to the extent possible, you and the Resident and the Facility will continue to fulfill their respective obligations under this Contract consistent with the law.

Financial Agreement, Page 17

**Respondent Claim 19 Exhibit 4**

the Resident no longer needs the services we provide; (b) the transfer or discharge is necessary for the Resident's welfare and the Resident's needs cannot be met by the Facility; (c) the health or safety an individual in the Facility is endangered; (d) you, after reasonable and appropriate notice, have failed to pay, or through the Resident's insurers have failed to pay, for a stay at the Facility; or (e) the Facility ceases to operate.

If we decide that the Resident should be transferred or discharged for one of these reasons, we will notify the Resident and you, the Resident's family member, guardian or representative, by letter 30 days in advance. We will also notify the Office of Health Care Quality and the Maryland Long-Term Care Ombudsman. If the Resident is transferred because of an emergency situation, we will provide the required notice as soon as practicable. The involuntary discharge letter will contain the reasons for the transfer or discharge and its effective date, the name of the staff person responsible for the Resident's discharge planning services, a proposed date for a discharge planning meeting, and the Resident's rights regarding discharge or transfer. The letter will also tell the Resident and you how to appeal our decision to transfer or discharge the Resident, by requesting a hearing, and will tell you what agencies may assist you.

If the Resident is to be discharged involuntarily, we will comply with current law in making discharge or transfer arrangements.

You and the Resident must cooperate and assist in the discharge planning, including cooperating with and assisting other facilities considering admitting the Resident and cooperating with governmental agencies. If you or the Facility believe that an abuse of funds contributed to the transfer or discharge for non-payment, you may, or the Facility will ask the Attorney General to investigate and make referrals to other governmental agencies.

    5.   <u>Right to End This Contract.</u>

Financial Agreement, Page 15

**Respondent Claim 19 Exhibit 4**

| Office of Health Care Quality | State Long-Term Care Ombudsman |
|---|---|
| 7120 Samuel Morse Drive | 301 West Preston Street |
| Second Floor | Room 1007 |
| Columbia, MD 21046 | Baltimore, MD 21201 |
| (410) 402-8110 | (410) 767-1100 |
| (877) 402-8219 | (800) 243-3425 |
| (800) 735-2258 (TTY) | (410) 767-1083 (TTY) |
| (410) 402-8234 (Facsimile) | |

If the Facility is unable to resolve the complaint, it will be sent to the Maryland Long-Term Care Ombudsman and the Office of Health Care Quality.  A hearing may be requested from that Office.

E.    Holding the Resident's Bed if the Resident Leaves the Facility

**Leave of Absence**

If the resident is on a leave of absence from the Facility for reasons other than a hospitalization, we will hold a bed for the resident as follows:

1.    Private Pay Residents:

If the resident is a private-pay resident, or are receiving inpatient care reimbursed under the Maryland Medicare Program (and the resident is not covered under Medicaid), we will hold a bed for as long as you pay for it at the current daily rate unless you notify us otherwise.

2.    Medicaid Residents:

If the resident is away from the Facility on a leave of absence which is provided for in the resident's plan of care and approved by the physician, we will hold a bed for the resident for up to the maximum number of days required under Medicaid regulations, currently _18_ days each calendar year.  While we are holding a bed, you are still required to pay the Facility any amount for which you are responsible as determined under the Medicaid Program.

If the resident's leave of absence exceeds the total number of

Financial Agreement, Page 13

**Respondent Claim 19 Exhibit 4**

4.    Resident Rights.

As a Resident of this Facility, the Resident has many rights under federal and state law.  Some of those rights are listed in this section.  You and the Resident will be given a written description of all of the Resident's rights.

