# Rudow Law Group, LLC.

**Fee Summary**

**Rudow Law Group**
502 Washington Avenue Suite 730, Towson, MD 21204-4525

**Date:** November 12, 2024

### William Bevan
HCR ManorCare Tenant

| Invoice Date | Invoice Number | Amount Legal Fees | Total Bill | William Rudow | Of Counsel Paralegal |
|---|---|---|---|---|---|
| Initial - 3-18-23 | 19808 | $4,850.00 | $ 4,850.00 | 12.20 | |
| 3-19-23 - 3-26-23 | 19809 | $7,920.00 | $ 7,920.00 | 19.80 | |
| 3-27-23 - 4-7-23 | 19810 | $3,720.00 | $ 3,720.00 | 9.30 | |
| 4-8-23 - 4-22-23 | 19814 | $1,760.00 | $ 1,760.00 | 4.40 | |
| 4-23-23 - 5-1-23 | 19815 | $1,800.00 | $ 1,800.00 | 4.50 | |
| 5-2-23 - 5-18-23 | 19819 | $7,320.00 | $ 7,320.00 | 18.30 | |
| 5-19-23 - 5-26-23 | 19820 | $4,840.00 | $ 4,840.00 | 12.10 | |
| 5-27-23 - 6-13-23 | 19825 | $2,840.00 | $ 2,840.00 | 7.10 | |
| 6-14-23 - 7-6-23 | 19832 | $1,480.00 | $ 1,480.00 | 3.70 | |
| 7-7-23 - 8-3-23 | 19837 | $280.00 | $ 280.00 | 0.70 | |
| 8-4-23 - 9-6-23 | 19845 | $1,880.00 | $ 1,880.00 | 4.70 | |
| 9-7-23 - 12-19-23 | 19854 | $4,600.00 | $ 4,600.00 | 11.50 | |
| 12-20-23 - 2-16-24 | 19871 | $3,040.00 | $ 3,040.00 | 7.60 | |
| 2-17-24 - 3-29-24 | 19878 | $640.00 | $ 640.00 | 1.60 | |
| 3-30-24 - 7-31-24 | 19913 | $4,000.00 | $ 4,000.00 | 10.00 | |
| 8-1-24 - 11-12-24 | 19949 | $3,040.00 | $ 3,040.00 | 7.60 | |
| Total: | | $54,010.00 | $ 54,010.00 | 93.80 | |

| Case Total: | $ 54,010.00 |
|---|---|

| | | | | **Total** | | **$54,010.00** |
|---|---|---|---|---|---|---|

Thank you for your business!
502 Washington Avenue Suite 730, Towson, MD 21204-4525 (P) 410-542-6000 (F)410-542-9500

**Respondent Claim 19 Exhibit 6**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland  21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

March 18, 2023

HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101
Matter Caption: William Bevan

Matter Identification Number: 50117483

Institution Number:

Institution Name:

Firm Name: Rudow Law Group, LLC

Date Range: Initial - 3-18-23

Invoice No. 19808

Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/9/2023 | WR | Phone Colbert re Initial Information | $400.00/hr | 0.40 | 160.00 |
| 3/10/2023 | WR | Prep for Discharge Hearing | $400.00/hr | 1.10 | 440.00 |
|  | WR | Prep for Discharge Hearing | $400.00/hr | 0.10 | 40.00 |
| 3/13/2023 | WR | Prep Involuntary Discharge Notice for Hearing Exhibit | $400.00/hr | 0.10 | 40.00 |
| 3/14/2023 | WR | Phone Ron re Hearing Notice LDRMTCB | $400.00/hr | 0.10 | 40.00 |
|  | WR | Prep for Hearing | $400.00/hr | 1.10 | 440.00 |
|  | WR | Prep for Hearing | $400.00/hr | 0.20 | 80.00 |

**Respondent Claim 19 Exhibit 6**

|            |      |                                                       | Rate         | Hours | Amount   |
|------------|------|-------------------------------------------------------|--------------|-------|----------|
| 3/14/2023  | WR   | Prep for Hearing                                      | $400.00/hr   | 0.10  | 40.00    |
| 3/15/2023  | WR   | Draft E-Mail to Ron re Exhibits Delivery              | $400.00/hr   | 0.10  | 40.00    |
| 3/16/2023  | WR   | Prepare for Hearing - 99 pages of Exhibits            | $400.00/hr   | 1.00  | 400.00   |
|            | WR   | Prep Exhibits for Hearing                             | $400.00/hr   | 0.10  | 40.00    |
|            | WR   | Prep Admissions Contract as Exhibit                   | $400.00/hr   | 0.20  | 80.00    |
|            | WR   | Handle Subpoena                                       | $400.00/hr   | 0.30  | 120.00   |
|            | WR   | Prep New Version of Contract for Exhibit              | $400.00/hr   | 0.20  | 80.00    |
|            | WR   | Prep Ron                                              | $400.00/hr   | 0.20  | 80.00    |
|            | WR   | Attend Hearing                                        | $400.00/hr   | 3.20  | 1,280.00 |
|            | WR   | Send Exhibits to Court                                | $400.00/hr   | 0.10  | 40.00    |
|            | WR   | Review Court Order                                    | $400.00/hr   | 0.10  | 40.00    |
|            | RC   | Call OAH re Who to Email Exhibits to                  | $100.00/hr   | 0.10  | 10.00    |
|            | WR   | Draft E-Mail to Counsel re Client Contact             | $400.00/hr   | 0.10  | 40.00    |
|            | WR   | Draft E-Mail to Counsel re Ethics Violation           | $400.00/hr   | 0.10  | 40.00    |
| 3/17/2023  | WR   | Draft E-Mail to Clerk re Exhibits                     | $400.00/hr   | 0.10  | 40.00    |
|            | WR   | Draft E-Mail to Ron re Strategy                       | $400.00/hr   | 0.10  | 40.00    |
|            | WR   | Phone Ron re Strategy                                 | $400.00/hr   | 0.90  | 360.00   |
|            | WR   | Draft Detailed E-Mail to Counsel re Ethical Violations| $400.00/hr   | 0.40  | 160.00   |
|            | WR   | Draft Detailed E-Mail to All Counsel re Next Step     | $400.00/hr   | 0.30  | 120.00   |
|            | WR   | Draft E-Mail to Burns re Next Step                    | $400.00/hr   | 0.10  | 40.00    |
|            | WR   | Draft E-Mail to Burns re Ombudsman                    | $400.00/hr   | 0.10  | 40.00    |

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/17/2023 | WR | Draft E-Mail to Moore re New Filing | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft E-Mail to Counsel re Attempt to Resolve | $400.00/hr | 0.20 | 80.00 |
|  | WR | Draft Very Detailed E-Mail to Counsel re Pleadings | $400.00/hr | 0.70 | 280.00 |
|  | WR | Review E-Mail From Ross re Wenona Pictures | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft E-Mail to Melissa re Moore | $400.00/hr | 0.10 | 40.00 |
|  |  | For professional services rendered |  | 12.20 | $4,850.00 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 12.10 | 400.00 | $4,840.00 |
| Becky Chessler | 0.10 | 100.00 | $10.00 |
| For professional services rendered | 12.20 |  | $4,850.00 |

**Respondent Claim 19 Exhibit 6**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland  21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

March 26, 2023

HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101
Matter Caption: William Bevan

Matter Identification Number: 50117483

Institution Number:

