MONTCARE AT WHEATON
11901 Georgia Ave
 MD 20854-
(301) 942-2500

| Amount Due | Due By | Statement Date |
|---|---|---|
| 24,465.31 | Upon Receipt | 06/05/25 |

WILLIAM  BEVAN
11719 DEVILWOOD DR
POTOMAC, MD 20854

**Resident:** **Bevan, William**    **ID:** 106

| Date | Description | Period | Days/Units | Rate | Charge | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 12/01/24 | Room & Board | 12/01/24-12/31/24 | 31 | 607.01 | 18,817.31 | | 18,817.31 |
| 03/31/25 | Patient Liability/Social Security | 01/2025 | | | 2,824.00 | | 21,641.31 |
| 03/31/25 | Patient Liability/Social Security | 02/2025 | | | 2,824.00 | | 24,465.31 |

Payment is Due Upon Receipt                                    Total Due:    24,465.31

PAYMENT DUE UPON RECEIPT OF INVOICE. REFER INQUIRIES TO OUR TOLL FREE # 877-567-0402 OR EMAIL US AT WheatonFinance@fcc-corp.com
IN ORDER TO EXPEDITE THE PROCESSING OF PAYMENTS, WE NOW OFFER THE OPTION TO PAY FOR THIS INVOICE VIA PHONE OR BY EMAILING A PICTURE OF THE CHECK.

Please notify us as soon as available liquid funds are at $50,000 to initiate the transition and apply for Medicaid Eligibility

**Respondent Claim 19 Exhibit 8**