William Bevan  Case 22-12609                                           Claim 19, Exhibit 5 explanation

**Claim 19, exhibit 5, page 6/15:**

- 8/31/22 -3/1/23 = Total balance of $23,425.20 (court order dated 3/16/23)

**Claim 19, Exhibit 5, page 8/15:**

- 4/1/23 – 4/30/23 = Total balance of $2,847.00
- 5/1/23 – 5/31/23 = Total balance of $2,847.00
- 6/1/23 – 6/13/23 = Total balance of $1,233.70.
  Calculation of June 2023 charge is as follows: Full month charge is $2,847.00. Divide that by 30 days of the month and we get a charge of $94.90 per day of the month.
  $94.90 x 13 days of June = $1233.70.

  ● **Total charge for 4/1/23 – 6/13/23 = $6,927.70**
  **Adding the previous balance of $23,425.20, we get a total of $30,352.90 due from 8/31/22 – 6/13/23.**

**Claim 19, Exhibit 5, page 9/15:**

- 6/14/23 – 6/30/23 = Total balance of $1,613.30
  Calculation of June 2023 charge is as follows: Full month charge is $2,847.00. Divide that by 30 days of the month and we get a charge of $94.90 per day of the month.
  $94.90 x 17 days of June = $1,613.30

- 7/1/23 – 12/31/23 = Total balance of $17,052.00
  Calculation of above balance is $2,842.00 per month x 6 months.

  ● **Total charge for 6/14/23 – 12/31/23 = $18,665.30**

**Claim 19, Exhibit 5, page 10/15:**

**TOTAL CHARGE FOR 8/31/22 – 12/31/22 = $49,018.20**
Calculation for above is $30,352.90 + 18,665.30.

** Please disregard the 01/2024 charge of $2,936.00 as page 13/15 has the updated charge for that month.

**Claim 19, Exhibit 5, page 11/15:**

**Respondent Claim 19 Exhibit 9**

William Bevan  Case 22-12609                                              Claim 19, Exhibit 5 explanation

- ($78,220.00 in legal fees per invoice dated 12/19/23 in addition to $49,018.20 = $127,238.20.)
  *Per page 12/15 this legal fee bill and calculation is incorrect*

**Claim 19, Exhibit 5, page 12/15:**

- Corrected invoice dated 12/13/23 showing an updated amount of $46,970.00 in legal fees instead of the previous $78,220.00 stated on page 11/15.

- ($46,970.00 legal fees + $49,018.20 service charge from 8/31/22 – 12/31/23 = $95,988.20)

**Claim 19, Exhibit 5, page 13/15:**

- Service charge for 01/01/24 – 5/31/24 = $76,363.82.

- $30,352.90  (8/31/22 – 6/13/23 service charge) + $18,665.30 (6/14/23 – 12/31/23 service charge) = $49,018.20

- $49,018.20 (8/31/22 – 12/31/23 service charge) + $76,363.82 (1/1/24 -5/31/24 service charge) = $125,382.02

- $125,382.02 total amount of service charges from 8/31/22 – 5/31/24 + $46,970.00 legal fees (per page 12) = $172,352.02

**Claim 19, Exhibit 5, page 14/15:**

- Updated legal fee bill through 11/12/24 showing a total balance of $54,010.00. This is $7,040.00 more in fees since the previous bill dated 12/13/23 for $46,970.00.
  $54,010.00 - $46,970.00 = $7,040.00

**Claim 19, Exhibit 5, page 15/15:**

- $172,352.02 in service fees from 8/31/22 – 5/31/24 and old legal fees + $7,040.00 in new legal fees = $179,392.02 + $102, 960.15 in service charges 6/1/24 – 11/30/24  = **$282,352.17**

**Respondent Claim 19 Exhibit 9**

William Bevan  Case 22-12609                                              Claim 19, Exhibit 5 explanation

Additional charges:

12/01/24 – 12/31/24 = $18,817.31

1/1/25 – 1/31/25 = $2,824.00

2/1/25 – 2/22/25 = $2,824.00

All above charges in total = $24,465.31

Previous balance of $282,352.17 + $24,465.31 = **$306,871.48**

** $306,871.48 does not include any other legal fees accrued from 11/13/24 – current.

**Respondent Claim 19 Exhibit 9**