# Rudow Law Group, LLC.

## Fee Summary

**Rudow Law Group**
502 Washington Avenue Suite 730, Towson, MD 21204-4525

**Date:** June 6, 2025

**William Bevan**
HCR ManorCare Tenant

| Invoice Date | Invoice Number | Amount Legal Fees | Total Bill | William Rudow | Of Counsel Paralegal |
|---|---|---|---|---|---|
| Initial - 3-18-23 | 19808 | $4,850.00 | $ 4,850.00 | 12.20 | |
| 3-19-23 - 3-26-23 | 19809 | $7,920.00 | $ 7,920.00 | 19.80 | |
| 3-27-23 - 4-7-23 | 19810 | $3,720.00 | $ 3,720.00 | 9.30 | |
| 4-8-23 - 4-22-23 | 19814 | $1,760.00 | $ 1,760.00 | 4.40 | |
| 4-23-23 - 5-1-23 | 19815 | $1,800.00 | $ 1,800.00 | 4.50 | |
| 5-2-23 - 5-18-23 | 19819 | $7,320.00 | $ 7,320.00 | 18.30 | |
| 5-19-23 - 5-26-23 | 19820 | $4,840.00 | $ 4,840.00 | 12.10 | |
| 5-27-23 - 6-13-23 | 19825 | $2,840.00 | $ 2,840.00 | 7.10 | |
| 6-14-23 - 7-6-23 | 19832 | $1,480.00 | $ 1,480.00 | 3.70 | |
| 7-7-23 - 8-3-23 | 19837 | $280.00 | $ 280.00 | 0.70 | |
| 8-4-23 - 9-6-23 | 19845 | $1,880.00 | $ 1,880.00 | 4.70 | |
| 9-7-23 - 12-19-23 | 19854 | $4,600.00 | $ 4,600.00 | 11.50 | |
| 12-20-23 - 2-16-24 | 19871 | $3,040.00 | $ 3,040.00 | 7.60 | |
| 2-17-24 - 3-29-24 | 19878 | $640.00 | $ 640.00 | 1.60 | |
| 3-30-24 - 7-31-24 | 19913 | $4,000.00 | $ 4,000.00 | 10.00 | |
| 8-1-24 - 11-12-24 | 19949 | $3,040.00 | $ 3,040.00 | 7.60 | |
| 11-13-24 - 2-21-25 | 19964 | $6,120.00 | $ 6,120.00 | 15.30 | |
| 2-22-25 - 4-24-25 | 19993 | $2,880.00 | $ 2,880.00 | 7.20 | |
| 4-24-25 - 6-6-25 | 20020 | $7,120.00 | $ 7,120.00 | 17.80 | |
| Total: | | $70,130.00 | $ 70,130.00 | 134.10 | |

**Case Total:** $ 70,130.00

**Total** $70,130.00

Thank you for your business!

502 Washington Avenue Suite 730, Towson, MD 21204-4525 (P) 410-542-6000 (F)410-542-9500

**Respondent Claim 19 Exhibit 10**