IN THE UNITED STATES BANKRUPTCY COURT
**FOR THE DISTRICT OF MARYLAND (Greenbelt)**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | Case No.: 22-12609-LSS |
| WILLIAM C. BEVAN, JR., | * | |
| | * | |
| Debtor. | * | Chapter 7 |
| | * | |

************************************************************************

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 11, 2025, the following persons were served with Creditor, Manor Care of Wheaton MD, LLC's Corrected Line re Contract – Claim 19 and this Certificate of Service electronically via the CM/ECF system:

***By Electronic Mail Upon:***
Daniel M. Press, Esquire - dpress@chung-press.com
Donald L Bell donbellaw@gmail.com,
admin@donbellaw.com,
bell.donaldr125259@notify.bestcase.com
John D. Burns info@burnsbankruptcyfirm.com,
burnslaw3@gmail.com,
burnslaw6@gmail.com,
notices@nextchapterbk.com,

Timothy Stephen Carey timothy.carey@wilsonelser.com,
Rajdeep.Sraun@wilsonelser.com

Anthony Joseph DiPaula ajdipaula@dipaulalaw.com,
cevans@dipaulalaw.com

Justin Philip Fasano jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com,
dmoorehead@mhlawyers.com,
tmackey@mhlawyers.com,
hleaphart@mhlawyers.com,
cmartin@mhlawyers.com,
Fasano.JustinR92003@notify.bestcase.com

Nikita Rajendra Joshi Nikita.Joshi@bww-law.com,
bankruptcy@bww-law.com

Nicole C. Kenworthy bdept@mrrlaw.net

Jeanette Rice Jeanette.Rice@usdoj.gov

M. Evan Meyers bdept@mrrlaw.net

Janet M. Nesse jnesse@mhlawyers.com,
DC0N@ecfcbis.com,
jmnesse@ecf.axosfs.com,
jfasano@mhlawyers.com,
cpalik@mhlawyers.com,
tmackey@mhlawyers.com,
Nesse.JanetR92003@notify.bestcase.com,
kfeig@mhlawyers.com

Jeffrey M. Orenstein jorenstein@wolawgroup.com

Daniel J. Pesachowitz dpesacho@siwpc.com,
rjones@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

Dorothy Carol Sasser dsasser@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com
William Frederick Steinwedel wsteinwedel@mdlab.org,
roithamer21988@gmail.com,
G21117@notify.cincompass.com

 June 11, 2025                                                                            /S/ William Rudow
William M. Rudow, Esquire
William M. Rudow, Esquire
Rudow Law Group, LLC
502 Washington Avenue, Ste 730
Baltimore MD 21204
Fed. Bar No.: 09937
(410) 542-6000
WilliamRudow@RudowLaw.com.com
*Attorney for Creditor, Manor Care of Wheaton MD, LLC*

**I HEREBY CERTIFY** that the terms of the copy of the Creditor, Manor Care of Wheaton MD, LLC's Line re Contract – Claim 19 submitted to the Court are identical to those set forth in the original; and the signature represented by the __/S/__ on the copy submitted to the Court reference the signature of the party obtained on the original.