_____               _____RETAIN

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**               Evidentiary Hrg: Y N
                                                            Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 7

Date: 06/10/2025 Time: 10:00

**CASE: 22-12609 William C Bevan, Jr.**

✓Daniel M. Press representing William C Bevan Jr. (Debtor)

representing Janet M. Nesse and Justin Philip Fasano Janet M. Nesse (Trustee)

L. Jeanette Rice representing U.S. Trustee (U.S. Trustee)

William Frederick Steinwedel representing Maryland Legal Aid Bureau (Other Party)

[541] Objection to Claim Number 1,18 In Re: Manor Care of Bethesda LLC in the Amount of $33602.50. Notice Served on 12/18/2024 Filed by William C Bevan Jr.. Responses due by 1/17/2025.

**MOVANT** : William Bevan BY ✓D Press

[542] Objection to Claim Number 19 In Re: Manor Care of Wheaton MD LLC in the Amount of $278267.65. Notice Served on 12/18/2024 Filed by William C Bevan Jr.. Responses due by 1/17/2025.

**MOVANT** : William Bevan BY D Press

[557] Response on behalf of Manor Care of Bethesda MD, LLC Filed by William Mark Rudow (related document(s) 8 Proposed Order)

[560] Opposition on behalf of ManorCare of Wheaton c/o Rudow Law Group, LLC Filed by William Mark Rudow (related document(s) 7 Certificate of Service)

**MOVANT** : ManorCare of Wheaton c/o Rudow Law Group, LLC BY W Rudow

[579] Respondent Witness List Filed by William Mark Rudow (related document(s) 541 Objection to Claim filed by Debtor William C Bevan). (Rudow, William)Modified on 6/6/2025 to enhance text. (McKenna, Shannon).

**MOVANT** : Manor Care of Bethesda MD, LLC BY W Rudow

[580] Respondent Exhibit List Filed by William Mark Rudow (related document(s) 8 Exhibit 8) (Rudow, William)Modified on 6/6/2025 to enhance text. (McKenna, Shannon).

**MOVANT** : Manor Care of Bethesda MD, LLC BY W Rudow

    [581] Respondent Witness List Filed by William Mark Rudow (related document(s) 542 Objection to Claim filed by Debtor William C Bevan). (Rudow, William)Modified on 6/6/2025 to enhance text. (McKenna, Shannon).

**MOVANT** : ManorCare of Wheaton c/o Rudow Law Group, LLC BY W Rudow

    [582] Respondent Exhibit List Filed by William Mark Rudow (related document(s) 7 Exhibit 7) (Rudow, William)Modified on 6/6/2025 to enhance text. (McKenna, Shannon).

**MOVANT** : ManorCare of Wheaton c/o Rudow Law Group, LLC BY W Rudow

    [584] Respondent's Exhibit List Filed by William Mark Rudow (related document(s) 2 Exhibit 9) (Rudow, William)Modified on 6/6/2025 to enhance text. (McKenna, Shannon).

**MOVANT** : ManorCare of Wheaton c/o Rudow Law Group, LLC BY W Rudow

    [585] Respondent's Exhibit List Filed by William Mark Rudow (related document(s) 1 Exhibit 10) (Rudow, William)Modified on 6/6/2025 to enhance text. (McKenna, Shannon).

**MOVANT** : ManorCare of Wheaton c/o Rudow Law Group, LLC BY W Rudow

DISPOSITIONS:

    Granted_____ Denied_____ Withdrawn_____ Consent_____ Default_____ Under Adv._____

    Moot_____ Dismissed_____ Overruled_____ Sustained_____ O.T.J. Fee_____

    Continued to: _____

DECISION:

    [ ] Signed by Court          [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel      [ ] Court
        [ ] Respondent's counsel  [ ] Other _____

NOTES: Evidentiary hearing on claim objections. Court took matter under advisement.