Entered: June 16th, 2025
Signed: June 13th, 2025
**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **22–12609 – LSS**    Chapter: **7**

**William C Bevan Jr.**
Debtor

## ORDER SETTING BRIEFING SCHEDULE

Upon consideration of the Line [Dkt. No. 587], filed by Respondent, Manor Care of Wheaton MD, LLC, the Court has determined that it would be beneficial to the Court for the parties to brief the issue of whether or not the Respondent Claim 19 Exhibit 4 unsigned contract was accepted/enforceable under Maryland law. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that, no later than Friday, June 27, 2025, Debtor and Respondent shall file memoranda addressing whether or not the Respondent Claim 19 Exhibit 4 unsigned contract was accepted/enforceable under Maryland law; and it is further,

ORDERED, that following receipt of the memoranda, the Court will take these matters under advisement.

cc:   Debtor
       Attorney for Debtor – Daniel M. Press
       Respondent – William Rudow
       Case Trustee – Janet M. Nesse
       U.S. Trustee

**End of Order**