_____                            _____RETAIN

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**               Evidentiary Hrg: Y N
                                                            Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 7

Date: 08/19/2025 Time: 09:30

**CASE: 22-12609 William C Bevan, Jr.**

✓Daniel M. Press representing William C Bevan Jr. (Debtor)

representing Janet M. Nesse and Justin Philip Fasano Janet M. Nesse (Trustee)

L. Jeanette Rice representing U.S. Trustee (U.S. Trustee)

William Frederick Steinwedel representing Maryland Legal Aid Bureau (Other Party)

[542] Objection to Claim Number 19 In Re: Manor Care of Wheaton MD LLC in the Amount of $278267.65. Notice Served on 12/18/2024 Filed by William C Bevan Jr.. Responses due by 1/17/2025.

**MOVANT** : William Bevan BY D Press

   [560] Opposition on behalf of ManorCare of Wheaton c/o Rudow Law Group, LLC Filed by William Mark Rudow (related document(s) 7 Certificate of Service)

**MOVANT** : ManorCare of Wheaton c/o Rudow Law Group, LLC BY ✓W Rudow

DISPOSITIONS:

   Granted_____ Denied_____ Withdrawn_____ Consent_____ Default_____ Under Adv._____

   Moot_____ Dismissed_____ Overruled_____ Sustained_____ O.T.J. Fee_____

   Continued to: _____

DECISION:

   [ ] Signed by Court            [ ] Filed by Counsel
   [ ] To be prepared by:
       [ ] Movant's counsel       [ ] Court
       [ ] Respondent's counsel   [ ] Other _____

NOTES: Oral ruling on claim objections.  Mr. Rudow to prepare orders in accordance with the ruling