Entered: August 22nd, 2025
Signed: August 21st, 2025
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

```
-------------------------------------------------------------X
In re:                                         :    Chapter 7
                                               :
William C Bevan, Jr.                           :    Case No. 22-12609-LSS
            Debtor.                            :
                                               :
-------------------------------------------------------------X
```

### ORDER SUSTAINING
### OBJECTION TO PROOF OF CLAIM #1 and 18 (Manorcare of Bethesda, LLC)

Upon consideration of the objection of the Debtor to Proof of Claim #19 filed in this case by the Manor Care of Wheaton MD, LLC, Claimant's response thereto, and after hearing thereon, and for the reasons stated in open Court on August 19, 2025, it is hereby

ORDERED that proof of claim #18 is DISALLOWED as duplicative, and it is

ORDERED that proof of claim #1 is DISALLOWED in part, and ALLOWED in part as a general unsecured claim in the amount of $5143.00 for post-judgment interest from January 24,

2022 – August 3, 2023 [556 days] at the legal rate of 10% per annum ($9.25/day).

Copies to:

William Rudow (by CM/ECF)
Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

End of Order