Entered: August 22nd, 2025
Signed: August 21st, 2025
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

```
-------------------------------------------------------X
In re:                                                 :    Chapter 7
                                                       :
William C Bevan, Jr.                                   :    Case No. 22-12609-LSS
              Debtor.                                  :
                                                       :
-------------------------------------------------------X
```

### ORDER SUSTAINING
### OBJECTION TO PROOF OF CLAIM #19 (Manorcare of Wheaton MD, LLC)

Upon consideration of the objection of the Debtor to Proof of Claim #19 filed in this case by the Manor Care of Wheaton MD, LLC, Claimant's response thereto, and after hearing thereon, and for the reasons stated in open Court on August 19, 2025, it is hereby

ORDERED that proof of claim #19 is DISALLOWED in part and reduced to $36,039.63.

Copies to:

William Rudow (by CM/ECF)
Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

End of Order