United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 22-12609-LSS |
| William C Bevan, Jr. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 22, 2025 | Form ID: pdfparty | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William C Bevan, Jr., 11901 Georgia Ave, Wheaton, MD 20902-2001 |
| cr | + | Manor Care of Bethesda MD, LLC, Rudow Law Group, LLC, William M. Rudow, Esquire, 502 Washington Avenue, Ste 730, Baltimore, MD 21204-4525 |
| cr | + | ManorCare of Wheaton c/o Rudow Law Group, LLC, 502 Washington Avenue, Ste 730, Ste 730, Towson, MD 21204, US 21204-4525 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 24, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Joseph DiPaula | ajdipaula@dipaulalaw.com  cevans@dipaulalaw.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Donald L Bell | donbellaw@gmail.com  admin@donbellaw.com,bell.donaldr125259@notify.bestcase.com |
| Dorothy Carol Sasser | |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 22, 2025 | Form ID: pdfparty | Total Noticed: 3 |

    dsasser@siwpc.com bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com

Janet M. Nesse
    jnesse@mhlawyers.com
    DC0N@ecfcbis.com,jmnesse@ecf.axosfs.com,jfasano@mhlawyers.com,cpalik@mhlawyers.com,tmackey@mhlawyers.com,Nesse.JanetR92003@notify.bestcase.com,kfeig@mhlawyers.com

Jeffrey M. Orenstein
    jorenstein@wolawgroup.com

John D. Burns
    info@burnsbankruptcyfirm.com
    burnslaw3@gmail.com,burnslaw6@gmail.com,notices@nextchapterbk.com,pacerecfemails@gmail.com,2634@notices.nextchapterbk.com

Justin Philip Fasano
    jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

L. Jeanette Rice
    Jeanette.Rice@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV

M. Evan Meyers
    bdept@mrrlaw.net

Nicole C. Kenworthy
    bdept@mrrlaw.net

Nikita Rajendra Joshi
    Nikita.Joshi@bww-law.com bankruptcy@bww-law.com

Timothy Stephen Carey
    timothy.carey@wilsonelser.com Rajdeep.Sraun@wilsonelser.com

William Frederick Steinwedel
    wsteinwedel@mdlab.org roithamer21988@gmail.com,G21117@notify.cincompass.com

William Mark Rudow
    williamrudow@rudowlaw.com

TOTAL: 16

Entered: August 22nd, 2025
Signed: August 21st, 2025
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

-----------------------------------------------------------X
**In re:**                                  :     Chapter 7
                                            :
William C Bevan, Jr.                        :     **Case No.** 22-12609-LSS
            **Debtor.**                     :
                                            :
-----------------------------------------------------------X

**ORDER SUSTAINING
OBJECTION TO PROOF OF CLAIM #1 and 18 (Manorcare of Bethesda, LLC)**

Upon consideration of the objection of the Debtor to Proof of Claim #19 filed in this case by the Manor Care of Wheaton MD, LLC, Claimant's response thereto, and after hearing thereon, and for the reasons stated in open Court on August 19, 2025, it is hereby

ORDERED that proof of claim #18 is DISALLOWED as duplicative, and it is

ORDERED that proof of claim #1 is DISALLOWED in part, and ALLOWED in part as a general unsecured claim in the amount of $5143.00 for post-judgment interest from January 24,

2022 – August 3, 2023 [556 days] at the legal rate of 10% per annum ($9.25/day).

Copies to:

William Rudow (by CM/ECF)
Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

End of Order