United States Bankruptcy Court
District of Maryland

In re:  
William C Bevan, Jr.  
    Debtor

Case No. 22-12609-LSS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0416-0     User: admin     Page 1 of 2  
Date Rcvd: Aug 22, 2025     Form ID: pdfparty     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William C Bevan, Jr., 11901 Georgia Ave, Wheaton, MD 20902-2001 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Joseph DiPaula | ajdipaula@dipaulalaw.com  cevans@dipaulalaw.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Donald L Bell | donbellaw@gmail.com  admin@donbellaw.com,bell.donaldr125259@notify.bestcase.com |
| Dorothy Carol Sasser | dsasser@siwpc.com  bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Janet M. Nesse | |

District/off: 0416-0 | User: admin | Page 2 of 2
Date Rcvd: Aug 22, 2025 | Form ID: pdfparty | Total Noticed: 1

jnesse@mhlawyers.com
DC0N@ecfcbis.com,jmnesse@ecf.axosfs.com,jfasano@mhlawyers.com,cpalik@mhlawyers.com,tmackey@mhlawyers.com,Nesse.JanetR92003@notify.bestcase.com,kfeig@mhlawyers.com

Jeffrey M. Orenstein
jorenstein@wolawgroup.com

John D. Burns
info@burnsbankruptcyfirm.com
burnslaw3@gmail.com,burnslaw6@gmail.com,notices@nextchapterbk.com,pacerecfemails@gmail.com,2634@notices.nextchapterbk.com

Justin Philip Fasano
jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

L. Jeanette Rice
Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

M. Evan Meyers
bdept@mrrlaw.net

Nicole C. Kenworthy
bdept@mrrlaw.net

Nikita Rajendra Joshi
Nikita.Joshi@bww-law.com  bankruptcy@bww-law.com

Timothy Stephen Carey
timothy.carey@wilsonelser.com  Rajdeep.Sraun@wilsonelser.com

William Frederick Steinwedel
wsteinwedel@mdlab.org  roithamer21988@gmail.com,G21117@notify.cincompass.com

William Mark Rudow
williamrudow@rudowlaw.com

TOTAL: 16

Entered: August 22nd, 2025
Signed: August 21st, 2025
**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

```
------------------------------------------------------------X
In re:                                          :       Chapter 7
                                                :
William C Bevan, Jr.                            :       Case No.  22-12609-LSS
            Debtor.                             :
                                                :
------------------------------------------------------------X
```

**ORDER SUSTAINING**
**OBJECTION TO PROOF OF CLAIM #19 (Manorcare of Wheaton MD, LLC)**

Upon consideration of the objection of the Debtor to Proof of Claim #19 filed in this case by the Manor Care of Wheaton MD, LLC, Claimant's response thereto, and after hearing thereon, and for the reasons stated in open Court on August 19, 2025, it is hereby

ORDERED that proof of claim #19 is DISALLOWED in part and reduced to $36,039.63.

Copies to:

William Rudow (by CM/ECF)
Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

End of Order