IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MAYRLAND
Greenbelt Division

| | |
|---|---|
| IN RE: | Case No. 22-12609-LSS |
| | Chapter 7 |
| WILLIAM CHARLES BEVAN, Jr. | |
| DEBTOR | |

### NOTICE OF FILING PROPOSED ORDER

Debtor hereby re-submits the Proposed Order from the filing of the Renewed MOTION TO RECONSIDER OBJECTION TO EXEMPTION AND TO DIRECT TRUSTEE TO DISBURSE EXEMPT PROPERTY TO DEBTOR.

Dated: 9/12/2025

/s/ Daniel M. Press
Daniel M. Press (#07300)
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean VA 22101
703-734-3800
dpress@chung-press.com
*Counsel for Debtor*

### CERTIFICATE OF SERVICE

This is to certify that on this 12th day of September, 2025, I caused the foregoing document to be served by CM/ECF on the following:

Donald L Bell donbellaw@gmail.com,
admin@donbellaw.com,
bell.donaldr125259@notify.bestcase.com

John D. Burns info@burnsbankruptcyfirm.com,
burnslaw3@gmail.com,

burnslaw6@gmail.com,
notices@nextchapterbk.com,
pacerecfemails@gmail.com,
2634@notices.nextchapterbk.com

Timothy Stephen Carey timothy.carey@wilsonelser.com,
Rajdeep.Sraun@wilsonelser.com

Anthony Joseph DiPaula ajdipaula@dipaulalaw.com,
cevans@dipaulalaw.com

Justin Philip Fasano jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com,
tmackey@mhlawyers.com,
mevans@mhlawyers.com,
cmartin@mhlawyers.com,
Fasano.JustinR92003@notify.bestcase.com

Nikita Rajendra Joshi Nikita.Joshi@bww-law.com,
bankruptcy@bww-law.com

Nicole C. Kenworthy bdept@mrrlaw.net

M. Evan Meyers bdept@mrrlaw.net

Janet M. Nesse jnesse@mhlawyers.com,
DC0N@ecfcbis.com,
jmnesse@ecf.axosfs.com,
jfasano@mhlawyers.com,
cpalik@mhlawyers.com,
tmackey@mhlawyers.com,
Nesse.JanetR92003@notify.bestcase.com,
kfeig@mhlawyers.com

Jeffrey M. Orenstein jorenstein@wolawgroup.com

Daniel J. Pesachowitz dpesacho@siwpc.com,
rjones@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

L. Jeanette Rice Jeanette.Rice@usdoj.gov,
USTPRegion04.GB.ECF@USDOJ.GOV

William Mark Rudow williamrudow@rudowlaw.com

Dorothy Carol Sasser dsasser@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

William Frederick Steinwedel wsteinwedel@mdlab.org,
roithamer21988@gmail.com,
G21117@notify.cincompass.com

                                              /s/ Daniel M. Press_____
                                                Daniel M. Press