**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| **IN RE:** | **Case No. 22-12609-LSS** |
| | **Chapter 7** |
| **WILLIAM CHARLES BEVAN, Jr.** | |
| **DEBTOR** | |

---

## MOTION TO RECONSIDER OBJECTION TO EXEMPTION AND TO DIRECT TRUSTEE TO DISBURSE EXEMPT PROPERTY TO DEBTOR

UPON CONSIDERATION of Debtor's MOTION TO RECONSIDER OBJECTION TO EXEMPTION AND TO DIRECT TRUSTEE TO DISBURSE EXEMPT PROPERTY TO DEBTOR, proper notice having been given, and

IT APPEARING to the Court that said Motion should be granted, it is hereby

ORDERED that the Motion is GRANTED, that the Court's prior disallowance of Debtor's homestead exemption (Doc. #307) is VACATED and the Trustee's Objection to Exemptions (Doc. #241) is OVERRULED, and that the Trustee shall promptly pay to the Debtor the exempt homestead funds and the funds directly traceable to Debtor's exempt retirement funds.

.

Copies by CM/ECF to:

Counsel for Debtor
Chapter 7 Trustee
U.S. Trustee
All other parties receiving CM/ECF notice

END OF ORDER