United States Bankruptcy Court
District of Maryland

In re:                                                                          Case No. 22-12609-LSS

William C Bevan, Jr.                                                            Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                        User: admin                              Page 1 of 2

Date Rcvd: Sep 12, 2025                     Form ID: defntc                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William C Bevan, Jr., 11901 Georgia Ave, Wheaton, MD 20902-2001 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2025                    Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Joseph DiPaula | ajdipaula@dipaulalaw.com  cevans@dipaulalaw.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Donald L Bell | donbellaw@gmail.com  admin@donbellaw.com,bell.donaldr125259@notify.bestcase.com |
| Dorothy Carol Sasser | dsasser@siwpc.com  bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Janet M. Nesse | |

District/off: 0416-0

Date Rcvd: Sep 12, 2025

User: admin

Form ID: defntc

Page 2 of 2

Total Noticed: 1

jnesse@mhlawyers.com
DC0N@ecfcbis.com,jmnesse@ecf.axosfs.com,jfasano@mhlawyers.com,cpalik@mhlawyers.com,tmackey@mhlawyers.com,Ness e.JanetR92003@notify.bestcase.com,kfeig@mhlawyers.com

Jeffrey M. Orenstein

jorenstein@wolawgroup.com

John D. Burns

info@burnsbankruptcyfirm.com
burnslaw3@gmail.com,burnslaw6@gmail.com,notices@nextchapterbk.com,pacerecfemails@gmail.com,2634@notices.nextchapt erbk.com

Justin Philip Fasano

jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003 @notify.bestcase.com

L. Jeanette Rice

Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

M. Evan Meyers

bdept@mrrlaw.net

Nicole C. Kenworthy

bdept@mrrlaw.net

Nikita Rajendra Joshi

Nikita.Joshi@bww-law.com  bankruptcy@bww-law.com

Timothy Stephen Carey

timothy.carey@wilsonelser.com  Rajdeep.Sraun@wilsonelser.com

William Frederick Steinwedel

wsteinwedel@mdlab.org  roithamer21988@gmail.com,G21117@notify.cincompass.com

William Mark Rudow

williamrudow@rudowlaw.com


TOTAL: 16

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **22–12609 – LSS**   Chapter: **7**

**William C Bevan Jr.**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:   600 – RENEWED Motion to Reconsider Objection to Exemption and to Direct Trustee to Disburse Exempt Property to Debtor Filed by William C Bevan Jr.. (Press, Daniel). Related document(s) 241 Objection to Debtor's Claim of Exemptions filed by Trustee Janet M. Nesse, 307 Order on Objection to Debtor's Claim of Exemptions, 546 Motion to Reconsider Objection to Exemption filed by Debtor William C Bevan. Modified on 9/12/2025 to add linkage. (McKenna, Shannon).

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 9/26/25.**

CURE:   A proposed order with a list of those who should receive a copy must be filed. Also, a copy of the proposed order must be transmitted to all other parties to the matter. All proposed orders should be submitted in accordance with the Court's Electronic Filing Procedures. (Exhibit A to Administrative Order 03–02, Local Bankruptcy Rule 9013–3)

CONSEQUENCE:   Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 9/12/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shannon McKenna
301–344–3390

cc:   Debtor
      Attorney for Debtor – Daniel M. Press

defntc (rev. 09/01/2025)