# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:     Case No.: **22–12609 – LSS**     Chapter: **7**

**William C Bevan Jr.**
Debtor

# NOTICE

In person hearing Courtroom 3–E Greenbelt, Judge Simpson.

PLEASE TAKE NOTICE that a Status Conference will be held

on 10/28/25 at 10:00 AM

to consider and act upon the following:

1 – Chapter 13 Voluntary Petition Individual. Fee Amount $313 Filed by William C Bevan Jr.. Government Proof of Claim due by 11/9/2022. Chapter 13 Plan and Certificate of Service due by 05/27/2022. Schedules A/B–J due 05/27/2022. Declaration for Schedules due 05/27/2022. Statement of Financial Affairs due 05/27/2022. Summary of Assets and Liabilities due 05/27/2022.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1 Due 05/27/2022 Incomplete Filings due 05/27/2022 Section 521(i)(1) Incomplete Filing date: 06/27/2022. (Burns, John) Modified on 5/16/2022 (Thompson, Sherona).

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 10/2/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shannon McKenna
301–344–3390

Form stathrgmdb (rev. 07/29/2020)