United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 22-12609-LSS |
| William C Bevan, Jr. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 02, 2025 | Form ID: stahrgbp | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + William C Bevan, Jr., 11901 Georgia Ave, Wheaton, MD 20902-2001 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 04, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony Joseph DiPaula | ajdipaula@dipaulalaw.com  cevans@dipaulalaw.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com  rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Donald L Bell | donbellaw@gmail.com  admin@donbellaw.com,bell.donaldr125259@notify.bestcase.com |
| Dorothy Carol Sasser | dsasser@siwpc.com  bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Janet M. Nesse | |

District/off: 0416-0 | User: admin | Page 2 of 2
Date Rcvd: Oct 02, 2025 | Form ID: stahrgbp | Total Noticed: 1

    jnesse@mhlawyers.com
    DC0N@ecfcbis.com,jmnesse@ecf.axosfs.com,jfasano@mhlawyers.com,cpalik@mhlawyers.com,tmackey@mhlawyers.com,Nesse.JanetR92003@notify.bestcase.com,kfeig@mhlawyers.com

Jeffrey M. Orenstein
    jorenstein@wolawgroup.com

John D. Burns
    info@burnsbankruptcyfirm.com
    burnslaw3@gmail.com,burnslaw6@gmail.com,notices@nextchapterbk.com,pacerecfemails@gmail.com,2634@notices.nextchapterbk.com

Justin Philip Fasano
    jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

L. Jeanette Rice
    Jeanette.Rice@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV

M. Evan Meyers
    bdept@mrrlaw.net

Nicole C. Kenworthy
    bdept@mrrlaw.net

Nikita Rajendra Joshi
    Nikita.Joshi@bww-law.com bankruptcy@bww-law.com

Timothy Stephen Carey
    timothy.carey@wilsonelser.com Rajdeep.Sraun@wilsonelser.com

William Frederick Steinwedel
    wsteinwedel@mdlab.org roithamer21988@gmail.com,G21117@notify.cincompass.com

William Mark Rudow
    williamrudow@rudowlaw.com

TOTAL: 16

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **22−12609 − LSS**   Chapter: **7**

**William C Bevan Jr.**
Debtor

# NOTICE

In person hearing Courtroom 3−E Greenbelt, Judge Simpson.

PLEASE TAKE NOTICE that a Status Conference will be held

on 10/28/25 at 10:00 AM

to consider and act upon the following:

1 − Chapter 13 Voluntary Petition Individual. Fee Amount $313 Filed by William C Bevan Jr.. Government Proof of Claim due by 11/9/2022. Chapter 13 Plan and Certificate of Service due by 05/27/2022. Schedules A/B−J due 05/27/2022. Declaration for Schedules due 05/27/2022. Statement of Financial Affairs due 05/27/2022. Summary of Assets and Liabilities due 05/27/2022.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1 Due 05/27/2022 Incomplete Filings due 05/27/2022 Section 521(i)(1) Incomplete Filing date: 06/27/2022. (Burns, John) Modified on 5/16/2022 (Thompson, Sherona).

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 10/2/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Shannon McKenna
301−344−3390

Form stathrgmdb (rev. 07/29/2020)