Entered: October 28th, 2025
Signed: October 28th, 2025
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| William C Bevan, Jr., | * | Case No. 22-12609-LSS |
| | * | Chapter 7 |
| Debtor. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING, IN PART, AND DENYING, IN PART, DEBTOR'S RENEWED MOTION

On October 28, 2025, this case came before the Court for a hearing on the Renewed Motion to Reconsider Objection to Exemption and to Direct Trustee to Disburse Exempt Property to Debtor [Dkt. No. 600] ("Motion"), filed by Debtor, the Response [Dkt. No. 604], filed by John Burns and The Burns LawFirm, LLC, and the Opposition [Dkt. No. 605], filed by Janet M. Nesse, Chapter 7 Trustee. For the reasons stated on the record, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion is GRANTED, in part, and DENIED, in part, as provided herein; and it is further,

**ORDERED**, that the Court will decline to rule on Debtor's request to reconsider the Order Sustaining Objection to Exemption Claimed by Debtor Pursuant to Federal Rule of

Bankruptcy Procedure 4003(b) [Dkt. No. 307]; and it is further,

**ORDERED**, that, as agreed to by all parties, the Chapter 7 Trustee is presently holding $16,221.93 in funds which are exempt as identifiable retirement funds, which amount the Chapter 7 Trustee shall disburse to the Debtor without delay; and it is further,

**ORDERED**, that the Chapter 7 Trustee is authorized and directed to file a motion to make an interim distribution to all allowed claims, except any claims for which the amounts are subject to dispute, including the administrative claims of John D. Burns and The Burns LawFirm and Adam Ross Levin, and to withhold sufficient funds in reserve to pay all disputed claims and estimated administrative expenses in full.

cc:   Debtor
      Debtor's Counsel – Daniel M. Press
      The Burns LawFirm – Timothy Stephen Carey
      Chapter 7 Trustee – Janet M. Nesse
      U.S. Trustee

**End of Order**