_____                              _____RETAIN

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**            Evidentiary Hrg: Y N
                                                        Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 7

Date: 10/28/2025 Time: 10:00

**CASE: 22-12609 William C Bevan, Jr.**

✓Daniel M. Press representing William C Bevan Jr. (Debtor)

✓Janet M. Nesse and Justin Philip Fasano Janet M. Nesse (Trustee)

✓L. Jeanette Rice representing U.S. Trustee (U.S. Trustee)

✓William Frederick Steinwedel representing Maryland Legal Aid Bureau (Other Party)

[1] Chapter 13 Voluntary Petition Individual. Fee Amount $313 Filed by William C Bevan Jr.. Government Proof of Claim due by 11/9/2022. Chapter 13 Plan and Certificate of Service due by 05/27/2022. Schedules A/B-J due 05/27/2022. Declaration for Schedules due 05/27/2022. Statement of Financial Affairs due 05/27/2022. Summary of Assets and Liabilities due 05/27/2022.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 05/27/2022 Incomplete Filings due 05/27/2022 Section 521(i)(1) Incomplete Filing date: 06/27/2022. (Burns, John) Modified on 5/16/2022 (Thompson, Sherona).

**MOVANT** : William Bevan BY D Press

[600] RENEWED Motion to Reconsider Objection to Exemption and to Direct Trustee to Disburse Exempt Property to Debtor Filed by William C Bevan Jr.. (Press, Daniel). Related document(s)s241 Objection to Debtor's Claim of Exemptions filed by Trustee Janet M. Nesse, Modified on 9/12/2025 to add linkage. (McKenna, Shannon).

**MOVANT** : William Bevan BY D Press

[604] Response on behalf of The Burns Law Firm, LLC Filed by Timothy Stephen Carey. (Carey, Timothy). Related document(s)s600 Motion for Turnover of Property *(RENEWED MOTION TO RECONSIDER OBJECTION TO EXEMPTION AND TO DIRECT TRUSTEE TO DISBURSE EXEMPT PROPERTY TO DEBTOR)* filed by Debtor William C Bevan. Modified on 9/22/2025 to add linkage. (McKenna, Shannon).

[605] Opposition on behalf of Janet M. Nesse Filed by Janet M. Nesse (related document(s) 600 Motion for Turnover of Property filed by Debtor William

C Bevan).
✓J. Orenstein for Ross Levin
✓T. Carey for John Burns

**MOVANT** : Janet Nesse BY J Nesse J Fasano

DISPOSITIONS:

   Granted_____ Denied_____ Withdrawn_____ Consent_____ Default_____ Under Adv._____

   Moot_____ Dismissed_____ Overruled_____ Sustained_____ O.T.J. Fee_____

   Continued to: _____

DECISION:

   [ ] Signed by Court          [ ] Filed by Counsel
   [ ] To be prepared by:
       [ ] Movant's counsel      [ ] Court
       [ ] Respondent's counsel  [ ] Other  _____

NOTES: Status conf. Held Burn's fee application trial set for week of 4/13/26.

Levin Fee application trial set for June 3 and 4.


On ECF 600 granted in part and denied in part.  Trustee authorized to file motion for interim distribution to all creditors other than Burns and Levin and to reserve those amounts. Exemption in 16,221.93 retirement funds granted. Trustee authorized to pay exempt funds to Debtor immediately. Cout declines to rule on the homestead exemption will be moot once interim distribution made.