United States Bankruptcy Court
District of Maryland

In re:  Case No. 22-12609-LSS
William C Bevan, Jr.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0     User: admin     Page 1 of 2
Date Rcvd: Oct 28, 2025     Form ID: pdfparty     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William C Bevan, Jr., 11901 Georgia Ave, Wheaton, MD 20902-2001 |
| intp | + | The Burns Law Firm, LLC, 6305 Ivy Lane, Suite 340, Greenbelt, MD 20770-1433 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Joseph DiPaula | ajdipaula@dipaulalaw.com cevans@dipaulalaw.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel M. Press | dpress@chung-press.com pressdm@gmail.com,danpress@recap.email |
| Donald L Bell | donbellaw@gmail.com admin@donbellaw.com,bell.donaldr125259@notify.bestcase.com |
| Dorothy Carol Sasser | dsasser@siwpc.com bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |

District/off: 0416-0 | User: admin | Page 2 of 2
Date Rcvd: Oct 28, 2025 | Form ID: pdfparty | Total Noticed: 2

Janet M. Nesse
    jnesse@mhlawyers.com
    DC0N@ecfcbis.com,jmnesse@ecf.axosfs.com,jfasano@mhlawyers.com,cpalik@mhlawyers.com,tmackey@mhlawyers.com,Nesse.JanetR92003@notify.bestcase.com,kfeig@mhlawyers.com

Jeffrey M. Orenstein
    jorenstein@wolawgroup.com

John D. Burns
    info@burnsbankruptcyfirm.com
    burnslaw3@gmail.com,burnslaw6@gmail.com,notices@nextchapterbk.com,pacerecfemails@gmail.com,2634@notices.nextchapterbk.com

Justin Philip Fasano
    jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

L. Jeanette Rice
    Jeanette.Rice@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV

M. Evan Meyers
    bdept@mrrlaw.net

Nicole C. Kenworthy
    bdept@mrrlaw.net

Nikita Rajendra Joshi
    Nikita.Joshi@bww-law.com bankruptcy@bww-law.com

Timothy Stephen Carey
    timothy.carey@wilsonelser.com Rajdeep.Sraun@wilsonelser.com

William Frederick Steinwedel
    wsteinwedel@mdlab.org roithamer21988@gmail.com,G21117@notify.cincompass.com

William Mark Rudow
    williamrudow@rudowlaw.com

TOTAL: 16

Entered: October 28th, 2025
Signed: October 28th, 2025

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | |
| William C Bevan, Jr., | * | Case No. 22-12609-LSS |
| | * | Chapter 7 |
| Debtor. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING, IN PART, AND DENYING, IN PART, DEBTOR'S RENEWED MOTION

On October 28, 2025, this case came before the Court for a hearing on the Renewed Motion to Reconsider Objection to Exemption and to Direct Trustee to Disburse Exempt Property to Debtor [Dkt. No. 600] ("Motion"), filed by Debtor, the Response [Dkt. No. 604], filed by John Burns and The Burns LawFirm, LLC, and the Opposition [Dkt. No. 605], filed by Janet M. Nesse, Chapter 7 Trustee. For the reasons stated on the record, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion is GRANTED, in part, and DENIED, in part, as provided herein; and it is further,

**ORDERED**, that the Court will decline to rule on Debtor's request to reconsider the Order Sustaining Objection to Exemption Claimed by Debtor Pursuant to Federal Rule of

Bankruptcy Procedure 4003(b) [Dkt. No. 307]; and it is further,

**ORDERED**, that, as agreed to by all parties, the Chapter 7 Trustee is presently holding $16,221.93 in funds which are exempt as identifiable retirement funds, which amount the Chapter 7 Trustee shall disburse to the Debtor without delay; and it is further,

**ORDERED**, that the Chapter 7 Trustee is authorized and directed to file a motion to make an interim distribution to all allowed claims, except any claims for which the amounts are subject to dispute, including the administrative claims of John D. Burns and The Burns LawFirm and Adam Ross Levin, and to withhold sufficient funds in reserve to pay all disputed claims and estimated administrative expenses in full.

cc:   Debtor
　　　Debtor's Counsel – Daniel M. Press
　　　The Burns LawFirm – Timothy Stephen Carey
　　　Chapter 7 Trustee – Janet M. Nesse
　　　U.S. Trustee

**End of Order**