United States Bankruptcy Court
District of Maryland

In re:  Case No. 22-12609-LSS
William C Bevan, Jr.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 30, 2025 | Form ID: ntchrgbk | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William C Bevan, Jr., 11901 Georgia Ave, Wheaton, MD 20902-2001 |
| aty | + | Anthony Law Offices of Anthony J. DiPaula, P.A., DiPaula Law, 34 S. Main Street, 34 S. Main Street, Bel Air, MD 21014-3703 |
| r | + | Adam Ross Levin, Homewise Realty Services LLC, 11140 Rockville Pike Suite 420, Rockville, MD 20852-3104 |
| acc | + | Edward A. Bortnick, Simon Krowitz Bolin & Assoc., 11300 Rockville Pike, Suite 800, Rockville, MD 20852-3010 |
| cr | + | Manor Care of Bethesda MD, LLC, Rudow Law Group, LLC, William M. Rudow, Esquire, 502 Washington Avenue, Ste 730, Baltimore, MD 21204-4525 |
| cr | + | ManorCare of Wheaton c/o Rudow Law Group, LLC, 502 Washington Avenue, Ste 730, Ste 730, Towson, MD 21204, US 21204-4525 |
| other | + | Maryland Legal Aid Bureau, 500 E. Lexington Street, Baltimore, MD 21202-3559 |
| cr | + | Old Georgetown Village Homeowners Association, Inc, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |
| intp | + | The Burns Law Firm, LLC, 6305 Ivy Lane, Suite 340, Greenbelt, MD 20770-1433 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2025 19:33:12 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bkecf@padgettlawgroup.com | Oct 30 2025 19:16:00 | US Bank Trust National Association Not In Its Indi, c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahasee, FL 32312-3858 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Matthew Bevan |
| cr | | U.S. Bank Trust National Association |
| br | *+ | Adam Ross Levin, Homewise Realty Services, 11140 Rockville Pike Suite 420, Rockville, MD 20852-3104 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0416-0        User: admin        Page 2 of 2
Date Rcvd: Oct 30, 2025        Form ID: ntchrgbk        Total Noticed: 11

Date: Nov 01, 2025        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Joseph DiPaula | ajdipaula@dipaulalaw.com  cevans@dipaulalaw.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com  rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Donald L Bell | donbellaw@gmail.com  admin@donbellaw.com,bell.donaldr125259@notify.bestcase.com |
| Dorothy Carol Sasser | dsasser@siwpc.com  bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Janet M. Nesse | jnesse@mhlawyers.com  DC0N@ecfcbis.com,jmnesse@ecf.axosfs.com,jfasano@mhlawyers.com,cpalik@mhlawyers.com,tmackey@mhlawyers.com,Nesse.JanetR92003@notify.bestcase.com,kfeig@mhlawyers.com |
| Jeffrey M. Orenstein | jorenstein@wolawgroup.com |
| John D. Burns | info@burnsbankruptcyfirm.com  burnslaw3@gmail.com,burnslaw6@gmail.com,notices@nextchapterbk.com,pacerecfemails@gmail.com,2634@notices.nextchapterbk.com |
| Justin Philip Fasano | jfasano@mhlawyers.com  jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| M. Evan Meyers | bdept@mrrlaw.net |
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| Nikita Rajendra Joshi | Nikita.Joshi@bww-law.com  bankruptcy@bww-law.com |
| Timothy Stephen Carey | timothy.carey@wilsonelser.com  Rajdeep.Sraun@wilsonelser.com |
| William Frederick Steinwedel | wsteinwedel@mdlab.org  roithamer21988@gmail.com,G21117@notify.cincompass.com |
| William Mark Rudow | williamrudow@rudowlaw.com |

TOTAL: 16

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **22−12609 − LSS**    Chapter: **7**

**William C Bevan Jr.**
Debtor

# NOTICE

In person hearing Courtroom 3−E Greenbelt, Judge Simpson.

