UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt Division

---------------------------------------------------------------X
In re:                                                                      :        Chapter 7
                                                                                   :
William C Bevan, Jr.                                                 :        Case No.  22-12609-LSS
                                                                                   :
           **Debtor.**                                                    :
                                                                                   :
---------------------------------------------------------------X

### NOTICE OF CHANGE OF DEBTOR'S ADDRESS

PLEASE TAKE NOTICE that the Debtor's new address is:

351 Anderson Ave.
Indiana PA 15701

Dated: November 3, 2025

                                                          Respectfully submitted,

                                                           /s/ Daniel M. Press
                                                          Daniel M. Press, #07300
                                                          Chung & Press, P.C.
                                                          6718 Whittier Ave., Suite 200
                                                          McLean, VA 22101
                                                          (703) 734-3800
                                                          (703) 734-0590 fax
                                                          dpress@chung-press.com

## **CERTIFICATE OF SERVICE**

       This is to certify that on this 3rd day of November, 2025, I caused the foregoing notice to be served by CM/ECF on:

Donald L Bell donbellaw@gmail.com,
admin@donbellaw.com,
bell.donaldr125259@notify.bestcase.com

John D. Burns info@burnsbankruptcyfirm.com,
burnslaw3@gmail.com,
burnslaw6@gmail.com,
notices@nextchapterbk.com,
pacerecfemails@gmail.com,
2634@notices.nextchapterbk.com

Timothy Stephen Carey timothy.carey@wilsonelser.com,
Rajdeep.Sraun@wilsonelser.com

Anthony Joseph DiPaula ajdipaula@dipaulalaw.com,
cevans@dipaulalaw.com

Justin Philip Fasano jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com,
tmackey@mhlawyers.com,
mevans@mhlawyers.com,
cmartin@mhlawyers.com,
Fasano.JustinR92003@notify.bestcase.com

Nikita Rajendra Joshi Nikita.Joshi@bww-law.com,
bankruptcy@bww-law.com

Nicole C. Kenworthy bdept@mrrlaw.net

M. Evan Meyers bdept@mrrlaw.net

Janet M. Nesse jnesse@mhlawyers.com,
DC0N@ecfcbis.com,
jmnesse@ecf.axosfs.com,
jfasano@mhlawyers.com,
cpalik@mhlawyers.com,
tmackey@mhlawyers.com,
Nesse.JanetR92003@notify.bestcase.com,
kfeig@mhlawyers.com

Jeffrey M. Orenstein jorenstein@wolawgroup.com

Daniel J. Pesachowitz dpesacho@siwpc.com,
rjones@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

Daniel M. Press dpress@chung-press.com,
pressdm@gmail.com,
danpress@recap.email

L. Jeanette Rice Jeanette.Rice@usdoj.gov,
USTPRegion04.GB.ECF@USDOJ.GOV

William Mark Rudow williamrudow@rudowlaw.com

Dorothy Carol Sasser dsasser@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

William Frederick Steinwedel wsteinwedel@mdlab.org,
roithamer21988@gmail.com,
G21117@notify.cincompass.com

                                                                                   /s/ Daniel M. Press_____