**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 22-12609-LSS |
| WILLIAM CHARLES BEVAN, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |

**ORDER GRANTING AUTHORITY TO TRUSTEE TO**
**MAKE AN INTERIM DISTRIBUTION**

Upon consideration of the Trustee's Motion for Authority to Make an Interim Distribution (the "Motion") filed by Janet M. Nesse, the Chapter 7 Trustee (the "Trustee"), and the Court having reviewed the Motion and any opposition thereto, and it appearing that proper notice of the Motion has been given, and that good cause exists for the relief requested therein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Motion is GRANTED; and it further

**ORDERED**, that the Trustee is authorized to make an interim distribution to all holders of allowed unsecured claims totaling $55,832.16, as set forth in Exhibit B to the Motion.

cc:  Debtor
Debtor's Counsel – Daniel M. Press
The Burns LawFirm – Timothy Stephen Carey
Chapter 7 Trustee – Janet M. Nesse
U.S. Trustee

**END OF ORDER**