# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 22-12609
Case Name: William C Bevan Jr.

Taxpayer ID No: XX-XXX1394
For Period Ending: 01/06/2026

Trustee Name: Janet M. Nesse Ch 7
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0994
Checking
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/23 | 18 | Ross Levin<br>WesBanco Bank, Inc.<br>Wheeling, WV 26003 | Funds Held by Ross Levin | | 1221-000 | $16,221.93 | | $16,221.93 |
| 08/10/23 | | CLA Company Inc.<br>9210 Corporate Blvd Suite 150<br>Rockville, MD 20850 | Sale of Empire Lane Property | | | $387,606.30 | | $403,828.23 |
| | | | Gross Receipts | $920,000.00 | | | | |
| | | | Tax Assessment | ($216.47) | 2820-000 | | | |
| | | | County Taxes | ($750.60) | 2820-000 | | | |
| | | | Washer and Dryer | ($1,000.00) | 2500-000 | | | |
| | | | Payoff to Fay Servicing | ($276,200.64) | 4110-000 | | | |
| | | | Payoff to ISN Corporation | ($50,000.00) | 4110-000 | | | |
| | | | County Recordation Tax | ($4,615.00) | 2820-000 | | | |
| | | | County Transfer Tax | ($4,600.00) | 2820-000 | | | |
| | | | State Deed Tax | ($2,300.00) | 2820-000 | | | |
| | | | Commission Homewise Realty | ($13,800.00) | 3510-000 | | | |
| | | | Commission to RE/MAX | ($32,200.00) | 3510-000 | | | |
| | | | Title Document Fee | ($59.00) | 2500-000 | | | |
| | | | Title Prep | ($205.00) | 2500-000 | | | |
| | | | Notary Fee | ($150.00) | 2500-000 | | | |
| | | | Title Processing Fee | ($495.00) | 2500-000 | | | |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals: | $403,828.23 | $0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 22-12609
Case Name: William C Bevan Jr.

Taxpayer ID No: XX-XXX1394
For Period Ending: 01/06/2026

Trustee Name: Janet M. Nesse Ch 7
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0994
Checking
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Title Shipping Fee | ($35.00) | 2500-000 | | | |
| | | | Title Review Fee | ($75.00) | 2500-000 | | | |
| | | | Repair Invoice CLA Title | ($3,000.00) | 2500-000 | | | |
| | | | Repair Invoice Town & Country | ($15,100.00) | 2500-000 | | | |
| | | | Final Water Escrow | ($400.00) | 2500-000 | | | |
| | | | Judgment Payoff Protas, Spivok & Collins | ($17,455.57) | 4120-000 | | | |
| | | | Judgment Lien Payoff (Montgomery County) | ($1,015.15) | 4120-000 | | | |
| | | | Jugment Lien Payoff to William Rudow, Esq. | ($58,365.27) | 4120-000 | | | |
| | | | Judgment Lien Payoff HOA | ($49,559.00) | 4110-000 | | | |
| | | | Commission Homewise Realty | ($595.00) | 3510-000 | | | |
| | | | Current Water Bill | ($202.00) | 2500-000 | | | |
| | 1 | | 11229 Empire Lane Rockville MD 20852 Montgomery County | $920,000.00 | 1110-000 | | | |
| 08/22/23 | | CLA Company, Inc.<br>9210 Corporate Blvd<br>Rockville, MD 20850 | Sale of Laurel Property | | | $63,295.43 | | $467,123.66 |
| | | | Gross Receipts | $275,000.00 | | | | |
| | | | MD Non Resident Witholding | ($5,026.60) | 2500-000 | | | |
| | | | County Taxes | ($209.98) | 2820-000 | | | |
| | | | Proceeds to Ingrid Bevan | ($61,795.43) | 2500-000 | | | |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals: | $63,295.43 | $0.00 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 22-12609
Case Name: William C Bevan Jr.
Taxpayer ID No: XX-XXX1394
For Period Ending: 01/06/2026

