**EXHIBIT B**

**LIST OF ALLOWED UNSECURED CLAIMS**

| Claim # | Creditor | Claim Amount | Notes |
|---|---|---|---|
| 1-2 | Manor Care of Bethesda, MD LLC | $ 5,143.00 | Doc 596 - Allowed in part as a general unsecured claim in the amount of $5143.00 for post-judgment interest. |
| 6-1 | Premier Bankcard, LLC | $ 765.54 | |
| 7-1 | Internal Revenue Service | $ 6,122.40 | Doc 567 - ORDERED that proof of claim #7 is DISALLOWED, other than for the taxes and penalties stated as being due for 2009. |
| 8-1 | Jefferson Capital Systems LLC | $ 323.36 | |
| 9-2 | Washington Suburban Sanitary Commission | $ 2,046.30 | |
| 11-1 | Matthew Eric Bevan | $ 880.19 | |
| 12-1 | Central Collection Unit | $ 239.19 | |
| 13-1 | Montgomery County, Maryland | $ 1.00 | |
| 14-1 | Trails End Utility Company | $ 1.00 | |
| 19-6 | ManorCare of Wheaton MD, LLC | $ 36,039.63 | Doc 597 - ORDERED that proof of claim #19 is DISALLOWED in part and reduced to $36,039.63. |
| 20-1 | Ingrid Elaine Bevan | $ 4,270.65 | |
| **Total Allowed Unsecured Claims** | | **$ 55,832.26** | |