# EXHIBIT C

## CALCULATION OF FUNDS AVAILABLE FOR ADMINISTRATIVE CLAIMS AFTER INTERIM DISTRIBUTION

| Description | Amount ($) |
|---|---|
| Total funds currently held in estate account | **$455,060.98** |
| Less: Exempt funds disbursed to Debtor | -16,221.93 |
| Less: Interim distribution to allowed unsecured claims | -55,832.16 |
| **Subtotal (remaining funds after disbursements)** | **$383,006.89** |
| | |
| **Reserves and Estimated Administrative Claims** | |
| – Potential administrative claim: John D. Burns & The Burns Law Firm | 121,015.64 |
| – Potential administrative claim: Adam Ross Levin | 40,599.98 |
| – Administrative claim: Edward A. Bortnick | 11,290.50 |
| – Trustee fees and commissions (estimated maximum) | 200,000.00 |
| – Reserve for accountant/administrative expenses | 10,000.00 |
| Total reserved for administrative and disputed claims | 382,906.12 |
| **Projected remaining balance after reserves** | **$100.77** |