**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | Case No. 22-12609-LSS |
| WILLIAM CHARLES BEVAN, | ) ) | Chapter 7 |
| Debtor. | ) ) ) |  |

**ORDER GRANTING FIRST APPLICATION FOR APPROVAL OF COMPENSATION
AND EXPENSES OF MCNAMEE HOSEA, P.A.  FOR
<u>JUNE 14, 2023 THROUGH OCTOBER 31, 2025</u>**

This matter came before the Court on the First Application for Approval of Compensation of McNamee Hosea, P.A. ("MH") for June 14, 2023 through October 31, 2025 ("Application"). Having reviewed the Application, the Court is satisfied that the services provided by MH in its representation of Janet M. Nesse, the Chapter 7 trustee ("Trustee"), were important, necessary, valuable and reasonable. It is, therefore, hereby:

**ORDERED** that the Application is **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED** that MH shall have an allowed administrative expense in this case in the amount of **$53,008.50** for legal fees and **$1,467.04** for expenses incurred, for a total amount of **$54,475.54**; and it is

**FURTHER ORDERED** that the Trustee is authorized to make an interim payment to MH on account of the allowed administrative expenses in the amount of **$40,000.00** toward legal fees and **$1,467.04** for expenses incurred.

Copies to:

William Bevan
351 Anderson Ave
Indiana, PA 15701

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Donald L Bell   donbellaw@gmail.com, admin@donbellaw.com; bell.donaldr125259@notify.bestcase.com
John D. Burns   info@burnsbankruptcyfirm.com, burnslaw3@gmail.com; burnslaw6@gmail.com; notices@nextchapterbk.com; pacerecfemails@gmail.com; 2634@notices.nextchapterbk.com
Timothy Stephen Carey   timothy.carey@wilsonelser.com, Rajdeep.Sraun@wilsonelser.com
Anthony Joseph DiPaula   ajdipaula@dipaulalaw.com, cevans@dipaulalaw.com
Nikita Rajendra Joshi   Nikita.Joshi@bww-law.com, bankruptcy@bww-law.com
Nicole C. Kenworthy   bdept@mrrlaw.net
M. Evan Meyers   bdept@mrrlaw.net
Jeffrey M. Orenstein   jorenstein@wolawgroup.com
Daniel J. Pesachowitz   dpesacho@siwpc.com, rjones@siwpc.com; bkreferrals@siwpc.com; siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com; siwattecf@siwpc.com
Daniel M. Press   dpress@chung-press.com, pressdm@gmail.com; danpress@recap.email
L. Jeanette Rice   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
William Mark Rudow   williamrudow@rudowlaw.com
Dorothy Carol Sasser   dsasser@siwpc.com, bkreferrals@siwpc.com; siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com; siwattecf@siwpc.com
William Frederick Steinwedel   wsteinwedel@mdlab.org, roithamer21988@gmail.com; G21117@notify.cincompass.com

**END OF ORDER**