**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| IN RE: ) ) WILLIAM CHARLES BEVAN, ) ) Debtor. ) ) | Case No. 22-12609-LSS Chapter 7 |

**SUMMARY SHEET FOR FIRST APPLICATION FOR APPROVAL OF COMPENSATION AND EXPENSES OF MCNAMEE HOSEA, P.A. FROM JUNE 14, 2023 THROUGH OCTOBER 31, 2025**

TO THE HONORABLE LORI S. SIMPSON BANKRUPTCY JUDGE:

COMES NOW McNamee Hosea, P.A. ("MH"), counsel for Janet M. Nesse, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of William Charles Bevan ("Debtor") and submits this Summary Sheet in support of its First and Final Application for Approval of Compensation and Expenses of McNamee Hosea, P.A., for June 14, 2023 through October 31, 2025 ("Application"), as follows:

| | |
|---|---|
| **NAME OF APPLICANT:** | McNamee Hosea, P.A. |
| **ROLE IN CASE:** | Counsel to the Chapter 7 Trustee |
| **FEES PREVIOUSLY REQUESTED:** | 0 |
| **FEES PREVIOUSLY AWARDED:** | 0 |
| **EXPENSES PREVIOUSLY REQUESTED:** | 0 |
| **EXPENSES PREVIOUSLY AWARDED:** | 0 |
| **FEES REQUESTED HEREIN:** | $53,008.50 |
| **EXPENSES REQUESTED HEREIN:** | $1,467.04 |

**SUMMARY OF TIME SPENT BY MCNAMEE HOSEA P.A. FROM JUNE 14, 2023 THROUGH OCTOBER 31, 2025**

| POSITION | NAME OF PROFESSIONALS | HOURS BILLED | HOURLY RATE | TOTAL FEES |
|---|---|---|---|---|
| Principal | Janet M. Nesse | 41.2 | $525.00 | $21,630.00 |
| Principal | Justin P. Fasano | 41.1 | $400.00 | $16,440.00 |
| Associate | Kevin R. Feig | 35.8 | $325.00 | $11,635.00 |
| Paralegal | Theresa A. Mackey | 10.9 | $140.00 | $1,526.00 |
| Paralegal | Cynthia Martin | 3.5 | $140.00 | $490.00 |
| Paralegal | Ashley Romero | 10.3 | $125.00 | $1,287.50 |
| **Subtotal** | | | | $53,008.50 |
| | | | | |
| **Total** | | 142.8 | | $53,008.50 |

**Total Fee: $53,008.50**
**Average Hourly Rate: $371.21**

**SUMMARY OF EXPENSES**

| Expense | Amount |
|---|---|
| Postage | $17.28 |
| Prints | $1,148.90 |
| PACER Search Fee | $42.70 |
| FedEx | $48.16 |
| Notary | $22.00 |
| Filing Fee | $188.00 |
| **Total** | **$1,467.04** |

Date: January 6, 2026

Respectfully submitted,

/s/ Janet M. Nesse
Janet M. Nesse (#07804)
McNamee, Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
jnesse@mhlawyers.com
*Counsel for the Chapter 7 Trustee*