# PRE-BILL

Closing Date: 10/31/2025

Monthly                                            Same as fees

**Janet M. Nesse, Trustee**  
**6404 Ivy Lane, Suite 820**  
**Greenbelt, MD 20770**

Notes: Trustee Matter  
Bevan, William Jr.

Matter ID:         16898-0391  
Opened:            06/15/2023  
Status:            Open  
Originating:       JMN  
Staff:             TAM  
First Reviewer:    JMN  
Partner in Charge: JMN

**Fees** | | | | | **Hours** | **Rate** | **Billable Amount**
---|---|---|---|---|---|---|---
06/14/2023 | 2626888 | TC | JMN | Call with agent. | 0.60 | 525.00 | 315.00
06/14/2023 | 2626890 | Rev | JMN | Review docket and contract. | 0.90 | 525.00 | 472.50
06/14/2023 | 2626891 | Work | JMN | Analyze legal necessity of signing new contract. | 0.50 | 525.00 | 262.50
06/14/2023 | 2621887 | Drft | JPF | Review Bevan case (0.7); calls with Levin x 2 (0.6) and Burns (0.4) regarding same. | 1.70 | 400.00 | 680.00
06/14/2023 | 2622446 | Work | TAM | Open file with MH. | 0.50 | 140.00 | 70.00
06/15/2023 | 2626902 | TC | JMN | Call with purchasers agent re: sales. | 0.90 | 525.00 | 472.50
06/15/2023 | 2626903 | TC | JMN | Call with UST on open issues and legal issues. | 0.40 | 525.00 | 210.00
06/16/2023 | 2626922 | TC | JMN | Call with R. Levin on open sale issues. | 0.30 | 525.00 | 157.50
06/16/2023 | 2622715 | Drft | JPF | Draft motion to sell Rockville. | 2.50 | 400.00 | 1,000.00
06/19/2023 | 2622984 | Rev | JPF | Review e-mails regarding airplanes, cars. | 0.20 | 400.00 | 80.00
06/20/2023 | 2626961 | Rev | JMN | Review motion to lift stay. | 0.20 | 525.00 | 105.00
06/20/2023 | 2623408 | Drft | JPF | Draft opposition to motion to stay. | 1.50 | 400.00 | 600.00
06/21/2023 | 2624030 | Drft | JPF | Draft motion regarding Laurel sale (1.0). Revise motions and opposition to stay (0.4) | 1.40 | 400.00 | 560.00
06/22/2023 | 2626677 | Work | AKR | Mailing out Motions, Opposition, Order and Contracts to case matrix | 4.00 | 125.00 | 500.00
06/22/2023 | 2624364 | Admin | CSM | Mailings: Motion to Sell properties. | 0.50 | 140.00 | 70.00
06/22/2023 | 2624425 | Drft | JPF | Revise and file opposition, motions. | 1.50 | 400.00 | 600.00

