IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 22-12609-LSS |
| WILLIAM CHARLES BEVAN, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF FIRST APPLICATION FOR APPROVAL OF COMPENSATION
AND EXPENSES OF MCNAMEE HOSEA, P.A. FOR
JUNE 14, 2023 THROUGH OCTOBER 31, 2025**

**PLEASE TAKE NOTICE** that McNamee Hosea, P.A. ("MH") has filed a First Application for Approval of Compensation for June 14, 2023 through October 31, 2025 ("Application"). The Application seeks legal fees for MH in the amount of $53,008.50 and reimbursement of expenses in the amount of $1,467.04 for a total of $54,475.54. A copy of the Application will be mailed to any party who requests one from the undersigned.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Application, the Chapter 7 Trustee seeks authority to make an interim distribution on account of the approved compensation in the amount of $40,000.00 toward legal fees, together with payment of $1,467.04 in reimbursable expenses.

**PLEASE TAKE NOTICE** that if you intend to object to the Application, you must, within 21 days after the filing of this Notice, file and serve a written objection to the Application together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk, U.S. Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, MD, 20770 and served (by delivery or by mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE APPLICATION MAY BE APPROVED BY THE BANKRUPTCY COURT WITHOUT A HEARING.** Further, the Court may grant the relief requested without a hearing, if the objection filed states inadequate grounds for denial. Any questions may be directed to the undersigned.

Date: January 6, 2026

Respectfully submitted,

/s/ Janet M. Nesse
Janet M. Nesse (#07804)
McNamee, Hosea, P.A.
6404 Ivy Lane, Suite 820

Greenbelt, Maryland 20770
(301) 441-2420
jnesse@mhlawyers.com
*Counsel for the Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

  I hereby certify that on January 6, 2026, I served a copy of the foregoing Notice of First Application for Approval of Compensation of McNamee Hosea, P.A. for June 14, 2023 through October 31, 2025, and Notice of Opportunity to Object, via ECF to the attorneys listed below.

- Donald L Bell  donbellaw@gmail.com, admin@donbellaw.com; bell.donaldr125259@notify.bestcase.com
- John D. Burns  info@burnsbankruptcyfirm.com, burnslaw3@gmail.com; burnslaw6@gmail.com; notices@nextchapterbk.com; pacerecfemails@gmail.com; 2634@notices.nextchapterbk.com
- Timothy Stephen Carey  timothy.carey@wilsonelser.com, Rajdeep.Sraun@wilsonelser.com
- Anthony Joseph DiPaula  ajdipaula@dipaulalaw.com, cevans@dipaulalaw.com
- Nikita Rajendra Joshi  Nikita.Joshi@bww-law.com, bankruptcy@bww-law.com
- Nicole C. Kenworthy  bdept@mrrlaw.net
- M. Evan Meyers  bdept@mrrlaw.net
- Jeffrey M. Orenstein  jorenstein@wolawgroup.com
- Daniel J. Pesachowitz  dpesacho@siwpc.com, rjones@siwpc.com; bkreferrals@siwpc.com; siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com; siwattecf@siwpc.com
- Daniel M. Press  dpress@chung-press.com, pressdm@gmail.com; danpress@recap.email
- L. Jeanette Rice  Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- William Mark Rudow  williamrudow@rudowlaw.com
- Dorothy Carol Sasser  dsasser@siwpc.com, bkreferrals@siwpc.com; siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com; siwattecf@siwpc.com
- William Frederick Steinwedel  wsteinwedel@mdlab.org, roithamer21988@gmail.com; G21117@notify.cincompass.com

  I hereby certify that on January 6, 2026, I served a copy of the foregoing Notice of First Application for Approval of Compensation of McNamee Hosea, P.A. for April 3, 2025 through October 31, 2025, and Notice of Opportunity to Object, via first class mail, postage prepaid upon all creditors on the attached mailing matrix, and the parties listed below:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

William Bevan
351 Anderson Ave
Indiana, PA 15701

              /s/ Janet M. Nesse
              Janet M. Nesse