```
Label Matrix for local noticing            Manor Care of Bethesda MD, LLC            Maryland Legal Aid Bureau
0416-0                                     Rudow Law Group, LLC                      500 E. Lexington Street
Case 22-12609                              William M. Rudow, Esquire                 Baltimore, MD 21202-3559
District of Maryland                       502 Washington Avenue, Ste 730
Greenbelt                                  Baltimore, MD 21204-4525
Tue Jan  6 12:56:56 EST 2026

Old Georgetown Village Homeowners Associatio   Synchrony Bank                        The Burns Law Firm, LLC
c/o Meyers, Rodbell & Rosenbaum, P.A.       c/o PRA Receivables Management, LLC      6305 Ivy Lane
6801 Kenilworth Ave.                        PO Box 41021                             Suite 340
Ste. 400                                    Norfolk, VA 23541-1021                   Greenbelt, MD 20770-1433
Riverdale Park, MD 20737-1331

U.S. Trustee                                US Bank Trust National Association Not In It   ANNE ARUNDEL COUNTY, OFFICE OF FINANCE
Office of The United States Trustee         c/o Padgett Law Group                    ATTN: BANKRUPTCY ADMINISTRATOR
6305 Ivy Lane                               6267 Old Water Oak Road                  PO BOX 2700, MS 1103
Suite 600                                   Suite 203                                ANNAPOLIS, MD 21404-2700
Greenbelt, MD 20770-6305                    Tallahasee, FL 32312-3858

Anne Arundel County Office of Finance       Anne Arundel Supervisor of Assessments   BB&T
P O Box 17003                               45 Calvert St., 3rd Floor                c/o Jordan M. Spivok, Esq.
Baltimore, MD 21297-1003                    Annapolis, MD 21401-1994                 4330 East West Hwy, #900
                                                                                     Bethesda, MD 20814-4454


Bank Of America, N.A.                       Capital One                              Ccb/Haband
4909 Savarese Cir                           Po Box 31293                             Po Box 182120
Tampa, FL 33634-2413                        Salt Lake City, UT 84131-0293            Columbus, OH 43218-2120



(p)STATE OF MARYLAND CENTRAL COLLECTION UNIT   Charles S. Lazar, Esq.                Chincoteague Bay Trails End HOA
ATTN OFFICE OF THE ATTORNEY GENERAL         PO Box 1767                              PO Box 240
300 W PRESTON ST RM 407                     Rockville, MD 20849-1767                 Horntown, VA 23395-0240
BALTIMORE MD 21201-2309


Comenity / MPRC                             Comenity Capital Bank/HSN                (p)COMPTROLLER OF MARYLAND
PO Box 182120                               PO Box 182120                            BANKRUPTCY UNIT
Columbus, OH 43218-2120                     Columbus, OH 43218-2120                  7 ST PAUL STREET SUITE 230
                                                                                     BALTIMORE MD 21202-1626


Credit One Bank Na                          Credit Service of Oregon                 DLLR
Po Box 98875                                PO Box 7548                              500 N Calvert St
Las Vegas, NV 89193-8875                    Springfield, OR 97475-0039               Baltimore, MD 21202-3651



Division of Unemployment Insurance          (p)FAY SERVICING  LLC                    Fetti Fingerhut/Webban
1100 N. Eutaw Street, Room 401              P O BOX 814609                           13300 Pioneer Trl
Baltimore, MD 21201-2226                    DALLAS TX 75381-4609                     Eden Prairie, MN 55347-4120



First Premier Bank                          Golden Living Center - Hagerstown        (p)JOHNS HOPKINS HEALTH SYSTEM
601 S Minnesota Ave                         750 Dual Highway                         3910 KESWICK ROAD
Sioux Falls, SD 57104-4868                  Hagerstown, MD 21740-5909                SUITE 3300
                                                                                     BALTIMORE MD 21211-2226
```

| | | |
|---|---|---|
| I.C. System, Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | Ingrid Bevan<br>140 Bond St.<br>Westminster, MD 21157-4736 | Ingrid Elaine Bevan<br>1409 N. Main St<br>Mt. Airy, MD 21771-7472 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Johns Hopkins Pharmaquip<br>PO Box 418479<br>Boston, MA 02241-8479 |
| Jon Bevan<br>9400 Shore Dr.<br>Apt. 519<br>Myrtle Beach, SC 29572-5126 | Jon Bevan, Ingrid Bevan and Matthew Bevan<br>c/o Anthony Joseph Dipaula<br>34 S. Main St.<br>Bel Air, MD 21014-3703 | Jpmcb Card<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Manor Care of Bethesda, MD LLC<br>William Rudow, Esquire<br>502 Washington Avenue Ste 730<br>Baltimore MD 21204-4525 | ManorCare of Wheaton MD, LLC<br>c/o Rudow Law Group, LLC<br>502 Washington Ave, Ste 730<br>Towson MD 21204-4525 |
