FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| **WILLIAM CHARLES BEVAN** ) | Case No. 22-12609 |
| ) | (Chapter 7) |
| ) | |
| _____ ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO MAKE AN INTERIM DISTRIBUTION**

UPON CONSIDERATION OF THE Motion for Extension of Time to Respond to the Chapter 7 Trustee's Motion for Authority to Make an Interim Distribution, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED that any response or opposition to the Motion for Authority to Make an Interim Distribution is now January 27, 2026.

cc: All parties

**(END OF ORDER)**