Entered: January 26th, 2026
Signed: January 26th, 2026

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **WILLIAM CHARLES BEVAN** ) | **Case No. 22-12609** |
| ) | **(Chapter 7)** |
| ) | |
| _____ ) | |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO MAKE AN INTERIM DISTRIBUTION

UPON CONSIDERATION OF THE Motion for Extension of Time to Respond to the Chapter 7 Trustee's Motion for Authority to Make an Interim Distribution, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED that any response or opposition to the Motion for Authority to Make an Interim Distribution is now January 27, 2026.

cc: All parties

### (END OF ORDER)