FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| WILLIAM CHARLES BEVAN ) | Case No. 22-12609 |
| ) | (Chapter 7) |
| ) | |
| _____ ) | |

**ORDER DENYING CHAPTER 7 TRUSTEE'S MOTION
FOR AUTHORITY TO MAKE AN INTERIM DISTRIBUTION**

UPON CONSIDERATION OF THE Chapter 7 Trustee's Motion for Authority to Make an Interim Distribution, it is hereby

ORDERED, that the Motion is DENIED.

cc: All parties

**(END OF ORDER)**