UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| ) | |
| **WILLIAM CHARLES BEVAN** ) | Case No. 22-12609 |
| ) | (Chapter 7) |
| ) | |
| _____ ) | |

### JOHN BURNS AND THE BURNS LAWS FIRM, LLC's OPPOSITION TO FIRST APPLICATION FOR APPROVAL OF COMPENSATION AND EXPENSES OF MCNAMEE HOSEA, P.A. FOR JUNE 14, 2023 THROUGH OCTOBER 31, 2025

John Burns and The Burns Law Firm, LLC (collectively, "Mr. Burns") through undersigned counsel, Timothy Carey, Esquire, and WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, hereby file this Opposition to the First Application for Approval of Compensation and Expenses of McNamee Hosea, P.A. for June 14, 2023 Through October 31, 2025, in response and in the interests of brevity incorporates their Opposition to the Chapter 7 Trustee's Motion for Authority to Make an Interim Distribution filed simultaneously hereto.

WHEREFORE, Mr. Burns respectfully requests that this Bankruptcy Court enter an Order DENYING the Motion, or in the alternative granting the motion with the limitation that any future commission, attorneys fees, or other costs incurred by the Chapter 7 Trustee not impair the pending claim of Mr. Burns.

320309240v.2
320309240v.2

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Timothy S. Carey*
Timothy S. Carey (Bar #19856)
250 W. Pratt Street, Suite 2200
Baltimore, MD 21201
410-539-1800 (Main)
410-962-8758 (Fax)
Timothy.Carey@wilsonelser.com

*/s/ Matthew W. Lee*
Matthew W. Lee (Bar #27949)
8444 Westpark Drive, Suite 510
McLean, VA 22102
703-852-7788 (Main)
703-245-9301 (Fax)
Matthew.Lee@wilsonelser.com

*Attorneys for John Burns and The Burns Law Firm, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of January 2026, I served the foregoing Opposition electronically, via CM/ECF upon:

**Donald L Bell** donbellaw@gmail.com, admin@donbellaw.com;bell.donaldr125259@notify.bestcase.com

• **Anthony Joseph DiPaula** ajdipaula@dipaulalaw.com, cevans@dipaulalaw.com

• **Justin Philip Fasano** jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; dmoorehead@mhlawyers.com;tmackey@mhlawyers.com; hleaphart@mhlawyers.com; cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com

• **Nikita Rajendra Joshi** Nikita.Joshi@bww-law.com, bankruptcy@bww-law.com

• **Nicole C. Kenworthy** bdept@mrrlaw.net

• **M. Evan Meyers** bdept@mrrlaw.net

• **Janet M. Nesse** jnesse@mhlawyers.com, DC0N@ecfcbis.com; jmnesse@ecf.axosfs.com;jfasano@mhlawyers.com;cpalik@mhlawyers.com; tmackey@mhlawyers.com; Nesse.JanetR92003@notify.bestcase.com; kfeig@mhlawyers.com

• **Jeffrey M. Orenstein** jorenstein@wolawgroup.com

• **Daniel J. Pesachowitz** dpesacho@siwpc.com, rjones@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com; siwattecf@siwpc.com

• **Daniel M. Press** dpress@chung-press.com, pressdm@gmail.com

• **L. Jeanette Rice** Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV

• **William Mark Rudow** williamrudow@rudowlaw.com

• **Dorothy Carol Sasser** dsasser@siwpc.com, bkreferrals@siwpc.com; siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com;siwattecf@siw pc.com

• **William Frederick Steinwedel** wsteinwedel@mdlab.org, roithamer21988@gmail.com; G21117@notify.cincompass.com

*/s/ Timothy S. Carey*
Timothy S. Carey

320309240v.2
320309240v.2