FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WILLIAM CHARLES BEVAN | ) | Case No. 22-12609 |
| | ) | (Chapter 7) |
| | ) | |
| _____ | ) | |

**ORDER DENYING FIRST APPLICATION FOR APPROVAL OF COMPENSATION AND EXPENSES OF MCNAMEE HOSEA, P.A. FOR JUNE 14, 2023 THROUGH OCTOBER 31, 2025**

UPON CONSIDERATION OF The First Application for Approval of Compensation and Expenses of McNamee Hosea, P.A. for June 14, 2023 Through October 31, 2025, and any opposition thereto, it is hereby

ORDERED, that the Application is DENIED.

cc: All parties

**(END OF ORDER)**