United States Bankruptcy Court
District of Maryland

In re:  
William C Bevan, Jr.  
    Debtor

Case No. 22-12609-LSS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 2  
Date Rcvd: Jan 27, 2026      Form ID: pdfparty      Total Noticed: 11

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William C Bevan, Jr., 351 Anderson Ave, Indiana, PA 15701-2024 |
| aty | + | Anthony Law Offices of Anthony J. DiPaula, P.A., DiPaula Law, 34 S. Main Street, 34 S. Main Street, Bel Air, MD 21014-3703 |
| r | + | Adam Ross Levin, Homewise Realty Services LLC, 11140 Rockville Pike Suite 420, Rockville, MD 20852-3104 |
| acc | + | Edward A. Bortnick, Simon Krowitz Bolin & Assoc., 11300 Rockville Pike, Suite 800, Rockville, MD 20852-3010 |
| cr | + | Manor Care of Bethesda MD, LLC, Rudow Law Group, LLC, William M. Rudow, Esquire, 502 Washington Avenue, Ste 730, Baltimore, MD 21204-4525 |
| cr | + | ManorCare of Wheaton c/o Rudow Law Group, LLC, 502 Washington Avenue, Ste 730, Ste 730, Towson, MD 21204, US 21204-4525 |
| other | + | Maryland Legal Aid Bureau, 500 E. Lexington Street, Baltimore, MD 21202-3559 |
| cr | + | Old Georgetown Village Homeowners Association, Inc, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |
| intp | + | The Burns Law Firm, LLC, 6305 Ivy Lane, Suite 340, Greenbelt, MD 20770-1433 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2026 19:35:12 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bkecf@padgettlawgroup.com | Jan 27 2026 19:28:00 | US Bank Trust National Association Not In Its Indi, c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahasee, FL 32312-3858 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Matthew Bevan |
| cr | | U.S. Bank Trust National Association |
| br | *+ | Adam Ross Levin, Homewise Realty Services, 11140 Rockville Pike Suite 420, Rockville, MD 20852-3104 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 27, 2026 | Form ID: pdfparty | Total Noticed: 11 |
| Date: Jan 29, 2026 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony Joseph DiPaula | ajdipaula@dipaulalaw.com cevans@dipaulalaw.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel M. Press | dpress@chung-press.com pressdm@gmail.com,danpress@recap.email |
| Donald L Bell | donbellaw@gmail.com admin@donbellaw.com,bell.donaldr125259@notify.bestcase.com |
| Dorothy Carol Sasser | dsasser@siwpc.com bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Janet M. Nesse | jnesse@mhlawyers.com<br>DC0N@ecfcbis.com,jmnesse@ecf.axosfs.com,jfasano@mhlawyers.com,cpalik@mhlawyers.com,tmackey@mhlawyers.com,Nesse.JanetR92003@notify.bestcase.com,kfeig@mhlawyers.com |
| Jeffrey M. Orenstein | jorenstein@wolawgroup.com |
| John D. Burns | info@burnsbankruptcyfirm.com<br>burnslaw3@gmail.com,burnslaw6@gmail.com,notices@nextchapterbk.com,pacerecfemails@gmail.com,2634@notices.nextchapterbk.com |
| Justin Philip Fasano | jfasano@mhlawyers.com<br>jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV |
| M. Evan Meyers | bdept@mrrlaw.net |
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| Nikita Rajendra Joshi | Nikita.Joshi@bww-law.com bankruptcy@bww-law.com |
| Timothy Stephen Carey | timothy.carey@wilsonelser.com Rajdeep.Sraun@wilsonelser.com |
| William Frederick Steinwedel | wsteinwedel@mdlab.org roithamer21988@gmail.com,G21117@notify.cincompass.com |
| William Mark Rudow | williamrudow@rudowlaw.com |

TOTAL: 16

Entered: January 26th, 2026
Signed: January 26th, 2026
**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **WILLIAM CHARLES BEVAN** ) | **Case No. 22-12609** |
| ) | **(Chapter 7)** |
| ) | |
| _____ ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORITY TO MAKE AN INTERIM DISTRIBUTION**

UPON CONSIDERATION OF THE Motion for Extension of Time to Respond to the Chapter 7 Trustee's Motion for Authority to Make an Interim Distribution, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED that any response or opposition to the Motion for Authority to Make an Interim Distribution is now January 27, 2026.

cc: All parties

**(END OF ORDER)**