Entered: February 3rd, 2026
Signed: February 2nd, 2026
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| IN RE: | )<br>)<br>) Case No. 22-12609-LSS |
| WILLIAM CHARLES BEVAN, | ) Chapter 7<br>) |
| Debtor. | )<br>) |

**ORDER GRANTING FIRST APPLICATION FOR APPROVAL OF COMPENSATION AND EXPENSES OF MCNAMEE HOSEA, P.A. FOR <u>JUNE 14, 2023 THROUGH OCTOBER 31, 2025</u>**

This matter came before the Court on the First Application for Approval of Compensation of McNamee Hosea, P.A. ("MH") for June 14, 2023 through October 31, 2025 ("Application"). Having reviewed the Application, the Court is satisfied that the services provided by MH in its representation of Janet M. Nesse, the Chapter 7 trustee ("Trustee"), were important, necessary, valuable and reasonable. It is, therefore, hereby:

**ORDERED** that the Application is **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED** that MH shall have an allowed administrative expense in this case in the amount of **$53,008.50** for legal fees and **$1,467.04** for expenses incurred, for a total amount of **$54,475.54**; and it is

**FURTHER ORDERED** that the Trustee is authorized to make an interim payment to MH on account of the allowed administrative expenses in the amount of **$40,000.00** toward legal fees and **$1,467.04** for expenses incurred.

Copies to:

William Bevan
351 Anderson Ave
Indiana, PA 15701

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Donald L Bell    donbellaw@gmail.com, admin@donbellaw.com; bell.donaldr125259@notify.bestcase.com
John D. Burns    info@burnsbankruptcyfirm.com, burnslaw3@gmail.com; burnslaw6@gmail.com; notices@nextchapterbk.com; pacerecfemails@gmail.com; 2634@notices.nextchapterbk.com
Timothy Stephen Carey    timothy.carey@wilsonelser.com, Rajdeep.Sraun@wilsonelser.com
Anthony Joseph DiPaula    ajdipaula@dipaulalaw.com, cevans@dipaulalaw.com
Nikita Rajendra Joshi    Nikita.Joshi@bww-law.com, bankruptcy@bww-law.com
Nicole C. Kenworthy    bdept@mrrlaw.net
M. Evan Meyers    bdept@mrrlaw.net
Jeffrey M. Orenstein    jorenstein@wolawgroup.com
Daniel J. Pesachowitz    dpesacho@siwpc.com, rjones@siwpc.com; bkreferrals@siwpc.com; siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com; siwattecf@siwpc.com
Daniel M. Press    dpress@chung-press.com, pressdm@gmail.com; danpress@recap.email
L. Jeanette Rice    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
William Mark Rudow    williamrudow@rudowlaw.com
Dorothy Carol Sasser    dsasser@siwpc.com, bkreferrals@siwpc.com; siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com; siwattecf@siwpc.com
William Frederick Steinwedel    wsteinwedel@mdlab.org, roithamer21988@gmail.com; G21117@notify.cincompass.com

**END OF ORDER**