Entered: February 4th, 2026
Signed: February 4th, 2026

**SO ORDERED**

Upon review of the Motion and Opposition, the Court has determined that no interim distribution to unsecured creditors should be allowed at this time.



*Lori Simpson*
**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **WILLIAM CHARLES BEVAN** ) | **Case No. 22-12609** |
| ) | **(Chapter 7)** |
| ) | |
| ) | |

### ORDER DENYING CHAPTER 7 TRUSTEE'S MOTION
### FOR AUTHORITY TO MAKE AN INTERIM DISTRIBUTION

UPON CONSIDERATION OF THE Chapter 7 Trustee's Motion for Authority to Make an Interim Distribution, it is hereby

ORDERED, that the Motion is DENIED.

cc: All parties

**(END OF ORDER)**