United States Bankruptcy Court
District of Maryland

In re:  
William C Bevan, Jr.  
    Debtor

Case No. 22-12609-LSS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0416-0     User: admin     Page 1 of 2  
Date Rcvd: Feb 03, 2026     Form ID: pdfparty     Total Noticed: 12

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William C Bevan, Jr., 351 Anderson Ave, Indiana, PA 15701-2024 |
| aty | + | Anthony Law Offices of Anthony J. DiPaula, P.A., DiPaula Law, 34 S. Main Street, 34 S. Main Street, Bel Air, MD 21014-3703 |
| r | + | Adam Ross Levin, Homewise Realty Services LLC, 11140 Rockville Pike Suite 420, Rockville, MD 20852-3104 |
| acc | + | Edward A. Bortnick, Simon Krowitz Bolin & Assoc., 11300 Rockville Pike, Suite 800, Rockville, MD 20852-3010 |
| cr | + | Manor Care of Bethesda MD, LLC, Rudow Law Group, LLC, William M. Rudow, Esquire, 502 Washington Avenue, Ste 730, Baltimore, MD 21204-4525 |
| cr | + | ManorCare of Wheaton c/o Rudow Law Group, LLC, 502 Washington Avenue, Ste 730, Ste 730, Towson, MD 21204, US 21204-4525 |
| other | + | Maryland Legal Aid Bureau, 500 E. Lexington Street, Baltimore, MD 21202-3559 |
| cr | + | Old Georgetown Village Homeowners Association, Inc, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |
| intp | + | The Burns Law Firm, LLC, 6305 Ivy Lane, Suite 340, Greenbelt, MD 20770-1433 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Feb 03 2026 19:18:00 | Office of the U.S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 03 2026 19:24:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bkecf@padgettlawgroup.com | Feb 03 2026 19:17:00 | US Bank Trust National Association Not In Its Indi, c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahasee, FL 32312-3858 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Matthew Bevan |
| cr | | U.S. Bank Trust National Association |
| br | *+ | Adam Ross Levin, Homewise Realty Services, 11140 Rockville Pike Suite 420, Rockville, MD 20852-3104 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 03, 2026 | Form ID: pdfparty | Total Noticed: 12 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2026         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony Joseph DiPaula | ajdipaula@dipaulalaw.com cevans@dipaulalaw.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel M. Press | dpress@chung-press.com pressdm@gmail.com,danpress@recap.email |
| Donald L Bell | donbellaw@gmail.com admin@donbellaw.com,bell.donaldr125259@notify.bestcase.com |
| Dorothy Carol Sasser | dsasser@siwpc.com bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Janet M. Nesse | jnesse@mhlawyers.com DC0N@ecfcbis.com,jmnesse@ecf.axosfs.com,jfasano@mhlawyers.com,cpalik@mhlawyers.com,tmackey@mhlawyers.com,Nesse.JanetR92003@notify.bestcase.com,kfeig@mhlawyers.com |
| Jeffrey M. Orenstein | jorenstein@wolawgroup.com |
| John D. Burns | info@burnsbankruptcyfirm.com burnslaw3@gmail.com,burnslaw6@gmail.com,notices@nextchapterbk.com,pacerecfemails@gmail.com,2634@notices.nextchapterbk.com |
| Justin Philip Fasano | jfasano@mhlawyers.com jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV |
| M. Evan Meyers | bdept@mrrlaw.net |
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| Nikita Rajendra Joshi | Nikita.Joshi@bww-law.com bankruptcy@bww-law.com |
| Timothy Stephen Carey | timothy.carey@wilsonelser.com Rajdeep.Sraun@wilsonelser.com |
| William Frederick Steinwedel | wsteinwedel@mdlab.org roithamer21988@gmail.com,G21117@notify.cincompass.com |
| William Mark Rudow | williamrudow@rudowlaw.com |

TOTAL: 16

Entered: February 3rd, 2026
Signed: February 2nd, 2026
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 22-12609-LSS |
| WILLIAM CHARLES BEVAN, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING FIRST APPLICATION FOR APPROVAL OF COMPENSATION AND EXPENSES OF MCNAMEE HOSEA, P.A. FOR JUNE 14, 2023 THROUGH OCTOBER 31, 2025**

This matter came before the Court on the First Application for Approval of Compensation of McNamee Hosea, P.A. ("MH") for June 14, 2023 through October 31, 2025 ("Application"). Having reviewed the Application, the Court is satisfied that the services provided by MH in its representation of Janet M. Nesse, the Chapter 7 trustee ("Trustee"), were important, necessary, valuable and reasonable. It is, therefore, hereby:

**ORDERED** that the Application is **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED** that MH shall have an allowed administrative expense in this case in the amount of **$53,008.50** for legal fees and **$1,467.04** for expenses incurred, for a total amount of **$54,475.54**; and it is

**FURTHER ORDERED** that the Trustee is authorized to make an interim payment to MH on account of the allowed administrative expenses in the amount of **$40,000.00** toward legal fees and **$1,467.04** for expenses incurred.

Copies to:

William Bevan
351 Anderson Ave
Indiana, PA 15701

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Donald L Bell     donbellaw@gmail.com, admin@donbellaw.com; bell.donaldr125259@notify.bestcase.com
John D. Burns     info@burnsbankruptcyfirm.com, burnslaw3@gmail.com; burnslaw6@gmail.com; notices@nextchapterbk.com; pacerecfemails@gmail.com; 2634@notices.nextchapterbk.com
Timothy Stephen Carey     timothy.carey@wilsonelser.com, Rajdeep.Sraun@wilsonelser.com
Anthony Joseph DiPaula     ajdipaula@dipaulalaw.com, cevans@dipaulalaw.com
Nikita Rajendra Joshi     Nikita.Joshi@bww-law.com, bankruptcy@bww-law.com
Nicole C. Kenworthy     bdept@mrrlaw.net
M. Evan Meyers     bdept@mrrlaw.net
Jeffrey M. Orenstein     jorenstein@wolawgroup.com
Daniel J. Pesachowitz     dpesacho@siwpc.com, rjones@siwpc.com; bkreferrals@siwpc.com; siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com; siwattecf@siwpc.com
Daniel M. Press     dpress@chung-press.com, pressdm@gmail.com; danpress@recap.email
L. Jeanette Rice     Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
William Mark Rudow     williamrudow@rudowlaw.com
Dorothy Carol Sasser     dsasser@siwpc.com, bkreferrals@siwpc.com; siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com; siwattecf@siwpc.com
William Frederick Steinwedel     wsteinwedel@mdlab.org, roithamer21988@gmail.com; G21117@notify.cincompass.com

**END OF ORDER**