United States Bankruptcy Court
District of Maryland

In re:                                                                                          Case No. 22-12609-LSS
William C Bevan, Jr.                                                                            Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0            User: admin            Page 1 of 5
Date Rcvd: Feb 04, 2026            Form ID: pdfall            Total Noticed: 73

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William C Bevan, Jr., 351 Anderson Ave, Indiana, PA 15701-2024 |
| aty | + | Anthony Law Offices of Anthony J. DiPaula, P.A., DiPaula Law, 34 S. Main Street, 34 S. Main Street, Bel Air, MD 21014-3703 |
| r | + | Adam Ross Levin, Homewise Realty Services LLC, 11140 Rockville Pike Suite 420, Rockville, MD 20852-3104 |
| acc | + | Edward A. Bortnick, Simon Krowitz Bolin & Assoc., 11300 Rockville Pike, Suite 800, Rockville, MD 20852-3010 |
| cr | + | Manor Care of Bethesda MD, LLC, Rudow Law Group, LLC, William M. Rudow, Esquire, 502 Washington Avenue, Ste 730, Baltimore, MD 21204-4525 |
| cr | + | ManorCare of Wheaton c/o Rudow Law Group, LLC, 502 Washington Avenue, Ste 730, Ste 730, Towson, MD 21204, US 21204-4525 |
| other | + | Maryland Legal Aid Bureau, 500 E. Lexington Street, Baltimore, MD 21202-3559 |
| cr | + | Old Georgetown Village Homeowners Association, Inc, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |
| intp | + | The Burns Law Firm, LLC, 6305 Ivy Lane, Suite 340, Greenbelt, MD 20770-1433 |
| 32339589 | + | ANNE ARUNDEL COUNTY, OFFICE OF FINANCE, ATTN: BANKRUPTCY ADMINISTRATOR, PO BOX 2700, MS 1103, ANNAPOLIS, MD 21404-2700 |
| 32024344 | + | Anne Arundel County Office of Finance, P O Box 17003, Baltimore, MD 21297-1003 |
| 32024345 | + | Anne Arundel Supervisor of Assessments, 45 Calvert St., 3rd Floor, Annapolis, MD 21401-1994 |
| 32042469 | + | BB&T, c/o Jordan M. Spivok, Esq., 4330 East West Hwy, #900, Bethesda, MD 20814-4454 |
| 32042471 | + | Charles S. Lazar, Esq., PO Box 1767, Rockville, MD 20849-1767 |
| 32042472 | + | Chincoteague Bay Trails End HOA, PO Box 240, Horntown, VA 23395-0240 |
| 32042475 | + | Credit Service of Oregon, PO Box 7548, Springfield, OR 97475-0039 |
| 32042477 | + | Golden Living Center - Hagerstown, 750 Dual Highway, Hagerstown, MD 21740-5909 |
| 32330217 | + | Ingrid Elaine Bevan, 1409 N. Main St, Mt. Airy, MD 21771-7472 |
| 32042481 | + | Johns Hopkins Pharmaquip, PO Box 418479, Boston, MA 02241-8479 |
| 32024362 | + | Jon Bevan, 9400 Shore Dr., Apt. 519, Myrtle Beach, SC 29572-5126 |
| 32024366 | + | Manor Care of Bethesda, MD LLC, William Rudow, Esquire, 502 Washington Avenue Ste 730, Baltimore MD 21204-4525 |
| 32282548 |   | ManorCare of Wheaton MD, LLC, c/o Rudow Law Group, LLC, 502 Washington Ave, Ste 730, Towson MD 21204-4525 |
| 32024368 | + | Matthew Eric Bevan, Law Offices of Anthony J DiPaula P.A., 34 S. Main Street, Bel Air MD 21014-3703 |
| 32024370 | + | Montgomery County Supervisor of Assessments, 30 W. Gude Drive, Suite 400, Rockville, MD 20850-1174 |
| 32024372 | + | Montgomery County, MD, 100 Maryland Ave., Rockville, MD 20850-2367 |
| 32024371 | + | Montgomery County, Maryland, 101 Monroe St., 2nd Fl, Rockville, MD 20850-2503 |
| 32024374 | + | Old Georgetown Village HOA, c/o Meyers, Rodbell & Rosenbaum, PA, 6801 Kenilworth Ave., Ste 400, Riverdale, MD 20737-1331 |
| 32024373 | + | Old Georgetown Village HOA, c/o Abaris Realty Inc., 7811 Montrose Rd., #110, Potomac, MD 20854-3349 |
| 32024377 | + | Potomac Gardens ALC, 11719 Devilwood Dr., Potomac, MD 20854-3405 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 04 2026 19:28:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bkecf@padgettlawgroup.com | | |

