**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **WILLIAM CHARLES BEVAN** ) | **CASE NO. 22-12609** |
| ) | **(Chapter 7)** |
| ) | |
| _____ ) | |

**JOHN BURNS AND THE BURNS LAW FIRM'S CONSENT MOTION TO CONTINUE HEARING ON APPLICATION FOR COMPENSATION SCHEDULED FOR APRIL 14-18, 2026**

John Burns and The Burns Law Firm (collectively, "Mr. Burns") by and through undersigned counsel, Matthew Lee, Timothy S. Carey, and Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and with the consent of all parties, respectfully requests a continuance of the Hearing on Application for Compensation Scheduled for April 14-18, 2026, and for cause states as follows:

1.     As the Court is aware, Mr. Burns had numerous surgeries resulting in inpatient and outpatient care in recent months.

2.     Currently, Mr. Burns is experiencing some worsening symptoms, and a sedative procedure has been scheduled for March 31, 2026.

3.     It is anticipated that this treatment could result in further inpatient and outpatient care, and regardless, Mr. Burns will not be physically capable of the rigors of a full, in-person hearing on the Fee Application where he is expected to testify over multiple days.

4.     All parties to the Fee Application consent to this requested relief, and the Parties have cleared the week starting September 14, 2026 as the earliest date available for all Parties and the Court.

5.     Additionally, the Parties consent to the continuance of the Hearing on the Fee Application of Ross Levin until after resolution of Mr. Burns' Fee Application.

1

WHEREFORE The Burns Law Firm, LLC and John D. Burns, Esq. respectfully request that this Court GRANT the Motion to Continue along with any such further relief the Court deems just and appropriate.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

*/s/ Timothy S. Carey*
Timothy S. Carey (Bar #19856)
250 W. Pratt Street, Suite 2200
Baltimore, MD 21201
410-539-1800 (Main)
410-962-8758 (Fax)
Timothy.Carey@wilsonelser.com

Matthew W. Lee (Bar #27949)
8444 Westpark Drive, Suite 510
McLean, VA 22102
703-852-7788 (Main)
703-245-9301 (Fax)
Matthew.Lee@wilsonelser.com

*Attorneys for John Burns and The Burns
Law Firm, LLC*

Seen and consented to:

**MATTHEW W. CHENEY
Acting United States Trustee**

*/s/ L. Jeanette Rice*
L. Jeanette Rice (Bar No. 12933)
Assistant U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770
301-344-6216 (Phone)
301-344-8431 (Fax)

2

331620723v.1

Jeanette.rice@usdoj.gov

**MCNAMEE HOSEA, P.A.**

*/s/ Janet M. Nesse*
Janet M. Nesse
Justin P. Fasano
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
301-441-2420 (Phone)
301-982-9450 (Fax)
jnesse@mhlawyers.com
Attorneys for Chapter 7 Trustee

**CHUNG & PRESS, P.C.**

*/s/ Daniel M. Press*
Daniel M. Press
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800 (Phone)
703-734-0590 (Fax)
dpress@chung-press.com
*Attorneys for Debtor*

**WOLFF & ORENSTEIN, LLC**

*/s/ Jeffrey M. Orenstein*
Jeffrey M. Orenstein
Shady Grove Plaza
15245 Shady Grove Road
Suite 465, North Lobby
Rockville, MD 20850
301-250-7232 (Phone)
301-816-0592 (Fax)
*Attorneys for Ross Levin*

3

331620723v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of March 2026, I served the foregoing Line electronically, via CM/ECF upon:

**Donald L Bell** donbellaw@gmail.com, admin@donbellaw.com;bell.donaldr125259@notify.bestcase.com

• **Anthony Joseph DiPaula** ajdipaula@dipaulalaw.com, cevans@dipaulalaw.com

• **Justin Philip Fasano** jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; dmoorehead@mhlawyers.com;tmackey@mhlawyers.com; hleaphart@mhlawyers.com; cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestca se.com

• **Nikita Rajendra Joshi** Nikita.Joshi@bww-law.com, bankruptcy@bww-law.com

• **Nicole C. Kenworthy** bdept@mrrlaw.net

• **M. Evan Meyers** bdept@mrrlaw.net

• **Janet M. Nesse** jnesse@mhlawyers.com, DC0N@ecfcbis.com; jmnesse@ecf.axosfs.com;jfasano@mhlawyers.com;cpalik@mhlawyers.com; tmackey@mhlawyers.com; Nesse.JanetR92003@notify.bestcase.com; kfeig@mhlawyers.com

• **Jeffrey M. Orenstein** jorenstein@wolawgroup.com

• **Daniel J. Pesachowitz** dpesacho@siwpc.com, rjones@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com; siwattecf@siwpc.com

• **Daniel M. Press** dpress@chung-press.com, pressdm@gmail.com

• **L. Jeanette Rice** Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV

• **William Mark Rudow** williamrudow@rudowlaw.com

• **Dorothy Carol Sasser** dsasser@siwpc.com, bkreferrals@siwpc.com; siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com;siwattecf@siw pc.com

• **William Frederick Steinwedel** wsteinwedel@mdlab.org, roithamer21988@gmail.com; G21117@notify.cincompass.com

/s/ Timothy S. Carey
Timothy S. Carey

4

331620723v.1