**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **WILLIAM CHARLES BEVAN** | ) | **Case No. 22-12609** |
| | ) | **(Chapter 7)** |
| | ) | |
| _____ ) | | |

## ORDER GRANTING MOTION TO CONTINUE HEARING SET FOR APRIL 14, 2026

UPON CONSIDERATION OF John Burns and The Burns Law Firm's Consent Motion to Continue Hearing on Application For Compensation Scheduled For April 14-18, 2026, and any response thereto, it is hereby

ORDERED, that the Motion is GRANTED; and

The Hearing set for April 14-18 is CONTINUED to September 14-18, 2026.


cc: All parties

## (END OF ORDER)

331620723v.1