Entered: March 31st, 2026
Signed: March 30th, 2026

## SO ORDERED

The hearings are continued to September 14-18, 2026 at 10:00 a.m. in Courtroom 3E, 6500 Cherrywood Lane, Greenbelt, MD 20770.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WILLIAM CHARLES BEVAN | ) | **Case No. 22-12609** |
| | ) | **(Chapter 7)** |
| | ) | |
| _____) | | |

### <u>ORDER GRANTING MOTION TO CONTINUE HEARING SET FOR APRIL 14, 2026</u>

UPON CONSIDERATION OF John Burns and The Burns Law Firm's Consent Motion to Continue Hearing on Application For Compensation Scheduled For April 14-18, 2026, and any response thereto, it is hereby

ORDERED, that the Motion is GRANTED; and

The Hearing set for April 14-18 is CONTINUED to September 14-18, 2026.

cc: All parties

**<u>(END OF ORDER)</u>**

331620723v.1