**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

|  |  |  |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| | ) | **Case No. 22-12609-LSS** |
| **WILLIAM CHARLES BEVAN, JR.,** | ) | **Chapter 7** |
| | ) | |
| *Debtor*. | ) | |
| | ) | |

**ORDER GRANTING AND APPROVING MOTION TO ALLOW**
**INTERIM PARTIAL DISTRIBUTION OF TRUSTEE COMMISSIONS**

Upon consideration of the *Motion to Allow Interim Partial Distribution of Trustee Commissions* (the "Motion") filed by Janet M. Nesse, Chapter 7 Trustee (the "Trustee") of the Chapter 7 Bankruptcy Estate of the debtor William Charles Bevan, Jr. (the "Debtor"), and good cause being shown, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED** that the Motion is **GRANTED** in its entirety; and it is

**ORDERED** that the Trustee is authorized to pay herself, pursuant to 11 U.S.C. §§ 105, 326, 330 and 331 an interim partial commission in the amount of $40,454.91; and it is further

**ORDERED** that such partial commission is approved on an interim basis.

**END OF ORDER**

2

Copies to:

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Janet M. Nesse
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770

2