**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

|  |  |  |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| | ) | **Case No. 22-12609-LSS** |
| **WILLIAM CHARLES BEVAN, JR.,** | ) | **Chapter 7** |
| | ) | |
| *Debtor*. | ) | |
| | ) | |

**NOTICE OF MOTION TO ALLOW**
**INTERIM PARTIAL DISTRIBUTION OF TRUSTEE COMMISSIONS**

**PLEASE TAKE NOTICE** that Janet M. Nesse, Chapter 7 Trustee (the "Trustee") of the Chapter 7 Bankruptcy estate of the debtor William Charles Bevan, Jr. (the "Debtor"), has filed a *Motion to Allow Interim Partial Distribution of Trustee Commissions* (the "Motion"). The Motion seeks, pursuant to 11 U.S.C. §§326, 330, and 331 of the United States Code, for interim approval of a partial distribution of her statutory commission in the amount of $40,454.91. A copy of the Motion will be mailed to any party who requests one from the undersigned.

**PLEASE TAKE NOTICE** that if you intend to object to the Motion, you must, within twenty-one (21) days after the date of this notice, or three days later if you were served by mail, file and serve a written objection to the Application together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk, U.S. Bankruptcy Court, 6500 Cherrywood Lane, Greenbelt, MD 20770 and served (by delivery or by mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection. **IF YOU FAIL TO FILE A TIMELY OBJECTION, THE APPLICATION MAY BE APPROVED BY THE BANKRUPTCY COURT WITHOUT A HEARING**. Further, the Court may grant the relief requested without a hearing, if the objection filed states inadequate grounds for denial. Any questions may be directed to the undersigned.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion is scheduled for **July 15, 2026, at 10:00 a.m., in Courtroom 3-C**, United States Bankruptcy Court for the District of Maryland, Federal Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

Date: June 16, 2026

Respectfully submitted,

/s/ *Janet M. Nesse*
Janet M. Nesse (#07804)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
jnesse@mhlawyers.com
*Counsel for the Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2026, I served a copy of the foregoing *Notice of Motion to Allow Interim Partial Distribution of Trustee Commissions* via first class mail, postage prepaid, upon the following:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

and to all creditors on the attached mailing matrix;

and by electronic mail via CM/ECF upon:

- Daniel M. Press        dpress@chung-press.com

/s/ *Janet M. Nesse*
Janet M. Nesse