IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MAYRLAND
Greenbelt Division

**IN RE:**

**WILLIAM CHARLES BEVAN, Jr.**

**DEBTOR**

**Case No. 22-12609-LSS**
**Chapter 7**

---

## RESPONSE OF DEBTOR TO MOTION TO ALLOW INTERIM PARTIAL DISTRIBUTION OF TRUSTEE COMMISSIONS

NOW COMES Debtor, through counsel, and responds as follows to the Trustee's Motion (#643).

The trustee states that she is holding $383,843.90.   Her attorneys fees have been paid. Secured claims have been paid.

Unsecured claims now total only $55,835.16.   Mr. Burns's firm has a pending fee application for $139045 and expenses of $5086, and Mr. Levin is seeking $36800.00 and expenses of $3799.98.   If allowed in full, these total $184,730.98 (the "Administrative Claimants").   In other words, all creditors if allowed would be paid in full for $240,566.14.   If the trustee would be paid a commission on this amount, plus the $744,098.27 already disbursed, plus the $54,475.54 in administrative fees already paid, for a total of $1,039,139.41, the trustee commission would be $54424.18, leaving $88,853.58 to be refunded to the Debtor.

That amount is *diminishing* because the Trustee (whether by election or by US Trustee policy) keeps the money in an account that charges bank fees and does not accrue interest.

As such, the Debtor does not object *per se* to paying the Trustee's commissions.   But unsecured creditors *AND THE DEBTOR* should be paid their money as well.   It is incredibly

unfair that the Debtor lost everything in this case, has to use his social security to pay for long term care because he can't even afford a security deposit on an apartment or the cost to purchase a mobile home. and has *no money* because it is being held hostage in this case.

This money makes little difference to the Trustee, who previously opposed a distribution to the Debtor.  But it would mean everything – the ability to live independently – to the Debtor. It is all that he has.    Paying him $50,000 now (and paying the unsecured creditors now) could not possibly cause harm to the estate or to Messrs. Burns or Levin, or to the Trustee.  As a matter of fairness, the trustee should simply not be paid until the Debtor's money is disbursed to him.

WHEREFORE, Debtor respectfully requests that the Court enter an order directing the Trustee to pay, in addition to her commission, the unsecured claims in full, and to disburse at least $50,000 of the surplus to the Debtor.

Dated: June 6, 2026

Respectfully submitted.

/s/ Daniel M. Press
Daniel M. Press (#07300)
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean VA 22101
703-734-3800
dpyress@chung-press.com
*Counsel for Debtor*

CERTIFICATE OF SERVICE

This is to certify that on this 6th day of June, 2026, I caused the foregoing document to be served by CM/ECF on the following:

Donald L Bell donbellaw@gmail.com,
admin@donbellaw.com,
bell.donaldr125259@notify.bestcase.com

John D. Burns info@burnsbankruptcyfirm.com,
burnslaw3@gmail.com,
burnslaw6@gmail.com,
notices@nextchapterbk.com,
pacerecfemails@gmail.com,
2634@notices.nextchapterbk.com

Timothy Stephen Carey timothy.carey@wilsonelser.com,
Rajdeep.Sraun@wilsonelser.com

Anthony Joseph DiPaula ajdipaula@dipaulalaw.com,
cevans@dipaulalaw.com

Justin Philip Fasano jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com,
tmackey@mhlawyers.com,
mevans@mhlawyers.com,
cmartin@mhlawyers.com,
Fasano.JustinR92003@notify.bestcase.com

Nikita Rajendra Joshi bkecfinbox@aldridgepite.com,
njoshi@ecf.courtdrive.com

Nicole C. Kenworthy bdept@mrrlaw.net

M. Evan Meyers bdept@mrrlaw.net

Janet M. Nesse jnesse@mhlawyers.com,
DC0N@ecfcbis.com,
jmnesse@ecf.axosfs.com,
jfasano@mhlawyers.com,
cpalik@mhlawyers.com,
tmackey@mhlawyers.com,
Nesse.JanetR92003@notify.bestcase.com,
kfeig@mhlawyers.com,

BKrell@mhlawyers.com,
bkrell@ecf.courtdrive.com

Jeffrey M. Orenstein jorenstein@wolawgroup.com

Daniel J. Pesachowitz dpesacho@siwpc.com,
rjones@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

Daniel M. Press dpress@chung-press.com,
pressdm@gmail.com,
danpress@recap.email

L. Jeanette Rice Jeanette.Rice@usdoj.gov,
USTPRegion04.GB.ECF@USDOJ.GOV

William Mark Rudow williamrudow@rudowlaw.com

Dorothy Carol Sasser dsasser@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

William Frederick Steinwedel wsteinwedel@mdlab.org,
roithamer21988@gmail.com,
G21117@notify.cincompass.com

/s/ Daniel M. Press
Daniel M. Press