**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **WILLIAM CHARLES BEVAN** ) | **CASE NO. 22-12609** |
| ) | **(Chapter 7)** |
| ) | |
| _____) | |

**JOHN BURNS AND THE BURNS LAW FIRM'S MOTION TO CONTINUE HEARING ON TRUSTEE'S REQUEST FOR INTERIM DISTRIBUTION SCHEDULED FOR JULY 15, 2026**

John Burns and The Burns Law Firm (collectively, "Mr. Burns") by and through undersigned counsel, Timothy S. Carey, and Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, respectfully requests a continuance of the Hearing on July 15, 2026, and for cause states as follows:

1.      Currently, undersigned counsel for Mr. Burns is engaged in a two-week long arbitration in the District of Columbia that is anticipated to end July 17, 2026.

2.      As a result, undersigned counsel is unable to attend the hearing scheduled for July 15, 2026.

WHEREFORE The Burns Law Firm, LLC and John D. Burns, Esq. respectfully request that this Court GRANT the Motion to Continue along with any such further relief the Court deems just and appropriate.

1

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**


*/s/ Timothy S. Carey*
Timothy S. Carey (Bar #19856)
250 W. Pratt Street, Suite 2200
Baltimore, MD 21201
410-539-1800 (Main)
410-962-8758 (Fax)
Timothy.Carey@wilsonelser.com

Matthew W. Lee (Bar #27949)
8444 Westpark Drive, Suite 510
McLean, VA 22102
703-852-7788 (Main)
703-245-9301 (Fax)
Matthew.Lee@wilsonelser.com

*Attorneys for John Burns and The Burns Law Firm, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 14th day of July 2026, I served the foregoing Line electronically, via CM/ECF upon:

•**Donald L Bell** donbellaw@gmail.com, admin@donbellaw.com;bell.donaldr125259@notify.bestcase.com

• **Anthony Joseph DiPaula** ajdipaula@dipaulalaw.com, cevans@dipaulalaw.com

• **Justin Philip Fasano** jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com; dmoorehead@mhlawyers.com;tmackey@mhlawyers.com; hleaphart@mhlawyers.com; cmartin@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com

• **Nikita Rajendra Joshi** Nikita.Joshi@bww-law.com, bankruptcy@bww-law.com

• **Nicole C. Kenworthy** bdept@mrrlaw.net

• **M. Evan Meyers** bdept@mrrlaw.net

• **Janet M. Nesse** jnesse@mhlawyers.com, DC0N@ecfcbis.com; jmnesse@ecf.axosfs.com;jfasano@mhlawyers.com;cpalik@mhlawyers.com; tmackey@mhlawyers.com; Nesse.JanetR92003@notify.bestcase.com; kfeig@mhlawyers.com

• **Jeffrey M. Orenstein** jorenstein@wolawgroup.com

• **Daniel J. Pesachowitz** dpesacho@siwpc.com, rjones@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com; siwattecf@siwpc.com

• **Daniel M. Press** dpress@chung-press.com, pressdm@gmail.com

• **L. Jeanette Rice** Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV

• **William Mark Rudow** williamrudow@rudowlaw.com

• **Dorothy Carol Sasser** dsasser@siwpc.com, bkreferrals@siwpc.com; siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com;siwattecf@siw pc.com

• **William Frederick Steinwedel** wsteinwedel@mdlab.org, roithamer21988@gmail.com; G21117@notify.cincompass.com

*/s/ Timothy S. Carey*

Timothy S. Carey

3