**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **WILLIAM CHARLES BEVAN** | ) | **Case No. 22-12609** |
| | ) | **(Chapter 7)** |
| | ) | |
| _____ | ) | |

### ORDER GRANTING MOTION TO CONTINUE HEARING ON TRUSTEE'S REQUEST FOR INTERIM DISTRIBUTION SET FOR JULY 15, 2026

UPON CONSIDERATION OF John Burns and The Burns Law Firm's Motion to Continue Hearing

Scheduled for July 15, 2026, and any response thereto, it is hereby

ORDERED, that the Motion is GRANTED; and

The Hearing set for July 15 is CONTINUED to July 20-24, 2026, or a time more convenient to the

parties.

cc: All parties

### (END OF ORDER)