Entered: July 16th, 2026
Signed: July 15th, 2026

**DENIED**

Motion orally withdrawn at the hearing.



_____
**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **22–12609 – LSS**   Chapter: **7**   Doc No.: **626**

**William C Bevan Jr.**
Debtor

## ORDER CONTINUING HEARING OF
## OF TRUSTEE'S REQUEST FOR INTERIM DISTRIBUTION SCHEDULED FOR JULY 15, 2026

Upon consideration of the motion for continuance filed in the above–captioned matter by Timothy S. Carey, and it appearing that the relief requested is justified, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing scheduled for July 15, 2026, is continued to **date and time stated above Virtual Courtroom (for hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688).**

cc:   All Parties
        All Counsel

**End of Order**

12x01 (rev. 05/21/2012) – BusayoAduBakare