_____RETAIN

_____

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**          Evidentiary Hrg: Y N
                                                       Exhibits Filed: Y N

PROCEEDING MEMO – CHAPTER 7

Date: 07/15/2026 Time: 10:00

**CASE: 22-12609 William C Bevan, Jr.**

✓Daniel M. Press representing William C Bevan Jr. (Debtor)

✓ Janet M. Nesse and Justin Philip Fasano Janet M. Nesse (Trustee)

L. Jeanette Rice representing U.S. Trustee (U.S. Trustee)

William Frederick Steinwedel representing Maryland Legal Aid Bureau (Other Party)

[643] Motion *TO ALLOW INTERIM PARTIAL DISTRIBUTION OF TRUSTEE COMMISSIONS* Filed by Janet M. Nesse. (Attachments: #s2 Notice of Motion)

**MOVANT** : Janet Nesse BY J Nesse J Fasano

[644] Response on behalf of William C Bevan Jr. Filed by Daniel M. Press (related document(s) 643 Motion for Miscellaneous Relief filed by Trustee Janet M. Nesse).

[645] Limited Opposition on behalf of The Burns Law Firm, LLC Filed by Timothy Stephen Carey (related document(s) 643 Motion for Miscellaneous Relief filed by Trustee Janet M. Nesse). (Carey, Timothy)Modified on 7/1/2026 to enhance text. (McKenna, Shannon).

**MOVANT** : The Burns Law Firm, LLC BY J Burns T Carey

DISPOSITIONS:

Granted643__Denied_____Withdrawn_____Consent_____Default_____Under Adv._____

Moot_____Dismissed_____Overruled_____Sustained_____O.T.J. Fee_____

Continued to: _____

DECISION:

[ ] Signed by Court          [ ] Filed by Counsel
[ ] To be prepared by:
     [ ] Movant's counsel          [ ] Court
     [ ] Respondent's counsel      [ ] Other _____

NOTES: Motion granted.  Trustee to prepare order and order will provide that trustee is to file TFR and tax returns. Press and Lee to work on agreement to hold distributions to Burns and Levin. Motion to continue withdrawn.