Entered: July 17th, 2026
Signed: July 16th, 2026

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

|  |  |
|---|---|
| **In re:** ) | |
| ) | |
| ) | **Case No. 22-12609-LSS** |
| **WILLIAM CHARLES BEVAN, JR.,** ) | **Chapter 7** |
| ) | |
| *Debtor*. ) | |
| ) | |

### ORDER GRANTING AND APPROVING MOTION TO ALLOW
### <u>INTERIM PARTIAL DISTRIBUTION OF TRUSTEE COMMISSIONS</u>

Upon consideration of the Motion to Allow Interim Partial Distribution of Trustee Commissions (the "Motion") filed by Janet M. Nesse, Chapter 7 Trustee (the "Trustee") of the Chapter 7 bankruptcy estate of William Charles Bevan, Jr. (the "Debtor"), and after a hearing held on July 15, 2026, and good cause appearing therefor, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED** that the Motion is **GRANTED** in its entirety; and it is

**ORDERED** that the Trustee is authorized to pay herself, pursuant to 11 U.S.C. §§ 105, 326, 330 and 331 an interim partial commission in the amount of $40,454.91; and it is further

**ORDERED** that such partial commission is approved on an interim basis; and it is further

**ORDERED** that the Trustee shall promptly retain a qualified accountant to prepare and file all outstanding tax returns required for the bankruptcy estate; and it is further

**ORDERED** that the Trustee shall prepare and file a Final Report and as part of that final report when approved, shall deposit funds attributable to disputed claims into an escrow account agreed upon by the parties pending resolution of such claims.

## END OF ORDER

Copies to:

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Janet M. Nesse
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770