United States Bankruptcy Court

District of Maryland

In re:                                                                                                                          Case No. 22-12609-LSS

William C Bevan, Jr.                                                                                                  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                                              User: admin                                                      Page 1 of 2

Date Rcvd: Jul 16, 2026                                        Form ID: pdfparty                                         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

**Recip ID                    Recipient Name and Address**
db                        +  William C Bevan, Jr., 351 Anderson Ave, Indiana, PA 15701-2024

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026                                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:

**Name                          Email Address**

Anthony Joseph DiPaula
                              ajdipaula@dipaulalaw.com  cevans@dipaulalaw.com

Daniel J. Pesachowitz
                              dpesacho@siwpc.com
                              rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com

Daniel M. Press
                              dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email

Donald L Bell
                              donbellaw@gmail.com  admin@donbellaw.com,bell.donaldr125259@notify.bestcase.com

Dorothy Carol Sasser
                              dsasser@siwpc.com  bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com

Janet M. Nesse
                              jnesse@mhlawyers.com

District/off: 0416-0          User: admin          Page 2 of 2

Date Rcvd: Jul 16, 2026          Form ID: pdfparty          Total Noticed: 1

DC0N@ecfcbis.com,jmnesse@ecf.axosfs.com,jfasano@mhlawyers.com,cpalik@mhlawyers.com,tmackey@mhlawyers.com,Nesse.JanetR92003@notify.bestcase.com,kfeig@mhlawyers.com,BKrell@mhlawyers.com,bkrell@ecf.courtdrive.com

Jeffrey M. Orenstein

jorenstein@wolawgroup.com

John D. Burns

info@burnsbankruptcyfirm.com
burnslaw3@gmail.com,burnslaw6@gmail.com,notices@nextchapterbk.com,pacerecfemails@gmail.com,2634@notices.nextchapterbk.com

Justin Philip Fasano

jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

L. Jeanette Rice

Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

M. Evan Meyers

bdept@mrrlaw.net

Nicole C. Kenworthy

bdept@mrrlaw.net

Nikita Rajendra Joshi

bkecfinbox@aldridgepite.com  njoshi@ecf.courtdrive.com

Timothy Stephen Carey

timothy.carey@wilsonelser.com  Rajdeep.Sraun@wilsonelser.com

William Frederick Steinwedel

wsteinwedel@mdlab.org  roithamer21988@gmail.com,G21117@notify.cincompass.com

William Mark Rudow

williamrudow@rudowlaw.com


TOTAL: 16

Entered: July 16th, 2026
Signed: July 15th, 2026

**DENIED**

Motion orally withdrawn at the hearing.



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:　　Case No.: **22−12609 − LSS**　　Chapter: **7**　　Doc No.: **626**

**William C Bevan Jr.**
Debtor

## ORDER CONTINUING HEARING OF
## OF TRUSTEE'S REQUEST FOR INTERIM DISTRIBUTION SCHEDULED FOR JULY 15, 2026

Upon consideration of the motion for continuance filed in the above−captioned matter by Timothy S. Carey, and it appearing that the relief requested is justified, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing scheduled for July 15, 2026, is continued to **date and time stated above Virtual Courtroom** (**for hearing access information see www.mdb.uscourts.gov/hearings or call 410−962−2688**).

cc:　　All Parties
　　　　All Counsel

**End of Order**

12x01 (rev. 05/21/2012) − BusayoAduBakare