United States Bankruptcy Court

District of Maryland

In re:

William C Bevan, Jr.

Debtor

Case No. 22-12609-LSS

Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0416-0

Date Rcvd: Jul 17, 2026

User: admin

Form ID: pdfparty

Page 1 of 2

Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2026:**

**Recip ID              Recipient Name and Address**
db              + William C Bevan, Jr., 351 Anderson Ave, Indiana, PA 15701-2024

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.gb.ecf@usdoj.gov | Jul 17 2026 19:41:00 | Office of the United States Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2026                    Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2026 at the address(es) listed below:

**Name                    Email Address**

Anthony Joseph DiPaula
                    ajdipaula@dipaulalaw.com  cevans@dipaulalaw.com

Daniel J. Pesachowitz
                    dpesacho@siwpc.com
                    rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com

Daniel M. Press
                    dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email

Donald L Bell

District/off: 0416-0                          User: admin                                    Page 2 of 2
Date Rcvd: Jul 17, 2026                       Form ID: pdfparty                              Total Noticed: 2

                donbellaw@gmail.com  admin@donbellaw.com,bell.donaldr125259@notify.bestcase.com

Dorothy Carol Sasser
                dsasser@siwpc.com  bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com

Janet M. Nesse
                jnesse@mhlawyers.com
                DC0N@ecfcbis.com,jmnesse@ecf.axosfs.com,jfasano@mhlawyers.com,cpalik@mhlawyers.com,tmackey@mhlawyers.com,Nesse.JanetR92003@notify.bestcase.com,kfeig@mhlawyers.com,BKrell@mhlawyers.com,bkrell@ecf.courtdrive.com

Jeffrey M. Orenstein
                jorenstein@wolawgroup.com

John D. Burns
                info@burnsbankruptcyfirm.com
                burnslaw3@gmail.com,burnslaw6@gmail.com,notices@nextchapterbk.com,pacerecfemails@gmail.com,2634@notices.nextchapterbk.com

Justin Philip Fasano
                jfasano@mhlawyers.com
                jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

L. Jeanette Rice
                Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

M. Evan Meyers
                bdept@mrrlaw.net

Nicole C. Kenworthy
                bdept@mrrlaw.net

Nikita Rajendra Joshi
                bkecfinbox@aldridgepite.com  njoshi@ecf.courtdrive.com

Timothy Stephen Carey
                timothy.carey@wilsonelser.com  Rajdeep.Sraun@wilsonelser.com

William Frederick Steinwedel
                wsteinwedel@mdlab.org  roithamer21988@gmail.com,G21117@notify.cincompass.com

William Mark Rudow
                williamrudow@rudowlaw.com


TOTAL: 16

Entered: July 17th, 2026
Signed: July 16th, 2026

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

|  |  |
|---|---|
| In re: | ) |
|  | ) |
| **WILLIAM CHARLES BEVAN, JR.,** | ) **Case No. 22-12609-LSS** |
|  | ) **Chapter 7** |
| *Debtor.* | ) |
|  | ) |

### ORDER GRANTING AND APPROVING MOTION TO ALLOW
### INTERIM PARTIAL DISTRIBUTION OF TRUSTEE COMMISSIONS

Upon consideration of the Motion to Allow Interim Partial Distribution of Trustee Commissions (the "Motion") filed by Janet M. Nesse, Chapter 7 Trustee (the "Trustee") of the Chapter 7 bankruptcy estate of William Charles Bevan, Jr. (the "Debtor"), and after a hearing held on July 15, 2026, and good cause appearing therefor, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED** that the Motion is **GRANTED** in its entirety; and it is

**ORDERED** that the Trustee is authorized to pay herself, pursuant to 11 U.S.C. §§ 105, 326, 330 and 331 an interim partial commission in the amount of $40,454.91; and it is further

**ORDERED** that such partial commission is approved on an interim basis; and it is further

**ORDERED** that the Trustee shall promptly retain a qualified accountant to prepare and file all outstanding tax returns required for the bankruptcy estate; and it is further

**ORDERED** that the Trustee shall prepare and file a Final Report and as part of that final report when approved, shall deposit funds attributable to disputed claims into an escrow account agreed upon by the parties pending resolution of such claims.

**END OF ORDER**

Copies to:

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Janet M. Nesse
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770

2