**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| In re:<br><br>**WILLIAM BEVAN,**<br><br>Debtor. | **Case No.: 22-12609-LSS**<br>**Chapter 7** |

**CONSENT MOTION FOR ORDER PERMITTING WILLIAM RUDOW
TO TESTIFY BY CONTEMPORANEOUS VIDEO TRANSMISSION**

Matthew W. Cheney[1], the Acting U.S. Trustee for Region 4, John Burns, Janet Nesse, and William Bevan (collectively the "Parties"), by and through undersigned counsel, respectfully move this Court for entry of an order permitting witness William Rudow to testify at the in-person trial in this matter by contemporaneous video transmission, including by Zoom or such other videoconference platform as the Court may direct. In support of this Motion, the Parties state as follows:

1. This matter is scheduled for an in-person trial September 14 through September 18, 2026 before this Court.

2. The parties expect to call William Rudow as a witness at trial. Mr. Rudow's testimony is material to the issues to be tried.

3. Mr. Rudow is willing and able to testify under oath and be subject to examination and cross-examination.

4. However, Mr. Rudow's wife is scheduled to undergo major surgery during the week of the in-person trial.

---

[1] Mattew W. Cheney, Acting United States Trustee for Region 4, is recused from participation in this matter. The matter is proceeding under the direction of Andrew R. Vara, United States Trustee for Region 3.

5.     As a result of that surgery, Mr. Rudow, who resides out of the State of Maryland, must remain at home to care for his wife and is unable to appear physically in court without creating a substantial hardship and interfering with his caregiving responsibilities.

6.     Mr. Rudow can appear by Zoom or another Court-approved videoconference platform from a private location with reliable internet access, audio, and video.

7.     The Parties request that the Court permit Mr. Rudow to testify remotely by contemporaneous video transmission so that the Court, counsel, and parties may observe his demeanor, and so that all parties may conduct direct examination, cross-examination, and any redirect or recross examination in real time.

**I.     Legal Standard**

8.     Federal Rule of Bankruptcy Procedure 9017 provides that the Federal Rules of Evidence and Federal Rules of Civil Procedure 43, 44, and 44.1 apply in bankruptcy cases. Federal Rule of Civil Procedure 43(a) provides that, for good cause in compelling circumstances and with appropriate safeguards, a court may permit testimony in open court by contemporaneous transmission from a different location.

9.     Good cause and compelling circumstances exist here. Mr. Rudow's unavailability for in-person testimony is not a matter of convenience; it arises from his wife's major surgery during the week of trial and his need to remain at home to provide care. Remote testimony will avoid unnecessary hardship while preserving the essential features of trial testimony: testimony under oath, contemporaneous examination, cross-examination, observation of demeanor, and a record made in open court.

## II.    Proposed Safeguards

10.    The Parties propose the following safeguards to ensure the fairness and integrity of Mr. Rudow's testimony:

1. Mr. Rudow shall testify by live video transmission using Zoom or another platform designated by the Court.

2. Mr. Rudow shall appear from a quiet, private location and shall remain visible on camera while testifying.

3. Mr. Rudow shall present identification if requested by the Court.

4. Mr. Rudow shall be sworn by the Court before testifying.

5. No person shall coach, assist, or communicate with Mr. Rudow during his testimony, except as permitted by the Court.

6. Mr. Rudow shall not review documents, notes, messages, or other materials while testifying unless authorized by the Court or presented as an exhibit.

7. All parties shall have a full and fair opportunity to examine and cross-examine Mr. Rudow in real time.

8. Mr. Rudow shall comply with all instructions from the Court, including any instructions regarding exhibits, sequestration, and the prohibition on recording the proceeding.

## III. Relief Requested

WHEREFORE, the Parties respectfully request that the Court enter an order permitting William Rudow to testify at the in-person trial by contemporaneous video transmission, including by Zoom or such other videoconference platform as the Court may direct, and granting such other and further relief as the Court deems just and proper.

July 23, 2026

Respectfully submitted,

MATTHEW W. CHENEY
Acting United States Trustee for Region 4
By Counsel

/s/ L. Jeanette Rice
L. Jeanette Rice, Bar No.:12933
Assistant United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770
(301) 344-6216
Fax: (301) 344-8431
E-mail: Jeanette.Rice @usdoj.gov

/s/ Daniel M. Press
Daniel M. Press (#07300)
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean VA 22101
703-734-3800
dpyress@chung-press.com
*Counsel for Debtor*

/s/ Janet M. Nesse
Janet M. Nesse (#07804)
McNamee Hosea, P.A.
6404 Ivy Lane
Suite 820 Greenbelt
Maryland 20770
(301) 441-2420
jnesse@mhlawyers.com
*Counsel for the Chapter 7 Trustee*

WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP

/s/ Timothy S. Carey
Timothy S. Carey (Bar #19856)
250 W. Pratt Street
Suite 2200
Baltimore, MD 21201
410-539-1800 (Main)
410-962-8758 (Fax)
Timothy.Carey@wilsonelser.com
*Attorney for John D. Burns*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 23, 2026, a copy of the Consent Motion and Consent Order was served by ECF notification to:

- Donald L Bell  donbellaw@gmail.com, dmin@donbellaw.com;bell.donaldr125259@notify.bestcase.com
- John D. Burns  info@burnsbankruptcyfirm.com, burnslaw3@gmail.com;burnslaw6@gmail.com;notices@nextchapterbk.com;pacerecfemails@gmail.com;2634@notices.nextchapterbk.com
- Anthony Joseph DiPaula  ajdipaula@dipaulalaw.com, cevans@dipaulalaw.com
- Justin Philip Fasano  jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;dmoorehead@mhlawyers.com;tmackey@mhlawyers.com;hleaphart@mhlawyers.com;mtaylor@mhlawyers.com;Fasano.JustinR92003@notify.bestcase.com
- Leah Christina Freedman  bankruptcy@bww-law.com, leah.freedman@bww-law.com
- Nicole C. Kenworthy  bdept@mrrlaw.net
- M. Evan Meyers  bdept@mrrlaw.net
- Janet M. Nesse  jnesse@mhlawyers.com, DC0N@ecfcbis.com;jmnesse@ecf.axosfs.com;jfasano@mhlawyers.com;cpalik@mhlawyers.com;tmackey@mhlawyers.com;Nesse.JanetR92003@notify.bestcase.com
- Jeffrey M. Orenstein  jorenstein@wolawgroup.com
- Daniel J. Pesachowitz   dpesacho@siwpc.com, rjones@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
- Daniel M. Press  dpress@chung-press.com, pressdm@gmail.com
- William Mark Rudow  williamrudow@rudowlaw.com
- Dorothy Carol Sasser  dsasser@siwpc.com, bkreferrals@siwpc.com; siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com
- William Frederick Steinwedel  wsteinwedel@mdlab.org, roithamer21988@gmail.com; G21117@notify.cincompass.com
- M. Evan Meyers bdept@mrrlaw.net
- Nicole C. Kenworthy bdept@mrrlaw.net
- Nikita Rajendra Joshi bkecfinbox@aldridgepite.com, njoshi@ecf.courtdrive.com
- Timothy Stephen Carey timothy.carey@wilsonelser.com, ajdeep.Sraun@wilsonelser.com

And by first-class mail, postage prepaid to:

William C Bevan, Jr.
351 Anderson Ave
Indiana, PA 15701-2024

/s /L. Jeanette Rice
L. Jeanette Rice