Entered: July 24th, 2026
Signed: July 24th, 2026

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| In re: ) | |
| ) | **Case No. 22-12609** |
| **WILLIAM CHARLES BEVAN** ) | **(Chapter 7)** |
| ) | |
| **Debtor** ) | |

## ORDER GRANTING
## CONSENT MOTION FOR ORDER PERMITTING WILLIAM RUDOW
## <u>TO TESTIFY BY CONTEMPORANEOUS VIDEO TRANSMISSION</u>

Upon consideration of the Consent Motion for Order Permitting William Rudow to Testify by Contemporaneous Video Transmission, any response thereto, and the record in this matter, and for good cause shown, it is, hereby

ORDERED that the Consent Motion for Order Permitting William Rudow to Testify by Contemporaneous Video Transmission be and is hereby GRANTED; and it is further

ORDERED that William Rudow is permitted to testify at the in-person trial in this matter by contemporaneous video transmission, including by Zoom or such other videoconference platform as the Court may direct, subject to any procedures, safeguards, and instructions imposed by the Court.

Seen and Consented to:


/s/ L. Jeanette Rice
L. Jeanette Rice, Bar No.:12933
Assistant United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770
(301) 344-6216
Fax: (301) 344-8431
E-mail: Jeanette.Rice@usdoj.gov
*Attorney for Matthew W. Cheney*
*Acting United States Trustee for Region 4*


/s/ Daniel M. Press
Daniel M. Press (#07300)
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean VA 22101
703-734-3800
dpyress@chung-press.com
*Counsel for Debtor*



/s/ Janet M. Nesse
Janet M. Nesse (#07804)
McNamee Hosea, P.A.
6404 Ivy Lane
Suite 820 Greenbelt
Maryland 20770
(301) 441-2420
jnesse@mhlawyers.com
*Counsel for the Chapter 7 Trustee*

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


/s/ Timothy S. Carey
Timothy S. Carey (Bar #19856)
250 W. Pratt Street
Suite 2200
Baltimore, MD 21201
410-539-1800 (Main)
410-962-8758 (Fax)
Timothy.Carey@wilsonelser.com
*Attorney for John D. Burns*

cc:

Justin Philip Fasano

Janet M. Nesse

Jeffrey M. Orenstein

Daniel M. Press

William Mark Rudow

Timothy Stephen Carey

L. Jeanette Rice

William C. Bevan, Jr.

**END OF ORDER**