United States Bankruptcy Court

District of Maryland

In re:                                                                    Case No. 22-12609-LSS

William C Bevan, Jr.                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                        User: admin                              Page 1 of 2

Date Rcvd: Jul 24, 2026                     Form ID: pdfparty                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

**Recip ID              Recipient Name and Address**
db                  +   William C Bevan, Jr., 351 Anderson Ave, Indiana, PA 15701-2024

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Anthony Joseph DiPaula | ajdipaula@dipaulalaw.com  cevans@dipaulalaw.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com<br>rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Donald L Bell | donbellaw@gmail.com  admin@donbellaw.com,bell.donaldr125259@notify.bestcase.com |
| Dorothy Carol Sasser | dsasser@siwpc.com  bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Janet M. Nesse | jnesse@mhlawyers.com |

District/off: 0416-0                 User: admin                        Page 2 of 2

Date Rcvd: Jul 24, 2026              Form ID: pdfparty                   Total Noticed: 1

DC0N@ecfcbis.com,jmnesse@ecf.axosfs.com,jfasano@mhlawyers.com,cpalik@mhlawyers.com,tmackey@mhlawyers.com,Nesse.JanetR92003@notify.bestcase.com,kfeig@mhlawyers.com,BKrell@mhlawyers.com,bkrell@ecf.courtdrive.com

Jeffrey M. Orenstein

jorenstein@wolawgroup.com

John D. Burns

info@burnsbankruptcyfirm.com
burnslaw3@gmail.com,burnslaw6@gmail.com,notices@nextchapterbk.com,pacerecfemails@gmail.com,2634@notices.nextchapterbk.com

Justin Philip Fasano

jfasano@mhlawyers.com
jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com

L. Jeanette Rice

Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

M. Evan Meyers

bdept@mrrlaw.net

Nicole C. Kenworthy

bdept@mrrlaw.net

Nikita Rajendra Joshi

bkecfinbox@aldridgepite.com  njoshi@ecf.courtdrive.com

Timothy Stephen Carey

timothy.carey@wilsonelser.com  Rajdeep.Sraun@wilsonelser.com

William Frederick Steinwedel

wsteinwedel@mdlab.org  roithamer21988@gmail.com,G21117@notify.cincompass.com

William Mark Rudow

williamrudow@rudowlaw.com


TOTAL: 16

Entered: July 24th, 2026
Signed: July 24th, 2026

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No. 22-12609** |
| **WILLIAM CHARLES BEVAN** ) | **(Chapter 7)** |
| ) | |
| **Debtor** ) | |

### ORDER GRANTING
### CONSENT MOTION FOR ORDER PERMITTING WILLIAM RUDOW
### TO TESTIFY BY CONTEMPORANEOUS VIDEO TRANSMISSION

Upon consideration of the Consent Motion for Order Permitting William Rudow to Testify by Contemporaneous Video Transmission, any response thereto, and the record in this matter, and for good cause shown, it is, hereby

ORDERED that the Consent Motion for Order Permitting William Rudow to Testify by Contemporaneous Video Transmission be and is hereby GRANTED; and it is further

ORDERED that William Rudow is permitted to testify at the in-person trial in this matter by contemporaneous video transmission, including by Zoom or such other videoconference platform as the Court may direct, subject to any procedures, safeguards, and instructions imposed by the Court.

1

Seen and Consented to:


/s/ L. Jeanette Rice
L. Jeanette Rice, Bar No.:12933
Assistant United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770
(301) 344-6216
Fax: (301) 344-8431
E-mail: Jeanette.Rice@usdoj.gov
*Attorney for Matthew W. Cheney*
*Acting United States Trustee for Region 4*


/s/ Daniel M. Press
Daniel M. Press (#07300)
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean VA 22101
703-734-3800
dpyress@chung-press.com
*Counsel for Debtor*



/s/ Janet M. Nesse
Janet M. Nesse (#07804)
McNamee Hosea, P.A.
6404 Ivy Lane
Suite 820 Greenbelt
Maryland 20770
(301) 441-2420
jnesse@mhlawyers.com
*Counsel for the Chapter 7 Trustee*


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


/s/ Timothy S. Carey
Timothy S. Carey (Bar #19856)
250 W. Pratt Street
Suite 2200
Baltimore, MD 21201
410-539-1800 (Main)
410-962-8758 (Fax)
Timothy.Carey@wilsonelser.com
*Attorney for John D. Burns*

cc:

Justin Philip Fasano

Janet M. Nesse

Jeffrey M. Orenstein

Daniel M. Press

William Mark Rudow

Timothy Stephen Carey

L. Jeanette Rice

William C. Bevan, Jr.

**END OF ORDER**

3