**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| In re: William C Bevan, Jr,<br><br>                    Debtor. | Case No.: 22-12609-LSS<br>Chapter 7 |

**NOTICE OF APPEARANCE OF COUNSEL FOR
<u>UNITED STATES TRUSTEE</u>**

To the Clerk of the Court:

PLEASE TAKE NOTICE that pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010, the undersigned hereby appears in the above captioned matter on behalf of the United States Trustee for Region 4, and demands that all notices, motions, etc., given or required to be given in this case, and that all papers, etc., served in this case, be given and served upon the following:

Office of the United States Trustee
Attn: Nicholas S. Herron
200 Granby Street, Room 625
Norfolk, Virginia 23510
Email:  Nicholas.S.Herron@usdoj.gov

Dated: August 12, 2026

Matthew W. Cheney[1]
Acting United States Trustee for Region 4

By:   /s/ *Nicholas S. Herron*
Nicholas S. Herron, Trial Attorney
Office of United States Trustee
200 Granby Street, Room 625
Norfolk, Virginia 23510
(757) 441-3414
Nicholas.S.Herron@usdoj.gov

---

[1] The Acting United States Trustee for Region 4, Matthew W. Cheney, is recused from participation in this matter. The matter is proceeding under the direction of Andrew R. Vara, United States Trustee for Regions 3 and 9.

Kenneth N. Whitehurst, III, Esq., AUST, VSB No. 48919
Nicholas S. Herron, Esq., NJSB No. 03007-2008, PASB No. 208988
Office of the U.S. Trustee
200 Granby Street, Room 625
Norfolk, Virginia 23510
Phone: (757) 441-6012

## <u>CERTIFICATE OF SERVICE</u>

I certify that on **<u>August 12, 2026</u>** service on all attorney Users in this case was accomplished through the Court's CM/ECF Notice of Electronic Filing system pursuant to Appendix H at Art. X of the United States Bankruptcy Court for the District of Maryland, Electronic Case Filing Procedures, Ver. 25.01 dated 12/01/2025. The following parties were served via CM/ECF notification:

• Donald L Bell: donbellaw@gmail.com; dmin@donbellaw.com; bell.donaldr125259@notify.bestcase.com

• John D. Burns: info@burnsbankruptcyfirm.com;burnslaw3@gmail.com; burnslaw6@gmail.com; notices@nextchapterbk.com; pacerecfemails@gmail.com; 2634@notices.nextchapterbk.com

• Anthony Joseph DiPaula: ajdipaula@dipaulalaw.com; cevans@dipaulalaw.com

• Justin Philip Fasano: jfasano@mhlawyers.com; jfasano@ecf.courtdrive.com; dmoorehead@mhlawyers.com; tmackey@mhlawyers.com; hleaphart@mhlawyers.com; mtaylor@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com

• Nicole C. Kenworthy: bdept@mrrlaw.net

• M. Evan Meyers: bdept@mrrlaw.net

• Janet M. Nesse: jnesse@mhlawyers.com; DC0N@ecfcbis.com; jmnesse@ecf.axosfs.com; jfasano@mhlawyers.com; cpalik@mhlawyers.com; tmackey@mhlawyers.com; Nesse.JanetR92003@notify.bestcase.com

• Jeffrey M. Orenstein: jorenstein@wolawgroup.com

• Daniel J. Pesachowitz: dpesacho@siwpc.com; rjones@siwpc.com; bkreferrals@siwpc.com; siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com; siwattecf@siwpc.com

• Daniel M. Press: dpress@chung-press.com; pressdm@gmail.com; danpress@recap.email

• William Mark Rudow williamrudow@rudowlaw.com

• Dorothy Carol Sasser dsasser@siwpc.com; bkreferrals@siwpc.com; siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com; siwattecf@siwpc.com

• William Frederick Steinwedel: wsteinwedel@mdlab.org; roithamer21988@gmail.com; G21117@notify.cincompass.com

• Nikita Rajendra Joshi: bkecfinbox@aldridgepite.com; njoshi@ecf.courtdrive.com

• Timothy Stephen Carey: timothy.carey@wilsonelser.com; ajdeep.Sraun@wilsonelser.com

• US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

*/s/ Nicholas S. Herron*