Entered: September 4th, 2026

Signed: September 3rd, 2026

**SO ORDERED**

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re: William C. Bevan, Jr.,<br>Debtor. | Case No. 22-12609-LSS<br>Chapter 7 |

**CONSENT ORDER RESOLVING U.S. TRUSTEE'S OBJECTION TO THE BURNS LAW FIRM, LLC'S FIRST AND FINAL FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

This comes before the Court on the Application for Compensation and Reimbursement of Expenses [Dkt. No. 354] (the "Application") filed by The Burns Law Firm, LLC (the "Firm"), former counsel to William Charles Bevan (the "Debtor"), the objection [Dkt. No. 389] filed by the United States Trustee (the "U.S. Trustee"), the U.S. Trustee's List of Witnesses [Dkt. No. 506] and Exhibits [Dkt. No. 509] in support of his objection, the objection [Dkt. No. 382] filed by the Chapter 7 Trustee, Janet M. Nesse ("Nesse"), and the objection [Dkt. No. 386] filed by the Debtor.

The Firm and U.S. Trustee having desired to resolve the request for relief contained in Application; and the Court noting the consent of the parties to the form, substance, and entry of this Order; and for good cause shown:

It is **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Firm agrees to a voluntary reduction of **$40,895.63** in total fees sought for compensation; and
2. The maximum compensation for fees awarded to the Firm shall be limited to **$122,686.87**, plus expenses of **$5,086.47** for a combined total of **$127, 773.34** subject to further review and approval by this Court; and
3. The U.S. Trustee's Objection, List of Witnesses, and Exhibits and Exhibit List in support are hereby withdrawn upon entry of this Order; and
4. This Order is without prejudice to the adjudication of the pending objection filed by the Debtor.

SEEN AND CONSENTED TO:

/s/ Nicholas S. Herron
Nicholas S. Herron (NJSB No. 03007-2008, PASB No. 208988)
200 Granby Steet, Room 625
Norfolk, Virginia 23510
(757) 441-3414
Counsel for Matthew W. Cheney[1]
Acting United States Trustee for Region 4

SEEN AND CONSENTED TO:

Timothy S. Carey, Esq. (Bar No. 19856)

[1] The Acting United States Trustee for Region 4, Matthew W. Cheney, is recused from participation in this matter. The matter is proceeding under the direction of Andrew R. Vara, United States Trustee for Regions 3 and 9.

Wilson Elser Moskowitz Edelman & Dicker LLP
250 W. Pratt Street, Suite 2200
Baltimore, MD 21201
(410) 539-1800
Counsel for The Burns Law Firm, LLC

**cc:** Debtor
Debtor's Counsel – Daniel M. Press
Chapter 7 Trustee – Janet M. Nesse
The Burns Law Firm, LLC – Timothy S. Carey
U.S. Trustee

**END OF ORDER**