United States Bankruptcy Court
District of Maryland

In re:
William C Bevan, Jr.
Debtor

Case No. 22-12609-LSS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0416-0 User: admin Page 1 of 2
Date Rcvd: Sep 04, 2026 Form ID: pdfparty Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William C Bevan, Jr., 351 Anderson Ave, Indiana, PA 15701-2024 |
| | + | Nicholas S. Herron, 200 Granby Street, Room 625, Norfolk, VA 23510-1819 |
| intp | + | The Burns Law Firm, LLC, 6305 Ivy Lane, Suite 340, Greenbelt, MD 20770-1433 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Joseph DiPaula | ajdipaula@dipaulalaw.com cevans@dipaulalaw.com |
| Daniel J. Pesachowitz | dpesacho@siwpc.com rjones@siwpc.com,bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |
| Daniel M. Press | dan@danpress.us pressdm@gmail.com,danpress@recap.email |
| Donald L Bell | donbellaw@gmail.com admin@donbellaw.com,bell.donaldr125259@notify.bestcase.com |
| Dorothy Carol Sasser | dsasser@siwpc.com bkreferrals@siwpc.com,siwbkecf@siwpc.com,siwpc@ecf.courtdrive.com,siwattecf@siwpc.com |

| | |
|---|---|
| Janet M. Nesse | jnesse@mhlawyers.com DC0N@ecfcbis.com,jmnesse@ecf.axosfs.com,jfasano@mhlawyers.com,cpalik@mhlawyers.com,tmackey@mhlawyers.com,Nesse.JanetR92003@notify.bestcase.com,kfeig@mhlawyers.com,BKrell@mhlawyers.com,bkrell@ecf.courtdrive.com |
| Jeffrey M. Orenstein | jorenstein@wolawgroup.com |
| John D. Burns | info@burnsbankruptcyfirm.com burnslaw3@gmail.com,burnslaw6@gmail.com,notices@nextchapterbk.com,pacerecfemails@gmail.com,2634@notices.nextchapterbk.com |
| Justin Philip Fasano | jfasano@mhlawyers.com jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov USTPRegion04.GB.ECF@USDOJ.GOV |
| M. Evan Meyers | bdept@mrrlaw.net |
| Nicholas Sterling Herron | nicholas.s.herron@usdoj.gov |
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| Nikita Rajendra Joshi | bkecfinbox@aldridgepite.com njoshi@ecf.courtdrive.com |
| Timothy Stephen Carey | timothy.carey@wilsonelser.com Rajdeep.Sraun@wilsonelser.com |
| William Frederick Steinwedel | wsteinwedel@mdlab.org roithamer21988@gmail.com,G21117@notify.cincompass.com |
| William Mark Rudow | williamrudow@rudowlaw.com |

TOTAL: 17

Entered: September 4th, 2026
Signed: September 3rd, 2026

**SO ORDERED**

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re: William C. Bevan, Jr.,<br>Debtor. | Case No. 22-12609-LSS<br>Chapter 7 |

**CONSENT ORDER RESOLVING U.S. TRUSTEE'S OBJECTION TO THE BURNS LAW FIRM, LLC'S FIRST AND FINAL FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

This comes before the Court on the Application for Compensation and Reimbursement of Expenses [Dkt. No. 354] (the "Application") filed by The Burns Law Firm, LLC (the "Firm"), former counsel to William Charles Bevan (the "Debtor"), the objection [Dkt. No. 389] filed by the United States Trustee (the "U.S. Trustee"), the U.S. Trustee's List of Witnesses [Dkt. No. 506] and Exhibits [Dkt. No. 509] in support of his objection, the objection [Dkt. No. 382] filed by the Chapter 7 Trustee, Janet M. Nesse ("Nesse"), and the objection [Dkt. No. 386] filed by the Debtor.

The Firm and U.S. Trustee having desired to resolve the request for relief contained in Application; and the Court noting the consent of the parties to the form, substance, and entry of this Order; and for good cause shown:

It is **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Firm agrees to a voluntary reduction of **$40,895.63** in total fees sought for compensation; and
2. The maximum compensation for fees awarded to the Firm shall be limited to **$122,686.87**, plus expenses of **$5,086.47** for a combined total of **$127, 773.34** subject to further review and approval by this Court; and
3. The U.S. Trustee's Objection, List of Witnesses, and Exhibits and Exhibit List in support are hereby withdrawn upon entry of this Order; and
4. This Order is without prejudice to the adjudication of the pending objection filed by the Debtor.

SEEN AND CONSENTED TO:

/s/ Nicholas S. Herron
Nicholas S. Herron (NJSB No. 03007-2008, PASB No. 208988)
200 Granby Steet, Room 625
Norfolk, Virginia 23510
(757) 441-3414
Counsel for Matthew W. Cheney[1]
Acting United States Trustee for Region 4

SEEN AND CONSENTED TO:

Timothy S. Carey, Esq. (Bar No. 19856)

[1] The Acting United States Trustee for Region 4, Matthew W. Cheney, is recused from participation in this matter. The matter is proceeding under the direction of Andrew R. Vara, United States Trustee for Regions 3 and 9.

Wilson Elser Moskowitz Edelman & Dicker LLP
250 W. Pratt Street, Suite 2200
Baltimore, MD 21201
(410) 539-1800
Counsel for The Burns Law Firm, LLC

**cc:** Debtor
Debtor's Counsel – Daniel M. Press
Chapter 7 Trustee – Janet M. Nesse
The Burns Law Firm, LLC – Timothy S. Carey
U.S. Trustee

**END OF ORDER**