IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MAYRLAND
Greenbelt Division

**IN RE:**

**WILLIAM CHARLES BEVAN, Jr.**

**DEBTOR**

**Case No. 22-12609-LSS**
**Chapter 7**

---

**CONSENT MOTION TO CONTINUE HEARING/TRIAL ON BURNS LAW FIRM APPLICATION FOR COMPENSATION AND DEBTOR'S OBJECTION THERETO**

NOW COMES Debtor, through counsel, with the consent of John Burns and the Burns Law Firm ("Burns"), and respectfully requests that the Trial/Hearing set for September 14-18, 2026, be continued to November 17-19, 2026. In support hereof, Debtor states as follows:

As discussed at the Status Conference on September 3, the Debtor only recently learned that the U.S. Trustee had settled its objection with Burns. Debtor's counsel and the U.S. Trustee counsel had planned together on how the trial would be conducted, with the U.S. Trustee counsel taking the lead on many issues, such that Debtor's counsel now needs additional time to prepare to conduct the entire trial by himself.

However, with the U.S. Trustee out of the case, Debtor and Burns believe this case can be tried in 3 days instead of 5.

The Court's Courtroom Deputy has advised that the Court is available on November 17-19, and that the 20th is available if needed.

Burns, through counsel, has consented to the requested continuance.

WHEREFORE, Debtor, with the consent of Burns, respectfully requests that the Trial/Hearing set for September 14-18, 2026, be continued to November 17-19, 2026.

Dated: September 7, 2026

Respectfully submitted.

_/s/ Daniel M. Press__________

Daniel M. Press, #07300
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us

CERTIFICATE OF SERVICE

This is to certify that on this 7th day of September, 2026, I caused the foregoing document to be served by CM/ECF on the following:

Donald L Bell donbellaw@gmail.com,
admin@donbellaw.com,
bell.donaldr125259@notify.bestcase.com

John D. Burns info@burnsbankruptcyfirm.com,
burnslaw3@gmail.com,
burnslaw6@gmail.com,
notices@nextchapterbk.com,
pacerecfemails@gmail.com,
2634@notices.nextchapterbk.com

Timothy Stephen Carey timothy.carey@wilsonelser.com,
Rajdeep.Sraun@wilsonelser.com

Anthony Joseph DiPaula ajdipaula@dipaulalaw.com,
cevans@dipaulalaw.com

Justin Philip Fasano jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com,
tmackey@mhlawyers.com,
mevans@mhlawyers.com,
cmartin@mhlawyers.com,
Fasano.JustinR92003@notify.bestcase.com

Nicholas Sterling Herron nicholas.s.herron@usdoj.gov

Nikita Rajendra Joshi bkecfinbox@aldridgepite.com,
njoshi@ecf.courtdrive.com

Nicole C. Kenworthy bdept@mrrlaw.net

M. Evan Meyers bdept@mrrlaw.net

Janet M. Nesse jnesse@mhlawyers.com,
DC0N@ecfcbis.com,
jmnesse@ecf.axosfs.com,
jfasano@mhlawyers.com,
cpalik@mhlawyers.com,
tmackey@mhlawyers.com,

Nesse.JanetR92003@notify.bestcase.com,
kfeig@mhlawyers.com,
BKrell@mhlawyers.com,
bkrell@ecf.courtdrive.com

Jeffrey M. Orenstein jorenstein@wolawgroup.com

Daniel J. Pesachowitz dpesacho@siwpc.com,
rjones@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

Daniel M. Press dan@danpress.us,
pressdm@gmail.com,
danpress@recap.email

L. Jeanette Rice Jeanette.Rice@usdoj.gov,
USTPRegion04.GB.ECF@USDOJ.GOV

William Mark Rudow williamrudow@rudowlaw.com

Dorothy Carol Sasser dsasser@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

William Frederick Steinwedel wsteinwedel@mdlab.org,
roithamer21988@gmail.com,
G21117@notify.cincompass.com

/s/ Daniel M. Press______________________
Daniel M. Press