**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| | : | |
| William C Bevan, Jr. | : | **Case No.** 22-12609-LSS |
| **Debtor.** | : | |
| | : | |

**ORDER GRANTING**
**CONSENT MOTION TO CONTINUE HEARING/TRIAL ON BURNS LAW FIRM APPLICATION FOR COMPENSATION AND DEBTOR'S OBJECTION THERETO**

Upon consideration of the CONSENT MOTION TO CONTINUE HEARING/TRIAL ON BURNS LAW FIRM APPLICATION FOR COMPENSATION AND DEBTOR'S OBJECTION THERETO, it is hereby

ORDERED that the Trial/Hearing set for September 14-18, 2026, be and hereby is continued to November 17-19, 2026.

Copies to:

Timothy Carey (by CM/ECF)
Debtor's Counsel (by CM/ECF)
Trustee (by CM/ECF)

End of Order