______RETAIN

**Lori S. Simpson , U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: Y N
Exhibits Filed: Y N

PROCEEDING MEMO - CHAPTER 7

Date: 09/03/2026 Time: 10:00

**CASE: 22-12609 William C Bevan, Jr.**

Daniel M. Press representing William C Bevan Jr. (Debtor)

Janet M. Nesse and Justin Philip Fasano Janet M. Nesse (Trustee)

and Nicholas Sterling Herron representing U.S. Trustee (U.S. Trustee)

William Frederick Steinwedel representing Maryland Legal Aid Bureau (Other Party)

[354] Final Application for Compensation and Reimbursement (Pre-Conversion) Administrative Compensation for Former Counsel for the Chapter 13 Debtor and for Reimbursement of Expenses Combined with Notice Thereof (May 11, 2022 - May 18, 2023), John D. Burns, Debtor' s Attorney, 5/11/2023 - 5/18/2023, Fee: $13, 9045, Expenses: $5086. Notice Served on 10/31/2023 Filed by John D. Burns. (Attachments: #s3 Proposed Order)

**MOVANT** : John Burns The Burns Law Firm, LLC BY J Burns T Carey

[381] Response on behalf of The Burns Law Firm, LLC Filed by John D. Burns (related document(s) 1 Proposed Order)

[382] Response on behalf of Janet M. Nesse Filed by Janet M. Nesse (related document(s) 354 Application for Compensation filed by Interested Party The Burns Law Firm, LLC).

[389] Objection to Professional Fees on behalf of U.S. Trustee Filed by L. Jeanette Rice (related document(s) 354 Application for Compensation filed by Interested Party The Burns Law Firm, LLC). (Rice, L.)

**MOVANT** : U.S. Trustee BY L Rice L Rice N Herron

DISPOSITIONS:

Granted_____Denied_____Withdrawn_____Consent_____Default____Under Adv.____

Moot________Dismissed______Overruled_______Sustained_______O.T.J. Fee______

Continued to: ____________________________________________________________

DECISION:

[ ] Signed by Court [ ] Filed by Counsel
[ ] To be prepared by:
[ ] Movant's counsel [ ] Court
[ ] Respondent's counsel [ ] Other ______________________________

NOTES:Status conf. held. Lawfirm and UST have settled. Other parties reviewing the consent order. Mr. Steinweidel and MS. Moore to be excused. Press, Carey and Orenstein to meet and discuss whether first part of the trial will be continued or not. They will let court know outcome.