**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re: William C. Bevan, Jr.,<br>Debtor. | Case No. 22-12609-LSS<br>Chapter 7 |

**LINE WITHDRAWING SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A BANKRUPTCY CASE ISSUED TO CHRISTINA MOORE AND EXCUSING HER APPEARANCE**

Matthew W. Cheney[1], Acting United States Trustee for Region 4, hereby withdraws his subpoena issued to Christina Moore to appear and testify at a hearing or trial in this matter. The undersigned received confirmation from Counsel for the Debtor and Counsel for the Burns Law Firm[2] that Ms. Moore will not be called as a witness and she is therefore excused from appearing and testifying at the upcoming trial regarding the First and Final Fee Applications filed by the Burns Law Firm, LLC [Dkt. No. 354] and Adam Ross Levin [Dkt. No. 360].

A copy of the subpoena previously issued to Ms. Moore and confirmation that her appearance is not required is attached with this Line.

Dated: September 10, 2026

Matthew W. Cheney
Acting United States Trustee for Region 4

/s/ *Nicholas S. Herron*
Nicholas S. Herron, Trial Attorney
Office of United States Trustee
200 Granby Street, Room 625
Norfolk, Virginia 23510
(757) 441-3414
Nicholas.S.Herron@usdoj.gov

[1] The Acting United States Trustee for Region 4, Matthew W. Cheney, is recused from participation in this matter. The matter is proceeding under the direction of Andrew R. Vara, United States Trustee for Regions 3 and 9.

[2] The undersigned attempted to reach Mr. Orenstein, counsel for Mr. Adam Ross Levin, via email and phone on multiple occasions to ascertain his position regarding Ms. Moore without success.

## CERTIFICATE OF SERVICE

I certify that on **September 10, 2026** service on all attorney Users in this case was accomplished through the Court's CM/ECF Notice of Electronic Filing system pursuant to Appendix H at Art. X of the United States Bankruptcy Court for the District of Maryland, Electronic Case Filing Procedures, Ver. 25.01 dated 12/01/2025. The following parties were served via CM/ECF notification:

• Donald L Bell: donbellaw@gmail.com; dmin@donbellaw.com; bell.donaldr125259@notify.bestcase.com

• John D. Burns: info@burnsbankruptcyfirm.com;burnslaw3@gmail.com; burnslaw6@gmail.com; notices@nextchapterbk.com; pacerecfemails@gmail.com; 2634@notices.nextchapterbk.com

• Anthony Joseph DiPaula: ajdipaula@dipaulalaw.com; cevans@dipaulalaw.com

• Justin Philip Fasano: jfasano@mhlawyers.com; jfasano@ecf.courtdrive.com; dmoorehead@mhlawyers.com; tmackey@mhlawyers.com; hleaphart@mhlawyers.com; mtaylor@mhlawyers.com; Fasano.JustinR92003@notify.bestcase.com

• Nicole C. Kenworthy: bdept@mrrlaw.net

• M. Evan Meyers: bdept@mrrlaw.net

• Janet M. Nesse: jnesse@mhlawyers.com; DC0N@ecfcbis.com; jmnesse@ecf.axosfs.com; jfasano@mhlawyers.com; cpalik@mhlawyers.com; tmackey@mhlawyers.com; Nesse.JanetR92003@notify.bestcase.com

• Jeffrey M. Orenstein: jorenstein@wolawgroup.com

• Daniel J. Pesachowitz: dpesacho@siwpc.com; rjones@siwpc.com; bkreferrals@siwpc.com; siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com; siwattecf@siwpc.com

• Daniel M. Press: dpress@chung-press.com; pressdm@gmail.com; danpress@recap.email

• William Mark Rudow williamrudow@rudowlaw.com

• Dorothy Carol Sasser dsasser@siwpc.com; bkreferrals@siwpc.com; siwbkecf@siwpc.com; siwpc@ecf.courtdrive.com; siwattecf@siwpc.com

• William Frederick Steinwedel: wsteinwedel@mdlab.org; roithamer21988@gmail.com; G21117@notify.cincompass.com

• Nikita Rajendra Joshi: bkecfinbox@aldridgepite.com; njoshi@ecf.courtdrive.com

• Timothy Stephen Carey: timothy.carey@wilsonelser.com; ajdeep.Sraun@wilsonelser.com

• US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

*/s/ Nicholas S. Herron*