**From:** Carey, Timothy S.
**To:** Dan Press; Herron, Nicholas S. (USTP); Steinwedel, William; Moore, Christina
**Subject:** [EXTERNAL] Re: Line to Release Ms. Moore from the Case
**Date:** Friday, September 4, 2026 8:08:11 AM

EXHIBIT
tabbies
2

No objection either.

Timothy S. Carey
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
250 W. Pratt Street, Suite 2200
Baltimore, MD 21201
410.962.7340 (Direct)
240.741.2071 (Cell)
410.539.1800 (Main)
410.962.8758 (Fax)
timothy.carey@wilsonelser.com

---

**From:** Dan Press <dpress@chung-press.com>
**Sent:** Friday, 04 September 2026 08:03:44
**To:** Herron, Nicholas S. (USTP) <Nicholas.S.Herron@usdoj.gov>; Steinwedel, William <wsteinwedel@mdlab.org>; Moore, Christina <cmoore@mdlab.org>; Carey, Timothy S. <Timothy.Carey@wilsonelser.com>
**Subject:** Re: Line to Release Ms. Moore from the Case

EXTERNAL EMAIL - This email originated from outside the organization.

No - thanks.

Dan Press
Law Offices of Daniel M. Press
703-725-7600 mobile
dan@danpress.us
Selected as a 2012-26 Super Lawyer for Virginia and DC

---

**From:** Herron, Nicholas S. (USTP) <Nicholas.S.Herron@usdoj.gov>
**Sent:** Friday, 04 September 2026 05:36:31
**To:** Steinwedel, William <wsteinwedel@mdlab.org>; Moore, Christina <cmoore@mdlab.org>; Dan Press <dpress@chung-press.com>; 'Carey, Timothy S.' <timothy.carey@wilsonelser.com>
**Subject:** Re: Line to Release Ms. Moore from the Case

Tim & Dan -

Any opposition to the request?

nsh

Nicholas S. Herron
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
200 Granby Street, Room 625
Norfolk, Virginia 23510
Office: (757) 441-3414
Mobile: (202) 567-1547
nicholas.s.herron@usdoj.gov

---

**From:** Steinwedel, William <wsteinwedel@mdlab.org>
**Sent:** Thursday, 03 September 2026 19:06:34
**To:** Herron, Nicholas S. (USTP) <Nicholas.S.Herron@usdoj.gov>; Moore, Christina <cmoore@mdlab.org>; dpress@chung-press.com <dpress@chung-press.com>; 'Carey, Timothy S.' <timothy.carey@wilsonelser.com>
**Subject:** [EXTERNAL] Fw: Line to Release Ms. Moore from the Case

Dear Mr. Herron:

Can you file a Line releasing Ms. Moore from the case? From the e-mail below, it does not look like Mr. Press is going to call her as a witness.

Regards,

William F. Steinwedel

Get Outlook for iOS

---

**From:** Daniel Press <Dan@danpress.us>
**Sent:** Thursday, September 3, 2026 6:57 PM
**To:** Steinwedel, William <wsteinwedel@mdlab.org>; 'Carey, Timothy S.' <Timothy.Carey@wilsonelser.com>
**Cc:** Moore, Christina <cmoore@mdlab.org>
**Subject:** RE: Line to Release Ms. Moore from the Case

We did not subpoena her.

Dan Press
703-725-7600 mobile
dan@danpress.us
Selected as a 2012-26 Super Lawyer for Virginia and DC
NOTE NEW EMAIL ADDRESS!!

**From:** Steinwedel, William <wsteinwedel@mdlab.org>
**Sent:** Thursday, September 3, 2026 6:44 PM
**To:** Dan Press <dpress@chung-press.com>; 'Carey, Timothy S.' <Timothy.Carey@wilsonelser.com>
**Cc:** Moore, Christina <cmoore@mdlab.org>
**Subject:** Line to Release Ms. Moore from the Case

Dear Mr. Press and Mr. Carey:

I am just following up on the Line to Release Ms. Moore from the case.

Thank you in advance.

Regards,

William F. Steinwedel (he/him)
MARYLAND LEGAL AID
Deputy Advocacy Director for Homeownership Preservation
Maryland Legal Aid Bureau
500 E. Lexington Street
Baltimore, Maryland 21202
(410) 951-7643 – Phone
(410) 685-6951 -- Fax

Notice: This e-mail is from Maryland Legal Aid, a not-for-profit law firm. It is intended solely for the use of the individual(s) to whom it is addressed. The contents of this message, together with any attachments, may contain information that is legally privileged, confidential and/or exempt from disclosure. If you believe you have received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer, and do not copy or disclose it to anyone else. If you properly received this e-mail as a client, co-counsel, employee, agent or retained expert of Maryland Legal Aid, you should maintain its contents in confidence in order to preserve any applicable privileges.
Notice: This e-mail is from Maryland Legal Aid, a not-for-profit law firm. It is intended solely

for the use of the individual(s) to whom it is addressed. The contents of this message, together with any attachments, may contain information that is legally privileged, confidential and/or exempt from disclosure. If you believe you have received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer, and do not copy or disclose it to anyone else. If you properly received this e-mail as a client, co-counsel, employee, agent or retained expert of Maryland Legal Aid, you should maintain its contents in confidence in order to preserve any applicable privileges.

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser Moskowitz Edelman & Dicker LLP provides to you either in the body of this or any email or in an attachment without first speaking with the attorney in our office who is handling your transaction. Further, DO NOT accept emailed wire instructions from anyone else without voice verification. Even if an email looks like it has come from this office or someone involved in your transaction, CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.

Thank you.