IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MAYRLAND
Greenbelt Division

**IN RE:**

**WILLIAM CHARLES BEVAN, Jr.**

**DEBTOR**

**Case No. 22-12609-LSS**
**Chapter 7**

---

**WITHDRAWAL OF OBJECTIONS OF DEBTOR TO BURNS LAW FIRM APPLICATION FOR COMPENSATION**

NOW COMES Debtor, through counsel, and, in light of the reduction by the Burns Law Firm/John Burns of the First and Final Application for Pre-Conversion Administrative Compensation for Former Counsel for the Chapter 13 Debtor ("the Application") as stated in open court, hereby withdraws his Objection/Response to the Application (Docket #415).

.

Dated: November 17, 2026

Respectfully submitted.

_/s/ Daniel M. Press___________

Daniel M. Press, #07300
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us

CERTIFICATE OF SERVICE

This is to certify that on this 17th day of November, 2026, I caused the foregoing document to be served by CM/ECF on the following:

Donald L Bell donbellaw@gmail.com,
admin@donbellaw.com,
bell.donaldr125259@notify.bestcase.com

John D. Burns info@burnsbankruptcyfirm.com,
burnslaw3@gmail.com,
burnslaw6@gmail.com,
notices@nextchapterbk.com,
pacerecfemails@gmail.com,
2634@notices.nextchapterbk.com

Timothy Stephen Carey timothy.carey@wilsonelser.com,
Rajdeep.Sraun@wilsonelser.com

Anthony Joseph DiPaula ajdipaula@dipaulalaw.com,
cevans@dipaulalaw.com

Justin Philip Fasano jfasano@mhlawyers.com,
jfasano@ecf.courtdrive.com,
tmackey@mhlawyers.com,
mevans@mhlawyers.com,
cmartin@mhlawyers.com,
Fasano.JustinR92003@notify.bestcase.com

Nicholas Sterling Herron nicholas.s.herron@usdoj.gov

Nikita Rajendra Joshi bkecfinbox@aldridgepite.com,
njoshi@ecf.courtdrive.com

Nicole C. Kenworthy bdept@mrrlaw.net

M. Evan Meyers bdept@mrrlaw.net

Janet M. Nesse jnesse@mhlawyers.com,
DC0N@ecfcbis.com,
jmnesse@ecf.axosfs.com,
jfasano@mhlawyers.com,
cpalik@mhlawyers.com,
tmackey@mhlawyers.com,

Nesse.JanetR92003@notify.bestcase.com,
kfeig@mhlawyers.com,
BKrell@mhlawyers.com,
bkrell@ecf.courtdrive.com

Jeffrey M. Orenstein jorenstein@wolawgroup.com

Daniel J. Pesachowitz dpesacho@siwpc.com,
rjones@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

L. Jeanette Rice Jeanette.Rice@usdoj.gov,
USTPRegion04.GB.ECF@USDOJ.GOV

William Mark Rudow williamrudow@rudowlaw.com

Dorothy Carol Sasser dsasser@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

William Frederick Steinwedel wsteinwedel@mdlab.org,
roithamer21988@gmail.com,
G21117@notify.cincompass.com

/s/ Daniel M. Press
Daniel M. Press