**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 22-12609-LSS** |
| **WILLIAM CHARLES BEVAN, JR.,** | ) | **Chapter 7** |
| | ) | |
| ***Debtor*.** | ) | |

**LINE WITHDAWING TRUSTEE'S RESPONSES TO APPLICATIONS**
**FOR COMPENSATION AT DOCKET ENTRY 382 AND 383**

COMES NOW, Janet M. Nesse, trustee (the "Trustee") of the Chapter 7 bankruptcy estate of William Charles Bevan, Jr. (the "Debtor"), and hereby withdraws both her previously filed Response at docket entry 382 to the Application for Pre-Conversion Administrative Compensation filed by John D. Burns, and her previously filed Response at docket entry 383 to the Application for Compensation filed by Ross Levin.

Dated: November 19, 2026

Respectfully submitted,

*/s/ Janet M. Nesse*

Janet M. Nesse
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel: 301-441-2420
Fax: 301-982-9450
jnesse@mhlawyers.com
*Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this November 19, 2026, a copy of the foregoing was served electronically by the Court's CM/ECF system on:

Donald L Bell donbellaw@gmail.com, admin@donbellaw.com, bell.donaldr125259@notify.bestcase.com

John D. Burns info@burnsbankruptcyfirm.com, burnslaw3@gmail.com, burnslaw6@gmail.com, notices@nextchapterbk.com, pacerecfemails@gmail.com, 2634@notices.nextchapterbk.com

Timothy Stephen Carey timothy.carey@wilsonelser.com, Rajdeep.Sraun@wilsonelser.com

Anthony Joseph DiPaula ajdipaula@dipaulalaw.com, cevans@dipaulalaw.com

Nicholas Sterling Herron nicholas.s.herron@usdoj.gov

Nikita Rajendra Joshi bkecfinbox@aldridgepite.com, njoshi@ecf.courtdrive.com

Nicole C. Kenworthy bdept@mrrlaw.net

M. Evan Meyers bdept@mrrlaw.net

Jeffrey M. Orenstein jorenstein@wolawgroup.com

Daniel J. Pesachowitz dpesacho@siwpc.com, rjones@siwpc.com, bkreferrals@siwpc.com, siwbkecf@siwpc.com, siwpc@ecf.courtdrive.com, siwattecf@siwpc.com

L. Jeanette Rice Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV

William Mark Rudow williamrudow@rudowlaw.com

Dorothy Carol Sasser dsasser@siwpc.com, bkreferrals@siwpc.com, siwbkecf@siwpc.com, siwpc@ecf.courtdrive.com, siwattecf@siwpc.com

William Frederick Steinwedel wsteinwedel@mdlab.org, roithamer21988@gmail.com, G21117@notify.cincompass.com

**I FURTHER CERTIFY** that on this November 19, 2026, a copy of the foregoing *Trustee's Withdrawal of Objection to Motion for Relief from Automatic Stay* was mailed first class, postage prepaid to upon the following:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

*/s/ Janet M. Nesse*
Janet M. Nesse