A.    The Resident's Right to Make Decisions.

The Resident has the right to make the Resident's own medical decisions, to manage the Resident's personal affairs and to access the Resident's medical records as permitted by law.  If the Resident becomes incapable of making the Resident's own decisions, it may be necessary for someone else to make decisions for the Resident. For this reason, we recommend that the Resident make advance directives for medical decisions and appoint a Power of Attorney for financial decisions, but the Resident is not required to do so.  It is recommended that the Resident consult with an attorney to prepare a financial Power of Attorney.  As part of the admission process, you and the Resident will be given a description of the Resident's legal rights to decide about the Resident's future medical treatment, as well as information about making advance directives.  If the Resident makes an advance directive, you should provide the Facility with a copy.

B.    Selection of a Doctor or Other Provider.

The Resident may select the Resident's own doctor and other health care providers. The Resident's doctor and other health care providers must follow our policies.[5] The Resident or you on behalf of the Resident, or the Resident's insurer, including the Medicaid

_____

[5] If the Resident's doctor and other health care providers do not follow Facility policies and procedures, the Facility will ask the Resident to choose other providers.

Financial Agreement, Page 11

**Respondent Claim 19 Exhibit 4**

F.    Interest Penalties.

We may not charge you a penalty if you pay the Resident's itemized statement on time.  Payment is on time if it is made within 45 days of the date the bill is postmarked, or 30 days after the end of the billing period, whichever is later.  The interest penalty we charge is 0% of the amount due, calculated on either a ( 0 ) daily or ( 0 ) monthly basis.  For any bill delinquent over one month, penalties will be calculated on either a ( 0 ) simple or ( 0 ) compound basis.[4]

G.    Private Duty Nurses/Geriatric Aides.

If you or the Resident want a private duty nurse or a private duty geriatric aide for the Resident, you are responsible for selecting a person licensed and/or certified according to Maryland laws and regulations. You are also responsible for paying him or her, and for letting us know that you have hired one.  The person you hire is not an employee or agent of the Facility, but he or she must meet our standards and follow our policies and procedures.  Employees of the Facility may not serve as private duty nurses or private duty geriatric aides.

---

[4] The Facility may not charge interest on a Medical Assistance contribution to cost of care for covered services.

Financial Agreement, Page 9

**Respondent Claim 19 Exhibit 4**

not covered by Medicare, Part A, you agree to pay any required deductible, and any applicable co-insurance.

    D.   <u>Medicaid Residents.</u>

        We participate in the Medicaid Program. For information on Medicaid, see Exhibit 3A. [The Exhibit is written in terms of the Resident.] The Resident is not required to give up any of the Resident's rights to Medicaid benefits to be admitted or to stay here. If the Resident's private funds are used up during the Resident's stay here and the Resident is eligible for Medicaid, we will accept Medicaid payments.

        Although it is the Resident's and your responsibility to apply for and obtain Medicaid benefits for the Resident, we will assist you, by promptly providing Medical Assistance with all required information in our possession. If the Resident is eligible for Medical Assistance, the Facility may not charge, ask for, accept or receive any gift, money, donation or consideration other than Medicaid reimbursement as a condition of the Resident's admission or continued stay here.

        If the Resident receives Medicaid, most of the Resident's nursing home charges such as room, board and general nursing care are covered, although Medicaid may require you to pay some amount from the Resident's monthly income. The local Department of Social Services will tell you whether you have to pay part of the charge for the Resident's care and, if so, how much. You understand and agree to pay to the Facility on a timely basis this contribution amount as determined and periodically adjusted by the local Department of Social Services. If you fail to pay this amount, we may request a court to order such payment.

        A list of the items and services covered by Medicaid (which are published at COMAR 10.09.10.04) is posted in the Facility at the following location: <u>Front Lobby at Info Desk</u>.

Financial Agreement, Page 7

**Respondent Claim 19 Exhibit 4**

You understand and agree that you are responsible for paying the Facility for items and services provided to the Resident during any period of time in which the Resident is or was a resident of the Facility and during which the Resident has not been determined eligible for Medical Assistance.  If you do not pay the amount owed us after receiving Facility bills and we hire a collection agency or attorney because of your breach of this Agreement, you agree to pay their fees, expenses and court costs with your own funds.