Institution Name:

Firm Name: Rudow Law Group, LLC

Date Range: 3-19-23 - 3-26-23

Invoice No. 19809

Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/19/2023 | WR | Draft Opposition to Appeal | $400.00/hr | 0.30 | 120.00 |
|  | WR | Draft Opposition to Appeal | $400.00/hr | 4.80 | 1,920.00 |
| 3/20/2023 | WR | Draft Attorney Complaint | $400.00/hr | 0.20 | 80.00 |
|  | WR | Draft Opposition to Appeal | $400.00/hr | 0.70 | 280.00 |
|  | WR | Draft Opposition to Appeal | $400.00/hr | 1.10 | 440.00 |
|  | WR | Draft Opposition to Appeal | $400.00/hr | 0.20 | 80.00 |
|  | WR | Draft E-Mail to Court re Hearing Date | $400.00/hr | 0.10 | 40.00 |
|  | WR | Prep for Emergency Stay Hearing | $400.00/hr | 1.10 | 440.00 |

**Respondent Claim 19 Exhibit 6**

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/21/2023 | WR | Phone Opposing Counsel & Attempt to Negotiate Settlement | $400.00/hr | 1.60 | 640.00 |
|  | WR | Draft E-Mail to Ron re Status Update | $400.00/hr | 0.10 | 40.00 |
|  | WR | Phone Burns re BK Interaction with Discharge | $400.00/hr | 0.30 | 120.00 |
|  | WR | Draft E-Mail to Court re Link for Hearing | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft E-Mail to Counsel re Stipulation | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review Proposed Stipulation | $400.00/hr | 0.60 | 240.00 |
|  | WR | Phone Counsel re Proposed Stipulation | $400.00/hr | 0.50 | 200.00 |
|  | WR | Prep for Emergency Hearing | $400.00/hr | 0.40 | 160.00 |
| 3/22/2023 | WR | Prep for Emergency Hearing | $400.00/hr | 0.10 | 40.00 |
|  | WR | Phone Ron re Emergency Hearing | $400.00/hr | 0.30 | 120.00 |
|  | WR | Draft E-Mail to Counsel re Discharge Plan Meeting | $400.00/hr | 0.30 | 120.00 |
|  | WR | Review E-Mail from Moore re Discharge Plan Meeting | $400.00/hr | 0.10 | 40.00 |
|  | WR | Phone BK Counsel re Bevan Violating Plan | $400.00/hr | 0.30 | 120.00 |
|  | WR | Coordinate Discharge Plan Meeting | $400.00/hr | 2.40 | 960.00 |
|  | WR | Review Executed Order re Emergency Hearing | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review E-Mail From Bankruptcy Counsel re Events at the Rockville Property | $400.00/hr | 0.30 | 120.00 |
|  | WR | Draft Recommendation to Ron re E-Mail From Bankruptcy Counsel re Events at the Rockville Property | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review E-Mail From Moore re Discharge Plan | $400.00/hr | 0.10 | 40.00 |
|  | WR | Phone Ron re Strategy | $400.00/hr | 0.30 | 120.00 |

**Respondent Claim 19 Exhibit 6**

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/22/2023 | WR | Draft Very Detailed  E-Mail to Burns re Joint BK Order | $400.00/hr | 0.80 | 320.00 |
| 3/24/2023 | WR | Draft E-Mail to John re Statements | $400.00/hr | 0.20 | 80.00 |
| | WR | Draft E-Mail to John re Joint Motion in BK Court | $400.00/hr | 0.20 | 80.00 |
| | WR | Draft E-Mail to Ron re Zoom | $400.00/hr | 0.10 | 40.00 |
| | WR | Review E-Mail From BK Counsel re Status Update | $400.00/hr | 0.10 | 40.00 |
| | WR | Prep for Discharge Plan Meeting | $400.00/hr | 0.30 | 120.00 |
| | WR | Attend Discharge Plan Meeting | $400.00/hr | 0.80 | 320.00 |
| | WR | Phone Ron re Discharge Strategy | $400.00/hr | 0.50 | 200.00 |
| | WR | Draft E-Mail to BK Counsel re Status Update | $400.00/hr | 0.10 | 40.00 |
| 3/25/2023 | WR | Draft E-Mail to Ron re Strategy | $400.00/hr | 0.10 | 40.00 |
| | | For professional services rendered | | 19.80 | $7,920.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 19.80 | 400.00 | $7,920.00 |
| For professional services rendered | 19.80 | | $7,920.00 |

**Respondent Claim 19 Exhibit 6**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland  21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

April 7, 2023

HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101
Matter Caption: William Bevan

Matter Identification Number: 50117483

Institution Number:

Institution Name: Manor Care Wheaton

Firm Name: Rudow Law Group, LLC

Date Range: 3-27-23 - 4-7-23

Invoice No. 19810

Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/28/2023 | WR | Draft Letter to Bevin re Dangers Caused by Bevin in His Room | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft Letter to Bevin re Dangers Caused by Bevin in His Room | $400.00/hr | 0.50 | 200.00 |
|  | WR | Review Record | $400.00/hr | 0.20 | 80.00 |
| 3/29/2023 | WR | Draft E-Mail to Ron re Information for Counsel | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft E-Mail to Counsel Re Request for Information | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review E-Mail from Ron re Answer Queries | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft E-Mail To Counsel re Answer Queries | $400.00/hr | 0.10 | 40.00 |

**Respondent Claim 19 Exhibit 6**

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/29/2023 | WR | Draft E-Mail To Counsel re Answer Issues | $400.00/hr | 0.10 | 40.00 |
| | WR | Phone Counsel - Attempt to Negotiate Settlement | $400.00/hr | 0.80 | 320.00 |
| | WR | Forward E-Mail from Counsel to Bevin With Documentation for Execution | $400.00/hr | 0.10 | 40.00 |
| 3/30/2023 | WR | Review E-Mail from Ron Confirming Delivery of Docs to WB from His Attorney | $400.00/hr | 0.10 | 40.00 |
| | WR | Draft E-Mail to Burns re Uninsured Vehicle Storage | $400.00/hr | 0.10 | 40.00 |
| | WR | Review E-Mail from Ron re Uninsured Vehicle Storage | $400.00/hr | 0.10 | 40.00 |
| | WR | Draft E-Mail to Burns re No Uninsured Vehicle Storage | $400.00/hr | 0.10 | 40.00 |
| | WR | Review E-Mail From Burns re Location of Uninsured Vehicle | $400.00/hr | 0.10 | 40.00 |
| 4/1/2023 | WR | Review E-Mail From Burns re Chapter 13 Plan | $400.00/hr | 0.10 | 40.00 |
| 4/4/2023 | WR | Draft E-Mail to Kay re Authorization to Release Info to WB's Counsel | $400.00/hr | 0.10 | 40.00 |
| | WR | Review E-Mail from Burns re Hot Tub | $400.00/hr | 0.10 | 40.00 |
| | WR | Draft E-Mail to John re No Hot Tub | $400.00/hr | 0.10 | 40.00 |
| | WR | Draft E-Mail to Counsel for Bevan re Authorization to Release Information | $400.00/hr | 0.10 | 40.00 |
| | WR | Review Executed Authorization | $400.00/hr | 0.10 | 40.00 |
| | WR | Draft E-Mail to Ron re Medical Eligibility | $400.00/hr | 0.10 | 40.00 |
| | WR | Draft Response In Support of Motion to Enforce re Impacting Discharge Location | $400.00/hr | 1.50 | 600.00 |
| | WR | Draft Response In Support of Motion to Enforce re Impacting Discharge Location | $400.00/hr | 1.00 | 400.00 |