PLEASE TAKE NOTICE that a hearing will be held

on 4/13/26 at 10:00 AM

to consider and act upon the following:

354 − Final Application for Compensation and Reimbursement (Pre−Conversion) Administrative Compensation for Former Counsel for the Chapter 13 Debtor and for Reimbursement of Expenses Combined with Notice Thereof (May 11, 2022 − May 18, 2023), John D. Burns, Debtor's Attorney, 5/11/2023 − 5/18/2023, Fee: $13,9045, Expenses: $5086. Notice Served on 10/31/2023 Filed by John D. Burns. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2− Retainer # 3 Proposed Order) (Buns, John)

381 − Response on behalf of The Burns Law Firm, LLC Filed by John D. Burns (related document(s)296 Motion for Miscellaneous Relief filed by Debtor William C Bevan, 354 Application for Compensation filed by Interested Party The Burns Law Firm, LLC, 377 Motion for Miscellaneous Relief filed by Debtor William C Bevan). (Attachments: # 1 Proposed Order) (Burns, John)

382 − Response on behalf of Janet M. Nesse Filed by Janet M. Nesse (related document(s)354 Application for Compensation filed by Interested Party The Burns Law Firm, LLC). (Nesse, Janet)

389 − Objection to Professional Fees on behalf of U.S. Trustee Filed by L. Jeanette Rice (related document(s)354 Application for Compensation filed by Interested Party The Burns Law Firm, LLC). (Rice, L.)

510 − List of Witnesses for Hearing on Adam Ross Levin's First Application and Final Application for Compensation for Services Rendered and for Reimbursement of Expenses Incurred for the Period June 16, 2022, through and including June 13, 2023. Filed by Jeffrey M. Orenstein (related document(s)466 Scheduling Order). (Orenstein, Jeffrey) Modified on 11/8/2024 to enhance text. (McKenna, Shannon).

511 − REDACTED DOCUMENT ATTACHED PER ORDER P. 532John Burns and the Burns' Law Firm's List of Fact Witnesses Filed by Timothy Stephen Carey. (Attachments: # 1 Exhibit EXHIBIT LIST # 2 Exhibit M01Fee Application and Exhibits [Dkt. 354] # 3 Exhibit M02Retainer and Disclosures # 4 Exhibit M03Amended Plan and Affidavit [Dkt. 55 and 55−1] # 5 Exhibit M04Amended Schedules [Dkt. 64] # 6 Exhibit M05Rockville Sale Analysis # 7 Exhibit M06Exhibit List for Confirmation Hearing [Dkt. 65] # 8 Exhibit M07Affidavits on Property Value # 9 Exhibit M08Refinancing and Reverse Mortgage Denials # 10 Exhibit M09Photographs of Property # 11 Exhibit M10Property Appraisals # 12 Exhibit M11Insurance Claim Denial # 13 Exhibit M12Motion for Ancillary Order # 14 Exhibit M13Transcript from Confirmation Hearing # 15 Exhibit M14Interlineated Amendments to Amended Plan Following Confirmation Hearing [Dkt. 66] # 16 Exhibit M15Proceeding Memorandum from Confirmation Hearing [Dkt. 67] # 17 Exhibit M16Order Confirming Plan [Dkt. 80] # 18 Exhibit M17Status Report [Dkt. 84] # 19 Exhibit M18Status Report [Dkt. 133] # 20 Exhibit M19Line Updating Status Report [Dkt. 143] # 21 Exhibit M20Motion to Sell [Dkt. 157] # 22 Exhibit M21Motion to Sell Laurel Property [Dkt. 169] # 23 Exhibit M22Motion to Sell Rockville Property [Dkt. 173] # 24 Exhibit M23Exhibit List and Exhibits for Hearing [Dkt. 189] # 25 Exhibit M24Email from J. Burns to W. Bevan # 26 Exhibit M25Docket Report) (Carey, Timothy) Modified on 11/8/2024 to enhance text. (McKenna, Shannon). Additional attachment(s) added on 11/18/2024 (McKenna, Shannon). Modified

on 11/18/2024 (McKenna, Shannon).

513 – Debtor's Exhibit and Witness List Filed by Daniel M. Press (related document(s)508 Notice of Hearing). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Press, Daniel) Modified on 11/12/2024 to enhance text. (McKenna, Shannon).

525 – Objection on behalf of U.S. Trustee Filed by Lynn A. Kohen (related document(s)511 Exhibit/Witness List filed by Interested Party The Burns Law Firm, LLC). (Kohen, Lynn)

526 – Objection on behalf of The Burns Law Firm, LLC Filed by Timothy Stephen Carey (related document(s)513 Exhibit/Witness List filed by Debtor William C Bevan). (Carey, Timothy)

527 – Objection on behalf of The Burns Law Firm, LLC Filed by Timothy Stephen Carey (related document(s)509 Exhibit/Witness List filed by U.S. Trustee U.S. Trustee). (Carey, Timothy)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 10/30/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Gloria Bellman
301–344–8031

Form ntchrgmdb (rev. 08/13/2024)