Trustee Name: Janet M. Nesse Ch 7
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0994
Checking
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Proceeds to John Bevan | ($54,707.11) | 2500-000 | | | |
| | | | Proceeds to Matthew Bevan | ($61,795.43) | 2500-000 | | | |
| | | | County Recordation Tax | ($962.50) | 2820-000 | | | |
| | | | County Transfer Tax | ($1,375.00) | 2820-000 | | | |
| | | | State Transfer Tax | ($687.50) | 2820-000 | | | |
| | | | Commission to Home Wise Realty | ($8,937.50) | 3510-000 | | | |
| | | | Commission to Long and Foster | ($7,562.50) | 3510-000 | | | |
| | | | Title Release | ($495.00) | 2500-000 | | | |
| | | | Title Document Fee | ($59.00) | 2500-000 | | | |
| | | | Title Document Prep | ($205.00) | 2500-000 | | | |
| | | | Notary Fee | ($150.00) | 2500-000 | | | |
| | | | Title Shippping Fee | ($35.00) | 2500-000 | | | |
| | | | Title Review Fee | ($75.00) | 2500-000 | | | |
| | | | Cleaning Fee | ($4,500.00) | 2500-000 | | | |
| | | | Water Bill | ($69.30) | 2500-000 | | | |
| | | | Lien Payoff | ($2,061.72) | 4120-000 | | | |
| | | | Broker Fee | ($595.00) | 2500-000 | | | |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 22-12609
Case Name: William C Bevan Jr.
Taxpayer ID No: XX-XXX1394
For Period Ending: 01/06/2026

Trustee Name: Janet M. Nesse Ch 7
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0994 Checking
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Water Escrow | ($400.00) | 2500-000 | | | |
| | 2 | | 3415 Wnona South Laurel MD 20724 Anne Arundel County | $275,000.00 | 1110-000 | | | |
| 09/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $326.32 | $466,797.34 |
| 09/21/23 | | CLA Company, Inc.<br>9210 Corporate Blvd Suite 150<br>Rockville, MD 20850 | Refund HOA Payment | | 4110-000 | | ($1,207.00) | $468,004.34 |
| 10/02/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $499.20 | $467,505.14 |
| 11/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $516.19 | $466,988.95 |
| 12/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $498.97 | $466,489.98 |
| 01/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $515.06 | $465,974.92 |
| 02/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $514.51 | $465,460.41 |
| 03/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $480.76 | $464,979.65 |
| 04/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $513.39 | $464,466.26 |
| 04/02/24 | 2001 | SelbertKecsur Insurance Partners<br>26865 Center Ridge Road<br>Westlake, OH 44145 | Bond Payment 2024 | | 2300-000 | | $244.63 | $464,221.63 |
| 05/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $496.11 | $463,725.52 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals: | $0.00 | $3,398.14 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 22-12609
Case Name: William C Bevan Jr.
Taxpayer ID No: XX-XXX1394
For Period Ending: 01/06/2026

Trustee Name: Janet M. Nesse Ch 7
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0994
Checking
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $512.00 | $463,213.52 |
| 07/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $494.98 | $462,718.54 |
| 08/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $510.89 | $462,207.65 |
| 09/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $510.33 | $461,697.32 |
| 10/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $493.36 | $461,203.96 |
| 11/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $509.24 | $460,694.72 |
| 12/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $492.25 | $460,202.47 |
| 01/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $508.13 | $459,694.34 |
| 02/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $507.57 | $459,186.77 |
| 03/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $457.96 | $458,728.81 |
| 03/20/25 | 2002 | Insurance Partners<br>2950 West Market Street<br>Akron, OH 44333 | 2025 Bond Premium | 2300-000 | | $183.99 | $458,544.82 |
| 04/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $506.49 | $458,038.33 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals: | $0.00 | $5,687.19 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 22-12609
Case Name: William C Bevan Jr.

Taxpayer ID No: XX-XXX1394
For Period Ending: 01/06/2026

Trustee Name: Janet M. Nesse Ch 7
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0994
Checking
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $489.41 | $457,548.92 |
| 06/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $505.18 | $457,043.74 |
| 07/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $488.37 | $456,555.37 |
| 08/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $504.09 | $456,051.28 |
| 09/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $503.53 | $455,547.75 |
| 10/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $486.77 | $455,060.98 |
| 11/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $502.44 | $454,558.54 |
| 11/06/25 | 2003 | William C. Bevan, Jr.<br>c/o Daniel Press<br>6718 Whittier Ave.<br>Suite 200<br>McLean, VA 22101 | Per Court Order Dkt. No. 612 | 7100-000 | | $16,221.93 | $438,336.61 |
| 12/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $478.22 | $437,858.39 |
| 01/02/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $483.44 | $437,374.95 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $467,123.66 | $29,748.71 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $467,123.66 | $29,748.71 |
| Page Subtotals: | $0.00 | $20,663.38 |

| | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $467,123.66 | $29,748.71 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0994 - Checking | $467,123.66 | $29,748.71 | $437,374.95 |
| | $467,123.66 | $29,748.71 | $437,374.95 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $744,098.27 |
| Total Net Deposits: | $467,123.66 |
| Total Gross Receipts: | $1,211,221.93 |

Trustee Signature: /s/ Janet M. Nesse Ch 7 Date: 01/06/2026

Janet M. Nesse Ch 7
6404 Ivy Lane
Suite 820
Greenbelt, MD 20770
(301)441-2420

Page Subtotals: $0.00 $0.00