| Date | ID | Type | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 06/23/2023 | 2624468 | Prep | CSM | Prepare Draft regarding Bevan. Objection to exemptions.docx and Order | 0.30 | 140.00 | 42.00 |
| 06/23/2023 | 2624805 | Rev | JPF | Review orders entered regarding stay, bar order. | 0.20 | 400.00 | 80.00 |
| 06/26/2023 | 2625160 | Admin | CSM | ECF and mail. regarding Objections to Debtor's Claim of Exemptions | 0.30 | 140.00 | 42.00 |
| 06/26/2023 | 2626822 | Work | JMN | Review claims and call with Rudow on lien, analyze amount and legal issues. | 0.60 | 525.00 | 315.00 |
| 06/26/2023 | 2626823 | Work | JMN | Outline objection to exemptions. | 0.50 | 525.00 | 262.50 |
| 06/26/2023 | 2625297 | Drft | JPF | Review and edit objection to exemptions. | 0.20 | 400.00 | 80.00 |
| 06/27/2023 | 2627412 | Work | JMN | Outline motion to dismiss. | 0.30 | 525.00 | 157.50 |
| 06/27/2023 | 2625887 | Drft | JPF | Draft opposition to motion to dismiss (0.9); call with C. Lazar regarding claim (0.3). | 1.20 | 400.00 | 480.00 |
| 06/27/2023 | 2627328 | Work | TAM | Review motion to dismiss filed by debtor and speak to Trustee re: same. | 0.50 | 140.00 | 70.00 |
| 06/28/2023 | 2626800 | R R | JMN | Review and revise opposition to motion to dismiss. | 0.30 | 525.00 | 157.50 |
| 06/28/2023 | 2626805 | Rev | JMN | Review and response to Motion to Dismiss. | 0.40 | 525.00 | 210.00 |
| 06/29/2023 | 2626613 | Drft | JPF | Review transcript. | 0.60 | 400.00 | 240.00 |
| 06/30/2023 | 2626598 | Work | AKR | Mailing Opposition to Motion to Dismiss | 0.50 | 125.00 | 62.50 |
| 06/30/2023 | 2626670 | Drft | JPF | Revise and finalize opposition to motion to dismiss (0.5). Work on response to new motion (0.5). | 1.00 | 400.00 | 400.00 |
| 07/03/2023 | 2627575 | Drft | JPF | Finalize and file opposition to untitled motion (0.4). Draft skeletal fee application (0.5). | 0.90 | 400.00 | 360.00 |
| 07/03/2023 | 2627607 | Work | TAM | Prepare mailing of Opposition to Motion to Dismiss. | 0.50 | 140.00 | 70.00 |
| 07/05/2023 | 2628486 | Rev | JPF | Review and calendar hearing notice. | 0.10 | 400.00 | 40.00 |
| 07/05/2023 | 2639244 | Drft | JPF | Review hearing notice, confer with Nesse. Review latest filing and draft opposition. | 0.90 | 400.00 | 360.00 |
| 07/06/2023 | 2639799 | Rev | JPF | Review latest Bevan motion, draft opposition. | 0.80 | 400.00 | 320.00 |
| 07/06/2023 | 2628807 | Work | TAM | Call with CLA title re: properties to be sold; Emailed Trustee re: same | 0.40 | 140.00 | 56.00 |
| 07/10/2023 | 2629743 | Drft | JPF | Review appeal docket and rules and calls with Nesse and Burns regarding same (0.6); draft opposition to motion to turnover (1.3) | 1.90 | 400.00 | 760.00 |
| 07/14/2023 | 2636248 | Rev | JMN | Review appeal and time line. | 0.30 | 525.00 | 157.50 |

**PRE-BILL**    16898-03917 Bevan, William Jr.
Bevan, William Jr.

Case 22-12609    Doc 627-3    Filed 01/06/26    Page 3 of 11

Page: 3

| Date | Ref | Type | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 07/14/2023 | 2631763 | Drft | JPF | Draft counterdesignation of record. | 1.10 | 400.00 | 440.00 |
| 07/17/2023 | 2631976 | Admin | CSM | Prepare Label and Envelope. Mailing of Appellee's Designation of Additional Items to be included in Record on Appeal | 0.20 | 140.00 | 28.00 |
| 07/17/2023 | 2632084 | Drft | JPF | Revise and file counterdesignation of record. | 0.70 | 400.00 | 280.00 |
| 07/18/2023 | 2632562 | Con | JPF | Confer with Nesse regarding WDVA sales. | 0.30 | 400.00 | 120.00 |
| 07/20/2023 | 2633426 | Drft | JPF | Calls with Levin and Nesse regarding punchlist issues on house. | 0.40 | 400.00 | 160.00 |
| 07/21/2023 | 2636291 | Work | AKR | Mailing of Extension, Contractor Estimate, Order to Sell and Supplement | 5.00 | 125.00 | 625.00 |
| 07/21/2023 | 2633711 | Admin | CSM | Prepare Labels and Envelopes. Mailing of Motion Requesting to the Court to Enter Amended Proposed Order for authority to Sell | 0.50 | 140.00 | 70.00 |
| 07/21/2023 | 2633712 | Admin | CSM | Prepare FEDEX to Dr. William Bevan regarding Amended Proposed Order for authority to Sell. FEDEX Traking No. 772812005315 | 0.20 | 140.00 | 28.00 |
| 07/21/2023 | 2634563 | TC | JMN | Call with EB (Acc't) on returns, status and funds. | 0.50 | 525.00 | 262.50 |
| 07/21/2023 | 2634565 | Work | JMN | Evaluate and review changes to the contract, no money in the estate. | 0.70 | 525.00 | 367.50 |
| 07/21/2023 | 2633697 | Drft | JPF | Calls with Levin and buyer's realtor, draft and file supplemental order | 1.30 | 400.00 | 520.00 |
| 07/24/2023 | 2634578 | Work | JMN | Review correspondence, open issues of closing. | 0.50 | 525.00 | 262.50 |
| 07/24/2023 | 2634579 | TC | JMN | Call with Bill Rindow re: how best to close and resolve, email re: same. | 0.50 | 525.00 | 262.50 |
| 07/24/2023 | 2634580 | Rev | JMN | Review all judgment documents and citation. | 0.80 | 525.00 | 420.00 |
| 07/24/2023 | 2634581 | Work | JMN | Outline deed. | 0.20 | 525.00 | 105.00 |
| 07/24/2023 | 2634287 | Drft | JPF | Draft trustee deed. | 0.50 | 400.00 | 200.00 |
| 07/25/2023 | 2634397 | Drft | JPF | Draft Laurel deed, e-mail LEvin regarding death certificate needed. Revise Rockville deed and e-mail. | 0.90 | 400.00 | 360.00 |
| 07/26/2023 | 2636206 | Work | JMN | Review proceeds and settlement sheets for both properties. | 0.60 | 525.00 | 315.00 |
| 07/26/2023 | 2635091 | Drft | JPF | Prepare for hearing (0.4). Review settlement statements, death certificates. Call with Levin. (0.5) | 0.90 | 400.00 | 360.00 |