| Matthew Eric Bevan<br>Law Offices of Anthony J DiPaula P.A.<br>34 S. Main Street<br>Bel Air MD 21014-3703 | Matthew Eric Bevan<br>c/o Anthony J. DiPaula, Esq.<br>34 S. Main Street<br>Bel Air, MD 21014-3703 | Medicredit, Inc<br>Po Box 1629<br>Maryland Heights, MO 63043-0629 |
| Montgomery County Supervisor of Assessments<br>30 W. Gude Drive, Suite 400<br>Rockville, MD 20850-1174 | Montgomery County, MD<br>100 Maryland Ave.<br>Rockville, MD 20850-2367 | Montgomery County, Maryland<br>101 Monroe St., 2nd Fl<br>Rockville, MD 20850-2503 |
| NAVY FEDERAL CREDIT UNION<br>P O BOX 3000<br>MERRIFIELD, VA 22119-3000 | Old Georgetown Village HOA<br>c/o Abaris Realty Inc.<br>7811 Montrose Rd., #110<br>Potomac, MD 20854-3349 | Old Georgetown Village HOA<br>c/o Meyers, Rodbell & Rosenbaum, PA<br>6801 Kenilworth Ave., Ste 400<br>Riverdale, MD 20737-1331 |
| Online Collections<br>PO Box 1489<br>Winterville, NC 28590-1489 | PEPCO<br>PO Box 13608<br>Philadelphia, PA 19101-3608 | Potomac Gardens ALC<br>11719 Devilwood Dr.<br>Potomac, MD 20854-3405 |
| Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Southwest Credit Systems<br>4120 International Pkwy<br>Carrollton, TX 75007-1958 | State of Maryland - Dept of Assessments<br>301 W Preston St<br>Baltimore, MD 21201-2383 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 | Taxing Authority of Montgomery County<br>Division of Treasury<br>255 Rockville Pike, Ste. L-15<br>Rockville, MD 20850-4188 | Transworld Sys Inc/33<br>500 Virginia Dr<br>Ft Washington, PA 19034-2733 |

| | | |
|---|---|---|
| Truist Bank<br>214 N. Tryon St.<br>Charlotte, NC 28202-1078 | U.S Securities and Exchange Commission<br>100 F St NE<br>Washington, DC 20549-2001 | U.S. Bank Trust National Association<br>P.O. Box 814609<br>Dallas, TX 75381-4609 |
| (p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME<br>ATTN OFFICE OF REGIONAL COUNSEL<br>801 MARKET STREET 12TH FLOOR<br>PHILADELPHIA PA 19107-3126 | U.S. Dept. of Housing and Urban Development<br>100 Penn Square East<br>Philadelphia, PA 19107-3380 | (p)US ATTORNEY'S OFFICE FOR THE DISTRICT OF M<br>36 S CHARLES STREET FOURTH FLOOR<br>BALTIMORE MD 21201-3020 |
| US Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 | Valley Credit Service, Inc.<br>PO Box 7090<br>Charlottesville, VA 22906-7090 | WSSC Water<br>14501 Sweitzer Lane<br>Laurel, MD 20707-5901 |
| Washington Suburban Sanitary Commission<br>14501 Sweitzer Lane<br>Laurel, MD 20707-5901 | Webbank/Fingerhut<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 | Adam Ross Levin<br>Homewise Realty Services<br>11140 Rockville Pike Suite 420<br>Rockville, MD 20852-3104 |
| Anthony Law Offices of Anthony J. DiPaula, P<br>DiPaula Law<br>34 S. Main Street<br>34 S. Main Street<br>Bel Air, MD 21014-3703 | Daniel M. Press<br>Chung & Press, P .C.<br>6718 Whittier Ave., Ste. 200<br>McLean, VA 22101-4531 | Edward A. Bortnick<br>Simon Krowitz Bolin & Assoc.<br>11300 Rockville Pike<br>Suite 800<br>Rockville, MD 20852-3010 |
| Janet M. Nesse<br>McNamee Hosea<br>6404 Ivy Lane<br>Ste 820<br>Greenbelt, MD 20770-1416 | ManorCare of Wheaton c/o Rudow Law Group, LL<br>502 Washington Avenue, Ste 730<br>Ste 730<br>Towson, MD 21204-4525 | William C Bevan Jr.<br>351 Anderson Ave<br>Indiana, PA 15701-2024 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Central Collection Unit<br>300 W Preston St<br>Baltimore, MD 21201 | Comptroller of the Treasury<br>301 W. Preston St<br>Room 409<br>Baltimore, MD 21201 | (d)Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 |
| Fay Servicing<br>1601 Lbj Freeway<br>Farmers Branch, TX 75234 | Howard County General Hospital<br>5755 Cedar Lane<br>Columbia, MD 21044 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 |
| U.S. Department of Housing and Urban Develop<br>100 Penn Square East<br>Philadelphia, PA 19107 | US Attorney for the  District of Maryland<br>36 S Charles St Fl 4<br>Baltimore, MD 21201 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)NewRez LLC d/b/a Shellpoint Mortgage Servi | (u)U.S. Bank Trust National Association | (u)Butler Medical Transport<br>INVALID ADDRESS PROVIDED |
| (u)David W. Rowan, Esq.<br>INVALID ADDRESS PROVIDED | (u)Jean Bevan<br>INVALID ADDRESS PROVIDED | (u)Johns Hopkins Medicine Medicare Plan<br>INVALID ADDRESS PROVIDED |
| (u)Jpmcb Card | (u)Klsfinancial<br>INVALID ADDRESS PROVIDED | (u)Maryland Dept. of Housing and Community De<br>INVALID ADDRESS PROVIDED |
| (u)Patricia Bevan Chan<br>INVALID ADDRESS PROVIDED | (u)Promedica SNF Bethesda<br>INVALID ADDRESS PROVIDED | (u)Trails End Utility Company<br>INVALID ADDRESS PROVIDED |
| (u)William Rudow, Esq.<br>Rudow Law Group LLC<br>502 Washington Ave., Ste. 730 | (u)Xerox Montgomery<br>INVALID ADDRESS PROVIDED | (d)Adam Ross Levin<br>Homewise Realty Services LLC<br>11140 Rockville Pike Suite 420<br>Rockville, MD 20852-3104 |
| (u)Matthew Bevan | End of Label Matrix<br>Mailable recipients    77<br>Bypassed recipients    16<br>Total                  93 | |