| District/off: 0416-0 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Feb 04, 2026 | Form ID: pdfall | Total Noticed: 73 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 04 2026 19:30:00 | US Bank Trust National Association Not In Its Indi, c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahasee, FL 32312-3858 |
| 32024346 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 04 2026 19:29:00 | Bank Of America, N.A., 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 32024350 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Feb 04 2026 19:29:00 | Comptroller of the Treasury, 301 W. Preston St, Room 409, Baltimore, MD 21201 |
| 32024648 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Feb 04 2026 19:29:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32024347 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2026 19:28:55 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 32024348 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 04 2026 19:30:00 | Ccb/Haband, Po Box 182120, Columbus, OH 43218-2120 |
| 32042473 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 04 2026 19:30:00 | Comenity / MPRC, PO Box 182120, Columbus, OH 43218-2120 |
| 32042474 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 04 2026 19:30:00 | Comenity Capital Bank/HSN, PO Box 182120, Columbus, OH 43218-2120 |
| 32024351 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 04 2026 19:39:06 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 32024353 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Feb 04 2026 19:30:00 | DLLR, 500 N Calvert St, Baltimore, MD 21202-3651 |
| 32024352 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Feb 04 2026 19:30:00 | Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32024354 | | Email/Text: ECF@fayservicing.com | Feb 04 2026 19:30:00 | Fay Servicing, 1601 Lbj Freeway, Farmers Branch, TX 75234 |
| 32024355 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 04 2026 19:30:00 | Fetti Fingerhut/Webban, 13300 Pioneer Trl, Eden Prairie, MN 55347-4120 |
| 32024356 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 04 2026 19:28:56 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 32024357 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 04 2026 19:30:00 | I.C. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 32024359 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 04 2026 19:30:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 32059598 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 04 2026 19:30:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 32042478 | | Email/Text: bankruptcy@jh.edu | Feb 04 2026 19:30:00 | Howard County General Hospital, 5755 Cedar Lane, Columbia, MD 21044 |
| 32024363 | + | Email/Text: ajdipaula@dipaulalaw.com | Feb 04 2026 19:29:00 | Jon Bevan, Ingrid Bevan and Matthew Bevan, c/o Anthony Joseph Dipaula, 34 S. Main St., Bel Air, MD 21014-3703 |
| 32042482 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 04 2026 19:28:55 | Jpmcb Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 32026217 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2026 19:39:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 32063073 | + | Email/Text: ajdipaula@dipaulalaw.com | Feb 04 2026 19:29:00 | Matthew Eric Bevan, c/o Anthony J. DiPaula, Esq., 34 S. Main Street, Bel Air, MD 21014-3703 |
| 32024369 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Feb 04 2026 19:30:00 | Medicredit, Inc, Po Box 1629, Maryland Heights, MO 63043-0629 |
| 32034948 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 04 2026 19:30:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |

| District/off: 0416-0 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 04, 2026 | Form ID: pdfall | Total Noticed: 73 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 32042483 | + | Email/Text: bankruptcy@onlineis.com | Feb 04 2026 19:30:00 | Online Collections, PO Box 1489, Winterville, NC 28590-1489 |
| 32024376 | + | Email/Text: Bankruptcy_General@pepco.com | Feb 04 2026 19:30:00 | PEPCO, PO Box 13608, Philadelphia, PA 19101-3608 |
| 32043485 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 04 2026 19:30:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 32024349 | | Email/Text: ccubankruptcy.notices@maryland.gov | Feb 04 2026 19:29:00 | Central Collection Unit, 300 W Preston St, Baltimore, MD 21201 |
| 32042485 | + | Email/Text: bankruptcy@sw-credit.com | Feb 04 2026 19:30:00 | Southwest Credit Systems, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 32024378 | ^ | MEBN | Feb 04 2026 19:23:45 | State of Maryland - Dept of Assessments, 301 W Preston St, Baltimore, MD 21201-2383 |
| 32024647 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Feb 04 2026 19:30:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32024649 | ^ | MEBN | Feb 04 2026 19:23:10 | Taxing Authority of Montgomery County, Division of Treasury, 255 Rockville Pike, Ste. L-15, Rockville, MD 20850-4188 |
| 32024379 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 04 2026 19:30:00 | Transworld Sys Inc/33, 500 Virginia Dr, Ft Washington, PA 19034-2733 |
| 32168998 | + | Email/Text: bankruptcy@bbandt.com | Feb 04 2026 19:30:00 | Truist Bank, 214 N. Tryon St., Charlotte, NC 28202-1078 |
| 32024380 | + | Email/Text: secbankruptcy@sec.gov | Feb 04 2026 19:30:00 | U.S Securities and Exchange Commission, 100 F St NE, Washington, DC 20549-2001 |
| 32061339 | ^ | MEBN | Feb 04 2026 19:23:03 | U.S. Bank Trust National Association, P.O. Box 814609, Dallas, TX 75381-4609 |
| 32024381 | | Email/Text: usamd.bankruptcy@usdoj.gov | Feb 04 2026 19:30:00 | US Attorney for the District of Maryland, 36 S Charles St Fl 4, Baltimore, MD 21201 |
| 32037149 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 04 2026 19:28:59 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |
| 32024382 | ^ | MEBN | Feb 04 2026 19:23:14 | US Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 32042488 | + | Email/Text: bankruptcytn@wakeassoc.com | Feb 04 2026 19:29:00 | Valley Credit Service, Inc., PO Box 7090, Charlottesville, VA 22906-7090 |
| 32024385 | + | Email/Text: Bankruptcy@wsscwater.com | Feb 04 2026 19:30:00 | WSSC Water, 14501 Sweitzer Lane, Laurel, MD 20707-5901 |
| 32061041 | + | Email/Text: Bankruptcy@wsscwater.com | Feb 04 2026 19:30:00 | Washington Suburban Sanitary Commission, 14501 Sweitzer Lane, Laurel, MD 20707-5901 |
| 32024383 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 04 2026 19:30:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Matthew Bevan |
| cr | | U.S. Bank Trust National Association |
| 32042470 | | Butler Medical Transport, INVALID ADDRESS PROVIDED |
| 32042476 | | David W. Rowan, Esq., INVALID ADDRESS PROVIDED |