If you do not pay what is owed the Facility, you agree to apply to Medical Assistance for a determination of the Resident's income and assets available to pay the cost of the Resident's care. Once Medical Assistance determines the income and assets available to pay for the Resident's care, you agree to use such income and assets to pay the Facility's bills.[3]  (Your request for this determination is not the same as applying for Medical Assistance on behalf of the Resident.)

You agree to notify the Facility promptly if the Resident has insufficient income, funds, or assets to meet the Resident's financial obligations to the Facility and you agree to apply for Medical Assistance benefits in a timely manner and to cooperate fully in the Medical Assistance eligibility determination process.  If you do not apply or cooperate fully in the process, the Facility may ask the court to order you to do so.

If you are no longer able to pay for the Resident's care at the Facility and the Resident is not eligible for Medical Assistance,

---

[3] If you do not request a determination by Medical Assistance, or if payment is not made with the income and assets determined to be available for the Resident's care, the Facility may ask the court to order you to obtain the determination or to make payment.  If you are willfully or grossly negligent in not paying the amount determined by Medical Assistance to be available for the Resident's care, you may have to pay a civil money penalty of at least that amount with your own money.

Financial Agreement, Page 5

**Respondent Claim 19 Exhibit 4**

is not authorized by the Resident, or that is not necessary for the direct and immediate welfare of the Resident.[2]

You agree to provide us with all information about the Resident's finances and health.  You understand that, if we later find that you knowingly provided the Facility with incomplete or inaccurate information, we will consider that a breach of this Agreement.

It is anticipated that the Resident's care will be paid for by:

☐ The Medicare Program;
☐ The Medicaid Program (also known as "Medical Assistance");
☐ Other third-party insurer, please specify: _____;

☐ You with the Resident's income, funds and/or assets;
☐ You with your own income, funds and/or assets;
☐ Other, please specify: _____.

It is understood that Medicare and Medicaid will make the determination concerning the Resident's medical and financial eligibility for payment by those programs.

_____

[2] If there is an abuse of the Resident's funds, the person who misused the funds is guilty of a misdemeanor and, on conviction, is subject to a fine up to $10,000.  "Abuse of funds" means using the assets or income of a resident against the express wishes of the resident unless the expenditure was necessary for the direct and immediate welfare of resident.  Abuse also means using the assets or income of the resident for the use or benefit of another unless such use is for the direct and immediate benefit of the resident or is consistent with an express wish and past behavior of the resident.

Financial Agreement, Page 3

## Resident's Agent
## Financial Agreement With
### ProMedica Skilled Nursing and Rehabilitation (Wheaton)

This Contract Has Been Approved by
The Maryland Department of Health

1.    This Contract is between
Manor Care of Wheaton MD, LLC
DBA
ProMedica Skilled Nursing and Rehabilitation (Wheaton)
(the "Facility", or "we", or "us") and

(the "Agent" or "you") because you have access to (use, management, or control of) the income, funds and/or assets of
William Bevan                                              (the "Resident") and because you are willing to act on behalf of the Resident.  A checklist of the obligations and rights you have as the Resident's Agent is at Exhibit 1.  The questions on the checklist must be answered by you and the checklist is incorporated into this Agreement.

2.    In consideration of your payment and promises made in this Agreement, the Facility agrees to do the following:

Health Care Services

A.    We will provide the Resident with general nursing care and nursing treatments such as administration of medication, preventive skin care, assistance with bathing, toileting, feeding, dressing and mobility. (Throughout this Agreement is information about which services are covered in the Facility's daily rate and which are available for an additional charge.)

B.    When the Resident's doctor orders health care services which we do not have the capability to provide (with the

Financial Agreement, Page 1

**Respondent Claim 19 Exhibit 4**