**Respondent Claim 19 Exhibit 6**

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 4/4/2023 | WR | Phone John re Response In Support of Motion to Enforce re Impacting Discharge Location | $400.00/hr | 0.10 | 40.00 |
| 4/5/2023 | WR | Attend Discharge Plan Meeting | $400.00/hr | 0.50 | 200.00 |
| | WR | Review E-Mail from John re Discharge Interfering With Bankruptcy | $400.00/hr | 0.10 | 40.00 |
| | WR | Phone John re Discharge Interfering With Bankruptcy - LDRMTCB | $400.00/hr | 0.10 | 40.00 |
| | WR | Draft Detailed E-Mail to John re Discharge Exigencies | $400.00/hr | 0.20 | 80.00 |
| | WR | Phone Associate re Discharge Interfering With Bankruptcy | $400.00/hr | 0.20 | 80.00 |
| | WR | Draft E-Mail to  Attorney for Bevan re Discharge Exigencies | $400.00/hr | 0.20 | 80.00 |
| | WR | Draft E-Mail to  Attorney for Bevan re Discharge & Moore Esquire's Actions | $400.00/hr | 0.20 | 80.00 |
| | WR | Draft E-Mail to  Attorney for Bevan re Scope of Discharge Zoom & Moore Esquire's Actions | $400.00/hr | 0.10 | 40.00 |
| | WR | Review Notice of Record Received | $400.00/hr | 0.10 | 40.00 |
| | WR | Draft E-Mail to Burns re Potential Discharge Locations | $400.00/hr | 0.10 | 40.00 |
| 4/6/2023 | WR | Draft E-Mail to Counsel re Status of BK Filing | $400.00/hr | 0.10 | 40.00 |
| | WR | Draft Response in Support of Motion to Enforce Plan (to move forward discharge without bankruptcy interference) | $400.00/hr | 0.50 | 200.00 |
| | WR | Draft Response to E-Mail from Burns re Discharge Plan re Bevan's Funds | $400.00/hr | 0.60 | 240.00 |
| | WR | Draft Response to E-Mail from Burns re Discharge Plan re Laurel Property | $400.00/hr | 0.10 | 40.00 |

**Respondent Claim 19 Exhibit 6**

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 4/7/2023 | WR | Review E-Mail Exchange between Burns & Moore re Discharge Location | $400.00/hr | 0.20 | 80.00 |
|  |  | For professional services rendered |  | 9.30 | $3,720.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 9.30 | 400.00 | $3,720.00 |
| For professional services rendered | 9.30 |  | $3,720.00 |

**Respondent Claim 19 Exhibit 6**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland  21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

April 22, 2023

HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101
Matter Caption: William Bevan

Matter Identification Number: 50117483

Institution Number:

Institution Name: Manor Care Wheaton

Firm Name: Rudow Law Group, LLC

Date Range: 4-8-23 - 4-22-23

Invoice No. 19814

Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 4/10/2023 | WR | Review Reply re Discharge Location in BK Court | $400.00/hr | 0.20 | 80.00 |
| 4/11/2023 | WR | Review HOA Reply | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review Attorney Affidavit for BK Motion | $400.00/hr | 0.10 | 40.00 |
| 4/12/2023 | WR | Draft E-Mail to Ron re Medical Authorizations | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft E-Mail to Counsel re Discharge Plan | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft E-Mail to Counsel re Safe Discharge | $400.00/hr | 0.10 | 40.00 |
|  | WR | Phone Ron re Status of Discharge Plan | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft E-Mail to Christina re 3871B | $400.00/hr | 0.10 | 40.00 |

**Respondent Claim 19 Exhibit 6**

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 4/12/2023 | WR | Attend Zoom Meeting re Safe Discharge Plan | $400.00/hr | 0.30 | 120.00 |
|  | WR | Phone Ron re Strategy | $400.00/hr | 0.10 | 40.00 |
|  | WR | Briefly Review Involuntary Discharge Hearing Transcript | $400.00/hr | 0.20 | 80.00 |
| 4/13/2023 | WR | Review Hearing Notice re Enforce Plan | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review Request for Hearing - Expedited | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft E-Mail to Ron re Strategy re Safe Discharge to New Facility | $400.00/hr | 0.10 | 40.00 |
| 4/19/2023 | WR | Phone Burns re Discharge Timing | $400.00/hr | 0.20 | 80.00 |
|  | WR | Attend Zoom Safe Discharge Planning Meeting | $400.00/hr | 0.40 | 160.00 |
|  | WR | Set Up Future Zoom Safe Discharge Planning Meeting | $400.00/hr | 0.10 | 40.00 |
|  | WR | Phone Burns re Emergency Hearing re Discharge to Rockville | $400.00/hr | 0.30 | 120.00 |
|  | WR | Review Pleading re Emergency Hearing re Discharge to Rockville | $400.00/hr | 0.20 | 80.00 |
| 4/21/2023 | WR | Prep for Hearing re Safe Discharge - Rockville | $400.00/hr | 0.20 | 80.00 |
|  | WR | Review Affidavit re Moore for Hearing re Safe Discharge - Rockville | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft E-Mail to Court re Hearing re Safe Discharge - Rockville | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft E-Mail to Ron re Hearing re Safe Discharge - Rockville | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review E-Mail from the Court re Hearing re Safe Discharge - Rockville | $400.00/hr | 0.10 | 40.00 |
|  | WR | Phone Burns re Court re Hearing re Safe Discharge - Rockville | $400.00/hr | 0.20 | 80.00 |

**Respondent Claim 19 Exhibit 6**

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 4/21/2023 | WR | Line re Admonishment re Hearing re Safe Discharge - Rockville | $400.00/hr | 0.10 | 40.00 |
|  | WR | E-Mail Blast from Burns re Admonishment re Hearing re Safe Discharge - Rockville | $400.00/hr | 0.10 | 40.00 |
|  | WR | Phone Burns re Hearing re Safe Discharge - Rockville | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review E-Mail re Hearing re Safe Discharge - Rockville | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review E-Mail from Burns to Court re Hearing re Safe Discharge - Rockville | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review E-Mail from Levin to Bevan re Mail | $400.00/hr | 0.10 | 40.00 |
|  |  | For professional services rendered |  | 4.40 | $1,760.00 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 4.40 | 400.00 | $1,760.00 |
| For professional services rendered | 4.40 |  | $1,760.00 |

**Respondent Claim 19 Exhibit 6**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland 21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

May 1, 2023

HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101
Matter Caption: William Bevan

Matter Identification Number: 50117483

Institution Number:

Institution Name: Manor Care Wheaton

Firm Name: Rudow Law Group, LLC

Date Range: 4-23-23 - 5-1-23

Invoice No. 19815

Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 4/23/2023 | WR | Draft E-Mail to Counsel re Hearing Logistics | $400.00/hr | 0.10 | 40.00 |
| 4/24/2023 | WR | Review E-Mail from Ron re Hearing Logistics | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft E-Mail from Ron re Hearing Attendance | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review E-Filings re Hearing | $400.00/hr | 0.20 | 80.00 |
|  | WR | Prep for Hearing | $400.00/hr | 0.40 | 160.00 |
|  | WR | Attend Hearing | $400.00/hr | 1.10 | 440.00 |
|  | WR | Review Detailed E-Mail from Burns re Status of BK | $400.00/hr | 0.10 | 40.00 |
| 4/25/2023 | WR | Review Request to Move into Rockville filed in BK Court | $400.00/hr | 0.20 | 80.00 |