| Date | ID | Type | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 07/27/2023 | 2636168 | Hrg | JMN | Prepare for and attend hearing on sales and motion. | 2.50 | 525.00 | 1,312.50 |
| 07/27/2023 | 2635286 | Prep | JPF | Prepare with Nesse for hearing (0.4). Call with Levin and revise deeds and e-mails with title agent regarding same (0.4). Draft opposition to motion regarding Laurel property (0.5). | 1.30 | 400.00 | 520.00 |
| 07/31/2023 | 2636691 | TC | JPF | Multiple calls with LEvin and title agent regarding closing. | 0.80 | 400.00 | 320.00 |
| 08/01/2023 | 2637463 | Work | AKR | Mailing out Opposition to Motion Requesting the Court to Enter Amend Proposed Authority to Sell Real Property | 0.30 | 125.00 | 37.50 |
| 08/01/2023 | 2637211 | Admin | CSM | Prepare Labels and Envelopes. Mailing regarding to Opposition to Motion requesting the Court to enter Amend Proposed Authority to Sell | 0.20 | 140.00 | 28.00 |
| 08/01/2023 | 2645888 | Work | JMN | Review and make amendments to all closing documents | 0.80 | 525.00 | 420.00 |
| 08/01/2023 | 2645889 | TC | JMN | Call with homeowners association. | 0.20 | 525.00 | 105.00 |
| 08/01/2023 | 2645890 | Work | JMN | Follow up with re: close of Empire. | 0.30 | 525.00 | 157.50 |
| 08/01/2023 | 2645891 | Work | JMN | Work on payoff issues. | 0.30 | 525.00 | 157.50 |
| 08/01/2023 | 2637291 | Drft | JPF | Multiple calls regarding closings, removal of debtor from property. Begin to prepare emergency motion to turnover. | 0.80 | 400.00 | 320.00 |
| 08/01/2023 | 2637195 | Work | TAM | Review docket for motions and orders; send to realtor for proof Judge has granted Trustee's Motion to Sell. | 0.50 | 140.00 | 70.00 |
| 08/01/2023 | 2647026 | Work | TAM | Review docket, download pleadings re: Trustee authority to sell, and forward to R. Levin. | 0.50 | 140.00 | 70.00 |
| 08/02/2023 | 2645878 | Work | JMN | Review and attend closing with RL on the Empire property and revisions. | 0.50 | 525.00 | 262.50 |
| 08/02/2023 | 2638045 | Drft | JPF | Finalize closing, meet with Bevan regarding same. | 0.90 | 400.00 | 360.00 |
| 08/02/2023 | 2637599 | Work | TAM | Open bank account | 0.50 | 140.00 | 70.00 |
| 08/02/2023 | 2637600 | Work | TAM | Witness closing documents and prepare FedEx to title company. | 0.50 | 140.00 | 70.00 |
| 08/04/2023 | 2646070 | Res | JMN | Research on health care liens and calls, emails with Rudow and title company. | 0.90 | 525.00 | 472.50 |
| 08/04/2023 | 2638932 | E | JPF | E-mails regarding airplane issues. | 0.10 | 400.00 | 40.00 |
| 08/07/2023 | 2639266 | Drft | JPF | Work on opposition to latest filings (1.1); call with airport regarding plan (0.2); review pleadings regarding vehicles (0.2). | 1.50 | 400.00 | 600.00 |