| | | |
|---|---|---|
| 32024360 | | Jean Bevan, INVALID ADDRESS PROVIDED |
| 32024361 | | Johns Hopkins Medicine Medicare Plan, INVALID ADDRESS PROVIDED |
| 32024364 | | Jpmcb Card |
| 32024365 | | Klsfinancial, INVALID ADDRESS PROVIDED |
| 32024367 | | Maryland Dept. of Housing and Community Devel, INVALID ADDRESS PROVIDED |
| 32024375 | | Patricia Bevan Chan, INVALID ADDRESS PROVIDED |
| 32042484 | | Promedica SNF Bethesda, INVALID ADDRESS PROVIDED |
| 32042486 | | Trails End Utility Company, INVALID ADDRESS PROVIDED |
| 32024384 | | William Rudow, Esq., Rudow Law Group LLC, 502 Washington Ave., Ste. 730 |
| 32042489 | | Xerox Montgomery, INVALID ADDRESS PROVIDED |
| br | *+ | Adam Ross Levin, Homewise Realty Services, 11140 Rockville Pike Suite 420, Rockville, MD 20852-3104 |
| 32042487 | *P++ | US DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, ATTN OFFICE OF REGIONAL COUNSEL, 801 MARKET STREET 12TH FLOOR, PHILADELPHIA PA 19107-3126, address filed with court:, U.S. Dept. of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |
| 32024358 | ##+ | Ingrid Bevan, 140 Bond St., Westminster, MD 21157-4736 |

TOTAL: 14 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2026        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony Joseph DiPaula | ajdipaula@dipaulalaw.com  cevans@dipaulalaw.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Donald L Bell | donbellaw@gmail.com  admin@donbellaw.com,bell.donaldr125259@notify.bestcase.com |
| Dorothy Carol Sasser | dsasser@siwpc.com  bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Janet M. Nesse | jnesse@mhlawyers.com<br>DC0N@ecfcbis.com,jmnesse@ecf.axosfs.com,jfasano@mhlawyers.com,cpalik@mhlawyers.com,tmackey@mhlawyers.com,Nesse.JanetR92003@notify.bestcase.com,kfeig@mhlawyers.com |
| Jeffrey M. Orenstein | jorenstein@wolawgroup.com |
| John D. Burns | info@burnsbankruptcyfirm.com<br>burnslaw3@gmail.com,burnslaw6@gmail.com,notices@nextchapterbk.com,pacerecfemails@gmail.com,2634@notices.nextchapterbk.com |
| Justin Philip Fasano | jfasano@mhlawyers.com |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 5 of 5 |
| Date Rcvd: Feb 04, 2026 | Form ID: pdfall | Total Noticed: 73 |

    jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

L. Jeanette Rice
    Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

M. Evan Meyers
    bdept@mrrlaw.net

Nicole C. Kenworthy
    bdept@mrrlaw.net

Nikita Rajendra Joshi
    Nikita.Joshi@bww-law.com  bankruptcy@bww-law.com

Timothy Stephen Carey
    timothy.carey@wilsonelser.com  Rajdeep.Sraun@wilsonelser.com

William Frederick Steinwedel
    wsteinwedel@mdlab.org  roithamer21988@gmail.com,G21117@notify.cincompass.com

William Mark Rudow
    williamrudow@rudowlaw.com

TOTAL: 16

Entered: February 4th, 2026
Signed: February 4th, 2026

**SO ORDERED**

Upon review of the Motion and Opposition, the Court has determined that no interim distribution to unsecured creditors should be allowed at this time.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **WILLIAM CHARLES BEVAN** | ) | Case No. 22-12609 |
| | ) | **(Chapter 7)** |
| | ) | |
| _____ | ) | |

### ORDER DENYING CHAPTER 7 TRUSTEE'S MOTION
### FOR AUTHORITY TO MAKE AN INTERIM DISTRIBUTION

UPON CONSIDERATION OF THE Chapter 7 Trustee's Motion for Authority to Make an Interim Distribution, it is hereby

ORDERED, that the Motion is DENIED.

cc: All parties

**(END OF ORDER)**