**Respondent Claim 19 Exhibit 6**

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 4/25/2023 | WR | Phone Burns re Recent Filing | $400.00/hr | 0.10 | 40.00 |
| | WR | Review Request for expedited Hearing re Move into Rockville filed in BK Court | $400.00/hr | 0.10 | 40.00 |
| | WR | Draft Appellate Brief | $400.00/hr | 1.10 | 440.00 |
| 4/30/2023 | WR | Review Motion for Hearing | $400.00/hr | 0.10 | 40.00 |
| | WR | Review Motion To Shorten Time re Sale | $400.00/hr | 0.10 | 40.00 |
| | WR | Review Bevan Response to Hearing Levin Burns | $400.00/hr | 0.10 | 40.00 |
| | WR | Review Burns E-Mail re Bevan Appearance in Court | $400.00/hr | 0.10 | 40.00 |
| | WR | Review Old Georgetown HOA Objection to WB Motion | $400.00/hr | 0.10 | 40.00 |
| | WR | Review Doc 171 Line Updating Court re Bizarre Behavior | $400.00/hr | 0.10 | 40.00 |
| | WR | Review Doc 172 2nd Mot to Sell Rockville | $400.00/hr | 0.10 | 40.00 |
| 5/1/2023 | WR | Review Letter re Sale from Buyer in Line to Court | $400.00/hr | 0.10 | 40.00 |
| | WR | Review Order re Motion to Sell Free & Clear [2nd] | $400.00/hr | 0.10 | 40.00 |
| | | For professional services rendered | | 4.50 | $1,800.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 4.50 | 400.00 | $1,800.00 |
| For professional services rendered | 4.50 | | $1,800.00 |

**Respondent Claim 19 Exhibit 6**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland  21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

May 18, 2023

HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101

Matter Caption: William Bevan

Matter Identification Number: 50117483

Institution Number:

Institution Name: Manor Care Wheaton

Firm Name: Rudow Law Group, LLC

Date Range: 5-2-23 - 5-18-23

Invoice No. 19819

Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 5/2/2023 | WR | Draft Detailed Response to E-Mail from Burns re Storage | $400.00/hr | 0.40 | 160.00 |
|  | WR | Phone Ron re Strategy re Discharge as Relates to Bankruptcy | $400.00/hr | 0.20 | 80.00 |
|  | WR | Zoom Meeting re Safe Discharge | $400.00/hr | 0.60 | 240.00 |
|  | WR | Prep for Hearing | $400.00/hr | 0.30 | 120.00 |
| 5/3/2023 | WR | Travel to Court | $400.00/hr | 1.40 | 560.00 |
|  | WR | At Court - Continued | $400.00/hr | 0.30 | 120.00 |
|  | WR | Travel from Court | $400.00/hr | 1.00 | 400.00 |

**Respondent Claim 19 Exhibit 6**

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 5/3/2023 | WR | Review Motion to Consolidate Hearings | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review E-Mail from Burns re Tangible Personal Property | $400.00/hr | 0.10 | 40.00 |
| 5/4/2023 | WR | Draft Responsive E-Mail to Burns re Tangible Personal Property | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review Doc 181 Court Order re Hearing | $400.00/hr | 0.10 | 40.00 |
| 5/8/2023 | WR | Attempt to Negotiate Tangible Personal Property Issues with Burns | $400.00/hr | 0.40 | 160.00 |
| 5/9/2023 | WR | Review 1st Mortgage Holder Reply - Doc 184 | $400.00/hr | 0.10 | 40.00 |
| 5/11/2023 | WR | Phone Ron re Strategy | $400.00/hr | 0.50 | 200.00 |
|  | WR | Draft E-Mail to Burns re Hearing on 5-16-23 re Sale of Rockville / Tangible Personal Property | $400.00/hr | 0.20 | 80.00 |
|  | WR | Draft E-Mail to John re Sale Date | $400.00/hr | 0.10 | 40.00 |
|  | WR | Prep for 5-16-23 All Motion Hearing | $400.00/hr | 0.60 | 240.00 |
| 5/12/2023 | WR | Draft Appellee Brief | $400.00/hr | 1.60 | 640.00 |
|  | WR | Draft Appellee Brief | $400.00/hr | 0.20 | 80.00 |
|  | WR | Draft Appellee Brief | $400.00/hr | 0.20 | 80.00 |
|  | WR | Draft Appellee Brief | $400.00/hr | 1.50 | 600.00 |
| 5/14/2023 | WR | Draft Appellate Memo | $400.00/hr | 1.10 | 440.00 |
| 5/15/2023 | WR | Review new pleadings | $400.00/hr | 0.30 | 120.00 |
| 5/16/2023 | WR | Prep for Hearing | $400.00/hr | 0.80 | 320.00 |
|  | WR | Attend Hearing | $400.00/hr | 4.10 | 1,640.00 |
|  | WR | Travel from Hearing | $400.00/hr | 1.10 | 440.00 |

**Respondent Claim 19 Exhibit 6**

|  | | Rate | Hours | Amount |
|---|---|---|---|---|
| 5/16/2023  WR | Travel to Hearing | $400.00/hr | 0.90 | 360.00 |
| | For professional services rendered | | 18.30 | $7,320.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 18.30 | 400.00 | $7,320.00 |
| For professional services rendered | 18.30 | | $7,320.00 |

**Respondent Claim 19 Exhibit 6**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland  21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

May 26, 2023

HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101
Matter Caption: William Bevan

Matter Identification Number: 50117483

Institution Number:

Institution Name: Manor Care Wheaton

Firm Name: Rudow Law Group, LLC

Date Range: 5-19-23 - 5-26-23

Invoice No. 19820

Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 5/19/2023 | WR | Draft Appellee Brief | $400.00/hr | 2.40 | 960.00 |
|  | WR | Draft Appellee Brief | $400.00/hr | 0.20 | 80.00 |
| 5/20/2023 | WR | Review Pleadings from Burns re Withdraw of Counsel | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review Pleadings from Matt Bevan re No Dismissal | $400.00/hr | 0.10 | 40.00 |
| 5/21/2023 | WR | Draft Appellate Brief | $400.00/hr | 2.70 | 1,080.00 |
| 5/22/2023 | WR | Draft Appellee Brief | $400.00/hr | 1.80 | 720.00 |
|  | WR | Phone Levine re Status Update | $400.00/hr | 0.30 | 120.00 |