| Date | ID | Type | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 08/07/2023 | 2647057 | Work | TAM | Post deposit and prepare FedEx to bank. | 0.50 | 140.00 | 70.00 |
| 08/08/2023 | 2639330 | Work | AKR | Mailing out Opposition to Motion | 0.50 | 125.00 | 62.50 |
| 08/08/2023 | 2639587 | TC | JPF | Confer with Nesse regarding vehicles, e-mail with Capital Auto. | 0.20 | 400.00 | 80.00 |
| 08/09/2023 | 2646277 | Work | JMN | Auto auction call and research title issues. | 0.40 | 525.00 | 210.00 |
| 08/09/2023 | 2640339 | TC | JPF | Call with Zaritsky regarding vehicles. | 0.20 | 400.00 | 80.00 |
| 08/10/2023 | 2640531 | Work | TAM | Post deposit and prepare FedEx to bank. | 0.50 | 140.00 | 70.00 |
| 08/16/2023 | 2646501 | Rev | JMN | Review miscellaneous motions. | 0.30 | 525.00 | 157.50 |
| 08/16/2023 | 2642709 | Rev | JPF | Review motion to set administrative claims bar date. | 0.20 | 400.00 | 80.00 |
| 08/17/2023 | 2643045 | Drft | JPF | Revise order regarding administrative claims. | 0.40 | 400.00 | 160.00 |
| 08/18/2023 | 2643556 | Drft | JPF | Revise Bevan administrative claims order, draft line to submit. | 0.20 | 400.00 | 80.00 |
| 08/23/2023 | 2646657 | Rev | JMN | Review correspondence and pleadings re: assault. | 0.40 | 525.00 | 210.00 |
| 08/23/2023 | 2647678 | Drft | JPF | Review criminal complaint, call Levin. | 0.40 | 400.00 | 160.00 |
| 08/24/2023 | 2644659 | Admin | CSM | Copy for review various Motions (301, 302, 303, and 304 filed | 0.20 | 140.00 | 28.00 |
| 08/24/2023 | 2644864 | Admin | CSM | Prepare 3 Draft Oppositions to Motion to Appeal; Motion to remove CH 7 Trustee; and Motionto Prevent Sale of Real Properties | 0.30 | 140.00 | 42.00 |
| 08/28/2023 | 2645738 | Admin | CSM | Prepare Labels and Envelopes. Mailing of Opposition to Motion of Contempt of Court by R. Colbert; Mailing of Response to Motion to Fix PreConversion administrative claims bar date | 0.20 | 140.00 | 28.00 |
| 08/28/2023 | 2645807 | Drft | JPF | Draft response regarding contempt motion (0.6); finalize response regarding administrative claims bar date (0.2); review report of sale and confer with T. Mackey regarding same (0.3); confer with Nesse regarding pending issue prior to Nesse leaving country (0.1). | 1.20 | 400.00 | 480.00 |
| 08/28/2023 | 2645726 | Work | TAM | Prepare, edit, file and mail Report of Sale. | 1.00 | 140.00 | 140.00 |
| 08/29/2023 | 2646006 | Work | TAM | Edit, file and mail Amended Report of Sale (Laurel Property). | 1.00 | 140.00 | 140.00 |
| 08/29/2023 | 2646007 | Work | TAM | Prepare, edit, file and mail Report of Sale (Empire Lane). | 1.00 | 140.00 | 140.00 |
| 08/30/2023 | 2647050 | TC | JPF | Call with Debtor. | 0.20 | 400.00 | 80.00 |
| 09/05/2023 | 2654327 | Rev | JMN | Review issues re: accountant. | 0.60 | 525.00 | 315.00 |