**Respondent Claim 19 Exhibit 6**

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 5/22/2023 | WR | Review Pleading by Levine re His Authority | $400.00/hr | 0.10 | 40.00 |
| 5/23/2023 | WR | Draft Pleading Supporting Conversion for Wheaton's Invoices | $400.00/hr | 0.20 | 80.00 |
| 5/24/2023 | WR | Draft Supplemental Response to Enforce Ch 13 | $400.00/hr | 0.40 | 160.00 |
|  | WR | Draft Line Requesting Ruling on Objection to Exemption | $400.00/hr | 0.50 | 200.00 |
|  | WR | Draft Response to Motion to Convert | $400.00/hr | 0.90 | 360.00 |
|  | WR | Draft Response to Motion to Convert | $400.00/hr | 1.20 | 480.00 |
|  | WR | Review Levine Request for Instructions | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review Trustee Motion to Prohibit Future BK FIling | $400.00/hr | 0.20 | 80.00 |
|  | WR | Review Court Notice re Hearing 6-13-23 | $400.00/hr | 0.10 | 40.00 |
| 5/25/2023 | WR | Draft Pleadings re Remote Hearing | $400.00/hr | 0.40 | 160.00 |
|  | WR | Reply to E-Mail from Burns re Strategy | $400.00/hr | 0.20 | 80.00 |
|  | WR | Review JB Omnibus Response | $400.00/hr | 0.20 | 80.00 |
| For professional services rendered |  |  |  | 12.10 | $4,840.00 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 12.10 | 400.00 | $4,840.00 |
| For professional services rendered | 12.10 |  | $4,840.00 |

**Respondent Claim 19 Exhibit 6**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland  21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

June 15, 2023

HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101
Matter Caption: William Bevan

Matter Identification Number: 50117483

Institution Number:

Institution Name: Manor Care Wheaton

Firm Name: Rudow Law Group, LLC

Date Range: 5-27-23 - 6-13-23

Invoice No. 19825

Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 5/31/2023 | WR | Attend Teams Meeting re Bevan Safe Discharge Plan | $400.00/hr | 1.00 | 400.00 |
| 6/6/2023 | WR | Review Reply | $400.00/hr | 0.20 | 80.00 |
| 6/11/2023 | WR | Prep for Hearing 6-13-23 | $400.00/hr | 0.70 | 280.00 |
|  | WR | Phone Burns re Hearing 6-13-23 | $400.00/hr | 0.10 | 40.00 |
| 6/12/2023 | WR | Draft E-Mail to Clerk re Hearing | $400.00/hr | 0.20 | 80.00 |
|  | WR | Draft E-Mail to Clerk re Hearing | $400.00/hr | 0.10 | 40.00 |
|  | WR | Phone Ross re Strategy for Ch 7 | $400.00/hr | 0.50 | 200.00 |
| 6/13/2023 | WR | Review E-Mail from Court re Hearing Access | $400.00/hr | 0.10 | 40.00 |

**Respondent Claim 19 Exhibit 6**

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 6/13/2023 | WR | Prep for Hearing | $400.00/hr | 0.10 | 40.00 |
| | WR | Prep for Bevin Hearing | $400.00/hr | 0.30 | 120.00 |
| | WR | Attend Bevin Hearing | $400.00/hr | 3.70 | 1,480.00 |
| | WR | Draft E-Mail to Ron re Statement | $400.00/hr | 0.10 | 40.00 |
| | | For professional services rendered | | 7.10 | $2,840.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 7.10 | 400.00 | $2,840.00 |
| For professional services rendered | 7.10 | | $2,840.00 |

**Respondent Claim 19 Exhibit 6**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland 21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

July 6, 2023

HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101

Matter Caption: William Bevan

Matter Identification Number: 50117483

Institution Number:

Institution Name: Manor Care Wheaton

Firm Name: Rudow Law Group, LLC

Date Range: 6-14-23 - 7-6-23

Invoice No. 19832

Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 6/14/2023 | WR | Review Order Filed by Court | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review New Chapter 7 Filings by Court | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review Order Deny Entry | $400.00/hr | 0.10 | 40.00 |
|  | WR | Phone Ross re Strategy | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review Notice of Assets | $400.00/hr | 0.10 | 40.00 |
|  | WR | Discuss Strategy | $400.00/hr | 0.40 | 160.00 |
| 6/15/2023 | WR | Phone Broker re Status Update re Sale | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft POC Ch 7 | $400.00/hr | 0.20 | 80.00 |

**Respondent Claim 19 Exhibit 6**

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 6/15/2023 | WR | Phone Christi re Status Update | $400.00/hr | 0.30 | 120.00 |
| 6/19/2023 | WR | Draft Proof of Claim | $400.00/hr | 0.40 | 160.00 |
| 6/20/2023 | WR | Phone Clerk re Claim 1/18 LDRMTCB | $400.00/hr | 0.10 | 40.00 |
| 6/21/2023 | WR | Phone Clerk re Claim 1/18 LDRMTCB | $400.00/hr | 0.10 | 40.00 |
| 6/22/2023 | WR | Review Pleading Filed by Trustee re Rockville Sale | $400.00/hr | 0.30 | 120.00 |
|  | WR | Review Pleading Filed by Trustee re Laurel Sale | $400.00/hr | 0.10 | 40.00 |
| 6/23/2023 | WR | Review Order Denying Stay | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review Order Baring Future Filings | $400.00/hr | 0.10 | 40.00 |
| 6/26/2023 | WR | Review Objection to Exemptions | $400.00/hr | 0.10 | 40.00 |
| 6/27/2023 | WR | Review MTD | $400.00/hr | 0.10 | 40.00 |
| 6/28/2023 | WR | Review Motion to Consider/Appeal | $400.00/hr | 0.10 | 40.00 |
| 6/30/2023 | WR | Review Objection to MTD | $400.00/hr | 0.10 | 40.00 |
|  | WR | Phone Clerk re Transcript | $400.00/hr | 0.10 | 40.00 |
| 7/4/2023 | WR | Review Trustee's Response to Motion to Reconsider | $400.00/hr | 0.10 | 40.00 |
| 7/5/2023 | WR | Review Order re Dismissal | $400.00/hr | 0.10 | 40.00 |
| 7/6/2023 | WR | Review Motion for Property Return | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft E-Mail to Levin re Attorney Referral for Motion for Return Property | $400.00/hr | 0.10 | 40.00 |
|  | WR | Phone Clerk re Transcript | $400.00/hr | 0.10 | 40.00 |
|  |  | For professional services rendered |  | 3.70 | $1,480.00 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 3.70 | 400.00 | $1,480.00 |

**Respondent Claim 19 Exhibit 6**

|                                    |      | Amount     |
|------------------------------------|------|------------|
| For professional services rendered | 3.70 | $1,480.00  |

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland  21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

August 3, 2023

HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101

Matter Caption: William Bevan

Matter Identification Number: 50117483

Institution Number:

Institution Name: Manor Care Wheaton

Firm Name: Rudow Law Group, LLC

Date Range: 7-7-23 - 8-3-23

Invoice No. 19837

Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 7/10/2023 | WR | Review Trustee Opposition to Debtor's Motion for Return of Collateral | $400.00/hr | 0.20 | 80.00 |
| 7/26/2023 | WR | Review Order re Sale | $400.00/hr | 0.10 | 40.00 |
| 7/31/2023 | WR | Review E-Mail from Trustee re Status Update | $400.00/hr | 0.10 | 40.00 |
| 8/1/2023 | WR | Review E-Mail from Burns re Bevin Arrest | $400.00/hr | 0.10 | 40.00 |
| 8/2/2023 | WR | Phone Levine - Status Update | $400.00/hr | 0.20 | 80.00 |
| | | For professional services rendered | | 0.70 | $280.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 0.70 | 400.00 | $280.00 |

**Respondent Claim 19 Exhibit 6**

|                                    |      | Amount   |
| ---------------------------------- | ---- | -------- |
| For professional services rendered | 0.70 | $280.00  |