**PRE-BILL** 16898-03917 Bevan, William Jr.
Bevan, William Jr.

Case 22-12609    Doc 627-3    Filed 01/06/26    Page 6 of 11                Page: 6

| Date | ID | Type | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 09/05/2023 | 2654328 | Work | TAM | Outline abandonment, | 0.50 | 140.00 | 70.00 |
| 09/06/2023 | 2649642 | Drft | JPF | Draft opposition to latest Bevan motion. | 0.50 | 400.00 | 200.00 |
| 09/12/2023 | 2656162 | Work | JMN | Outline final report. | 0.70 | 525.00 | 367.50 |
| 09/14/2023 | 2656179 | TC | JMN | Call with debtor re: objection to sister's claim. | 0.20 | 525.00 | 105.00 |
| 09/20/2023 | 2656491 | Work | JMN | MTD appeal, review and revise. | 0.50 | 525.00 | 262.50 |
| 09/20/2023 | 2656496 | R R | JMN | Review and revise Motion to Abandon. | 0.60 | 525.00 | 315.00 |
| 09/20/2023 | 2656500 | R R | JMN | Review and revise final appeal motion. | 0.30 | 525.00 | 157.50 |
| 09/20/2023 | 2653564 | Drft | JPF | Work on motion to abandon (1.7); motion to dismiss appeal (1.2). | 2.90 | 400.00 | 1,160.00 |
| 09/21/2023 | 2656772 | Drft | JPF | Revise motion to abandon (0.4); call with Levin regarding Bevan bench warrant (0.1) | 0.50 | 400.00 | 200.00 |
| 09/22/2023 | 2666682 | Work | JMN | Follow up with vehicle locator and title, etc. | 0.90 | 525.00 | 472.50 |
| 09/22/2023 | 2666709 | Work | JMN | Follow up with vehicle locator and title, etc. | 0.90 | 525.00 | 472.50 |
| 09/22/2023 | 2654522 | Drft | JPF | Finalize and file abandonment motion | 0.40 | 400.00 | 160.00 |
| 10/09/2023 | 2666892 | Work | JMN | Review issues on applications and WHO files. | 0.60 | 525.00 | 315.00 |
| 10/09/2023 | 2660417 | Drft | JPF | Review recent filings, orders. | 0.10 | 400.00 | 40.00 |
| 10/26/2023 | 2665680 | Drft | KRF | Review case and Debtor's filing(s)/ prepare opposition | 1.00 | 325.00 | 325.00 |
| 10/31/2023 | 2668312 | Drft | JPF | Review fee applications | 0.50 | 400.00 | 200.00 |
| 11/06/2023 | 2675906 | TC | JMN | Call with UST on open issues. | 0.40 | 525.00 | 210.00 |
| 11/09/2023 | 2675827 | Work | JMN | Review docket and fee application and call with J. Rice. | 1.00 | 525.00 | 525.00 |
| 11/15/2023 | 2672396 | Drft | KRF | Response to Pre-petition Fee Application | 4.50 | 325.00 | 1,462.50 |
| 11/16/2023 | 2672856 | Drft | KRF | Response to Fee App | 5.50 | 325.00 | 1,787.50 |
| 11/17/2023 | 2673306 | Drft | KRF | Review of entire case and Response Application for Compensation for Atty and Real Estate Agent | 8.50 | 325.00 | 2,762.50 |
| 11/20/2023 | 2673700 | Admin | CSM | ECF and Mailing regarding Trustee's Response First and Final Fee Application of Adam Ross Levin. | 0.20 | 140.00 | 28.00 |
| 11/20/2023 | 2673702 | Admin | CSM | ECF and Mailing regarding Trustee's Response to First and Final Pre Conversion Administrative Compensation for former Counsel - John Burns. | 0.20 | 140.00 | 28.00 |
| 11/20/2023 | 2676282 | Work | JMN | Review and revise response to Levin application. | 0.50 | 525.00 | 262.50 |