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland  21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

September 6, 2023

Michele Fletcher
HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101
Matter Caption: William Bevan

Matter Identification Number: 5238817-1

Institution Number: 523

Institution Name: Bethesda

Firm Name: Rudow Law Group, LLC

Date Range: 8-4-23 - 9-6-23

Invoice No. 19844

Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/4/2023 | WR | Review Payment | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft E-Mail to Trustee re Payment Amount | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft E-Mail to Trustee re Lis Pendens | $400.00/hr | 0.10 | 40.00 |
|  | WR | Phone Title Company re Lis Pendens | $400.00/hr | 0.30 | 120.00 |
|  | WR | Draft E-Mail to Trustee Detailing Position | $400.00/hr | 0.70 | 280.00 |
|  | WR | Attempt to Negotiate Legal Fee Recovery With Trustee | $400.00/hr | 0.20 | 80.00 |
| 8/5/2023 | WR | Review Bevin Pleadings | $400.00/hr | 0.10 | 40.00 |
| 9/5/2023 | WR | Draft E-Mail to Trustee re Payment of Rest of Claim | $400.00/hr | 0.10 | 40.00 |

**Respondent Claim 19 Exhibit 6**

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 1.70 | $680.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 1.70 | 400.00 | $680.00 |

|  |  | | Amount |
|---|---|---|---|
| For professional services rendered | | 1.70 | $680.00 |

**Respondent Claim 19 Exhibit 6**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland  21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

December 19, 2023

HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101

Matter Caption: William Bevan

Matter Identification Number: 50117483

Institution Number:

Institution Name: Manor Care Wheaton

Firm Name: Rudow Law Group, LLC

Date Range: 9-7-23 - 12-19-23

Invoice No. 19854

Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 9/20/2023 | WR | Draft E-Mail to Ron re MMAP Denial Status | $400.00/hr | 0.10 | 40.00 |
| 9/21/2023 | WR | Review Non-Discharge re No Financial Management Course | $400.00/hr | 0.10 | 40.00 |
| 9/22/2023 | WR | Review Motion to Abandon | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft E-Mail to Ron re MMAP | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft Amended POC | $400.00/hr | 0.80 | 320.00 |
| 9/28/2023 | WR | Draft Updated POC based on New Statements | $400.00/hr | 0.90 | 360.00 |
|  | WR | Draft E-Mail to Ron re Post-Conversion Recovery | $400.00/hr | 0.10 | 40.00 |

**Respondent Claim 19 Exhibit 6**

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/2/2023 | WR | Review Motion to Deny Claim by Bevan Against Sister's Claim | $400.00/hr | 0.10 | 40.00 |
| 10/3/2023 | WR | Draft E-Mails to Ron re Authorization to Pursue Post-Petition Fees - MMAP Denial Status Update Request | $400.00/hr | 0.10 | 40.00 |
| 11/7/2023 | WR | Draft Response to Motion to Strike ManorCare's Response | $400.00/hr | 1.60 | 640.00 |
| | WR | Review Burns Legal Fees | $400.00/hr | 0.30 | 120.00 |
| 11/8/2023 | WR | Draft Objection to Opposition to Contempt Against Ron | $400.00/hr | 0.50 | 200.00 |
| 11/16/2023 | WR | Draft Detailed Letter to US Trustee re Burns's Legal Fee Application | $400.00/hr | 0.50 | 200.00 |
| | WR | Phone US Trustee re BK Issues | $400.00/hr | 2.00 | 800.00 |
| 11/17/2023 | WR | Phone Ron re Strategy | $400.00/hr | 0.60 | 240.00 |
| 11/21/2023 | WR | Review Motion to Object to JB Lgl Fees | $400.00/hr | 0.10 | 40.00 |
| 11/30/2023 | WR | Phone Ron re Status Update | $400.00/hr | 0.20 | 80.00 |
| | WR | Review Sanctions Order | $400.00/hr | 0.20 | 80.00 |
| 12/4/2023 | WR | Review Objection to Fee App Burns | $400.00/hr | 0.80 | 320.00 |
| | WR | Review Response to MTN to remove docs | $400.00/hr | 0.10 | 40.00 |
| 12/7/2023 | WR | Review WB Motion re JB Compensation | $400.00/hr | 0.10 | 40.00 |
| 12/13/2023 | WR | Review Pleading by Bevan for Sanctions v Levin | $400.00/hr | 0.10 | 40.00 |
| 12/19/2023 | WR | Phone Ron re Status Update | $400.00/hr | 0.20 | 80.00 |
| | WR | Review Pleadings re Burns Legal Fees | $400.00/hr | 0.20 | 80.00 |
| | WR | Draft E-Mail to Ron re Status Update | $400.00/hr | 0.10 | 40.00 |

**Respondent Claim 19 Exhibit 6**

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/19/2023 | WR | Phone Devora re Status Update | $400.00/hr | 0.60 | 240.00 |
| | WR | Analyze Fee Objection | $400.00/hr | 0.40 | 160.00 |
| | WR | Draft E-Mail to Devora re Claim | $400.00/hr | 0.10 | 40.00 |
| | WR | Draft E-Mail to Trustee re Payment Timing | $400.00/hr | 0.40 | 160.00 |
| | | For professional services rendered | | 11.50 | $4,600.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 11.50 | 400.00 | $4,600.00 |
| For professional services rendered | 11.50 | | $4,600.00 |

**Respondent Claim 19 Exhibit 6**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland  21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

February 16, 2024

HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101

Matter Caption: William Bevan

Matter Identification Number: 50117483

Institution Number:

Institution Name: Manor Care Wheaton

Firm Name: Rudow Law Group, LLC

Date Range: 12-20-23 - 2-16-24

Invoice No. 19871

Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/27/2023 | WR | Phone Clerk re Scope of 1-25-24 Hearing | $400.00/hr | 0.20 | 80.00 |
| 12/29/2023 | WR | Review Order Striking Response by Bevan to Legal Fees of Burns | $400.00/hr | 0.10 | 40.00 |
| | WR | Phone Clerk re Scope of Hearing | $400.00/hr | 0.10 | 40.00 |
| 1/2/2024 | WR | Phone Clerk re Case Status | $400.00/hr | 0.40 | 160.00 |
| | WR | Draft E-Mail to Moore re Case Status | $400.00/hr | 0.10 | 40.00 |
| | WR | Draft E-Mail to Trustee re Payment Status | $400.00/hr | 0.10 | 40.00 |
| 1/8/2024 | WR | Phone Ron re Status Update | $400.00/hr | 0.50 | 200.00 |