Case 22-12609   Doc 627-3   Filed 01/06/26   Page 7 of 11

**PRE-BILL**  16898-03917 Bevan, William Jr.
Bevan, William Jr.

Page: 7

| Date | Number | Type | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 11/20/2023 | 2676283 | R R | JMN | Review and Revise response to Burns application. | 0.50 | 525.00 | 262.50 |
| 11/20/2023 | 2673740 | Drft | KRF | Response to Fee Apps | 0.80 | 325.00 | 260.00 |
| 11/28/2023 | 2675456 | Rev | KRF | Review of Bk filings | 0.50 | 325.00 | 162.50 |
| 11/30/2023 | 2676896 | TC | JMN | Call with J. Fierce re: open issues. | 0.20 | 525.00 | 105.00 |
| 12/18/2023 | 2685925 | Rev | JMN | Review all pleadings filed. | 0.60 | 525.00 | 315.00 |
| 01/10/2024 | 2692801 | Work | JMN | Discussion, email with UST re: hearing length. | 0.20 | 525.00 | 105.00 |
| 01/26/2024 | 2692012 | Rev | JPF | Review motion regarding cars, confer with Feig regarding same. | 0.20 | 400.00 | 80.00 |
| 01/29/2024 | 2692222 | Admin | CSM | Prepare Mailing. ECF regarding Opposition to Debtor's Motion that the Court Order the Trustee to Call the Debtor and Give him the Location of Debtor's Cars. | 0.20 | 140.00 | 28.00 |
| 01/29/2024 | 2692398 | Drft | KRF | Response to Debtors Motion regarding Cars | 2.20 | 325.00 | 715.00 |
| 01/30/2024 | 2693571 | E | JPF | E-mails regarding scheduling, review response to car motion. | 0.20 | 400.00 | 80.00 |
| 01/31/2024 | 2693559 | TC | JPF | E-mails with J. Rice regarding hearing. | 0.10 | 400.00 | 40.00 |
| 02/07/2024 | 2706917 | Res | JMN | Reseach on Bevan conflict issues (Burns). | 1.10 | 525.00 | 577.50 |
| 02/07/2024 | 2701518 | Drft | JPF | Review order regarding cars. | 0.10 | 400.00 | 40.00 |
| 02/08/2024 | 2702062 | Drft | JPF | Call with J. Orenstein regarding Levin fee application. | 0.20 | 400.00 | 80.00 |
| 02/12/2024 | 2704316 | TC | JPF | Call with Nesse regarding Levin fee application. | 0.20 | 400.00 | 80.00 |
| 02/13/2024 | 2706937 | Work | JMN | Follow up J. Rice re: hearing. | 0.20 | 525.00 | 105.00 |
| 02/21/2024 | 2705285 | TC | JPF | Call with Dan Press regarding case. | 0.60 | 400.00 | 240.00 |
| 02/22/2024 | 2705317 | Drft | JPF | E-mails with Press, confer with Nesse regarding status of all pleadings. | 0.20 | 400.00 | 80.00 |
| 02/22/2024 | 2705451 | TC | KRF | Call to Chambers to check Status of Appeal | 0.20 | 325.00 | 65.00 |
| 03/04/2024 | 2708896 | TC | JPF | Call regarding deceased attorney for condo association in NC with lien on sold Bevan property. | 0.10 | 400.00 | 40.00 |
| 05/15/2024 | 2732661 | E | JPF | E-mails regarding airplane. | 0.10 | 400.00 | 40.00 |
| 05/16/2024 | 2733437 | Work | JMN | Review correspondence re: hearing and discovery matters. | 0.60 | 525.00 | 315.00 |
| 05/20/2024 | 2734092 | E | JPF | Review motion to continue and response. | 0.20 | 400.00 | 80.00 |
| 05/30/2024 | 2737078 | Rev | JPF | Review and e-mail appeal dismissal order | 0.10 | 400.00 | 40.00 |
| 06/11/2024 | 2746709 | TC | JMN | Call with UST on status, timing of hearing, etc. | 0.50 | 525.00 | 262.50 |