**Respondent Claim 19 Exhibit 6**

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 1/9/2024 | WR | Review Order re New Hearing | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review January Invoice | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review Appellate Ruling re Involuntary Discharge - Staying Case | $400.00/hr | 0.10 | 40.00 |
|  | WR | Research Appellate Ruling re Involuntary Discharge - Staying Case | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft E-Mail to Ron re Appellate Ruling re Involuntary Discharge - Staying Case | $400.00/hr | 0.10 | 40.00 |
| 1/10/2024 | WR | Reply to E-Mail from US Trustee re Burns Hearing | $400.00/hr | 0.20 | 80.00 |
|  | WR | Replies to E-Mail from US Trustee re Burns Hearing | $400.00/hr | 0.10 | 40.00 |
|  | WR | Phone Ron re Attorney-Client Privilege | $400.00/hr | 0.40 | 160.00 |
|  | WR | Draft E-Mail to Ron re DHS Denial | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft E-Mail to Devorah re DHS Medicaid Denial | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft E-Mail to US Trustee re Burns Communications | $400.00/hr | 0.50 | 200.00 |
|  | WR | Phone Moore re Involuntary Discharge | $400.00/hr | 0.40 | 160.00 |
|  | WR | Review 2nd DHS Denial | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft E-Mail to Moore re DHS Denials | $400.00/hr | 0.10 | 40.00 |
| 1/11/2024 | WR | Draft E-Mail to Devorah re Strategy | $400.00/hr | 0.20 | 80.00 |
|  | WR | Review E-Mail from Moore re Meeting With Bevan | $400.00/hr | 0.10 | 40.00 |
| 1/12/2024 | WR | Draft E-Mail to Moore re Meeting With Bevan | $400.00/hr | 0.10 | 40.00 |
| 1/17/2024 | WR | Draft Updated Proof of Claim 19 3rd Amended | $400.00/hr | 1.30 | 520.00 |
| 1/22/2024 | WR | Draft E-Mail to Devorah & Ron re Status Update | $400.00/hr | 0.10 | 40.00 |

**Respondent Claim 19 Exhibit 6**

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 1/22/2024 | WR | Reply to E-Mail to Devorah & Ron re New Invoices | $400.00/hr | 0.10 | 40.00 |
| 1/23/2024 | WR | Review E-Mail from Devora re January Invoice | $400.00/hr | 0.10 | 40.00 |
|  | WR | Draft Reply to E-Mail from Devora re February & March Invoices | $400.00/hr | 0.10 | 40.00 |
| 1/31/2024 | WR | Review Motion for Extended Hearing | $400.00/hr | 0.10 | 40.00 |
| 2/1/2024 | WR | Draft E-Mail to US Trustee re Hearing Date | $400.00/hr | 0.20 | 80.00 |
|  | WR | Review Order re Hearing | $400.00/hr | 0.10 | 40.00 |
|  | WR | Reschedule Flight from Hearing | $400.00/hr | 0.20 | 80.00 |
| 2/2/2024 | WR | Review E-Mail from US Trustee re Hearing | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review Order re Hearing | $400.00/hr | 0.10 | 40.00 |
|  | WR | Schedule Transport for Hearing | $400.00/hr | 0.40 | 160.00 |
| 2/14/2024 | WR | Review Emergency Motion for Continuance | $400.00/hr | 0.20 | 80.00 |
| 2/15/2024 | WR | Review Orenstein's Entrance of Appearance | $400.00/hr | 0.10 | 40.00 |
|  |  | For professional services rendered |  | 7.60 | $3,040.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 7.60 | 400.00 | $3,040.00 |
| For professional services rendered | 7.60 |  | $3,040.00 |

**Respondent Claim 19 Exhibit 6**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland  21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

March 29, 2024

HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101
Matter Caption: William Bevan

Matter Identification Number: 50117483

Institution Number:

Institution Name: Manor Care Wheaton

Firm Name: Rudow Law Group, LLC

Date Range: 2-17-24 - 3-29-24

Invoice No. 19878

Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 2/19/2024 | WR | Review E-Mail from Devorah re Invoice | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review Burns Counsel Ent. Appearance | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review Burns Answer | $400.00/hr | 0.20 | 80.00 |
| 2/20/2024 | WR | Review Motion to Quash | $400.00/hr | 0.10 | 40.00 |
| 3/3/2024 | WR | Draft E-Mail to Ron re Status Update | $400.00/hr | 0.30 | 120.00 |
| 3/4/2024 | WR | Review E-Mail from Devorah re Status Update | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review E-Mail from Ron re 3-24- Invoice | $400.00/hr | 0.10 | 40.00 |
| 3/6/2024 | WR | Review Entrance of Appearance for Bevan | $400.00/hr | 0.20 | 80.00 |

**Respondent Claim 19 Exhibit 6**

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 3/18/2024 | WR | Draft E-Mail to Devorah re Status Update re Hearing Date | $400.00/hr | 0.10 | 40.00 |
| | WR | Draft E-Mail to US Trustee re Status update re Hearing Date | $400.00/hr | 0.10 | 40.00 |
| | WR | Review E-Mail from US Trustee re Hearing Dates | $400.00/hr | 0.10 | 40.00 |
| 3/23/2024 | WR | Review Order Re Hearing | $400.00/hr | 0.10 | 40.00 |
| | | For professional services rendered | | 1.60 | $640.00 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 1.60 | 400.00 | $640.00 |
| For professional services rendered | 1.60 | | $640.00 |

**Respondent Claim 19 Exhibit 6**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland  21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

July 31, 2024

HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101
Matter Caption: William Bevan

Matter Identification Number: 50117483

Institution Number:

Institution Name: Manor Care Wheaton

Firm Name: Rudow Law Group, LLC

Date Range: 3-30-24 - 7-31-24

Invoice No. 19913

Professional Services

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 4/25/2024 | WR | Phone Ron re Contact for Bevin Funds Access | $400.00/hr | 0.40 | 160.00 |
| 5/6/2024 | WR | Review E-Mail from Devorah re Medicaid | $400.00/hr | 0.10 | 40.00 |
| 5/7/2024 | WR | Research 2023 Changes to 11-504 re Retirement Accounts | $400.00/hr | 0.40 | 160.00 |
| | WR | Draft Detailed E-Mail to Devorah re Medicaid Denial | $400.00/hr | 0.30 | 120.00 |
| 5/8/2024 | WR | Review E-Mail from Moore, Esq. re Bevan | $400.00/hr | 0.10 | 40.00 |
| 5/13/2024 | WR | Draft Amended POC | $400.00/hr | 0.90 | 360.00 |
| 5/16/2024 | WR | Review Emergency Motion to Postpone | $400.00/hr | 0.20 | 80.00 |

**Respondent Claim 19 Exhibit 6**

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 5/19/2024 | WR | Review Opposition to Continuance | $400.00/hr | 0.10 | 40.00 |
| 5/20/2024 | WR | Review Reply re Continuance | $400.00/hr | 0.10 | 40.00 |
| 5/22/2024 | WR | Review Amended Motion for Continuance | $400.00/hr | 0.10 | 40.00 |
| 5/23/2024 | WR | Review Order re Extension | $400.00/hr | 0.10 | 40.00 |
| 5/30/2024 | WR | Review Order Dismissing Appeal | $400.00/hr | 0.10 | 40.00 |
| 6/14/2024 | WR | Review Bevin's Motions for Damages Against Burns | $400.00/hr | 0.10 | 40.00 |
| 6/23/2024 | WR | Review Notes re Hearing<br>Review Order Striking 2 Pro Se Pleadings | $400.00/hr | 0.10 | 40.00 |
| 6/25/2024 | WR | Review & Reply to E-Mail from Devorah re Status Update | $400.00/hr | 0.10 | 40.00 |
| | WR | Review New Motion to Deny Levine's Fees | $400.00/hr | 0.10 | 40.00 |
| 6/27/2024 | WR | Draft E-Mail to Devorah re Next Step | $400.00/hr | 0.10 | 40.00 |
| | WR | Set Up Zoom Meeting with DG re Speeding Up Process | $400.00/hr | 0.10 | 40.00 |
| 7/1/2024 | WR | Discuss Collection Strategy with Devorah re Zoom | $400.00/hr | 0.90 | 360.00 |
| | WR | Research & E-Mail Info to Devorah re WB Assetts | $400.00/hr | 0.90 | 360.00 |
| 7/2/2024 | WR | Review & Reply to E-Mail from Deborah re Bevin | $400.00/hr | 0.30 | 120.00 |
| 7/3/2024 | WR | Review Opposition to Late Oppositon to Levine Fee App | $400.00/hr | 0.20 | 80.00 |
| 7/5/2024 | WR | Review & Reply to E-Mail from Devorah re Guardianship | $400.00/hr | 0.20 | 80.00 |
| 7/8/2024 | WR | Draft E-Mail to Chapter 7 Trustee re Guardianship of Property | $400.00/hr | 1.30 | 520.00 |
| | WR | Draft E-Mail to Bevin's Attorney re Guardianship of Property | $400.00/hr | 0.50 | 200.00 |