| Date | ID | Type | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 06/17/2024 | 2746784 | Hrg | JMN | Prepare and attend virtual status conference. | 1.00 | 525.00 | 525.00 |
| 07/02/2024 | 2748604 | E | JPF | E-mail Press regarding vehicles. | 0.10 | 400.00 | 40.00 |
| 07/08/2024 | 2756615 | Rev | JMN | Review pleadings. | 0.30 | 525.00 | 157.50 |
| 08/06/2024 | 2766150 | TC | JMN | Call with UST re: status. | 0.30 | 525.00 | 157.50 |
| 10/11/2024 | 2785758 | Work | TAM | Review file for HUD-1's for both properties sold, pdf and send to Trustee. | 0.50 | 140.00 | 70.00 |
| 11/06/2024 | 2792500 | TC | JMN | Call with LK re: hearing participation and receipt of funds. | 0.40 | 525.00 | 210.00 |
| 11/07/2024 | 2792501 | Hrg | JMN | Attend hearing (Zoom). | 1.00 | 525.00 | 525.00 |
| 11/07/2024 | 2794841 | Hrg | JMN | Attend hearing. | 1.00 | 525.00 | 525.00 |
| 11/12/2024 | 2794869 | TC | JMN | Call with court regarding motions. | 1.10 | 525.00 | 577.50 |
| 12/18/2024 | 2800092 | Drft | JPF | Review motion to reconsider, e-mail Nesse. | 0.20 | 400.00 | 80.00 |
| 12/31/2024 | 2803160 | Drft | JPF | Draft response regarding objection to exemptions. | 0.90 | 400.00 | 360.00 |
| 01/02/2025 | 2803933 | Drft | JPF | Finalize and file opposition to motion to reconsider denial of exemptions. | 0.80 | 400.00 | 320.00 |
| 01/15/2025 | 2813053 | Work | JMN | Calls and emails with Lynn Kohen. | 0.40 | 525.00 | 210.00 |
| 01/23/2025 | 2813111 | Work | JMN | Calls re: funds and email to Orenstein. | 0.60 | 525.00 | 315.00 |
| 01/24/2025 | 2813250 | Work | JMN | Follow up money from J.O. client. | 0.20 | 525.00 | 105.00 |
| 02/03/2025 | 2817475 | TC | JMN | Call LK - litigation update. | 0.20 | 525.00 | 105.00 |
| 02/24/2025 | 2821066 | Work | JMN | Review guardianship issues. | 0.50 | 525.00 | 262.50 |
| 03/05/2025 | 2829529 | TC | JMN | Calls with UST re: status. | 0.30 | 525.00 | 157.50 |
| 03/06/2025 | 2829537 | Work | JMN | Follow up UST. | 0.20 | 525.00 | 105.00 |
| 03/06/2025 | 2824105 | Work | TAM | Run draft TFR | 0.50 | 140.00 | 70.00 |
| 03/10/2025 | 2829571 | Work | JMN | Call, emails with UST re: settlement. | 0.40 | 525.00 | 210.00 |
| 04/16/2025 | 2841617 | E | JMN | Review email and discuss airplane situation. | 0.70 | 525.00 | 367.50 |
| 09/11/2025 | 2893663 | Rev | JMN | Review turnover issues and timing. | 0.60 | 525.00 | 315.00 |
| 09/11/2025 | 2889894 | Rev | KRF | Reviewed Renewed Motion to Reconsider Objection to Exemption and to Direct Trustee to Disburse Exempt Property to Debtor. | 0.40 | 325.00 | 130.00 |
| 09/12/2025 | 2894287 | Work | TAM | Review latest filing and speak to Trustee re: response. | 0.50 | 140.00 | 70.00 |
| 09/17/2025 | 2894172 | Work | JMN | Analyze orders and options. | 0.80 | 525.00 | 420.00 |
| 09/17/2025 | 2890612 | Drft | JPF | Confer with Nesse regarding Bevan renewed motion to reconsider. | 0.40 | 400.00 | 160.00 |