**Respondent Claim 19 Exhibit 6**

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 7/9/2024 | WR | Review New Scheduling Order JB Hearing | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review Opposition to Extension by JB | $400.00/hr | 0.10 | 40.00 |
| 7/10/2024 | WR | Review & Reply to E-Mail from Devorah re Guardianship | $400.00/hr | 0.10 | 40.00 |
| 7/17/2024 | WR | Draft E-Mail to Trustee / Debtor's Counsel re Early Claim Disbursement | $400.00/hr | 0.10 | 40.00 |
| 7/18/2024 | WR | Draft E-Mail to Bevin's Counsel re Guardianship | $400.00/hr | 0.10 | 40.00 |
|  | WR | Phone US Trustee re Burns | $400.00/hr | 0.40 | 160.00 |
|  | WR | Draft E-Mail to US Trustee re Burns | $400.00/hr | 0.50 | 200.00 |
| 7/23/2024 | WR | Review JB Motion to Alter Scheduling Order | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review & Reply to E-Mail from Devorah re Medicaid Request | $400.00/hr | 0.60 | 240.00 |
| 7/24/2024 | WR | Review E-Mail from Devorah re Strategy | $400.00/hr | 0.10 | 40.00 |
|  |  | For professional services rendered |  | 10.00 | $4,000.00 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 10.00 | 400.00 | $4,000.00 |
| For professional services rendered | 10.00 |  | $4,000.00 |

**Respondent Claim 19 Exhibit 6**

**RUDOW LAW GROUP, LLC**
**502 Washington Avenue, Ste 730**
**Baltimore Maryland 21204**
**(410) 542-6000 / Fax (410) 542-9500**
**www.rudowlaw.com**

November 12, 2024

HCR ManorCare Invoice Processing
Center
HCR ManorCare
PO Box 13307
Philidelphia, PA 19101
Matter Caption: William Bevan

Matter Identification Number: 50117483

Institution Number:

Institution Name: Manor Care Wheaton

Firm Name: Rudow Law Group, LLC

Date Range: 8-1-24 - 11-12-24

Invoice No. 19949

Professional Services

|  |  |  | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/9/2024 | WR | Review Trustee Objection to Burns's Discovery Request | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review Trustee Request for Protective order re Burns's Discovery Request | $400.00/hr | 0.10 | 40.00 |
| 8/14/2024 | WR | Review Court Order re Discovery Deadline | $400.00/hr | 0.10 | 40.00 |
| 9/2/2024 | WR | Review & Reply to E-mail from Devorah re Status Update | $400.00/hr | 0.30 | 120.00 |
| 9/10/2024 | WR | Review Legal Aid Motion to Quash Subpoena | $400.00/hr | 0.10 | 40.00 |
|  | WR | Review Order Denying US Trustee Motion for Protective Order | $400.00/hr | 0.10 | 40.00 |

**Respondent Claim 19 Exhibit 6**

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 9/11/2024 | WR | Draft E-Mail to US Trustee re Depo Prep | $400.00/hr | 0.10 | 40.00 |
| 9/23/2024 | WR | Review Order Quashing Legal Aid Bureau Subpoena | $400.00/hr | 0.10 | 40.00 |
| 10/8/2024 | WR | Review E-Mail from Counsel re Discharge Status | $400.00/hr | 0.10 | 40.00 |
| | WR | Review E-Mail from Client re Discharge Status | $400.00/hr | 0.10 | 40.00 |
| 10/9/2024 | WR | Draft E-Mail to Moore, Esq. re Status Update | $400.00/hr | 0.10 | 40.00 |
| 11/4/2024 | WR | Review E-Mail from Moore re Motorhome | $400.00/hr | 0.10 | 40.00 |
| | WR | Draft E-Mail to Ron re E-Mail from Moore re Motorhome | $400.00/hr | 0.10 | 40.00 |
| | WR | Phone Ron re Mobile Home | $400.00/hr | 0.40 | 160.00 |
| | WR | Set Up Discharge Meeting Zoom incl emails | $400.00/hr | 0.20 | 80.00 |
| | WR | Draft E-Mail to Moore re Meeting | $400.00/hr | 0.10 | 40.00 |
| 11/5/2024 | WR | Zoom Discharge Meeting Mr. Bevin / Ron Colbert / Ms. Moore / Mr. Dubois / Andrea? Social Worker | $400.00/hr | 1.50 | 600.00 |
| 11/6/2024 | WR | Review E-Mail from Ron re Motorhome Discharge | $400.00/hr | 0.10 | 40.00 |
| 11/7/2024 | WR | Review Witness List | $400.00/hr | 0.10 | 40.00 |
| | WR | Review Updated Notice of Hearing | $400.00/hr | 0.10 | 40.00 |
| | WR | Prep for Hearing | $400.00/hr | 0.50 | 200.00 |
| | WR | Review Hearing Protocols as E-Mailed by Judge | $400.00/hr | 0.10 | 40.00 |
| 11/8/2024 | WR | Review Pleadings re Hearing | $400.00/hr | 0.10 | 40.00 |
| 11/11/2024 | WR | Review Motion to Continue | $400.00/hr | 0.30 | 120.00 |
| | WR | Draft E-Mail to Ron re Motion to Continue | $400.00/hr | 0.10 | 40.00 |
| | WR | Analyze Motion to Continue | $400.00/hr | 0.20 | 80.00 |

**Respondent Claim 19 Exhibit 6**

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 11/11/2024 | WR | Review In-Person v Remote Option via Previous Pleadings | $400.00/hr | 0.20 | 80.00 |
| 11/12/2024 | WR | Prep for Hearing | $400.00/hr | 0.50 | 200.00 |
| | WR | Prep for Hearing With US Trustee | $400.00/hr | 0.50 | 200.00 |
| | WR | Draft E-Mail to Ron re Hearing Continuance & Disbursement Timing | $400.00/hr | 0.10 | 40.00 |
| | WR | Draft E-Mail to US Trustee re Flight Cancellation | $400.00/hr | 0.10 | 40.00 |
| | WR | Draft & E-File Updated Proof of Claim | $400.00/hr | 0.90 | 360.00 |
| | | For professional services rendered | | 7.60 | $3,040.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William M. Rudow | 7.60 | 400.00 | $3,040.00 |
| For professional services rendered | 7.60 | | $3,040.00 |

**Respondent Claim 19 Exhibit 6**