**PRE-BILL** 16898-03917 Bevan, William Jr.
Bevan, William Jr.

Case 22-12609    Doc 627-3    Filed 01/06/26    Page 9 of 11    Page: 9

| Date | ID | Type | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 09/17/2025 | 2891496 | Con | KRF | Conferred with Trustee regarding Debtor's Renewed Motion to Reconsider Objection to Exemption and to Direct Trustee to Disburse Exempt Property to Debtor. | 0.20 | 325.00 | 65.00 |
| 09/18/2025 | 2890752 | Rev | JPF | Review claims, potential distribution. | 0.40 | 400.00 | 160.00 |
| 09/18/2025 | 2892337 | Drft | KRF | Reviewed bankruptcy case history and began drafting Trustee's Response to Debtor's Renewed Motion to Reconsider Objection to Exemption and to Direct Trustee to Disburse Exempt Property to Debtor. | 1.70 | 325.00 | 552.50 |
| 09/19/2025 | 2892338 | Drft | KRF | Completed drafting Trustee's Response to Debtor's Renewed Motion to Reconsider Objection to Exemption and to Direct Trustee to Disburse Exempt Property to Debtor. | 1.80 | 325.00 | 585.00 |
| 09/22/2025 | 2893197 | Rev | KRF | Reviewed bankruptcy filings and updated file notes and case follow-ups. | 0.30 | 325.00 | 97.50 |
| 09/22/2025 | 2894555 | Work | TAM | Edit and file Opposition to Renewed Motion. | 1.00 | 140.00 | 140.00 |
| 09/30/2025 | 2894802 | Rev | JMN | Review objections | 0.50 | 525.00 | 262.50 |
| 10/23/2025 | 2905280 | Rev | JMN | Review documents, pleadings for exemption hearing. | 1.00 | 525.00 | 525.00 |
| 10/27/2025 | 2905243 | Rev | JMN | Review pending cases. | 0.30 | 525.00 | 157.50 |
| 10/27/2025 | 2903828 | Rev | KRF | Reviewed Debtor's Chapter 7 bankruptcy case in preparation for 10/28/2025 hearing on Debtor's Motion to Reconsider order denying homestead exemption. | 2.20 | 325.00 | 715.00 |
| 10/28/2025 | 2905253 | Hrg | JMN | Prepare and attend hearing. | 1.00 | 525.00 | 525.00 |
| 10/28/2025 | 2905255 | Work | JMN | Outline interim distribution motion. | 0.70 | 525.00 | 367.50 |
| 10/28/2025 | 2904742 | Hrg | KRF | Attended status hearing regarding attorney and realtor fees, and hearing on Debtor's Motion to Reconsider order denying homestead exemption. | 1.00 | 325.00 | 325.00 |
| 10/31/2025 | 2905328 | Rev | KRF | Reviewed all filed claims, case file, docketed orders, and financial records in preparation for drafting the Trustee's Motion for Authority to Make an Interim Distribution. Verified claim allowance status, ensured consistency with prior court rulings, and calculated estimated trustee compensation and administrative claim reserves necessary to support the proposed interim distribution. | 2.20 | 325.00 | 715.00 |

**PRE-BILL**

16898-0391 / Bevan, William Jr.
Bevan, William Jr.

Page: 10

| Date | Number | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 10/31/2025 | 2905334 | Drft | KRF | Drafted Trustee's Motion for Authority to Make an Interim Distribution, including the Proposed Order and supporting Exhibits B–C (listing allowed unsecured claims and the distribution calculation). Reviewed the financial data to ensure accuracy and clarity, and confirmed consistency with prior court rulings. | 2.80 | 325.00 | 910.00 |

Sub-total Fees: $53,008.50

## Rate Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Justin P. Fasano | 41.10 | hours at $400.00/hr | 16,440.00 |
| Kevin R. Feig | 35.80 | hours at $325.00/hr | 11,635.00 |
| Theresa A. Mackey | 10.90 | hours at $140.00/hr | 1,526.00 |
| Cynthia Martin | 3.50 | hours at $140.00/hr | 490.00 |
| Janet M. Nesse | 41.20 | hours at $525.00/hr | 21,630.00 |
| Ashley Romero | 10.30 | hours at $125.00/hr | 1,287.50 |

Total hours: 142.80

**Expenses**          Amount

| Date | | Description | Amount |
|---|---|---|---|
| | Ex | Postage | 17.28 |
| | Ex | Prints - BW | 1,148.90 |
| | Ex | PACER Search Fee | 42.70 |
| 07/24/2023 | Ex | FedEx | 10.92 |
| 08/02/2023 | Ex | Notary | 12.00 |
| 08/02/2023 | Ex | Notary | 10.00 |
| 08/07/2023 | Ex | FedEx | 18.62 |
| 08/10/2023 | Ex | FedEx | 18.62 |
| 09/22/2023 | Ex | Filing Fee | 188.00 |

Sub-total Expenses: $1,467.04

Total Current Billing: $54,475.54
**Total Now Due:** **$54,475.54**

Escrow Balance:   $0.00

Current      Over 30      Over 60      Over 90

**PRE-BILL** 16898-0391 / Bevan, William Jr.
Bevan, William Jr.

Page: 11

Initials:

_____ Apply Escrow   _____ Bill As Is   _____ Bill Flat Fee   _____ Update to Email

_____ Bill with Edits   _____ On Hold   _____ Bill Cost Only   _____ Email Address